IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JUNE 20, 2023 AT 1:00 P.M. (ET)**

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY VIA ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE
TO AVOID BEING DENIED ACCESS.  PLEASE USE THE
FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsceuuqjMrG_ZOpC4BsrfPqv0udLkz02Y

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING INFORMATION ABOUT JOINING THE HEARING**

I.  **VOLUNTARY PETITION:**

   1.  Alecto Healthcare Services LLC [23-10787 D.I. 1; filed 6/16/23]

II. **DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS:**

   2.  Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary Of Alecto Healthcare Services LLC, in Support of First Day Motions [D.I. 3; filed 6/16/23]

III. **FIRST DAY MOTIONS GOING FORWARD:**

   3.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing

---

[1]  The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand  Boulevard, Suite 1920, Glendale, CA 91203.

Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [D.I. 4; filed 6/16/23]

Status: This matter is going forward.

4. Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 5; filed 6/16/23]

   Status: This matter is going forward.

5. Debtor's Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use Of Business Forms Pursuant To 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [D.I. 6; filed 6/16/23]

   Status: This matter is going forward.

6. Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 7; filed 6/16/23]

   Status: This matter is going forward.

Dated: June 16, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*<u>/s/ Scott J. Leonhardt</u>*
Scott J. Leonhardt (DE Bar No. 4885)
824 North Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com

and

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Leonard M. Shulman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*