IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Re: D.I. 5 |

**NOTICE OF FILING OF REVISED**
**PROPOSED INTERIM ORDER FOR UTILITIES MOTION**

   **PLEASE TAKE NOTICE** that on June 16, 2023, the debtor in the above-captioned case (the "Debtor") filed the *Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance* (the "Utilities Motion") [D.I. 5; filed 6/16/23].

   **PLEASE TAKE FURTHER NOTICE** that the Utilities Motion attached proposed interim and final orders.

   **PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files the revised proposed interim order, attached hereto as **Exhibit A**, to incorporate comments from the Office of the United States Trustee.

   **PLEASE TAKE FURTHER NOTICE** that a redline version of the proposed interim order marked against the version filed with the Utilities Motion is attached hereto as **Exhibit B**.

Dated: June 20, 2023
   Wilmington, Delaware

                    **THE ROSNER LAW GROUP LLC**
                    */s/ Scott J. Leonhardt*
                    Scott J. Leonhardt (DE #4885)
                    824 N. Market St., Suite 810
                    Wilmington, DE 19801
                    Tel: (302) 777-1111
                    Email: leonhardt@teamrosner.com

                    -and-

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

{00035784. }

{00035784. }

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Leonard M. Shulman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*