23-10787 Alecto Healthcare Services LLC

6/20/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Linda | Casey | United States Trustee | |
| Jami | Nimeroff | Subchapter V Trustee | |
| Rachel | Werkheiser | USBC | USBC |
| Leonard | Shulman | Debtor | Shulman Bastian Friedman & Bui LLP |
| Max | Casal | Debtor | Shulman Bastian Friedman & Bui LLP |
| Michael | Sarrao | Debtor | |
| Scott | Leonhardt | Alecto Healthcare Services LLC | The Rosner Law Group LLC |
| Una | O'Boyle | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Paula | Subda | USBC | USBC |
| Scott | Flaherty | Debtwire/press | |