# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Alecto Healthcare Services LLC
101 N Brand Boulevard
Suite 1920
Glendale, CA 91203
 **EIN:** 46−0829723

**Chapter:** 11

**Case No.:** 23−10787−JKS

## ORDER SETTING STATUS CONFERENCE

***IT IS ORDERED*** that a Status Conference will be held on 7/13/2023, at 12:30PM in the United States Bankruptcy Court, 824 N. Market Street, Wilmington Delaware, Courtroom #6. Debtor's Counsel is required to attend the hearing. The Subchapter V Trustee is required to attend the hearing.

In accordance with 11 U.S.C. § 1188(c), a Pre−Status Conference Report must be filed by the debtor not later than fourteen (14) days before the date of the initial status conference. *Local Form 136 Subchapter V Status Report* can be found at http://www.deb.uscourts.gov/content/local−forms.

J Kate Stickles
United States Bankruptcy Judge

Dated: 6/20/23

(VAN−495)