# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/20/2023 |
| Case: 23−10787−JKS | Form ID: van495 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
tr      Jami B Nimeroff         jnimeroff@bmnlawyers.com
aty     Scott J. Leonhardt      leonhardt@teamrosner.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Alecto Healthcare Services LLC      101 N Brand Boulevard      Suite 1920      Glendale, CA 91203

                                                                    TOTAL: 1