# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 6/23/2023
Case: 23−10787−JKS     Form ID: 309F2     Total: 90

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Alecto Healthcare Services LLC | 101 N Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| tr | Jami B Nimeroff | Brown McGarry Nimeroff LLC 919 N. Market Street Suite 420 | Wilmington, DE 19801 |
| cr | Pension Benefit Guaranty Corporation | Office of the General Counsel 445 12th Street, SW | Washington, DC 20024−2101 |
| aty | Alan Jay Friedman | Shulman Bastian Friedman & Bui LLP 100 Spectrum Center Drive Suite 600 | Irvine, CA 92618 |
| aty | Cassandra C. Burton | Pension Benefit Guaranty Corporation 445 12th Street SW | Washington, DC 20024−1201 |
| aty | Leonard Miles Shulman | Shulman Bastian Friedman & Bui LLP 100 Spectrum Center Drive, Suite 600 | Irvine, CA 92618 |
| aty | Max Casal | Shulman Bastian Friedman & Bui LLP 100 Spectrum Center Drive Suite 600 | Irvine, CA 92618 |
| aty | Scott J. Leonhardt | The Rosner Law Group LLC 824 Market Street Suite 810 | Wilmington, DE 19801 |
| 18245446 | AON Risk Consultants | Attn L Joe Galusha, President 22922 Network Place | Chicago, IL 60673 |
| 18245447 | AON Risk Consultants Inc | Attn L Joe Galusha, President 200 E. Randolph St | Chicago, IL 60601 |
| 18245448 | AT&T | Attn President or Manager Agent PO Box 5014 | Carol Stream, IL 60197 |
| 18245441 | Alector Healthcare Services LLC | Laxman Reddy, President 101 N Brand Blvd Suite 1920 | Glendale, CA 91203 |
| 18245442 | Aman Dhuper | 5383 Stoneview Road | Rancho Cucamonga, CA 91739 |
| 18245443 | American Express | Attn President or Manager Agent PO Box 0001 | Los Angeles, CA 90096 |
| 18245444 | American Home Asssurance Co | Attn President or Manager Agent 175 Water Street | New York, NY 10038 |
| 18245445 | Anthem Blue Cross | Attn President or Manager Agent PO Box 51011 | Los Angeles, CA 90051 |
| 18245449 | Attorney General | United States Department of Justice Ben Franklin Station PO Box 683 | Washington, DC 20044 |
| 18245450 | Bank Direct Capital Finance | 150 North Field Drive Suite 190 | Lake Forest, IL 60045 |
| 18245451 | Bcal 101 North Brand Property LLC | Attn President or Manager Agent 200 State Street 5th Floor | Boston, MA 02109 |
| 18245452 | California Department of Tax and Fee Administratio | PO Box 942879 | Sacramento, CA 94279−0001 |
| 18245453 | California Franchise Tax Board | Bankruptcy Section MS A−340 PO Box 2952 | Sacramento, CA 95812−2952 |
| 18245455 | Cardinal Health 110, LLC | c/o Porter Wright Morris & Arthur LLC Attn Allen Carter Esq 41 South High Street Suite 2900 | Columbus, Ohio 43215 |
| 18245454 | Cardinal Health 110, LLC and Cardinal Health, Inc. | c/o Porter Wright Morris & Arthur LLC Attn President or Manager Agent 41 South High Street Suite 2900 | Columbus, Ohio 43215 |
| 18245456 | Cardinal Health 200, LLC | c/o Porter Wright Morris & Arthur LLC Attn Allen Carter Esq 41 South High Street Suite 2900 | Columbus, Ohio 43215 |
| 18245457 | City National Bank | Attn President or Manager Agent 3484 Central Avenue | Riverside, CA 92506 |
| 18245458 | Civil Process Clerk | United States Attorney's Office Federal Building Room 7516 300 North Los Angeles, Street | Los Angeles, CA 90012 |
| 18245459 | Coalition Insurance Solutions | Attn President or Manager Agent 1160 Battery Street Suite 350 | San Francisco, CA 94111 |
| 18245460 | Combined Group Insurance Services | Attn President or Manager Agent 14785 Preston Road Suite 350 | Dallas, TX 75254 |
| 18245461 | Comstock Investment Trust | Matthew C .Hayes, Trustee c/o 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| 18245632 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 | Dover, DE 19904 |
| 18245462 | Employment Development Dept | Bankruptcy Group MIC 92E PO Box 826880 | Sacramento, CA 94280−0001 |
