IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and KTBS Law LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Medical Properties Trust, Inc. and certain of its affiliates in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC** | **KTBS LAW LLP** |
|---|---|
| David M. Klauder, Esquire | Thomas E. Patterson, Esquire |
| Melissa M. Hartlipp, Esquire | Sasha M. Gurvitz, Esquire |
| 1204 N. King Street | Robert J. Smith, Esquire |
| Wilmington, DE 19801 | N. Tanner Frei, Esquire |
| Phone: (302) 803-4600 | 1801 Century Park East, 26th Floor |
| dklauder@bk-legal.com | Los Angeles, CA 90067-6049 |
| mhartlipp@bk-legal.com | Phone: (310) 407-4000 |
| | TPatterson@ktbslaw.com |
| | SGurvitz@ktbslaw.com |
| | RSmith@ktbslaw.com |
| | TFrei@ktbslaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

| | |
|---|---|
| Dated: June 27, 2023<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>Melissa M. Hartlipp, Esquire (No. 7063)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Email: dklauder@bk-legal.com<br>          mhartlipp@bk-legal.com<br><br>and<br><br>**KTBS LAW LLP**<br><br>Thomas E. Patterson, Esquire<br>Sasha M. Gurvitz, Esquire<br>Robert J. Smith, Esquire<br>N. Tanner Frei, Esquire<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067-6049<br>Phone: (310) 407-4032<br>Email: TPatterson@ktbslaw.com<br>          SGurvitz@ktbslaw.com<br>          RSmith@ktbslaw.com<br>          TFrei@ktbslaw.com<br><br>*Counsel for Medical Properties Trust, Inc.* |