UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

Alecto Healthcare Services, LLC, a
Delaware limited liability company

Case No.: __23-10787 (JKS)__

Chapter: 11 (Small Business Subchapter V)

Judge: __J. Kate Stickles__

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: __6/16/2023__

Subchapter V Trustee: Jami Nimeroff

Has the debtor attended an initial debtor interview?   Yes [ ]   No [X]

   If no, please explain:
   __IDI scheduled for 7/7/23__

Has the trustee concluded the 341 meeting?   Yes [ ]   No [X]

   If no, please explain:
   __341 meeting scheduled for 7/25/23__

Has the debtor filed all postpetition financial reports?   Yes [ ]   No [X]

   If no, please explain:
   __Not yet applicable__

Has the debtor filed all monthly operating reports?   Yes [ ]   No [X]

   If no, please explain:
   __Not yet applicable__

Is all relevant insurance in place and current?   Yes [X]   No [ ]

   If no, please explain:

Has the debtor filed all applicable tax returns?    Yes [X]    No [ ]

    If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority?    Yes [ ]    No [ ]

    If no, please explain:
    <u>All administrative taxes will be paid when due</u>

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

<u>The Debtor anticipates filing its plan within the next 7-10 days</u>

_____

_____

_____

Other relevant information:

_____

_____

_____

<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the Subchapter V Trustee and all parties in interest.

Date: 6/29/2023

_[signature]_
Debtor
By: Michael Sarrao, Executive V.P.,
General Counsel and Secretary for Debtor

Date: _____

Joint Debtor

LF 136

2