## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787-JKS |
| Debtor. | |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## <u>ALECTO HEALTHCARE SERVICES LLC (CASE NO. 23-10787-JKS)</u>

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 - Subchapter V |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787-JKS |
| Debtor | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") qualify, are incorporated by reference in, and comprise an integral part of, the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Alecto Healthcare Services LLC ("Debtor" or the "Company") in the above-captioned case filed under Chapter 11, Subchapter V, of title of the United States Code (the "Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Schedules and Statements were prepared pursuant to § 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor, with the assistance of the Debtor's advisors, and are unaudited.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor's Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements. As a result, inadvertent errors or omissions may exist, and there can be no assurance that these Schedules and Statements are complete.

The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to (a) amend the Schedules and Statements with respect to a claim (as defined in § 101(5) of the Bankruptcy Code) description, designation, or Debtor against which the claim is asserted, (b) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and

Statements as to amount, liability, priority, status, or classification, (c) subsequently designate any claim as "disputed," "contingent," or "unliquidated," or (d) object to the extent, validity, enforceability, priority, or avoidability of any claim.  Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against the Debtor.  Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtor or an admission with respect to its Chapter 11 Case (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).  Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the foregoing reservation of rights.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtor and its agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized.  In no event will the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Laxman Reddy, President and Chief Executive Officer of the Debtor.  Accordingly, in reviewing and signing the Schedules and Statements, Mr. Reddy necessarily relied upon the efforts, statements, and representations of the Debtor and its staff and other personnel and professionals.  Mr. Reddy has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes should be referred to and considered in connection with any review of the Schedules and Statements.[1] Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits,

---

or attachments.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

*Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.*

## Global Notes and Overview of Methodology

### Description of Case and Information Date

On June 16, 2023 (the "Petition Date"), the Debtor filed a voluntary petition with this Bankruptcy Court for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code.  The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Case is being administered pursuant to Bankruptcy Rule 1015(b).  No creditors' committee has been appointed in this case.  Other than the appointed Subchapter V Trustee, no trustee or examiner has been appointed.  Except as otherwise noted, the information set forth herein is provided as of the close of business on the Petition Date.

### Basis of Presentation

These Schedules and Statements reflect the assets and liabilities of the Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements.

These Schedules and Statements represent the Debtor's good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

### Amendment of Schedules and Statements

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

## General Notes Applicable to Schedules and Statements

1. **Recharacterization**.  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

2.     **Claim Designations**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtor.

3.     **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

4.     **Unknown Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

5.     **Court Orders**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtor's Chapter 11 Case entered on or about June 20, 2023 (the "First Day Orders"), the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtor reserves all rights to amend or supplement its Schedules and Statements.

6.     **Other Paid Claims**.  To the extent the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtor's Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval.  To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7.     **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to modify, amend, or supplement the Schedules and Statements as it deems appropriate in this regard.

8.     **Excluded Assets and Liabilities**.  The Debtor may have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries and employee benefit accruals.  In addition, and as set forth above, the Debtor may have excluded amounts for which the Debtor has been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtor may also have excluded rejection damage claims of counterparties to executory

contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist.  Also, certain immaterial assets and liabilities may have been excluded.

9.      **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual based on the Health Insurance Portability and Accountability Act of 1996 or otherwise.  The alterations will be limited to only what is necessary to protect the Debtor or third party.  In some instances, the redacted information may be available upon request.

10.      **Leases**.  The Debtor may not have included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.  Nothing in the Schedules or Statements (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to such issues.

11.      **Guarantees and Other Secondary Liability Claims**.  The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of its executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  However, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtor reserves all rights to amend the Schedules to the extent that additional Guarantees are identified.

12.      **Executory Contracts**.  Although the Debtor has made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtor may have inadvertently failed to do so.  Accordingly, the Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

13.      **Estimates**.  To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtor reserves all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

14.      **Fiscal Year**.  The Debtor's fiscal year ends on December 31.

15.      **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to same.

16.      **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books

5

and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

17.    **Insiders**.   In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtor has included information with respect to the individuals the Debtor believes are included in the definition of "insider" set forth in § 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtor; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtor; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability, or (2) any other purpose.

18.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known and estimated amounts that are included in the Schedules and Statements.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total.  The description of an amount as "unknown", "disputed", "contingent", "unliquidated", or "undetermined" is not intended to reflect upon the materiality of such amount.

19.    **Exclusions.**   The Debtor may have excluded certain categories of assets and liabilities from the Schedules and Statements, including accrued liabilities such as accrued salaries and employee benefits (including accrued personal time off) and accrued accounts payable, as well as assets with a net book value of zero.  Other non-material assets and liabilities may have also been excluded.

<u>**Specific Notes Regarding the Schedules and Statements**</u>

**Specific Notes Regarding the Statements**

1.    **Gross Revenue**.  Amounts listed for gross revenue in the Part 1 of the Statements from the beginning of the fiscal year to just before the Petition Date reflect gross revenue from the Debtor's business for the period of January 1, 2023 through and including the Petition Date.

2.    **90 Day Payments.**  The dates set forth in the "Dates of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the date that a check was issued.  Item 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Item 4).

3.    **Insider Payments**.  The Debtor made reasonable, good faith efforts to list all material payments made to or for the benefit of insiders with one year before the filing of the case.

However, it would be unduly burdensome to determine the amount of certain employee benefits provided to insiders by the Debtor, which include, among other things, the employer portion of health insurance premiums. Moreover, the payment of such amounts was authorized by the Employee Wage Order (as defined herein). The Debtor believes that the expenses underlying any employee reimbursements were incurred for the benefit of the Debtor, and not insiders.

4.    **Property held for another.**  The Debtor has made reasonable efforts to account for property held for another by relying on the Debtor's books and records.

**Specific Notes Regarding Schedule A/B**

1.    **Bank Account Balances**. In the event of any conflict between the Debtor's *Motion for Interim and Final Orders Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code* [Docket No. 6] and the Statements and Schedules, the information contained in the Statements and Schedules shall control.

