**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787-JKS |
| Debtor. | **Hearing Date:  TBD**<br>**Objection Deadline:  July 21, 2023 @ 4:00 p.m. ET** |

**NOTICE OF DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS**

  **PLEASE TAKE NOTICE** that on July 7, 2023, Alecto Healthcare Services LLC, a Delaware limited liability company, the debtor and debtor in possession herein ("Debtor"), filed the *Debtor's Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").  A copy of the Motion is attached hereto.

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **July 21, 2023 at 4:00 p.m. (ET)** ("Objection Deadline").

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for a date to be determined before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

  **IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1780, Glendale, CA 91203.

| | |
|---|---|
| Dated: July 7, 2023<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Scott J. Leonhardt*<br>Scott J. Leonhardt (DE Bar No. 4885)<br>824 North Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone:  (302) 777-1111<br>Email: leonhardt@teamrosner.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Leonard M. Shulman (admitted *pro hac vice*)<br>Alan J. Friedman (admitted *pro hac vice*)<br>Max Casal (admitted *pro hac vice*)<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>Email:afriedman@shulmanbastian.com<br>Email: mcasal@shulmanbastian.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |