# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### TELEPHONIC HEARING ON JULY 13, 2023 AT 12:30 P.M. (ET)

**THIS REMOTE HEARING WILL BE CONDUCTED ENTIRELY VIA ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE TO AVOID BEING DENIED ACCESS. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vjitdemord0jgajl03-cz9syxttargqyz2k

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

I.  **UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL:**

1. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [D.I. 4; filed 6/16/23]

    Objection Deadline:    July 6, 2023 at 4:00 p.m. (ET)

    Responses Received:    Informal comments from the Office of the United States Trustee and Subchapter V Trustee.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

{00036022. }

    Related Documents(s):

    a. Interim Order (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payment [D.I. 26; entered 6/20/23]

    b. Certification of Counsel [D.I. 63; filed 7/11/23]

    Status: A consensual form of order was submitted under certification of counsel. Accordingly, no hearing is necessary unless the Court has any questions.

2. Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 5; filed 6/16/23]

    Objection Deadline: July 6, 2023 at 4:00 p.m. (ET)

    Responses Received: None.

    Related Documents(s):

    a. Interim Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 27; entered 6/20/23]

    b. Certification of Counsel [D.I. 60; filed 7/11/23]

    Status: A consensual form of order was submitted under certification of counsel. Accordingly, no hearing is necessary unless the Court has any questions.

3. Debtor's Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use Of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [D.I. 6; filed 6/16/23]

    Objection Deadline: July 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents(s):

a. Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. Sections 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [D.I. 28; entered 6/20/23]

b. Certification of Counsel [D.I. 61; filed 7/11/23]

Status:  A consensual form of order was submitted under certification of counsel. Accordingly, no hearing is necessary unless the Court has any questions.

4. Motion of the Debtor for an Order Under Sections §§105(a), 363(b), 363(c), and 503(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 7; filed 6/16/23]

Objection Deadline:  July 6, 2023 at 4:00 p.m. (ET)

Responses Received:  Informal comments from the Office of the United States Trustee and Subchapter V Trustee.

Related Documents(s):

a. Interim Order Under Sections 105(a), 363(b), 363(c), and 503(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 29; entered 6/20/23]

b. Certification of Counsel [D.I. 62; filed 7/11/23]

Status:  The Debtor is continuing to work toward a consensual final order with the Office of the United States Trustee and the Subchapter V Trustee. A consensual form of second interim order was submitted under certification of counsel. Accordingly, no hearing is necessary unless the Court has any questions. The Debtor understands that the Subchapter V Trustee would like to make a statement at the status conference regarding the second interim order prior to its entry.

## II. MATTER GOING FORWARD:

5. Subchapter V Status Conference

Objection Deadline:  N/A

Responses Received:  N/A

Related Items:

a. Subchapter V Status Report [D.I. 46; filed 6/29/2023]

Status: This matter is going forward.

Dated: July 11, 2023
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE #4885)
824 N. Market St., Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: leonhardt@teamrosner.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Leonard M. Shulman (CA Bar No. 126349)
Alan J. Friedman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email: afriedman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*