# Exhibit C
# Reddy Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ALECTO HEALTHCARE SERVICES LLC,<br>a Delaware limited liability company,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

**DECLARATION OF LAXMAN REDDY IN SUPPORT OF THE APPLICATION OF THE DEBTOR TO EMPLOY AND RETAIN THE ROSNER LAW GROUP LLC AS DELAWARE COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Laxman Reddy, admit this declaration ("Declaration") under penalty of perjury.

1. I am the President and Chief Executive Officer for Alecto Healthcare Services LLC a Delaware limited liability company ("Debtor") that filed a voluntary petition under Chapter 11, Subchapter V of the United States Bankruptcy Code ("Bankruptcy Code") commencing this Chapter 11 case ("Case").

2. The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by the Debtor's counsel, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration on behalf of the Debtor, and if called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I have reviewed and am familiar with the contents of the *Application of the Debtor to Employ and Retain The Rosner Law Group LLC as Delaware Counsel to the Debtor Nunc Pro*

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1780, Glendale, CA 91203.

{00036003. }  1

*Tunc to the Petition Date* ("Application"). In support of the Application, the Debtor relies upon the Declaration of Frederick B. Rosner (the "Rosner Declaration") which is attached to the Application as **Exhibit B**.

4. The Debtor selected The Rosner Law Group LLC ("Firm") because of the Firm's extensive general legal experience and knowledge, and, in particular, its substantial experience in representing debtors and recognized expertise in the field of business reorganization under chapter 11 of the Bankruptcy Code. In addition, I am advised that the Firm is experienced and familiar with Delaware bankruptcy practice and local procedures and Delaware law. For these reasons, the Debtor believes that the Firm is well qualified and uniquely able to represent the Debtor in this Case in an efficient and timely manner.

5. The Debtor reviewed the Firm's standard rates for bankruptcy services, as set forth in the Application. Based upon representations made to the Debtor by the Firm, I understand that those rates are generally consistent with the Firm's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. Based on these representations and the Firm's experience in both the bankruptcy field and in other fields in which the Debtor operates, the Debtor believes these rates are reasonable.

6. Since 2014, the Debtor has loaned substantial funds to Sherman/Grayson that have not been, and except to a very limited degree are unable to be, paid back. Such loans were made to allow Sherman/Grayson to meet the healthcare needs of its community and attempt a financial recovery. Sherman/Grayson made the following repayments to the Debtor: (1) $75,000 on June 1, 2023; and (2) $79,000 on June 14, 2023. On October 14, 2022, Sherman/Grayson transferred $1,521,466.74 to the Debtor. Sherman/Grayson received the funds as part of a supplemental payment program and subsequently transferred the funds to the Debtor to be held in reserve. The

Debtor transferred back the $1,521,466.74 (along with additional sums) to Sherman/Grayson across four different transactions between October 27, 2022 and December 21, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: July 12, 2023

/s/ Laxman Reddy
Laxman Reddy
President and Chief Executive Officer

{00036003. }     3