23-10787 Alecto Healthcare Services LLC
7/13/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Leah | Lerman | USA | USDOJ, Civil Division |
| Jami | Nimeroff | Subchapter V trustee | |
| Richard | Riley | Snyder Brothers Energy, LLC | Whiteford, Taylor & Preston LLC |
| Ronald | Crouch | Snyder Brothers Energy, LLC | Whiteford Taylor & Preston, LLP |
| Stanton | McManus | United States of America | |
| Alan | Friedman | Debtor | Shulman Bastian Friedman & Bui LLP |
| Max | Casal | Debtor | Shulman Bastian Friedman & Bui LLP |
| Michael | Sarrao | Debtor | |
| Mark | Minuti | LHP Hospital Group | Saul Ewing LLP |
| Sasha | Gurvitz | MPT of Sherman-Alecto, LLC | KTBS Law LLP |
| Scott | Leonhardt | Alecto Healthcare Services LLC | The Rosner Law Group LLC |
| William | Hazeltine | Mountain State Justice | Sullivan Hazeltine Allinson LLC |
| William | Sullivan | Mountain State Justice, Inc. | Sullivan Hazeltine Allinson LLC |
| Taylor | Harrison | Debtwire | |
| Rachel | Werkheiser | USBC | USBC |
| Paula | Subda | USBC | USBC |
| James | Risener | Official Committee of Unsecured Creditors of Sherman/Grayson Hospital, LLC | Potter Anderson & Corroon LLP |
| Court | Staff | USBC | |