# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Re: D.I. 7 & 29 |

### SECOND INTERIM ORDER RE: MOTION OF THE DEBTOR FOR AN ORDER UNDER SECTIONS §§105(A), 363(B), 363(C), AND 503(B) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6003 AUTHORIZING DEBTOR TO (A) MAINTAIN EXISTING INSURANCE POLICIES; AND (B) PAY ALL OBLIGATIONS IN RESPECT THEREOF

Upon the *Motion of the Debtor for an Order Under Sections 105(a), 363(b), 363(c), and 503(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Assume Existing Insurance Policies; and (B) Pay all Obligations in Respect Thereof* (the "Motion")[2] of the debtor and debtor in possession in the above-captioned case (the "Debtor"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is necessary to the ongoing orderly operation of the Debtor's business and is in the best interests of the Debtor, its estate, and its creditors; and it appearing that the notice of the Motion having been given as set forth herein was appropriate and that no other or further notice need by given; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

{00036066. }

1. The Motion is GRANTED on an interim basis as provided herein.

2. The final hearing ("Final Hearing") on the Motion shall be held on **August 10, 2023 at 11:00 a.m. (prevailing Eastern Time)**. Any objections or responses to entry of a final order on the Motion shall be filed on or before **August 3, 2023 at 4:00 p.m. (prevailing Eastern Time)**, and shall be served on: (a) the Debtor, 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203; (b) proposed counsel to the Debtor, The Rosner Law Group LLC, 824 North Market Street, Suite 810, Wilmington, DE 19801; Attn: Scott J. Leonhardt, leonhardt@teamrosner.com, and Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618 Attn: Max Casal, MCasal@shulmanbastian.com; (c) the Subchapter V Trustee, Jami Nimeroff, Esq., Brown McGarry Nimeroff LLC, 919 N. Market Street, Suite 420 Wilmington, DE 19801, JNimeroff@bmnlawyers.com; and (d) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; Attn: Linda Casey (Linda.Casey@usdoj.gov) (collectively, the "Notice Parties"). If no objections to entry of a final order on the Motion are timely received, this Court may enter such final order without further notice or hearing.

3. The Debtor is authorized to maintain its prepetition Insurance Policies, or to the extent necessary, revise or supplement such Insurance Policies, if necessary, in the ordinary course of the Debtor's business; provided, however, as set forth in paragraph 4 below, the Debtor is only authorized to pay a total of $125,000 for amounts that become due prior to the Final Hearing ("Interim Period").

4. The Debtor is authorized, but not directed, to pay or cause to be paid any amounts that become due during the Interim Period for the Insurance Policies, in a total amount not to exceed $125,000 absent further order of the Court.

5.     Notwithstanding the possible applicability of Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the Motion or otherwise deemed waived. To the extent the 14-day stay of Bankruptcy Rule 6004(h) may be construed to apply to the subject matter of this Order, such stay is hereby waived.

6.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

7.     This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: July 13th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

{00036066. }