IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

**NOTICE OF APPEARANCE AND REQUEST FOR
ELECTRONIC NOTICE FOR UNITED STATES
GOVERNMENT ATTORNEY ZOE C. WADGE**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned cases, hereby files this notice of appearance and request for electronic notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above- captioned cases and debtors be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated:  July 21, 2023                                              Respectfully submitted,
       Washington, D.C.

                                             /s/ Zoe C. Wadge
                                             Zoe C. Wadge, Attorney
                                             Bar No. DC 90005752
                                             Pension Benefit Guaranty Corporation
                                             Office of the General Counsel
                                             445 12th Street, SW
                                             Washington, D.C. 20024
                                             Telephone: (202) 229-3992
                                             Email:  wadge.zoe@pbgc.gov *and*
                                                      efile@pbgc.gov

## CERTIFICATE OF SERVICE

I hereby certify, that on this 21st day of July 2023, the **Notice of Appearance and Request for Electronic Notice for United States Government Attorney Zoe C. Wadge** and the **Certification of United States Government Attorney Zoe C. Wadge** were served via CM/ECF on all parties registered to receive notices for this case, including the following parties:

| | |
|---|---|
| **Max Casal**<br>**Alan Jay Friedman**<br>**Leonard Miles Shulman**<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br><br>**Scott J. Leonhardt**<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington DE 19801<br><br>*Debtors' Counsel*<br>**via CM/ECF** | **Jami Nimeroff**<br>Brown McGarry Nimeroff LLC<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br><br>*Counsel for Subchapter V Trustee*<br>**via CM/ECF** |

                                                   /s/ Zoe C. Wadge
                                                     Zoe C. Wadge
                                                     Attorney