**Fill in this information to identify the case:**

Debtor Name  Alecto Healthcare Services LLC

United States Bankruptcy Court for the:  District of Delaware

Case number:  23-10787

❏ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          June 2023

Date report filed:  07/21/2023
MM / DD / YYYY

Line of business:  Healthcare Management

NAISC code:  541611

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Michael Sarrao

Original signature of responsible party

Printed name of responsible party          Michael Sarrao, EVP

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ☑ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

Debtor Name  Alecto Healthcare Services LLC                              Case number  23-10787

---

17. Have you paid any bills you owed before you filed bankruptcy?  ☑  ☐  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $    2.61

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 129,993.91

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 125,164.97

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.  + $ 4,828.94

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.  = $ 4,831.55

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 10,060.03

    *(Exhibit E)*

---

Debtor Name  Alecto Healthcare Services LLC

Case number  23-10787

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 96,981,02⊞

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    13

27. What is the number of employees as of the date of this monthly report?    13

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00

30. How much have you paid this month in other professional fees?    $ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 129,993.91 | = | $ 129,993.91 |
| 33. **Cash disbursements** | $ _____ | − | $ 125,164.97 | = | $ 125,164.97 |
| 34. **Net cash flow** | $ _____ | − | $ 4,828.94 | = | $ 4,828.94 |

35. Total projected cash receipts for the next month:    $ 290,163.00

36. Total projected cash disbursements for the next month:    − $ 281,210.00

37. Total projected net cash flow for the next month:    = $ 8,952.67

Debtor Name  Alecto Healthcare Services LLC                          Case number  23-10787

---

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBIT B**

Part 1. Questionnaire

Line 13 – After Debtor paid the annual premium in full, Vantapro Specialty Insurance Company provided notice to Debtor that it was terminating Debtor's automobile insurance policy effective as of 7/31/23 because Debtor filed bankruptcy.  Debtor disputes the termination notice.

EXHIBIT C

Statement of Cash Receipts

6/16/23 to 6/30/23

**Cash Receipts**

| Bank | Account Number | Date | Payor | Amount | Description |
|------|----------------|------|-------|--------|-------------|
| City National Bank | x6065 | 6/20/2023 | Employment Development Depart. | $5,493.56 | Refund of Overpayment |
| City National Bank | x6508 | 6/22/2023 | Alecto Healthcare Services Hayward LLC | $21,842.35 | Payment |
| City National Bank | x6508 | 6/28/2023 | Alecto Healthcare Services Hayward LLC | $102,658.00 | Payment |
| | | | | $129,993.91 | |

Exhibit D
Cash Disbursements
6/16/23 to 6/30/23

**Cash Disbursements 6/16/23 to 6/30/23**

| Date | Payee | Amount | Description |
|------|-------|--------|-------------|
| 6/20/2023 | Employment Development Depart. | $5,170.66 | State Payroll Tax PPE 6/10/23 |
| 6/20/2023 | Principal | $4,022.70 | Employee 401(k) Withholdings |
| 6/23/2023 | Internal Revenue Service | $21,842.83 | Federal Payroll Tax PPE 6/10/23 |
| 6/28/2023 | Symphony Risk Solutions | $2,819.34 | Monthly Payment - TX Non-Subscriber Policy |
| 6/28/2023 | Symphony Risk Solutions | $20,211.76 | Annual Premium - Auto Insurance |
| 6/28/2023 | Net Payroll | $48,269.91 | Net Payroll PPE 6/24/23 |
| 6/29/2023 | Internal Revenue Service | $22,464.31 | Federal Payroll Tax PPE 6/24/23 |
| 6/30/2023 | Bank Charges | $363.46 | Bank Charges |
|  |  | $125,164.97 |  |

Exhibit E
Post-Petition Payables
6/16/23 to 6/30/23

**Post-Petition Payables Outstanding as of 6/30/23**

| Invoice Date | Payee | Amount | Description |
|---|---|---|---|
| 6/30/2023 | Evageline Douglas | $1,508.97 | Employee Expense Reimbursement |
| 6/30/2023 | GRM Information Management | $0.09 | Record Storage |
| 6/30/2023 | Sylvia Ventura | $4,072.49 | Employee Expense Reimbursement |
| 6/10/2023 | Unum Life Insurance | $3,055.40 | Life Insurance - July 2023 Premium |
| 6/15/2023 | Met Life | $1,423.08 | Dental & Vision Benefits Premium - July 2023 |
| | | $10,060.03 | |

