**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ALECTO HEALTHCARE SERVICES LLC, [1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Hearing Date: August 10, 2023 at 11:00 a.m. (ET)<br><br>Re: D.I. 7, 85 & 86 |

**DEBTOR'S REPLY TO THE OBJECTIONS FILED BY THE SUBCHAPTER V TRUSTEE AND THE REED ACTION JUDGMENT CREDITORS TO THE DEBTOR'S MOTION FOR AN ORDER UNDER SECTIONS §§105(A), 363(B), 363(C), AND 503(B) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6003 AUTHORIZING DEBTOR TO (A) MAINTAIN EXISTING INSURANCE POLICIES; AND (B) PAY ALL OBLIGATIONS IN RESPECT THEREOF**

Alecto Healthcare Services LLC, a Delaware limited liability company, the debtor and debtor in possession ("Debtor") in the above-captioned chapter 11 case (the "Case"), hereby files this reply (the "Reply") in response to the objections filed by the Reed Action Judgment Creditors [Dkt. No. 86] ("Reed Objection") and the Subchapter V Trustee [Dkt. No. 85] ("Trustee Objection") (collectively, the "Objections") to the *Motion of the Debtor for an Order Under Sections 105(a), 363(c), and 503(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (a) Maintain Existing Insurance Policies; and (b) Pay all Obligations in Respect Thereof* (the "Motion") [Dkt. No. 7]. In support of the Reply, the Debtor relies upon the concurrently filed Supplemental Declaration of Michael Sarrao in support of the Motion ("Supplemental Declaration") and respectfully represents as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.

## REPLY

**Trustee Objection**

1.  The Trustee Objection[2] arises from the Debtor's inability to be reimbursed for certain insurance costs incurred by the Debtor relating to Sherman/Grayson Hospital, LLC ("Sherman/Grayson"). To be clear, the Debtor has represented that it would seek reimbursement from the interim manager of Sherman/Grayson pursuant to the interim management agreement entered into between Sherman/Grayson and the interim manager (the "Interim Management Agreement"). However, the Debtor can only seek reimbursement for the insurance costs arising after June 21, 2023 as the Interim Management Agreement provides that the interim manager is only responsible for Sherman/Grayson's operating costs arising after June 21, 2023.

2.  Consequently, the Debtor is unable to seek reimbursement from the Sherman/Grayson interim manager for the period between the Debtor's petition date of June 16, 2023 and June 21, 2023. The Debtor estimates that the amount paid on behalf of Sherman/Grayson during this period is $14,527.06.

3.  The Debtor cannot seek reimbursement from Sherman/Grayson directly for the amount of insurance costs arising between June 16, 2023 and June 21, 2023. As stated in the Trustee Objection, Sherman/Grayson filed its own bankruptcy case on June 23, 2023. Consequently, any demand by the Debtor for reimbursement for insurance costs arising between June 16, 2023 and June 21, 2023 would likely be a violation of the automatic stay in the Sherman/Grayson case. Beginning on June 23, 2023, any act to collect, assess, or recover a claim

---

[2] The concurrently filed Supplemental Declaration addresses the following comments raised in the Trustee Objection: (1) the need of the Debtor to continue making insurance payments for its subsidiaries; and (2) the Debtor's efforts to reduce its annual insurance budget. Accordingly, this Reply will only address the issue of reimbursement.

against Sherman/Grayson is subject to the automatic stay. *See,* 11 U.S.C. section 362(a)(6).

4. Moreover, even in the event the automatic stay were not implicated, the Trustee Objection does not discuss, much less provide the basis upon which the Debtor's *pre-petition claim* against Sherman/Grayson would be able to be paid ahead of Sherman/Grayson's other unsecured claims. The Debtor is unaware of any legal basis to compel such a result.

**Reed Objection**

5. The Reed Objection requests that any order approving the Motion include the following language: "Alecto shall be granted an administrative expense claim in the Sherman/Grayson, LLC bankruptcy case (Case No. 23-10810-JKS) for the amount of any premium payments made for the benefit of Sherman Grayson Hospital for insurance coverage since Alecto's petition date, and Alecto shall seek recovery of such amounts from AHS Sherman, LLC ("AHS-Sherman") pursuant to the terms of the Management Services Agreement by and between Sherman/Grayson and AHS-Sherman." Reed Objection, ¶ 5.

6. The language requested by the Reed Objection is both unnecessary and improper. First, as set forth above, the Debtor cannot seek recovery for any insurance costs from the interim manager arising prior to the Interim Management Agreement going into effect on June 21, 2023.

7. Second, for the costs arising after June 21, 2023, such language is unnecessary. On August 4, 2023, an order was entered in the Sherman/Grayson case [Sherman/Grayson Dkt. No. 119] which expressly approved the assumption of the Interim Management Agreement. Consequently, the interim manager is already obligated to reimburse the Debtor for any insurance costs arising after June 21, 2023.

8. For the foregoing reasons, the Debtor respectfully requests that this Court overrule both the Trustee Objection and Reed Objection.

**CONCLUSION**

WHEREFORE, the Debtor respectfully requests that the Court enter the final order and grant to the Debtor such other relief as is just and proper.

Dated: August 7, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE Bar No. 4885)
824 North Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: leonhardt@teamrosner.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Leonard M. Shulman (CA Bar No. 126349)
Alan J. Friedman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email:afriedman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*