# EXHIBIT "A"

Exhibit A
Insurance Allocations

| Insurance | % Allocated to Alecto | % Allocated to Sherman | % Allocated to Fairmont | % Allocated to OVMC | % Alllocated to Olympia | Total |
|---|---|---|---|---|---|---|
| D&O/EPL/Fiduciary & Crime* - 1/31/23 to 1/31/24 | 25.00% | 50.00% | 5.00% | 0.00% | 20.00% | 100.00% |
| All Risks Property - 7/1/22 to 7/1/23** | 1.00% | 99.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| All Risks Property - 7/1/23 to 9/1/23*** | 1.00% | 99.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| PL/GL Excess (Texas Only) - 8/1/22 to 8/1/23 | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| PL/GL Excess (Texas Only) - 8/1/23 to 9/1/23**** | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Auto Insurance 7/1/23 to 7/1/24 | 20.00% | 80.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Texas Comp. Employer's Indemnity - 3/31/23 to 3/31/24 | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Environmental Polution/UST - 8/1/22 to 8/1/23 | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Environmental Polution/UST - 8/1/23 to 9/1/23 | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Cyber Liability (8/14/22 to 8/14/23) | 5.00% | 36.00% | 28.00% | 15.00% | 16.00% | 100.00% |
| Cyber Liability (8/14/23 to 9/30/23)***** | 5.00% | 36.00% | 28.00% | 15.00% | 16.00% | 100.00% |
| Workers Compensation (Alecto) 4/1/23 to 4/1/24 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |

**Legend:**
Alecto = Alecto Healthcare Services LLC
Sherman = Sherman/Grayson Hospital, LLC
Fairmont = Alecto Healthcare Services Fairmont LLC and FRMC Physicians
OVMC = Alecto Healthcare Services Ohio Valley LLC, Alecto Healthcare Services Wheeling LLC, and Alecto Healthcare Services Martin's Ferry LLC
Olympia = Olympia Health Care, LLC


* - Annual Premium is financed and total includes interest charges

** - Annual Premium is financed and total includes interest charges

*** - All Risks Property was extended thru 9/1/23

**** - Extended PL/GL thru 9/1/23

***** - Extended thru 9/30/23