# EXHIBIT "B"

Exhibit B
Insurance Premiums thru 9/1/23

| Insurance | Total Annual Premium (including Finance Charges if Premium Financed) | Monthly Amount | $ Allocated to Alecto | $ Allocated to Sherman | $ Allocated to Fairmont | $ Allocated to OVMC | $ Alllocated to Olympia |
|---|---|---|---|---|---|---|---|
| D&O/EPL/Fiduciary & Crime* - 1/31/23 to 1/31/24 | $892,556.40 | $74,379.70 | $18,594.93 | $37,189.85 | $3,718.99 | $0.00 | $14,875.94 |
| All Risks Property - 7/1/22 to 7/1/23** | $171,399.48 | $14,283.29 | $142.83 | $14,140.46 | $0.00 | $0.00 | $0.00 |
| PL/GL Excess (Texas Only) - 8/1/22 to 8/1/23 | $170,187.00 | $14,182.25 | $0.00 | $14,182.25 | $0.00 | $0.00 | $0.00 |
| Auto Insurance 7/1/23 to 7/1/24 | $20,211.76 | $1,684.31 | $336.86 | $1,347.45 | $0.00 | $0.00 | $0.00 |
| Texas Comp. Employer's Indemnity - 3/31/23 to 3/31/24 | $33,832.08 | $2,819.34 | $0.00 | $2,819.34 | $0.00 | $0.00 | $0.00 |
| Environmental Polution/UST - 8/1/22 to 8/1/23 | $18,619.00 | $1,551.58 | $0.00 | $1,551.58 | $0.00 | $0.00 | $0.00 |
| Cyber Liability (8/14/22 to 8/14/23) | $46,813.00 | $3,901.08 | $195.05 | $1,404.39 | $1,092.30 | $585.16 | $624.17 |
| Workers Compensation (Alecto) - 4/1/23 to 4/1/24 | $16,025.00 | $1,335.42 | $1,335.42 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $1,369,643.72 | $114,136.98 | $19,269.67 | $72,635.32 | $4,811.29 | $585.16 | $15,500.11 |

| Insurance - Extensions | Total Extension Premium | Monthly Amount | $ Allocated to Alecto | $ Allocated to Sherman | $ Allocated to Fairmont | $ Allocated to OVMC | $ Alllocated to Olympia |
|---|---|---|---|---|---|---|---|
| All Risks Property - 7/1/23 to 9/1/23 | $30,000.00 | $15,000.00 | $150.00 | $14,850.00 | $0.00 | $0.00 | $0.00 |
| PL/GL (Texas Only) 8/1/23 to 9/1/23 | $14,557.22 | $14,557.22 | $0.00 | $14,557.22 | $0.00 | $0.00 | $0.00 |
| Environmental Pollution/UST - 8/1/23 to 9/1/23 | $1,602.44 | $1,602.44 | $0.00 | $1,602.44 | $0.00 | $0.00 | $0.00 |
| Cyber Liability (8/14/23 to 9/30/23) | $6,223.91 | $4,149.27 | $207.46 | $1,493.74 | $1,161.80 | $622.39 | $663.88 |
| | $52,383.57 | $35,308.93 | $357.46 | $32,503.40 | $1,161.80 | $622.39 | $663.88 |

\* - Annual Premium is financed and total includes interest charges

\*\* - Annual Premium is financed and total includes interest charges