# EXHIBIT "C"

Exhibit C

Insurance Projections

**Year 1 - 9/1/23 - 8/31/24**

| Insurance Type | 23-Sep | 23-Oct | 23-Nov | 23-Dec | 24-Jan | 24-Feb | 24-Mar | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D&O/EPLL/Crime & Fiduciary | $97,137 | $97,137 | $97,137 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | |
| Property | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | |
| Auto | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | |
| Workers Comp | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | |
| Cyber Liability | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | |
| **Total** | $105,053 | $105,053 | $105,053 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $575,403 |

**Year 2 - 9/1/24 to 8/31/25**

| Insurance Type | 24-Sep | 24-Oct | 24-Nov | 24-Dec | 25-Jan | 25-Feb | 25-Mar | 25-Apr | 25-May | 25-Jun | 25-Jul | 25-Aug | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D&O/EPLL/Crime & Fiduciary | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | |
| Property | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | |
| Auto | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | |
| Workers Comp | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | |
| Cyber Liability | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | |
| **Total** | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $346,992 |

**Year 3 - 9/1/25 to 8/31/26**

| Insurance Type | 25-Sep | 25-Oct | 25-Nov | 25-Dec | 26-Jan | 26-Feb | 26-Mar | 26-Apr | 26-May | 26-Jun | 26-Jul | 26-Aug | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D&O/EPLL/Crime & Fiduciary | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | $21,000 | |
| Property | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | $2,083 | |
| Auto | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | $333 | |
| Workers Comp | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | |
| Cyber Liability | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | |
| **Total** | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $28,916 | $346,992 |