# EXHIBIT "D"

Exhibit D
Insurance Payments due on or before 8/31/23

| Insurance | Total Annual or Extension Premium (including Finance Charges if Premium Financed) | August Monthly Amount | $ Allocated to Alecto | $ Allocated to Sherman | $ Allocated to Fairmont | $ Allocated to OVMC | $ Alllocated to Olympia |
|---|---|---|---|---|---|---|---|
| D&O/EPL/Fiduciary & Crime - 1/31/23 to 1/31/24 | $892,556.40 | $74,379.70 | $18,594.93 | $37,189.85 | $3,718.99 | $0.00 | $14,875.94 |
| All Risks Property - 7/1/23 to 9/1/23 | $30,000.00 | $15,000.00 | $150.00 | $14,850.00 | $0.00 | $0.00 | $0.00 |
| Cyber Liability (8/14/22 to 8/14/23) | $47,833.26 | $3,986.11 | $199.31 | $1,435.00 | $1,116.11 | $597.92 | $637.78 |
| Cyber Liability (8/14/23 to 9/30/23) | $6,223.91 | $6,223.91 | $311.20 | $2,240.61 | $1,742.69 | $933.59 | $995.83 |
| | $976,613.57 | $99,589.72 | $19,255.43 | $55,715.46 | $6,577.79 | $1,531.50 | $16,509.54 |