IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 10, 2023 AT 11:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[3] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY AUGUST 9, 2023 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdOugqTsiHll7KBPGKJHc221ws8CoE9M
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

I.      ***CONTESTED* MATTER GOING FORWARD:**

      1.      Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Amended agenda items appear in **bold**.

[3] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

{00036328. }

Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 7; filed 6/16/23]

Objection Deadline:    August 3, 2023 at 4:00 p.m. (ET)

Responses Received:

a. Subchapter V Trustees Limited Objection and Reservation of Rights to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 85; filed 8/3/23]

b. Objection of the Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 86; filed 8/3/23]

Related Documents(s):

a. Interim Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 29; entered 6/20/23]

b. Second Interim Order Re: Motion Of The Debtor For An Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 76; entered 7/13/23]

c. Notice of Final Hearing on Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 77; filed 7/14/23]

d. Debtor's Reply to the Objections filed by the Subchapter V Trustee and Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 87; filed 8/7/23]

e. Supplemental Declaration of Michael Sarrao in Support of the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003

Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 88; filed 8/7/23]

   f. **Notice of Filing of Proposed Final Order for Insurance Motion [D.I. 91; filed 8/8/23]**

Status:  This matter is going forward.

Dated: August **9**, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE #4885)
824 N. Market St., Suite 810
Wilmington, DE 19801
Tel:  (302) 777-1111
Email: leonhardt@teamrosner.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Leonard M. Shulman (CA Bar No. 126349)
Alan J. Friedman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email:afriedman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*