# SIGN-IN SHEET

**CASE NAME:** Aletco Heathcare Services LLC  **COURTROOM #6**

**CASE NUMBER:** 23-10787 JKS  **DATE:** 8/10/2023

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tomi Nimcoff | Subchapter V Trustee | |
| William Sullivan | Sullivan Hazeltine Allinson | Paul Arlin Judgment Creditors |
| R. Stephen McNeill | Potter Anderson Corroon | Committee of Unsecured/Grayson Hospital, LLC |
| Scott Leonhardt | Rosner Law Group | Aleco Healthcare Services |
| Max Cash | Shulman Bastian Friedman & Bui | " |
| John Schanne | DOJ | UST |
| Linda Casey | DOJ | UST |

23-10787 Alecto Healthcare Services, LLC

8/10/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Melissa | Hartlipp | Medical Properties Trust, Inc. | Bielli & Klauder, LLC |
| James | Risener | Official Committe of Unsecured Creditors of Sherman/Grayson Hospital, LLC | Potter Anderson & Corroon LLP |
| Colten | Fleu | Reed Action Judgment Creditors | Mountain State Justice |
| Bren | Pomponio | Reed Judgment Creditors | Mountain State Justice, Inc. |
| Stanton | McManus | United States of America | |
| Linda | Casey | United States Trustee | |
| Paula | Subda | USBC | USBC |
| John | Kresse | United States of America | U.S. Department of Justice |
| Alan | Friedman | ALECTO HEALTHCARE SERVICES LLC | SHULMAN BASTIAN FRIEDMAN & BUI LLP |
| Taylor | Harrison | Debtwire | Debtwire |
| Jae Won | Ha | United States of America | U.S. Department of Justice |
| Rachel | Werkheiser | USBC | USBC |