IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Hearing Date: 8/16/23 at 11:00 a.m. (ET)<br>Obj. Deadline: 8/15/23 at 12:00 p.m. (ET)<br><br>Re: D.I. 93, 94 & 98 |

**NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR ENTRY
OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF STEVEN BALASIANO AS INDEPENDENT DIRECTOR/MANAGER**

**PLEASE TAKE NOTICE** that on August 9, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager* [D.I. 93] (the "Application"), along with a companion Motion to Shorten Notice [D.I. 94].

**PLEASE TAKE FURTHER NOTICE** that on August 10, 2023, the Court entered an *Order Shortening the Notice Period with Respect to the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager* [D.I. 98] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, a hearing with respect to the Application will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on **August 16, 2023 at 11:00 a.m. (ET)**.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**PLEASE TAKE FURTHER NOTICE** that, responses and/or objections to the Application must be made in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, by **August 15, 2023 at 12:00 p.m. (ET).**

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 10, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**
*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE #4885)
824 N. Market St., Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: leonhardt@teamrosner.com

-and-

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
Leonard M. Shulman (CA Bar No. 126349)
Alan J. Friedman (CA Bar No. 132580)
Max Casal (CA Bar No. 342716)
100 Spectrum Center Drive; Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
Email:afriedman@shulmanbastian.com
Email: mcasal@shulmanbastian.com

*Proposed Counsel to the Debtor and Debtor in Possession*