# Exhibit A

**90-Day Transfers to Sherman/Grayson Hospital**

|   | A | B | E | F |
|---|---|---|---|---|
| 1 | **Date** | **Transation Type** | **Memo/Description** | **Amount** |
| 2 | 3/30/2023 | Wire Transfer | Intercompany Advance to Sherman/Grayson Hospital, LLC | $450,000.00 |
| 3 | 3/30/2023 | Wire Transfer | Intercompany Advance to Sherman/Grayson Hospital, LLC | $650,000.00 |
| 4 | 4/14/2023 | Wire Transfer | Intercompany Advance to Sherman/Grayson Hospital, LLC | $100,000.00 |
| 5 | 4/27/2023 | Wire Transfer | Intercompany Advance to Sherman/Grayson Hospital, LLC | $190,000.00 |
| 6 | 5/25/2023 | Wire Transfer | Intercompany Advance to Sherman/Grayson Hospital, LLC | $75,000.00 |
| 7 |  |  | **Total:** | **$1,465,000.00** |