# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 16, 2023 AT 11:00 A.M. (ET)**

---

**THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**

**PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[2] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY AUGUST 15, 2023 AT 4:00 P.M. (ET) AT THE LINK BELOW:**

**https://debuscourts.zoomgov.com/meeting/register/vJIscOqrqTIoGDOmAClVLCA4QBo9RWSQo1I**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

---

**I.    UNCONTESTED MATTERS GOING FORWARD:**

1. Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date  [D.I. 67; filed 7/12/23]

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

Objection Deadline: July 27, 2023 at 4:00 p.m. (ET) (extended by agreement for the Office of the Untied Stated Trustee)

Responses Received:

a. Objection of the United States Trustee to Debtor's Application to Employ The Rosner Law Group LLC and Shulman Bastian Friedman & Bui LLP [D.I. 89; filed 8/7/23]

Related Documents(s):

a. Proposed Order [D.I. 67-1; filed 7/12/23]

Status: The objection by the Office of the United States Trustee has been resolved. The Debtor anticipates filing a consensual form of order under certification of counsel prior to the hearing.

2. Application for Entry of an Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Debtor Nunc Pro Tunc to the Petition Date [D.I. 68; filed 7/12/23]

Objection Deadline: July 27, 2023 at 4:00 p.m. (ET) (extended by agreement for the Office of the Untied Stated Trustee)

Responses Received:

a. Objection of the United States Trustee to Debtor's Application to Employ The Rosner Law Group LLC and Shulman Bastian Friedman & Bui LLP [D.I. 89; filed 8/7/23]

Related Documents(s):

a. Proposed Order [D.I. 68-1; filed 7/12/23]

Status: The objection by the Office of the United States Trustee has been resolved. The Debtor anticipates filing a consensual form of order under certification of counsel prior to the hearing.

## II.   **MATTER GOING FORWARD:**

3. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager Nunc Pro Tunc [D.I. 93; filed 8/9/23]

Objection Deadline: August 15, 2023 at 12:00 p.m. (ET)

Responses Received: None to Date.

Related Documents(s):

a. Proposed Order [D.I. 93-1; filed 8/9/23]

b. Order Shortening the Notice Period with Respect to the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager [D.I. 98; filed 8/10/23]

  Status: This matter is going forward. The objection deadline is August 15, 2023 at 12 pm. (ET). The Office of the United States Trustee has indicated that they will not be objecting to this retention application.

## III. CONTESTED MATTER GOING FORWARD:

4. Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 7; filed 6/16/23]

    Objection Deadline:   August 3, 2023 at 4:00 p.m. (ET)

    Responses Received:

    a. Subchapter V Trustees Limited Objection and Reservation of Rights to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 85; filed 8/3/23]

    b. Objection of the Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 86; filed 8/3/23]

    Related Documents(s):

    a. Interim Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 29; entered 6/20/23]

    b. Second Interim Order Re: Motion Of The Debtor For An Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 76; entered 7/13/23]

   c. Notice of Final Hearing on Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 77; filed 7/14/23]

   d. Debtor's Reply to the Objections filed by the Subchapter V Trustee and Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 87; filed 8/7/23]

   e. Supplemental Declaration of Michael Sarrao in Support of the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [D.I. 88; filed 8/7/23]

   f. Notice of Filing of Proposed Final Order for Insurance Motion [D.I. 91; filed 8/8/23]

Status:  This matter is going forward on a contested basis.

## IV.   <u>REQUESTED MATTER GOING FORWARD</u>:

5. Motion to Shorten with Respect to the Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [D.I. 101; filed 8/11/23]

   **Responses Received:**

   a. Debtor's Objection to the Motion to Shorten Notice with Respect to the Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [D.I. 104; filed 8/14/23]

   **Related Documents(s):**

   a. Proposed Order [D.I. 101-1; filed 8/11/23]

   b. Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [D.I. 100; filed 8/11/23]

Status: The Debtor opposes the motion to shorten.  This matter is going forward.

16260156/1

| | |
|---|---|
| Dated: August 14, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Proposed Counsel to the Debtor and Debtor in Possession* |