**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, [1] | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtors | ) | **Related Docket No. 93** |

**LIMITED OBJECTION OF THE REED ACTION JUDGMENT CREDITORS TO THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVEN BALASIANO AS INDEPENDENT DIRECTOR/MANGER *NUNC PRO TUNC***

The Reed Action Judgment Creditors, by and through undersigned counsel, hereby submit this limited objection to the *Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager Nunc Pro* (the "Application") [Docket No. 7]. In support of their limited objection, the Reed Action Judgment Creditors respectfully state as follows:

1.  The Reed Action Judgment Creditors hold a claim in the amount of $3,274,861.58, which is the largest liquidated and undisputed claim in the Alecto case, other than intercompany claims.

2.  The Application and accompanying Declarations indicate that Mr. Balasiano is disinterested as that term is defined in the Bankruptcy Code with respect to the retention of professionals. That does not establish Mr. Balasiano as independent, which in the corporate management context is measured by the connections and loyalty to those appointing a director. The record appears to be blank on this issue.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

3.     The Application seeks *nunc pro tunc* retention to August 4, 2023, and provides a description of the areas where Mr. Balasiano is expected to assist the Debtor, but does not indicate what work has already been performed and whether the review of the Alecto Claim and the proposed settlement of the Alecto Claim has already concluded.  This could be relevant to the scope of the retention.  The Debtor's attempt to get Mr. Balasiano's appointment approved on less than 24 hours notice, for the apparent purpose of facilitating the Sherman/Grayson Private Sale Motion in the Sherman/Grayson Hospital, LLC case, is an indication that Mr. Balasiano was expected to weigh in on the proposed resolution of the Alecto Claim immediately.

4.     While a proposed settlement agreement relating to the treatment of the Alecto Claim was referenced on the record at the hearing on August 11, 2023, the Reed Action Judgment Creditors have not seen the proposed settlement agreement, including whether it seeks to subordinate or disallow that claim and the rationale for such treatment.  Accordingly, the Reed Action Judgment Creditors are unable to determine whether any concerns they may have with the proposed treatment of the Alecto Claim can be resolved by the appointment of Mr. Balasiano as a proposed independent director.  The Reed Action Judgment Creditors reserve their rights in that regard.

## Conclusion

WHEREFORE, for the foregoing reasons, the Reed Action Judgment Creditors respectfully request that this Honorable enter approve the Application only to the extent that it would be consistent with this limited objection and grant such other and further relief as is just and proper.

| | |
|---|---|
| Date:  August 15, 2023<br>Wilmington, DE | **SULLIVAN · HAZELTINE · ALLINSON** LLC<br><br> /s/ William D. Sullivan<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>           whazeltine@sha-llc.com<br><br>-and-<br><br>Colten L. Fleu, Esq.<br>Mountain State Justice, Inc.<br>1217 Quarrier St.<br>Charleston, WV 25301<br>Tel: (304) 326-0188<br>Email:  colten@msjlaw.org<br><br>-and-<br><br>John Stember, Esq.<br>Maureen Davidson-Welling, Esq.<br>Stember Cohn & Davidson-Welling, LLC<br>The Harley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA 15219<br>Tel: 412-338-1445<br>Email: jstember@stembercohn.com<br>           mdavidsonwelling@stembercohn.com<br><br>*Attorneys for the Reed Action Judgment Creditors* |