IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 (subchapter v) |
| | ) | |
| ALECTO HEALTHCARE SERVICES LLC, | ) | Case No. 23-10787-JKS |
| a Delaware limited liability company,[1] | ) | |
| | ) | **Re: Docket No. 93** |
| Debtor. | ) | |

**SUPPLEMENTAL DECLARATION OF STEVEN BALASIANO IN
SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
STEVEN BALASIANO AS INDEPENDENT DIRECTOR/MANAGER**

I, Steven Balasiano, declare and state as follows:

1.  I am the managing member of Balasiano & Associates, PLLC and chief executive officer and managing member of MHR Advisory Group, LLC ("MHR Advisory Group ").

2.  On August 9, 2023, I submitted a Declaration in support of the Application for Entry of an Order Authorizing the Retention and Employment of Steven Balasiano as Independent Director/Manager [Docket No. 93] (the "Application").[2] Except as otherwise indicated, I have personal knowledge of the matters set forth below and, if called as a witness, would testify competently thereto.

3.  I have conducted a preliminary conflicts check regarding MHR Advisory Group's connections with the Debtor and other parties in interest. Such a search is designed to reveal any representation of, or potential conflict with, the entity searched or any known subsidiary or affiliate. This search was as complete as possible under the circumstances, but I recognize that additional parties in interest may surface during the course of this case.

4.  I have reviewed the list of equity holders in the Debtor attached as an exhibit to the Petition, which include the members and the individuals/trustees listed therein, and neither I nor any of the attorneys or employees comprising or employed by MHR Advisory Group is a relative of, or has represented any such members or individuals/trustees.

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.
[2] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Application.

16263469/1

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: August 15, 2023          /s/ *Steven Balasiano*
                                             Steven Balasiano