**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| Alecto Healthcare Services LLC[1] | Case No. 23-10787 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 100 & 127** |

**OBJECTION AND JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SHERMAN/GRAYSON HOSPITAL, LLC TO THE DEBTOR'S OBJECTION TO MOTION OF THE REED ACTION JUDGMENT CREDITORS FOR ENTRY OF AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1102(a)(3)**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sherman/Grayson Hospital, LLC, ("Sherman"), by and through its undersigned proposed counsel, hereby files this objection and joinder (the "Joinder") to the *Debtor's Objection to Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3)* [Docket No. 127] (the "Objection").[2] In support of this Joinder, the Creditors' Committee respectfully represents as follows:

**OBJECTION AND JOINDER**

1. By this Joinder, the Committee hereby adopts and incorporates as its own the arguments set forth in the Objection.

2. For the reasons stated in the Objection, the Committee respectfully requests that the Court deny the Motion to Appoint.

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91023.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

## **RESERVATION OF RIGHTS**

3.  This Joinder is submitted without prejudice to, and with a full reservation of, the Committee's rights to raise additional arguments and supplement this Joinder as necessary to appropriately address any further issues presented by parties in interest, including by making presentations at any hearing on the Motion to Appoint.

**WHEREFORE**, the Committee respectfully requests that the Court (a) deny the Motion to Appoint and (b) provide such other and further relief as the Court may deem just, proper, and equitable.

Dated: August 22, 2023  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*  
Christopher M. Samis (No. 4909)  
Aaron H. Stulman (No. 5807)  
R. Stephen McNeill (No. 5210)  
POTTER ANDERSON & CORROON LLP  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email:  csamis@potteranderson.com  
        astulman@potteranderson.com  
        rmcneill@potteranderson.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Sherman/Grayson Hospital, LLC*