# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

**Date & Time**

October 5, 2023 at 1:00 p.m. (ET)

November 7, 2023 at 11:00 a.m. (ET)

Dated: August 23rd, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number is 0722. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.

16272623/1