# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 28, 2023 AT 10:00 A.M. (ET)

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[2] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY AUGUST 27, 2023 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdeChrT0sGoOeY-LvCdM2H0ROVod3jcI**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTERS GOING FORWARD:**

1. Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [July 16, 2023; Docket No. 7].

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

Objection Deadline: August 3, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Subchapter V Trustees Limited Objection and Reservation of Rights to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [August 3, 2023; Docket No. 85].

B. Objection of the Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Filed August 3, 2023; Docket No. 86].

Related Documents(s):

A. Interim Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Entered June 20, 2023; Docket No. 29].

B. Second Interim Order Re: Motion Of The Debtor For An Order Under Sections 105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Filed July 13, 2023; Docket No. 76].

C. Notice of Final Hearing on Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Filed July 14, 2023; Docket No. 77].

D. Debtor's Reply to the Objections filed by the Subchapter V Trustee and Reed Action Judgment Creditors to the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Filed August 7, 2023; Docket No. 87].

E. Supplemental Declaration of Michael Sarrao in Support of the Motion of the Debtor for an Order Under Sections §§105(A), 363(B), 363(C), and 503(B) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6003 Authorizing Debtor to (A) Maintain Existing Insurance Policies; and (B) Pay All Obligations in Respect Thereof [Filed August 7, 2023; Docket No. 88].

    F. Notice of Filing of Proposed Final Order for Insurance Motion [Filed August 8, 2023; Docket No. 91].

Status:  The Debtor continues to work through issues of allocation of payments on account of insurance made on account of Sherman/Grayson Hospital, LLC.  In the event that the Debtor is able to resolve the issues prior to the hearing, it intends to request that Sherman/Grayson Hospital, LLC submit a form of order in the Sherman/Grayson Hospital bankruptcy case authorizing the payment of those allocated amounts.  This matter is going forward.

2. Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Filed July 12, 2023; Docket No. 67].

    Objection Deadline: July 27, 2023 at 4:00 p.m. (ET) (extended by agreement for the Office of the Untied Stated Trustee)

    Responses Received:

        A. Objection of the United States Trustee to Debtor's Application to Employ The Rosner Law Group LLC and Shulman Bastian Friedman & Bui LLP [Filed August 7, 2023; Docket No. 89].

    Related Documents(s):

        A. Certification of Counsel Submitting Revised Proposed Order Granting Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date [July 12, 2023; Docket No. 108].

        B. First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date through August 14, 2023 [August 23, 2023; Docket No. 133].

    Status:  This matter is going forward.

3. Application for Entry of an Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Debtor Nunc Pro Tunc to the Petition Date  [Filed July 12, 2023; Docket No. 68].

    Objection Deadline: July 27, 2023 at 4:00 p.m. (ET) (extended by agreement for the Office of the Untied Stated Trustee)

Responses Received:

A. Objection of the United States Trustee to Debtor's Application to Employ The Rosner Law Group LLC and Shulman Bastian Friedman & Bui LLP [Filed August 7, 2023; Docket No. 89].

Related Documents(s):

A. Certification of Counsel Submitting Revised Proposed Order Granting Application for Entry of an Order Authorizing the Retention and Employment of The Rosner Law Group LLC as Delaware Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Filed July 12, 2023; Docket No. 109].

B. First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date through August 14, 2023 [August 23, 2023; Docket No. 133].

Status: This matter is going forward.

4. Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Filed August 11, 2023; Docket No. 100].

Objection Deadline: August 22, 2023 at 4:00 p.m. (ET).

Reply Deadline: August 24, 2023 at 12:00 p.m. (ET).

Responses/Objections Received:

A. Debtor's Objection to Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Filed August 22, 2023; Docket No. 127].

B. Statement of the United States Trustee to Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Filed August 22, 2023; Docket No. 128].

16265922/1

C. Objection and Joinder of the Official Committee of Unsecured Creditors of Sherman/Grayson Hospital, LLC to the Debtor's Objection to Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Filed August 22, 2023; Docket No. 129].

Related Documents(s):

A. Notice of Hearing Regarding Motion of the Reed Action Judgment Creditors for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Entered August 17, 2023; Docket No. 120].

B. Reply of the Reed Action Judgment Creditors in Support of Their Motion for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) [Filed August 24, 2023; Docket No. 134].

Status: This matter is going forward,

Dated: August 24, 2023

**MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Proposed Counsel to the Debtor and Debtor in Possession*