## SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC Sherman/Grayson | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787JKS  23-10810JKS | DATE: 8/28/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeff Waxman | Morris James | Debtor |
| Brya Keilson | ~ | ~ |
| Chris Donnelly | ~ | ~ |
| Richard Riley | Whiteford | Snyder Brothers |
| John Schanne | UST | UST |
| William Sullivan | SHA | Reed Action Judgment Creditors |
| William Hazeltine | " | " |
| Jami Nimeroff | ~~Subchapter V~~ Trustee | |
| Linda Casey | UST | UST |
| David Klauder | Bell & Klauder | DIP Lender - Sherman |
| Alan Feldman | SBFB | Sherman |
| Scott Leonhardt | Rosner Law Group | Sherman |
| Chris Samis | Potter Anderson | Committee (Sherman) |

**Alecto & Sherman/Grayson Hearing 23-10787 23-10810**
**August 28, 2023 - 10:00AM**
**Omnibus Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Steven | Balasiano | Debtor | MHR Adivosry Group |
| Cassandra | Burton | Pension Benefit Guaranty Corporation | |
| Max | Casal | SHERMAN/GRAYSON HOSPITAL, LLC | SHERMAN/GRAYSON HOSPITAL, LLC |
| Ronald | Crouch | Snyder Brothers, Inc. | Whiteford Taylor Preston LLP |
| Colten | Fleu | Reed Action Judgment Creditors | Mountain State Justice, Inc. |
| Taylor | Harrison | debtwire | |
| David | Klauder | DIP Lender | Bielli & Klauder, LLC |
| John | Kresse | United States of America | United States Department of Justice |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Emily | Lever | Law360 | |
| Bren | Pomponio | Reed Judgment Creditors | Mountain State Justice, Inc. |
| Paula | Subda | USBC | USBC |
| Zoe | Wadge | PBGC | |
| Rachel | Werkheiser | USBC | USBC |