# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Related Docket No. 100, 104, 111, 128, 134** |

## ORDER DENYING THE MOTION OF THE REED ACTION JUDGMENT CREDITORS FOR ENTRY OF AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1102(a)(3)

Upon the Motion of the Reed Action Judgment Creditors (the "Reed Creditors") for Entry of an Order Appointing an Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)(3) (the "Motion to Appoint"); the Snyder Brothers, Inc. having filed a joinder to the Motion to Appoint, the Debtor having filed an objection to the Motion to Appoint, and the United States Trustee having filed a response to the Motion to Appoint (collectively, the "Responses"), and the Reed Creditors having filed a reply in support of the Motion to Appoint (the "Reply"); the Court having considered the Motion to Appoint, the Responses, and the Reply and having conducted an evidentiary hearing and oral argument; the Court having determined that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and finding that the Court has authority to enter a final order in this matter in accordance with Article III of the United States Constitution; and finding that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Appoint having been given; and

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

after due deliberation and it appearing that sufficient cause does not exist for granting the requested relief;

IT IS HEREBY ORDERED as follows:

1. The Motion to Appoint is DENIED, without prejudice; and it is further.

2. The Debtor shall share publicly available information with the Reed Creditors, the Subchapter V Trustee, and the United States Trustee.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: September 11, 2023

**Dated: September 11th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**