**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC,[1] | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtors | ) | **Related Docket No. 138** |

**LIMITED OBJECTION OF THE REED ACTION JUDGMENT
CREDITORS TO DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT OF GOULD
CONSULTING SERVICES AS FORENSIC INVESTIGATION
CONSULTANT TO THE DEBTOR *NUNC PRO TUNC* TO AUGUST 25, 2023**

The Reed Action Judgment Creditors, by and through undersigned counsel, hereby submit this limited objection to the *Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor Nunc Pro Tunc to August 25, 2023* (the "Application") [Docket No. 138]. In support of their limited objection, the Reed Action Judgment Creditors respectfully state as follows:

1. The Reed Action Judgment Creditors hold a liquidated, non-contingent and undisputed claim against the Debtor in the amount of $3,274,861.58, which is the largest liquidated and undisputed claim listed on the Debtor's schedules, other than intercompany claims.

2. The Reed Action Judgment Creditors do not oppose and, in fact, support the retention of Gould Consulting Services ("GCS") as forensic investigator to the Debtors. This limited objection is filed with respect to the stated terms of the retention, based on concerns raised by undersigned counsel at the August 28, 2023 hearing.

3. The proposed form of order approving the retention authorizes the employment of GCS "on the terms and conditions set forth in the Application." [D.I. 138-2, ¶ 2]. The services to

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

be provided by GCS are detailed in paragraph 17 of the Application. [D.I. 138, p. 5]. The bullet points listed include (i) examining the accounting records and bank statements of the Debtor and seven affiliated entities in order to determine if there are potential claims against insiders or affiliates,[2] (ii) providing all findings in a written report prior to September 11, 2023, and (iii) reporting directly to Morris James LLP with all reports, communications, and work product. *Id.* However, any order approving the GCS retention Application needs to make clear that the scope of the investigation, and the Debtor's authority over it, is not defined or limited by these bullet point items in the Application.

4.  Michael Sarrao, the Debtor's representative testifying at the August 28, 2023 hearing on the Reed Action Judgment Creditors Motion to Appoint a Creditor Committee [D.I. 100] acknowledged that he understood GCS's investigation was not limited to any particular Debtor affiliates, based on the information he had been asked to provide. [Transcript pp. 55-62, attached as Ex. A]. To avoid any confusion, this understanding regarding the broader scope of the inquiry should be reflected in the order. Specifically, any order approving the Application should provide that each and every subsidiary and affiliate of the Debtor, and the current and former members and individuals in control of Alecto, are subject to GCS's investigation.

5.  In addition, the Engagement letter and the Application both provide that GCS must "provide all findings in a written report prior to September 11, 2023." While the Debtor may be seeking a written report prior to its September 14, 2023 deadline to file a plan, there is no reason for GCS to shorten, truncate or abbreviate its investigation to meet that deadline. Given the complex web of entities and transactions involved, it would appear to be a tall order for GCS to complete its investigation by September 11, 2023. It is imperative that GCS be given sufficient

---

[2] The bullet point identifying these seven entities tracks the similar scope of services provision of the GCS Engagement Letter.

time to complete its investigation. Accordingly, to the extent that GCS provides a report to the Debtor prior to September 11, 2023, it should be treated as an interim report, and any order approving the Application should specifically provide that GCS's investigation will continue until GCS and Mr. Balasiano are satisfied that it has completed the investigation.

6. Third, the Engagement Letter and Application provide that GCS shall report "directly to Morris James LLP with all reports, communications and work product", but are otherwise silent with respect to the Debtor's review or use of the information. Any order approving the Application should specifically provide that (i) in addition to Morris James, GCS shall report directly to Steven Balasiano, the Debtor's recently-appointed independent director, (ii) Mr. Balasiano is the Debtor representative solely in charge of the investigation, and (iii) no insider of GCS shall receive any report or other information provided by GCS, except to the extent that such information is made available publicly on the docket or otherwise provided to creditors.

## Conclusion

WHEREFORE, for the foregoing reasons, the Reed Action Judgment Creditors respectfully request that this Honorable Court enter an order approving the Application only to the extent that it is consistent with this limited objection and grant such other and further relief as is just and proper.

Date:   September 11, 2023
        Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 /s/ William D. Sullivan
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

3

Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org

-and-

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
       mdavidsonwelling@stembercohn.com

*Attorneys for the Reed Action Judgment Creditors*