**EXHIBIT C**

Projected Income

**ALECTO HEALTHCARE SERVICES LLC**
**INCOME STATEMENT**
**3-YEAR PROJECTION (11/1/23 to 10/31/26)**

| AHS | Year 1<br>11/1/23 to 10/31/24 | Year 2<br>11/1/24 to 10/31/25 | Year 3<br>11/1/25 to 10/31/26 |
|---|---|---|---|
| Operating Revenues | 3,415,430 | 3,319,235 | 3,287,182 |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 1,874,268 | 1,874,268 | 1,874,268 |
| Benefits | 199,788 | 211,775 | 224,482 |
| Payroll Taxes | 138,228 | 138,228 | 138,228 |
| PTO | 124,848 | 124,848 | 124,848 |
| Labor Subtotal | 2,337,132 | 2,349,119 | 2,361,826 |
| Supplies | 5,055 | 5,207 | 5,363 |
| Purchased Services | 41,000 | 42,230 | 43,497 |
| Legal Fees | 75,600 | 75,600 | 75,600 |
| Tax Preparation Fees | 99,172 | 90,000 | 90,000 |
| Repairs & Maintenance | 468 | 468 | 468 |
| Rents & Leases | 90,000 | 92,700 | 93,627 |
| Insurance | 423,129 | 346,997 | 364,347 |
| Utilities | 6,780 | 6,983 | 7,123 |
| Taxes and Licenses | 3,000 | 3,090 | 3,121 |
| Dues, Subscriptions, and Software | 4,800 | 4,944 | 5,092 |
| Outside Training Sessions | 2,400 | 2,400 | 2,400 |
| Travel | 73,200 | 60,000 | 60,000 |
| Meals | 4,200 | 3,600 | 3,600 |
| Bank Fees & Charges | 6,000 | 6,000 | 6,000 |
| Depreciation | 1,280 | 960 | 720 |
| Interest Expense | 0 | 0 | 0 |
| **Total Operating Expenses** | 3,173,216 | 3,090,298 | 3,122,784 |
| **NET INCOME (LOSS)** | **242,214** | **228,937** | **164,398** |