## **EXHIBIT F**

Liquidation Analysis

(TO BE FILED)