THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALECTO HEALTHCARE SERVICES, LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |

**STIPULATION BETWEEN DEBTOR AND THE UNITED STATES OF AMERICA TO EXTEND THE DEADLINE BY WHICH TO FILE ACTIONS UNDER
11 U.S.C. § 1141(d)(6)(A)**

The Debtor, Alecto Healthcare Services, LLC (the "**Debtor**"), and the United States of America ("**United States**") hereby stipulate and agree as follows:

### RECITALS

WHEREAS, on June 23, 2023, the Debtor commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, July 25, 2023 was the first date set for the meeting of creditors under 11 U.S.C. § 341;

WHEREAS, if applicable to a corporate debtor, the deadline pursuant to 11 U.S.C. § 523(c) by which to file a complaint to except debts from discharge or determine certain debts nondischargeable is September 25, 2023 (the "**523 Deadline**");

WHEREAS, out of an abundance of caution, and in order to avoid unnecessary expense to the Court and interested parties, the Debtor and the United States (the "**Parties**") have agreed to extend the 523 Deadline, to the extent it applies. as to the United States.

1

## STIPULATION

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

1. The Deadline for the United States to file an adversary complaint against the Debtor to except debts from the Debtor's discharge or determine the dischargeability of debts pursuant to 11 U.S.C. § 1141(d)(6), to the extent the 523 Deadline applies, shall be extended from September 25, 2023 to December 26, 2023.

2. This Stipulation may be executed in counterparts, which shall be considered together as a single document. Furthermore, this Stipulation may be executed by facsimile copy or PDF, and facsimile or PDF signatures will be treated as original signatures.

IT IS SO STIPULATED.

September 22, 2023

MORRIS JAMES LLP

/s/    Jeffrey R. Waxman
Jeffrey R. Waxman
Partner
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-5842
Facsimilie: (302) 504-3942
JWaxman@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/      Leah V. Lerman
KIRK MANHARDT
Acting Director

MARC S. SACKS
Senior Level Trial Attorney
LEAH V. LERMAN
Trial Attorney
Corporate/Financial Litigation Section
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 307-0452
Facsimile: (202) 514-9163
[leah.v.lerman@usdoj.gov](mailto:leah.v.lerman@usdoj.gov)

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22 2023, I electronically filed the foregoing STIPULATION with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.


*s/     Leah V. Lerman*
LEAH V. LERMAN
Commercial Litigation Branch
Civil Division
United States Department of Justice

THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ALECTO HEALTHCARE SERVICES, LLC, ) | Case No. 23-10787 (JKS) |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| _____ ) | |

**ORDER ENTERING STIPULATION BETWEEN DEBTOR AND THE UNITED STATES OF AMERICA TO EXTEND THE DEADLINE BY WHICH TO FILE ACTIONS UNDER 11 U.S.C. §1141(d)(6)(A)**

Upon consideration of the Stipulation Between Debtor and the United States of America to Extend the Deadline by Which to File Actions Under 11 U.S.C. § 1141(d)(6)(A) (the "Stipulation"), it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that he Deadline for the United States to file an adversary complaint against the Debtor to except debts from the Debtor's discharge or determine the dischargeability of debts pursuant to 11 U.S.C. § 1141(d)(6), to the extent the 523 Deadline applies, shall be extended from September 25, 2023 to December 26, 2023.

IT IS SO ORDERED.

_____
J. Kate Stickles, Bankruptcy Judge

* End of Order *