# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:                                                )
                                                      )
ALECTO HEALTHCARE SERVICES, LLC,      )          Case No. 23-10787 (JKS)
                                                      )          Chapter 11
        Debtor.                                       )
                                                      )
_____ )

## ORDER ENTERING STIPULATION BETWEEN DEBTOR AND THE UNITED STATES OF AMERICA TO EXTEND THE DEADLINE BY WHICH TO FILE ACTIONS UNDER 11 U.S.C. §1141(d)(6)(A)

Upon consideration of the Stipulation Between Debtor and the United States of America to Extend the Deadline by Which to File Actions Under 11 U.S.C. § 1141(d)(6)(A) (the "Stipulation"), it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that he Deadline for the United States to file an adversary complaint against the Debtor to except debts from the Debtor's discharge or determine the dischargeability of debts pursuant to 11 U.S.C. § 1141(d)(6), to the extent the 523 Deadline applies, shall be extended from September 25, 2023 to December 26, 2023.

IT IS SO ORDERED.

_____
J. Kate Stickles, Bankruptcy Judge

**J. KATE STICKLES**
**Dated: September 22nd, 2023**
**Wilmington, Delaware**                    * End of Order *   **UNITED STATES BANKRUPTCY JUDGE**