| 18245463 | Endurance American Specialty Ins Co | Attn President or Manager Agent 16052 Swingley Ridge Road Suite 130 | St. Louis, Missouri 63017 |
| 18245464 | Evangeline Douglas | 19951 Octillo Way | Apple Valley, CA 92308 |
| 18245465 | F. Alex Risovich | Risovich Law Offices, PLLC 3023 Pennsylvania Avenue | Weirton, WV 26062 |
| 18245466 | First Insurance Funding | Attn President or Manager Agent 450 Skokie Boulevard Suite 1000 | Northbrook, IL 60062 |
| 18245467 | GRM Information Management Services of San Francis | Attn President or Manager Agent 41099 Boyce Road | Fremont, CA 94538 |
| 18245468 | Horizon Real Estate Holdings, LLC | Attn President or Manager Agent 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| 18245631 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101−7346 |
| 18245469 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 |

| | | | | |
|---|---|---|---|---|
| 18245470 | Ironshore Specialty Insurance Co | Attn President or Manager Agent | 175 Berkeley Street | Boston, MA 02116 |
| 18245471 | Konica Minolta Premier Finance | Attn President or Manager Agent | PO Box 41602 | Philadelphia, PA 19101−1602 |
| 18245472 | LHP Hospital Group Inc    c/o Ardent Health Services    Attn President or Manager Agent    Attn Legal Department    One Burton Hills Blvd Suite 250    Nashville, TN 37215 | | | |
| 18245473 | Los Angeles County Treasurer    and Tax Collector    PO Box 54110    Los Angeles, CA 90054 | | | |
| 18245481 | MPT of Fairmont−Alecto Hospital, LLC    MPT of Fairmont−Alecto LLC et al    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245480 | MPT of Fairmont−Alecto Hospital, LLC    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, President    Attn Legal Department    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245482 | MPT of Los Angeles LP    MPT of Olympia LLC    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245483 | MPT of Martins Ferry Alecto Hospital, LLC    MPT of Wheeling Alecto Hospital, LLC e    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245484 | MPT of Sherman−Alecto Hospital, LLC    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245485 | MPT of Sherman−Alecto LLC    MPT of Los Angeles LP    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245486 | MPT of Wheeling−Alecto Hospital, LLC    MPT of Martins Ferry−Alecto Hospital, LL    c/o Medical Properties Trust, Inc.    Attn Edward K Aldag Jr, Pres and Legal D    1000 Urban Center Drive Suite 501    Birmingham, AL 35242 | | | |
| 18245474 | Magmutual Professional Security Ins Co | Attn President or Manager Agent | P.O. Box 52979 | Atlanta, Georgia 30355 |
| 18245475 | Matthew Williams | c/o 101 N. Brand Boulevard Suite 1920 | | Glendale, CA 91203 |
| 18245476 | Maureen Davidson−Welling    Stember Cohn & Davidson−Welling    425 First Avenue, 7th Floor    Pittsburgh, PA 15219 | | | |
| 18245477 | Met Life | Attn President or Manager Agent | 811 Main Street 7th Floor | Kansas City, MO 64105 |
| 18245478 | Michael Sarrao | 22431 Antonio Parkway Suite B160−457 | | Rancho Santa Margarita, CA 92688 |
| 18245479 | Moss Adams LLP | Attn President or Manager Agent | 2040 Main Street Suite 900 | Irvine, CA 92614 |
| 18245487 | Mutual of Omaha | Attn President or Manager Agent | PO Box 2147 | Omaha, NE 68103−2147 |
| 18245488 | National Union Fire Insurance Co | Attn President or Manager Agent | 28 Liberty Street | New York, NY 10005 |
| 18245489 | New Horizon Communications | Attn President or Manager Agent | PO Box 981073 | Boston, MA 02298−1073 |
| 18245490 | Old Republic Union Insurance Co | Attn President or Manager Agent | 307 N. Michigan Avenue | Chicago, IL 60601 |
| 18245491 | Olshan Frome Wolosky LLP | Attn Thomas J Fleming Esq | 1325 Avenue of the Americas | New York, NY 10019 |