2.    **Prepayments**. Certain prepayments reflected on the Debtor's balance sheet may not be included because the vendor to which they relate has fully performed the related services and the Debtor has no claims against these vendors.

3.    The Debtor does not believe that the note receivable from Olympia Healthcare, LLC (an indirect subsidiary of the Debtor) is collectible.

4.    The $2,000,000 referenced in Part II, Item 75 is a setoff defense and is not an affirmative claim.

**Specific Notes Regarding Schedule E/F**

1.    **Creditors Holding Priority Unsecured Claims**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtor that such claim is entitled to priority treatment under § 507 of the Bankruptcy Code. The Debtor reserves all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

The Bankruptcy Court entered the *Interim Order (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments* [Docket No.26], granting authority to the Debtor to pay certain prepetition employee wage and other obligations in the ordinary course (the "Wage Order"). Pursuant to the Wage Order, the Bankruptcy Court granted the Debtor authority to pay or honor certain prepetition obligations for employee wages, payroll deductions, employee benefits, and other benefits and fees. The Debtor has not listed on Schedule E/F any wage or employment-related obligations owed to non-insiders for which the Debtor has been granted authority to pay pursuant to the Employee Wage Order or other order that

may be entered by the Bankruptcy Court.  The Debtor believes that all such claims have been, or will be, satisfied in the ordinary course during this case pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  Likewise, the Debtor has not listed on Statement, Question 3, any transfers to non-insider employees on account of wages or employment-related obligations for which the Debtor has been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

2.      **Creditors Holding Non-Priority General Unsecured Claims.**

- Horizon Real Estate Holdings, LLC is an affiliate of the Debtor.

- Olympia Healthcare LLC is an affiliate of the Debtor.

- Plaza Medical Office Building, LLC is an affiliate of the Debtor.

**Specific Notes Regarding Schedule G**

1.      The Debtor's books and records may not be complete with respect to all unexpired leases and/or executory contracts to which they are a party and that were pending as of the Petition Date. In particular, the Debtor may be party to agreements and understanding that are "oral" or "verbal" in nature; while the Debtor has made reasonable efforts to identify these agreements and disclose them in the Schedules, there may be some that are not yet known or identified. Certain of the executory contracts and unexpired leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G or Schedule B. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. The Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any contract, agreement or lease set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.

**Specific Notes Regarding Attachment No. 8 to Schedule A/B**

1.      Certain of the insurance policies provide insurance coverage to affiliates of the Debtor and the Debtor reserves the right to seek reimbursement of an allocated share of such premiums from such affiliates, as appropriate.

* * * * * * *

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alecto Healthcare Services LLC, a Delaware limited liability company |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 23-10787-JKS |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br><u>MM / DD / YYYY</u> | to Filing date<br>[as of 5/31/23] | ☑ Operating a business<br>☐ Other _____ | $ 1,559,150.00 |
   | **For prior year:** | From 01/01/2022<br><u>MM / DD / YYYY</u> | to 12/31/2022<br><u>MM / DD / YYYY</u> | ☑ Operating a business<br>☐ Other _____ | $ 3,559,929.00 |
   | **For the year before that:** | From 01/01/2021<br><u>MM / DD / YYYY</u> | to 12/31/2021<br><u>MM / DD / YYYY</u> | ☑ Operating a business<br>☐ Other _____ | $ 3,426,000.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Alecto Healthcare Services LLC, a Delaware limited liability company
        _____    Case number (if known)____23-10787-JKS_____
        Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attachment No. 3<br>_____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attachment No. 4<br>_____<br>Insider's name<br>Also See Attachment No. 30<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | _____<br>_____<br>_____ |
|  | **Relationship to debtor**<br>_____ |  |  |  |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | _____<br>_____<br>_____ |
|  | **Relationship to debtor**<br>_____ |  |  |  |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State       ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State       ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City            State       ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment No. 7 | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City            State       ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City            State       ZIP Code | |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State          ZIP Code | | |
| | Date of order or assignment | City          State          ZIP Code |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attachment No. 11 | | | |
| | **Address** | | | |
| | Street | | | |
| | City                    State         ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City                    State         ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

| | |
|---|---|
| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company |
| | Name |

Case number *(if known)* _____23-10787-JKS_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attachment No. 13 | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| 14.1. | 16310 Bake Parkway Street | | | From  8/1/2014 | To  1/31/2021 |
| | Suite 200 | | | | |
| | Irvine City | CA State | 92618 ZIP Code | | |
| 14.2. | _____ Street | | | From _____ | To _____ |
| | _____ City | _____ State | _____ ZIP Code | | |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number (if known) | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

As part of the management services provided to St. Rose Hospital, Debtor's employees have access to personally identifiable information and protected health information from St. Rose Hospital.

Does the debtor have a privacy policy about that information?

Debtor also has access to medical records and employee records of patients and employees of the closed hospitals and Wilson N. Jones Regional Medical Center in Sherman, TX.

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Alecto Healthcare Services 401(k) Retirement Savings Plan | EIN: __46_ _0829723_ __ __ __ __ __ |

Has the plan been terminated?

☑ No

☐ Yes

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Law Offices of Michael J. Sarrao<br>Name<br>22431 Antonio Pkwy, #B160-457<br>Street<br>RSM       CA       92688<br>City   State   ZIP Code | Michael Sarrao<br><br>Address<br>_____<br>_____ | Corporate Records of Debtor<br>_____<br>_____ | ☐ No<br>☑ Yes |

Debtor    <u>Alecto Healthcare Services LLC, a Delaware limited liability company</u>          Case number *(if known)*___<u>23-10787-JKS</u>
          Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Attachment No. 21 | _____ | _____ | $_____ |
| Name | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number (if known) | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **See Attachment No. 25**<br>Name<br>Street<br><br>City          State          ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____   To _____ |
| 25.2. | Business name and address<br><br>Name<br>Street<br><br>City          State          ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____   To _____ |
| 25.3. | Business name and address<br><br>Name<br>Street<br><br>City          State          ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____   To _____ |

| Debtor | Alecto Healthcare Services LLC, a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name | |
| Street | |
| City          State          ZIP Code | |