Exhibit F
Accounts Receivable
As of 6/30/23

**Receivables as of 6/30/23**

| Obligor | Description | Amount | Comments |
|---|---|---|---|
| Hayward Sisters Hospital | June 2023 Management Fee | $238,921.79 | |
| Hayward Sisters Hospital | June 2023 Expense Reimbursement | $32,885.22 | |
| Alecto Healthcare Services Martin's Ferry LLC | Inter-Company Receivable | $885,861.67 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Fairmont LLC | Inter-Company Receivable | $4,653,799.65 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Wheeling LLC | Inter-Company Receivable | $30,657,574.15 | Debtor does not expect to recover receivable |
| Sherman/Grayson Hospital, LLC | Inter-Company Receivable | $60,511,980.66 | Debtor does not expect to recover receivable |
| | | $96,981,023.14 | |



**CITY NATIONAL BANK**
AN RBC COMPANY

Page 1          (0)

Account #: ███6065

This statement: June 30, 2023
Last statement: May 31, 2023

**Contact us:**
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

075                              0830N
ALECTO HEALTHCARE SERVICES LLC
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

cnb.com

---

## Business Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ███6065 | **Beginning balance (5/31/2023)** | | $20,714.12 |
| Minimum balance | $-348.46 | | | |
| Average balance | $25,574.06 | **Credits** Deposits (1) | + 5,493.56 | |
| Avg. collected balance | $25,390.00 | Electronic cr (4) | + 343,748.78 | |
| | | Other credits (5) | + 325,404.92 | |
| | | **Total credits** | | + $674,647.26 |
| | | **Debits** Checks paid (0) | - 0.00 | |
| | | Electronic db (1) | - 233,564.68 | |
| | | Other debits (23) | - 456,316.60 | |
| | | **Total debits** | | - $689,881.28 |
| | | **Ending balance (6/30/2023)** | | $5,480.10 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 6-20 | Deposit | | 5,493.56 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 6-1 | Incoming Wire-Dom | 75,000.00 |
| 6-2 | Incoming Wire-Dom | 126,377.33 |
| 6-6 | Preauthorized Credit ST. ROSE HOSPITA VENDOR PAY CCD ALECTO HEALTHC ALECTO INTER-COMPA NY ALLOCATIONS FOR MAY 2023 | 39,713.45 |
| 6-28 | Incoming Wire-Dom | 102,658.00 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 6-2 | Account Transfer Cr. FR ACC ███ 7509 ALECTO HEALTHCARE SERVIC | | 305,900.00 |
| 6-5 | Account Transfer Cr. FR ACC ███ 3784 ALECTO HEALTHCARE SERVIC | | 19.51 |
| 6-5 | Account Transfer Cr. FR ACC ███ 7509 ALECTO HEALTHCARE SERVIC | | 43.29 |
| 6-5 | Account Transfer Cr. FR ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 19,092.12 |
| 6-20 | Account Transfer Cr. FR ACC ███ 7509 ALECTO HEALTHCARE SERVIC | | 350.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 6-5 | Bsuite Wire Out-Dom | 233,564.68 |



**CITY NATIONAL BANK**

AN RBC COMPANY

ALECTO HEALTHCARE SERVICES LLC
June 30, 2023

Page 2
**Account #:** ███6065

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 6-1 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 6-1 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 20,000.00 |
| 6-1 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 71,000.00 |
| 6-2 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 6-2 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 76,137.36 |
| 6-2 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 126,377.33 |
| 6-5 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 20,000.00 |
| 6-5 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 6-6 | Account Transfer Dr. TO ACC ███ 7509 ALECTO HEALTHCARE SERVIC | | 39,713.45 |
| 6-12 | Account Transfer Dr. TO ACC ███ 7509 ALECTO HEALTHCARE SERVIC | | 25.00 |
| 6-16 | Service Charge ACH ORIGINATED CRE DIT FOR 05/23 | | .11 |
| 6-16 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 05/23 | | 7.00 |
| 6-16 | Service Charge ACH ORIGINATED CRE DIT - TRANSIT FOR 05/23 | | 7.35 |
| 6-16 | Service Charge ACH FILTER FRAUD S USPECTS FOR 05/23 | | 9.00 |
| 6-16 | Service Charge TNET BASIC MAINT ( ADD'L ACCTS) FOR 05/23 | | 10.00 |
| 6-16 | Service Charge TNET BASIC ACH UPL OAD FOR 05/23 | | 25.00 |
| 6-16 | Service Charge TNET BASIC ACH MAI NT FOR 05/23 | | 30.00 |
| 6-16 | Service Charge TNET BASIC WIRE MA INT FOR 05/23 | | 30.00 |
| 6-16 | Service Charge TNET BASIC MAINT ( ACCTS 1-5) FOR 05/23 | | 35.00 |
| 6-16 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 05/23 | | 50.00 |
| 6-16 | Service Charge ACH FILE INPUT FOR 05/23 | | 145.00 |
| 6-28 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 6-28 | Account Transfer Dr. TO ACC ███ 6508 ALECTO HEALTHCARE SERVIC | | 102,658.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 5-31 | 20,714.12 | 6-5 | 25.00 | 6-16 | -348.46 | | |
| 6-1 | 4,699.12 | 6-6 | 25.00 | 6-20 | 5,495.10 | | |
| 6-2 | 234,446.76 | 6-12 | .00 | 6-28 | 5,480.10 | | |