| 18245492 | Olympia Health Care, LLC | Attn President or Manager Agent | 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| 18245493 | Pacific Global Investment Management Group | Attn: SVP | 101 N Brand Blvd Suite 1950 | Glendale, CA 91203 |
| 18245494 | Panch Jeyakumar MD | 2248 Pieper Lane | Tustin, CA 92792 | |
| 18245495 | Plaintiffs in Reed v. Alecto [Keith Reed, et al]    c/o Laura Davidson & Bren Pompomio    Mountain State Justice, Inc.    1217 Quarrier Street    Charleston, WV 25301 | | | |
| 18245496 | Plaza Medical Office Building, LLC | Attn President or Manager Agent | 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| 18245497 | Principal Financial    Attn President or Manager Agent    Attn Client Relationship Manager    711 High Street    Des Moines, IA 50292 | | | |
| 18245498 | RSUI Indemnity Company | Attn President or Manager Agent | 945 East Paces Ferry Road Suite 1800 | Atlanta, GA 30376 |
| 18245633 | Secretary of State | Division of Corporations    Franchise Tax | P.O. Box 898 | Dover, DE 19903 |
| 18245629 | Securities & Exchange Commission | 100 F Street, NE | Washington, DC 20549 | |
| 18245630 | Securities & Exchange Commission    New York Regional Office    Attn: Mark Berger, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022 | | | |
| 18245499 | Security & Exchange Commission | 444 South Flower St Suite 900 | | Los Angeles, CA 90071−2934 |
| 18245501 | Sherman/Grayson Health System, LLC    LHP Hospital Group, Inc.    c/o Ardent Health Services    Attn Presid, Manager Agent,Legal Depart    One Burton Hills Boulevard Suite 250    Nashville, TN 37215 | | | |
| 18245500 | Sherman/Grayson Health System, LLC    c/o Ardent Health Services    Attn Presid, Manager Agent,Legal Depart    One Burton Hills Blvd Suite 250    Nashville, TN 37215 | | | |
| 18245502 | Shulman Bastian Friedman & Bui LLP    Leonard M Shulman Esq / Max Casal Esq    100 Spectrum Center Dr Suite 600    Irvine, CA 92618 | | | |
| 18245503 | StarNet Insurance Company | Attn President or Manager Agent | 9301 Innovation Drive Suite 200 | Manassa, VA 20110 |
| 18245504 | Stetson Insurance Funding LLC | Attn President or Manager Agent | 6450 Transit Road | Depeur, NY 14043 |
| 18245505 | Steven Kay | 100 the Embarcadero − Penthouse | | San Francisco, CA 94105 |
| 18245506 | Sylvia Ventura | 4742 Ambrazzi Drive | Cypress, CA 90630 | |
| 18245507 | Symphony Risk Solutions LLC | Attn President or Manager Agent | 2425 N Central Expressway Suite 900 | Richardson, TX 75080 |
| 18245508 | The Hayes Irrevocable Trust | Martha Hayes, Trustee | c/o 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |

| | | | | |
|---|---|---|---|---|
| 18245509 | The Jeyakumar Inter–Vivos Trust | Panch Jayakumar, M.D. Trustee | 2248 Pieper Lane | Tustin, CA 92792 |
| 18245510 | The Krissman Family Trust | Roger Krissman, Trustee | c/o 101 N. Brand Boulevard Suite 1920 | Glendale, CA 91203 |
| 18245511 | The Reddy Investment Trust | Lex Reddy, Co–Trustee | Richard Hayes, Co–Trustee | c/o 101 N. Brand Boulevard Suite 1920    Glendale, CA 91203 |
| 18245512 | The Rosner Law Group LLC | Scott J Leonhardt Esq | 824 North Market Street Suite 810 | Wilmington, DE 19801 |
| 18245513 | The Sarrao Family Trust | Michael Sarrao, Trustee | 22431 Antonio Parkway Suite B160–457 | Rancho Santa Margarita, CA 92688 |
| 18245514 | Timothy Cogan | Cassidy Cogan Shapell & Voeglin LC | 1413 Eoff Street | Wheeling, WV 26003 |
| 18245515 | United States Department of Justice | Civil Division, Commerical Litigation Br    B Boynton, Deputy Assit Atty General et    1100 L Street NW, 7th Floor    Box 875, Ben Franklin Station | Washington, DC 20044–9875 | |
| 18245516 | Unum | Attn President or Manager Agent | 655 N. Central Suite 900 | Glendale, CA 91203 |
| 18245517 | Vantapro Specialty Insurance Co | Attn President or Manager Agent | 199 Water Street | New York, NY 10038 |

TOTAL: 90