---

Debtor    Alecto Healthcare Services LLC, a Delaware limited liability company    Case number *(if known)* 23-10787-JKS
          Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Medical Properties Trust, Inc. |
| Name |
| 1000 Urban Center Drive, Suite 501 |
| Street |
| Birmingham, AL 35242 |

| City | State | ZIP Code |
|---|---|---|

| Name and address |
|---|
| 26d.2. CNH Finance Fund, I, L.P. |
| Name |
| 24 East Avenue, PMB 1285 |
| Street |
| New Canaan, CT 06840 |

| City | State | ZIP Code |
|---|---|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City    State    ZIP Code |

Debtor    Alecto Healthcare Services LLC, a Delaware limited liability company        Case number *(if known)* 23-10787-JKS
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laxman Reddy | 101 N. Brand Avenue Suite 1920 Glendale, CA 91203 | President and CEO | 60.8% |
| Michael Sarrao | 22431 Antonio Pkwy, Ste. B160-457 Rancho Santa Margarita, CA 92688 | Executive VP, Secretary, and General Counsel | 7.42% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attachment No. 30 Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Alecto Healthcare Services LLC, a Delaware limited liability company    Case number (if known) 23-10787-JKS
           Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ | _____ _____ |
| | Name | | _____ |
| | _____ | | |
| | Street | | _____ |
| | _____ | | |
| | City                State    ZIP Code | | _____ |
| Relationship to debtor | | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/30/2023
              MM / DD / YYYY

✗ /s/ Laxman Reddy                              Printed name  Laxman Reddy
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President and Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

In re Alecto Healthcare Services LLC
Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]

## Payments/Transfers within last 90 Days

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|---|---|---|---|---|---|---|
| 03/10/2023 | Bill Payment (Check) | 3471 | American Express | Expense Reimbursement - Lex Reddy February 2023 | | $4,296.44 |
| 03/10/2023 | Bill Payment (Check) | 3472 | Pacific Global Investment Management Company | Office Space Rent - May 2023 + Security Deposit - 101 N. Brand Boulevard, Suite 1920, Glendale, CA | | $18,316.80 |
| 03/10/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Payment on Copier Lease 02/15/23 - 03/14/23 | | $435.02 |
| 03/10/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Payment on Copier Lease  02/15/23 - 03/14/23 | | $344.64 |
| 03/10/2023 | Elctronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer and Employee) PPE 3/4/23 | | $25,859.34 |
| 3/10/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer and Employee) PPE 3/4/23 | | $5,493.61 |
| 3/10/2023 | Electronic Funds Transfer | | Principal | Employee 401(k) Contributions PPR 3/4/23 | | $5,556.54 |
| 03/14/2023 | Bill Payment (Check) | ACH PMT | Anthem Blue Cross | Group #: F46760 Health Insurance - Apr 2023 | | $14,478.05 |
| 03/14/2023 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | Apr 2023 EE Life, &, Critical illness insurance policy 0434444 thru 0434448 | | $3,370.28 |
| 03/15/2023 | Bill Payment (Check) | ACH DEBIT | AT&T | A/c 314552032 - Internet at Glendale Office | | $69.55 |
| 03/17/2023 | Bill Payment (Check) | 3473 | Berkley Net Underwriters | WC insurance 04/01/2023 - 04/01/2024 Policy # BNUWC0153849 | | $16,025.00 |
| 03/17/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Payment on Copier Lease Mar 2023 | | $632.79 |
| 03/17/2023 | Bill Payment (Check) | ACH PMT | MetLife Ins | Vision & Dental Insurance premium - Apr 2023 | | $1,423.08 |
| 03/17/2023 | Bill Payment (Check) | ACH PMT | Modern Parking, Inc. | Parking Fee @ 101 N. Brand Blvd, Glendale 5 spaces @105.00 - Apr 2023 prepaid | | $525.00 |
| 03/17/2023 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | Mar & Apr 2023 EE insurance Accident Policy #s 0434447-001 | | $96.24 |
| 3/20/2023 | Intercompany Advance | Wire | Alecto Healthcare Services Fairmont LLC | Intercompany Advance | | $3,000.00 |
| 03/21/2023 | Bill Payment (Check) | 3474 | Shulman Bastian Friedman & Bui LLP | ID: 5246-000 LMS Invoice 98321 03/03/2023 | | $10,761.30 |
| 03/27/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer and Employee) PPE 3/18/23 | | $24,288.92 |
| 3/27/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer and Employee) PPE 3/18/23 | | $5,276.85 |