Thank you for banking with Riverside Main Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

### AN RBC COMPANY

This statement: June 30, 2023
Last statement: May 31, 2023

Page 1        (0)

Account #: ███████6508

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075                                    0830N
ALECTO HEALTHCARE SERVICES LLC
(PAYROLL ACCOUNT)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

| Account Summary | |
|---|---|
| Account number | ███████6508 |
| Minimum balance | $2.61 |
| Average balance | $2,905.96 |
| Avg. collected balance | $2,905.00 |

### Account Activity

| | | | | |
|---|---|---|---|---|
| Beginning balance (5/31/2023) | | | | $3,922.82 |
| Credits | Deposits | (0) | + 0.00 | |
| | Electronic cr | (0) | + 0.00 | |
| | Other credits | (7) | + 438,015.07 | |
| | Total credits | | | + $438,015.07 |
| Debits | Checks paid | (0) | - 0.00 | |
| | Electronic db | (13) | - 413,950.48 | |
| | Other debits | (1) | - 19,092.12 | |
| | Total debits | | | - $433,042.60 |
| Ending balance (6/30/2023) | | | | $8,895.29 |

## OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 6-1 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 20,000.00 |
| 6-1 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 71,000.00 |
| 6-2 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 76,137.36 |
| 6-2 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 126,377.33 |
| 6-5 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 20,000.00 |
| 6-22 | Account Transfer Cr. FR ACC ███████7509 ALECTO HEALTHCARE SERVIC | | 21,842.38 |
| 6-28 | Account Transfer Cr. FR ACC ███████6065 ALECTO HEALTHCARE SERVIC | | 102,658.00 |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 6-1 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 5,724.00 |
| 6-1 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 14,283.29 |
| 6-1 | Preauthorized Debit ██6508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 20,754.81 |
| 6-1 | Preauthorized Debit ██6508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 44,668.60 |
| 6-2 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 76,137.36 |
| 6-2 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 126,377.33 |
| 6-5 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ████████7552 ALECTO HEALTHCARE CCD | 4,888.92 |
| 6-5 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS 3-3525500000038 NO NAME ON FILE CCD | 5,508.47 |
| 6-22 | Preauthorized Debit ██6508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 21,842.38 |
| 6-28 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 2,819.34 |
| 6-28 | Preauthorized Debit ██6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 20,211.76 |
| 6-28 | Preauthorized Debit ██6508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 48,269.91 |
| 6-29 | Preauthorized Debit ██6508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 22,464.31 |




**CITY NATIONAL BANK**

AN RBC COMPANY

ALECTO HEALTHCARE SERVICES LLC
June 30, 2023

Page 2
Account #: ████ 6508

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 6-5 | Account Transfer Dr. TO ACC ████ 6065 ALECTO HEALTHCARE SERVIC | | 19,092.12 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 5-31 | 3,922.82 | 6-2 | 9,492.12 | 6-22 | 2.61 | 6-29 | 8,895.29 |
| 6-1 | 9,492.12 | 6-5 | 2.61 | 6-28 | 31,359.60 | | |