In re Alecto Healthcare Services LLC
Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|---|---|---|---|---|---|---|
| 3/27/2023 | Elctronic Funds Transfer | | Principal | Employee 401(k) Contributions PPE 3/18/23 | | $5,546.93 |
| 03/27/2023 | Bill Payment (Check) | ACH PMT | First Insurance Funding | D&O insurance 2023-2024 Premium Financing | | $76,137.36 |
| 03/29/2023 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Installment Payment TX Non-Subscribe Policy for Wilson N. Jones Regional Medical Center - 03/31/2023-03/31/2024 Policy # ORNSOL000039-01 The Combined Group Ins Srvcs Inc./Old Republic Union | | $8,453.80 |
| 3/30/2023 | Wire Transfer | | Sherman/Grayson Hospital | Intercompany Advance to Sherman/Grayson Hospital, LLC | | $450,000.00 |
| 3/30/2023 | Wire Transfer | | Sherman/Grayson Hospital | Intercompany Advance to Sherman/Grayson Hospital, LLC | | $650,000.00 |
| 03/31/2023 | Bank Fees | ACH DEBIT | City National Bank | Bank Fees | | $439.76 |
| 04/03/2023 | Bill Payment (Check) | ACH DEBIT | City National Bank | March 2023 CNB Credit Card Charges | | $569.33 |
| 04/03/2023 | Bill Payment (Check) | ACH PMT | Bank Direct | Insurance Premium Financing | | $14,283.29 |
| 04/03/2023 | Bill Payment (Check) | ACH PMT | NTT America, Inc. | April 2023 Rent for 101 N. Brand Boulevard, Suite 1780, Glendale, CA 91203 | | $14,462.50 |
| 4/3/2023 | Wire Transfer | | Alecto Healthcare Services Fairmont LLC | Intercompany Advance to Alecto Healthcare Services Fairmont LLC | | $3,000.00 |
| 04/06/2023 | Bill Payment (Check) | ACH PMT | New Horizon Communications | Internet for Suite 1780 - Apr 2023 | | $869.92 |
| 04/06/2023 | Bill Payment (Check) | ACH PMT | Moss Adams LLP | Year 2022 Tax Preparation Fee - Installment Payment | | $15,833.33 |
| 4/7/2023 | Bill Payment (Check) | ACH PMT | RWDSU Trust Fund | Quarterly Installment of Multi-Employer Withdrawal Liability (Alecto Healthcare Services Fairmont) | | $63,645.00 |
| 04/10/2023 | Bill Payment (Check) | 3475 | American Express | Laxman Reddy Expenses - March 2023 | | $2,287.07 |
| 04/10/2023 | Bill Payment (Check) | ACH PMT | Evangeline Douglass | March 2023 expense reimbursement | | $7,514.29 |
| 04/10/2023 | Bill Payment (Check) | ACH PMT | Jeremy Redin | March 2023 expense reimbursement | | $1,292.14 |
| 04/10/2023 | Bill Payment (Check) | ACH PMT | Sylvia Ventura | March 2023 expense reimbursement | | $2,240.66 |
| 04/10/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer and Employee) PPE 04/01/2023 | | $26,904.98 |
| 4/10/2023 | Electronic Funds Transfer | | Franchise Tax Board | State Payroll Taxes (Employer and Employee) PPE 04/01/2023 | | $4,579.19 |
| 4/10/2023 | Electronic Funds Transfer | | Principal | Employee 401(k) Contributions PPE 04/01/2-23 | | $28,008.47 |
| 04/11/2023 | Bill Payment (Check) | ACH PMT | Michael J. Sarrao | March 2023 expense reimbursement | | $4,593.53 |

In re Alecto Healthcare Services LLC
Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|---|---|---|---|---|---|---|
| 04/11/2023 | Bill Payment (Check) | ACH PMT | Michael J. Sarrao | Expense Reimbursement - Forvis Fees | | $41,250.00 |
| 04/11/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Copier Lease 03/15/23 - 04/14/23 | | $435.02 |
| 04/11/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Copier Lease 03/15/23 - 04/14/23 | | $344.64 |
| 04/12/2023 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Excess Medical Prof/Gen Liability 08/01/22 to 08/01/23 Mag Mutual Ins Co. HUL 09114235 Installment Payment | | $42,297.00 |
| 04/12/2023 | Bill Payment (Check) | ACH PMT | Anthem Blue Cross | Group #: F46760 Invoice # 0202304902851 Alecto Healthcare Services - May 2023 | | $14,478.05 |
| 04/12/2023 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | May 2023 EE Life, &, Critical illness insurance policy 0434444 thru 0434448 | | $3,418.40 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) for Sunrise Real Estate Holdings, LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) for Olympia Health Care, LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) for Acceleron Services LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) for Alecto Healthcare Services Hayward LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) Horizon Real Estate Holdings, LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2022) United Medical Management, LLC | | $800.00 |
| 04/14/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) United Medical Management, LLC | | $800.00 |
| 4/14/2023 | Wire Transfer | | Sherman/Grayson Hospital, LLC | Intercompany Advance to Sherman/Grayson Hospital, LLC | | $100,000.00 |
| 04/17/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) Olympia Plaza Management, Inc | | $800.00 |
| 04/17/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) United Physicians Medical Group, Inc. | | $800.00 |
| 04/17/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Copier Lease Apr 2023 | | $632.79 |
| 04/17/2023 | Bill Payment (Check) | ACH PMT | MetLife Ins | Policy: KM05975478-0001 May 2023 Vision & Dental Insurance | | $1,423.08 |
| 04/17/2023 | Bill Payment (Check) | ACH PMT | Modern Parking, Inc. | Parking Spaces at Glendale Office - May 2023 | | $525.00 |
| 04/17/2023 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Installment Payment TX Non-Subscribe Policy for Wilson N. Jones Regional Medical Center - 03/31/2023-03/31/2024 Policy # ORNSOL000039-01 The Combined Group Ins Srvcs Inc./Old Republic Union | | $2,819.34 |