# CITY NATIONAL BANK

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING
LENDER

**Alecto Healthcare Services, LLC**
**Income Statement**
**6/16/23 to 6/30/23**

| | June 16th - 30th |
|---|---|
| **REVENUES** | |
| Inpatient Revenue - Routine | - |
| Inpatient Revenue - Ancillary | - |
| **Total IP Revenue** | - |
| Outpatient Revenue | - |
| **Total Patient Revenue** | - |
| | |
| Revenue Deductions | - |
| Bad Debt | - |
| **Total Deductions from Revenue** | - |
| | |
| **Total Net Patient Revenue (Excl. Suppl.)** | - |
| | |
| **SUPPLEMENTAL NET PATIENT REVENUE** | |
| WV Directed Payment Plan (DPP) | - |
| WV Direct Medical Education (DME) | - |
| Medicaid DSH | - |
| Medicare Settlements | - |
| **Total Supplemental Revenue** | - |
| | |
| **Net Patient Revenue** | - |
| | |
| Other Operating Revenues | 129,821 |
| | |
| **TOTAL NET REVENUES** | **129,821** |
| | |
| **OPERATING EXPENSES** | |
| Salaries and Wages | 79,590 |
| Benefits | 7,235 |
| Payroll Taxes | 4,411 |
| PTO | 7,005 |
| Contract Labor | - |
| Labor Sub-Total | 98,241 |
| | |
| Supplies Billable | - |
| Supplies Non-Billable | 763 |
| Total Supplies | 763 |
| | |
| Purchased Services | - |
| Professional Fees | - |
| Repairs and Maintenance | - |
| Rents and leases | 3,342 |
| Insurance | 9,590 |
| Utilities | 274 |
| Taxes and Licenses | 132 |
| Other Operating Expenses | 2,100 |
| Hospital Fees/Taxes | - |
| **Total Operating Expenses** | **114,442** |
| | |
| **EBITDAR** | **15,379** |
| | |
| **NON-OPERATING EXPENSES** | |
| Depreciation | 161 |
| Interest Income | - |
| Interest Expense | - |
| MPT Building Lease / Interest | - |
| Other Non-Operating Expense / (Revenue) | - |
| Gain (Loss) on Asset Sales | - |
| **Total Non-Operating Expenses** | **161** |
| | |
| **NET INCOME (LOSS)** | **15,217** |

**Alecto Healthcare Services LLC**
**Balance Sheet**
**As of June 30, 2023**

|  | 06/30/23 |
|---|---|
| **ASSETS:** | |
| Cash and Equivalents | 14,690 |
| | |
| Accounts Receivable | - |
| Allowance for Bad Debt | - |
| Allowance for Contractuals & Oth Adj | - |
| Supplemental A/R | - |
| Patient Accounts Receivable | - |
| | |
| Other Receivables | 9,216,285 |
| Inventories | - |
| Other Current Assets | 163,631 |
| Prepaid Insurance | - |
| Other Pre-Paid Expenses | 1,189,935 |
| Total Current Assets | 10,584,541 |
| | |
| Land and Improvements | - |
| Buildings and Improvements | - |
| Leaseholds | - |
| Equipment | 11,613 |
| Construction-In-Progress | - |
| Property and Equipment | 11,613 |
| Less: Accumulated Depreciation | (7,097) |
| Net Property and Equipment | 4,516 |
| | |
| Net goodwill | - |
| Other intangible assets | - |
| Total Long-Term Assets | 4,516 |
| | |
| **TOTAL ASSETS** | 10,589,057 |
| | |
| **LIABILITIES:** | |
| Accounts Payable | 299,552 |
| Notes Payable | 380,687 |
| Capital Leases | - |
| Accrued Payroll | 41,151 |
| Accrued PTO | 96,928 |
| Accrued Payroll Taxes | - |
| Insurance Reserve | - |
| Other Accrued Expenses | - |
| Third-Party Settlements | - |
| Lines of Credit & Other Short-Term Debt | - |
| Current Portion of Long-Term Debt | - |
| Other Liabilities | (89,203) |
| Total Current Liabilities | 729,116 |
| | |
| Mortgages and Long-Term Notes Payable | - |
| Intercompany Payables/(Receivables) | (35,519,647) |
| Deferred Credits | - |
| Deferred Taxes | - |
| Other Long-Term Liabilities | 26,027,482 |
| Total Long-Term Liabilities | (9,492,165) |
| | |
| **TOTAL LIABILITIES** | (8,763,049) |
| | |
| **EQUITY:** | |
| Common Stock | - |
| Additional Paid-in Capital | 8,944,478 |
| Other Equity | - |
| Retained Earnings PY | 10,292,718 |
| Distributions | - |
| Net Income | 114,910 |
| | |
| **TOTAL EQUITY** | 19,352,105 |
| | |
| **TOTAL LIABILITIES AND EQUITY** | 10,589,057 |