In re Alecto Healthcare Services LLC
Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|------|------------------|-----|------|-----------------|-------|--------|
| 4/17/2023 | Wire Transfer | | Alecto Healthcare Services Fairmont LLC | Intercompany Advance to Alecto Healthcare Services LLC | | $3,000.00 |
| 04/19/2023 | Bill Payment (Check) | ACH DEBIT | AT&T | April 2023 -Glendale Office Internet | | $69.55 |
| 04/20/2023 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Auto Insurance Premium - 1 Month Extension | | $2,236.00 |
| 04/21/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) Alecto Healthcare Services Los Angeles LLC | | $800.00 |
| 04/21/2023 | Bill Payment (Check) | ACH DEBIT | Franchise Tax Board | Annual Franchise Tax (2023) Alecto Healthhcare Services LLC | | $100.00 |
| 04/24/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer & Employee) PPE 04/15/2023 | | $22,637.34 |
| 4/24/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer & Employee) PPE  04/15/2023 & PPE 04/07/23 | | $5,803.88 |
| 4/24/2023 | Electronic Funds Transfer | | Principal | Employee 401(k) Contributions | | $5,527.70 |
| 04/24/2023 | Bill Payment (Check) | ACH PMT | AIG Claims Inc | Claims Expense Reimbursement | | $11,461.75 |
| 04/25/2023 | Bill Payment (Check) | ACH PMT | Quadax, Inc. | Claims Management Services for AR | | $2,200.00 |
| 4/27/2023 | Wire Transfer | | Sherman/Grayson Hospital, LLC | Intercompany Advance to Sherman/Grayson Hospital, LLC | | $190,000.00 |
| 04/30/2023 | Bank Fees | ACH DEBIT | City National Bank | To record bank service charges & wire fees during Apr 2023- Acct 6065 Dep acct | | $451.76 |
| 04/30/2023 | Electronic Funds Transfer | | Internal Revenue Service | Q1 2023 FUTA | | $504.97 |
| 4/30/2023 | Electronic Funds Transfer | | Employment Development Department | Q1 SUI & EDD | | $6,280.13 |
| 05/01/2023 | Bill Payment (Check) | ACH PMT | Bank Direct | Insurance Premium Financing | | $14,283.29 |
| 5/1/2023 | Wire Transfer | | Alecto Healthcare Services Fairmont LLC | Intercompany Advance to Alecto Healthcare Services Fairmont LLC | | $3,000.00 |
| 05/02/2023 | Bill Payment (Check) | ACH DEBIT | City National Bank | CNB Credit Card auto Debit - March 2023 | | $569.33 |
| 05/02/2023 | Bill Payment (Check) | ACH PMT | First Insurance Funding | Insurance Premium Financing | | $76,137.36 |
| 05/03/2023 | Bill Payment (Check) | ACH PMT | GRM Information Management Services of San Francisco, LLC | Records Storage | | $14,900.69 |
| 05/04/2023 | Bill Payment (Check) | ACH PMT | Moss Adams LLP | Year 2022 Tax Preparation Fee - Installment | | $15,833.33 |
| 05/04/2023 | Bill Payment (Check) | ACH PMT | Shulman Bastian Friedman & Bui LLP | Legal Fees | | $15,388.95 |

In re Alecto Healthcare Services LLC
Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|------|------------------|-----|------|------------------|-------|--------|
| 05/04/2023 | Bill Payment (Check) | ACH PMT | Exclusive Modular Installation Inc. | Repairs & Maintenance - Vacating Suite 1720 and Moving to Suite 1920 | | $14,200.00 |
| 05/04/2023 | Bill Payment (Check) | ACH PMT | Tech Guys | Removal of IT Cabling from Suite 1780 | | $3,300.00 |
| 05/05/2023 | Bill Payment (Check) | ACH PMT | Olshan Frome Wolosky | Legal Fees | | $15,470.00 |
| 05/05/2023 | Bill Payment (Check) | 3476 | American Express | Laxman Reddy Apr 2023 Expense Reimbursement | | $5,320.29 |
| 05/05/2023 | Bill Payment (Check) | 3477 | Berkley Net Underwriters | Workers Compensation Insurance | | $23.00 |
| 05/09/2023 | Bill Payment (Check) | ACH PMT | Evangeline Douglass | April 2023 Expense Reimbursement | | $7,114.80 |
| 05/09/2023 | Bill Payment (Check) | ACH PMT | Sylvia Ventura | April 2023 Expense Reimbursement | | $1,279.84 |
| 05/10/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer and Employee) PPE 04/29/2023 | | $23,446.44 |
| 5/10/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer & Employee)  PPE  04/29/2023 | | $5,298.84 |
| 5/10/2023 | Electronic Funds Transfer | | Principal | Employee 401k Contributions PPE 04/29/2023 | | $5,566.16 |
| 05/10/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Copier Lease | | $435.02 |
| 05/10/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Monthly Copier Lease | | $344.64 |
| 05/12/2023 | Bill Payment (Check) | ACH DEBIT | AT&T | Internet at Glendale Office | | $203.30 |
| 05/17/2023 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | Life, Accident LTD etc., Premium  for June 23 | | $3,418.40 |
| 05/17/2023 | Bill Payment (Check) | ACH PMT | MetLife Ins | Policy: KM05975478-0001 - Vision & Dental | | $1,423.08 |
| 05/17/2023 | Bill Payment (Check) | ACH PMT | Anthem Blue Cross | June Premium - 0202305902761 - Health Ins | | $14,478.05 |
| 05/22/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer and Employee) PPE 05/13/2023 | | $21,500.46 |
| 5/22/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer and Employee) PPE 5/13/2023 | | $5,015.84 |
| 5/22/2023 | Electronic Funds Transfer | | Principal | Employee 401(k) Contributions PPE 5/13/2023 | | $5,527.70 |
| 05/23/2023 | Bill Payment (Check) | ACH PMT | New Horizon Communications | Internet Charges for Glendale Office 2214801 | | $869.92 |
| 05/23/2023 | Bill Payment (Check) | ACH PMT | Modern Parking, Inc. | Glendale Office Parking 288-7396 05/15/23 | | $525.00 |

In re Alecto Healthcare Services LLC

**Attachment No. 3 to Statement of Affairs [Part 2, Item 3 – Payments/transfers last 90 days]**

| Date | Transaction Type | Num | Name | Memo/Description | Debit | Amount |
|---|---|---|---|---|---|---|
| 05/23/2023 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Xerox Lease SRH- Invoice 79752912 5/6/23 | | $632.79 |
| 05/24/2023 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Installment Payment TX Non-Subscribe Policy for Wilson N. Jones Regional Medical Center - 03/31/2023-03/31/2024 Policy # ORNSOL000039-01 The Combined Group Ins Srvcs Inc./Old Republic Union | | $2,819.34 |
| 5/25/2023 | Wire Transfer | | Sherman/Grayson Hospital, LLC | Intercompany Advance to Sherman/Grayson Hospital, LLC | | $75,000.00 |
| 05/31/2023 | Bill Payment (Check) | ACH DEBIT | City National Bank | CNB Credit Card - April 2023 Charges paid | | $614.36 |
| 05/31/2023 | Bank Fees | ACH DEBIT | City National Bank | To record bank service charges & wire fees during May 2023- Acct 6065 Dep acct | | $434.77 |
| 06/01/2023 | Bill Payment (Check) | ACH PMT | Bank Direct | Insurace Premium Financing | | $14,283.29 |
| 06/01/2023 | Bill Payment (Check) | ACH PMT | Pacific Global Investment Management Company | June 2023 Rent  101 N. Brand Blvd, Suite 1920, Glendale, CA 91203 | | $5,724.00 |
| 06/02/2023 | Bill Payment (Check) | ACH PMT | First Insurance Funding | Insurance Premium Financing | | $76,137.36 |
| 06/05/2023 | Electronic Funds Transfer | | Internal Revenue Service | Federal Payroll Taxes (Employer & Employee) PPE 05/27/2023 | | $20,754.81 |
| 6/5/2023 | Electronic Funds Transfer | | Employment Development Department | State Payroll Taxes (Employer & Employee) PPE 05/27/2023 | | $4,888.92 |
| 6/5/2023 | Electronic Funds Transfer | | Principal | Employee 401(k) Contributions PPE 05/27/2023 | | $5,508.47 |

In re Alecto Healthcare Services LLC Attachment No. 4 to Statement of Affairs

[Part 2, Item 4 – Payments to insiders one  year]

Laxman Reddy
c/o 101 N. Brand Boulevard, Suite 1920
Glendale, CA 91203
Relationship to Debtor: Member, Officer

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 7/1/2022 | $4,122.87 | American Express | Expense Reimbursement |
| 8/5/2022 | $3,883.51 | American Express | Expense Reimbursement |
| 9/2/2022 | $3,752.23 | American Express | Expense Reimbursement |
| 10/6/2022 | $4,390.46 | American Express | Expense Reimbursement |
| 11/2/2022 | $4,443.45 | American Express | Expense Reimbursement |
| 12/1/2022 | $3,072.81 | American Express | Expense Reimbursement |
| 12/2/2022 | $5,405.28 | American Express | Expense Reimbursement |
| 12/29/2022 | $4,525.57 | American Express | Expense Reimbursement |
| 2/6/2023 | $3,277.09 | American Express | Expense Reimbursement |
| 3/10/2023 | $4,296.44 | American Express | Expense Reimbursement |
| 4/10/2023 | $4,593.53 | American Express | Expense Reimbursement |
| 5/5/2023 | $5,320.29 | American Express | Expense Reimbursement |

Michael J. Sarrao
22431 Antonio Parkway, Suite B160-457
Rancho Santa Margarita, CA 92688
Relationship to Debtor: Officer, Member

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 6/9/2022 | $12,110.31 | Michael J. Sarrao | Expense Reimbursement |
| 6/9/2022 | $20,000.00 | Michael J. Sarrao | Expense Reimbursement |
| 7/14/2022 | $9,614.66 | Michael J. Sarrao | Expense Reimbursement |
| 8/3/2022 | $3,482.13 | Michael J. Sarrao | Expense Reimbursement |
| 8/3/2022 | $10,000.00 | Michael J. Sarrao | Expense Reimbursement |
| 8/3/2022 | $149,743.00 | Michael J. Sarrao | Expense Reimbursement |
| 9/14/2022 | $3,731.09 | Michael J. Sarrao | Expense Reimbursement |
| 10/5/2022 | $110,000.00 | Michael J. Sarrao | Expense Reimbursement |
| 10/6/2022 | $6,671.40 | Michael J. Sarrao | Expense Reimbursement |
| 11/7/2022 | $6,902.91 | Michael J. Sarrao | Expense Reimbursement |
| 12/5/2022 | $9,705.70 | Michael J. Sarrao | Expense Reimbursement |
| 1/12/2023 | $13,826.13 | Michael J. Sarrao | Expense Reimbursement |
| 2/7/2023 | $1,276.16 | Michael J. Sarrao | Expense Reimbursement |
| 3/8/2023 | $8,414.55 | Michael J. Sarrao | Expense Reimbursement |
| 4/11/2023 | $4,593.53 | Michael J. Sarrao | Expense Reimbursement |
| 4/11/2023 | $41,250.00 | Michael J. Sarrao | Expense Reimbursement |

Panch Jeyakumar, MD
2848 Pieper Lane
Tustin, CA 92792
Relationship to Debtor: Member, Part-Time Chief Medical Officer

| Date | Amount | Payee | Purpose |
|---|---|---|---|
| 8/5/2022 | $2,844.00 | Brighhouse Life Insurance Company | Life Insurance Premium for Panch Jeyakumar, MD - Compensation for Serving as Part-Time Medical Diretcor |
| 1/5/2023 | $16,685.00 | Cooperative of American Physicians, Inc. | Medical Malpractice Insurance Premium for Panch Jeyakumar, MD - Compensation for Serving as Part-Time Medical Director |

**In re Alecto Healthcare Services LLC**
**Attachment No. 7 to Statement of Affairs**
**[Part 3, Item 7 – Legal actions]**


**Pending Litigation**

Hall v. Olympia Medical Center, et. al.
Los Angeles Superior Court, Case No. 21STCV31953
Nature of Case:  Medical Malpractice – Alecto Healthcare Services LLC is incorrectly named as a defendant.
Status of Case: Pending


Watts v. Thomas, et. al.
Los Angeles Superior Court, Case No. 21STCV23316
Nature of Case: Medical Malpractice – Alecto Healthcare Services LLC is incorrectly named as a defendant.
Status of Case: Pending


Booe v. Alecto Healthcare Services
United States District Court for Eastern District of Texas, Sherman Division
Civil Action No. 4:22-CV-00110-ALM
Nature of Case: Employment.  Alecto should not be a defendant.
Status of Case:  Pending.  Alecto Healthcare Services LLC has filed a motion to dismiss.


Reed, et. al. v. Alecto Healthcare Services LLC, et. al.
United States District Court for Northern District of West Virginia, Civil Action No. 5:19-cv-263
Nature of Case: Class Action alleging violations of WARN ACT
Status of Case: Pending.  Order issued direct clerk to enter judgment in favor of Plaintiffs.


Cardinal Health 110, LLC, et. al. v. Alecto Healthcare Services LLC
Franklin County (Ohio) Court of Common Pleas Civil Division, Case No. 22-CV-000272
Nature of Case: Breach of Contract
Status of Case: Pending


Snyder Brothers, Inc., v. Alecto Healthcare Services LLC
United States District Court for Western District of Pennsylvania, Civil Action No. 2:20-00-1974
Nature of Case: Pursuing alter ego claims against Alecto Healthcare Services LLC based on judgments against Alecto Healthcare Services Wheeling LLC and Alecto Healthcare Services Martins Ferry LLC
Status of Case: Pending


Health Carousel Travel Network, LLC v. Alecto Healthcare Services Wheeling LLC, et. al.
Court of Common Please Hamilton County Ohio, Case No. A1903955
Nature of Case: Breach of Contract case against Alecto Healthcare Services Wheeling LLC and Alecto Healthcare Services Martin's Ferry LLC in which plaintiff has recently filed a second amended complaint asserting a claim to pierce the corporate veil against Alecto Healthcare Services LLC.
Status of Case: Pending

**In re Alecto Healthcare Services LLC**
**Attachment No. 7 to Statement of Affairs**
**[Part 3, Item 7 – Legal actions]**

United States of America v. Olympia Health Care, LLC, Alecto Healthcare Services, LLC et. al.,
United States District Court for Central District of California, Case No. 2:23-cv-01783
Nature of Case: The Centers for Medicare and Medicaid Services claims that Olympia Health Care, LLC owes the United States of America over $10 Million related to an overpayment in 2005; asserts claims against Alecto Healthcare Services LLC as the alleged alter ego of Olympia Health Care, LLC and for alleged fraudulent transfers made to Alecto Healthcare Services LLC.
Case Status: Pending

**Threatened/Potential Litigation**

Multi-Employer Withdrawal Liability
Nature of Case: Alecto Healthcare Services Fairmont LLC participated in Multi-Employer Pension Plan sponsored by RDWSU.  Closure of Fairmont Regional Medical Center triggered statutory withdrawal liability and RWDSU calculated the withdrawal liability as $10,083,625.  The $10,083,625 is subject to a statutory cap of 80 quarterly payments with a present value of $2,743,008.  Alecto Healthcare Services Fairmont LLC has been making quarterly payments of $63,645.  While the direct liability is as to Alecto Healthcare Services Fairmont LLC only, Alecto Healthcare Services LLC and its affiliates are considered members of the "Control Group" and could potentially be held liable for this liability.

Carrier Corporation v. Alecto Healthcare Services LLC, Alecto Healthcare Services Wheeling LLC, Alecto Healthcare Services Ohio Valley LLC, and Alecto Healthcare Services Martin's Ferry LLC
Circuit Court of Ohio County, West Virginia, Case No. CC-35-2019-C-162
Alecto Healthcare Services LLC settled with the plaintiff.  A judgment was entered against the other defendants in the action in the amount of $233,666.10 plus post-judgment interest and attorneys' fees – the judgment was not entered against Alecto Healthcare Services LLC.

**In re Alecto Healthcare Services LLC**
**Attachment No. 11 to Statement of Affairs**
**[Part 6, Item 11 – Certain Payments or Transfers]**

| Who Was Paid or Received Transfer | Dates | Amount |
|---|---|---|
| Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive Suite 600<br>Irvine, CA 92618 | | |
| | 6/23/2022 | $1,741.50 |
| | 12/5/2022 | $8,500.00 |
| | 1/26/2023 | $12,000.00 |
| | 2/13/2023 | $5,214.15 |
| | 3/24/2023 | $10,761.30 |
| | 5/5/2023 | $15,388.95 |
| | 6/15/2023 | $180,000.00 |
| | | |
| The Rosner Law Group LLC<br>824 North Market Street Suite 810<br>Wilmington, DE 19801 | | |
| | 6/15/2023 | $25,000.00 |

**In re Alecto Healthcare Services LLC**
**Attachment No. 21 to Statement of Affairs**
**[Part 11, Item 21 – Property held for another]**

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| Alecto Healthcare Services Wheeling LLC c/o 101 N. Brand Boulevard, Suite 1920 Glendale, CA 91203 | GRM Document Management 41099 Boyce Road Fremont, CA 94538 | Business Records, Accounting Records, HR Files, and Medical Records belonging to Alecto Healthcare Services Wheeling LLC, the former operator of Ohio Valley Medical Center | $0.00 |
| Alecto Healthcare Services Martin's Ferry LLC c/o 101 N. Brand Boulevard, Suite 1920 Glendale, CA 91203 | GRM Document Management 41099 Boyce Road Fremont, CA 94538 | Business Records, Accounting Records, HR Files, and Medical Records belonging to Alecto Healthcare Services Martin's Ferry LLC, the former operator of East Ohio Regional Hospital | $0.00 |
| Alecto Healthcare Services Fairmont LLC c/o 101 N. Brand Boulevard, Suite 1920 Glendale, CA 91203 | GRM Document Management 41099 Boyce Road Fremont, CA 94538 | Business Records, Accounting Records, HR Files, and Medical Records belonging to Alecto Healthcare Services Fairmont LLC, the former operator of Regional Medical Center | $0.00 |

**In re Alecto Healthcare Services LLC**
**Attachment No. 25 to Statement of Affairs**
**[Part 13, Item 25 – Other businesses in which Debtor has or had an interest]**

| Business Name and Address | Type/Amount of Interest | EIN | Nature of Business | Dates of Interest |
|---|---|---|---|---|
| Alecto Healthcare Services Hayward LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 36-4743580 | Provides management services to non-profit hospital | 100% from 9/6/12-Present |
| Alecto Healthcare Services Los Angeles LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 90-0999512 | Investment vehicle to hold interests in Olympia Health Care, LLC and Horizon Real Estate Holdings, LLC | 100% from 11/13/12 to 12/31/12<br>80% from 1/1/13 to 12/31/21<br>100% from 1/1/22 to present. |
| Alecto Healthcare Services Fairmont LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 35-2507149 | Operated Fairmont Regional Medical Center from 9/21/14 to 3/31/2020. Currently involved in wind down of business and maintaining medical records. | 100% from 4/2/14 to 9/19/14<br>80% from 9/19/14 to 12/31/21<br>100% from 1/1/22 to present |
| Acceleron Services LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 90-0987801 | No operations.  Formed as an entity but has never engaged in any business. | 100% from 4/11/13 - Present |
| United Medical Management, LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 38-3933131 | No operations.  Formed as an entity but has never engaged in any business. | 100% from 4/23/14 - Present |
| Sunrise MOB Holdings LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 84-2099288 | Investment vehicle formed to holds interest in Sunrise Real Estate Holdings, LLC. | 100% from 1/1/21 to Present |
| Alecto Healthcare Services Sherman LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 80% of Membership Interest | 37-1760423 | Investment vehicle that holds interest in Sherman/Grayson Hospital, LLC, the operator of an acute care hospital in Sherman, Texas, Sherman/Grayson Health Services, LLC, and Sherman/Grayson Sponsor, LLC, the holder of stock in two medical groups based in Sherman, Texas. | 100% from 6/30/14 – 10/31/14<br>80% from 10/31/14 to Present |

**In re Alecto Healthcare Services LLC**
**Attachment No. 25 to Statement of Affairs**
**[Part 13, Item 25 – Other businesses in which Debtor has or had an interest]**

| Business Name and Address | Type/Amount of Interest | EIN | Nature of Business | Dates of Interest |
|---|---|---|---|---|
| Alecto Healthcare Services Ohio Valley LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 36-4857044 | Investment vehicle that holds interest in Alecto Healthcare Services Wheeling LLC, the former operator of Ohio Valley Medical Center in Wheeling, WV, and Alecto Healthcare Services Martin's Ferry LLC, the former operator of East Ohio Regional Hospital in Martins Ferry, Ohio.  Also sponsors a defined benefit pension plan. | 100% from 1/13/17 to 6/1/2017<br>80% from 6/1/2017 to 12/31/21<br>100% from 1/1/22 to Present |
| Alecto Healthcare Services Real Estate Holdings LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 47-1260467 | No operations.  Formed but never engaged in business. | 100% from 6/30/14 - Present |
| M/C Healthcare LLC<br>101 N. Brand Boulevard, Suite 1920<br>Glendale, CA 91203 | 100% of Membership Interest | 47-3371203 | Investment vehicle that held interest in entities that operated acute care hospitals in South Carolina in 2015.  No active operations. | 100% from 12/10/2018 - Present |

In re Alecto Healthcare Services LLC Attachment No. 30 to Statement of Affairs
[Part 13, Item 30 – wages and other benefit one year]

**Alecto Healthcare Services, LLC**

**Wages & Health Benefits Paid**

**06/17/22 - 06/02/23**

| PP Start | PP End | Pay Date | Lex Reddy | Matt Williams | Mike Sarrao | Total |
|---|---|---|---|---|---|---|
| 05/29/22 | 06/11/22 | 06/17/22 | | 11,539.20 | 0.00 | **11,539.20** |
| 06/12/22 | 06/25/22 | 07/01/22 | | 11,539.20 | 0.00 | **11,539.20** |
| 06/26/22 | 07/09/22 | 07/15/22 | 375,000.08 | 11,539.20 | 0.00 | **386,539.28** |
| 07/10/22 | 07/23/22 | 07/29/22 | 86,538.48 | 11,539.20 | 0.00 | **98,077.68** |
| 07/24/22 | 08/06/22 | 08/12/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 08/07/22 | 08/20/22 | 08/26/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 08/21/22 | 09/03/22 | 09/09/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 09/04/22 | 09/17/22 | 09/23/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 09/18/22 | 10/01/22 | 10/07/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 10/02/22 | 10/15/22 | 10/21/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 10/16/22 | 10/29/22 | 11/04/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 10/30/22 | 11/12/22 | 11/18/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 11/13/22 | 11/26/22 | 12/02/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 11/27/22 | 12/10/22 | 12/16/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| Bonus | | 12/21/22 | 0.00 | 25,000.00 | 0.00 | **25,000.00** |
| 12/11/22 | 12/24/22 | 12/30/22 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 12/25/22 | 01/07/23 | 01/13/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 01/08/23 | 01/21/23 | 01/27/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 01/22/23 | 02/04/23 | 02/10/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 02/05/23 | 02/18/23 | 02/24/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 02/19/23 | 03/04/23 | 03/10/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 03/05/23 | 03/18/23 | 03/24/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 03/19/23 | 04/01/23 | 04/07/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 04/02/23 | 04/15/23 | 04/21/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 04/16/23 | 04/29/23 | 05/05/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 04/30/23 | 05/13/23 | 05/19/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| 05/14/23 | 05/27/23 | 06/02/23 | 28,846.16 | 11,539.20 | 0.00 | **40,385.36** |
| | | | **1,096,154.08** | **325,019.20** | **0.00** | **1,421,173.28** |
| | Medical Ins | Employee | 5,304.27 | 0.00 | 0.00 | **5,304.27** |
| | Dental Ins | Employee | 1,500.72 | 0.00 | 0.00 | **1,500.72** |
| | Vision Ins | Employee | 46.54 | 0.00 | 0.00 | **46.54** |
| | Medical Ins | Employer | 21,217.38 | 0.00 | 29,737.42 | **50,954.80** |
| | Dental Ins | Employer | 0.00 | 0.00 | 2,533.18 | **2,533.18** |
| | Vision Ins | Employer | 186.16 | 0.00 | 324.74 | **510.90** |
| | | | **28,255.07** | **0.00** | **32,595.34** | **60,850.41** |
| | **Medical Ins** | **Total** | 26,521.65 | 0.00 | 29,737.42 | **56,259.07** |
| | **Dental Ins** | **Total** | 1,500.72 | 0.00 | 2,533.18 | **4,033.90** |
| | **Vision Ins** | **Total** | 232.70 | 0.00 | 324.74 | **557.44** |
| | | | **28,255.07** | **0.00** | **32,595.34** | **60,850.41** |