**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 132** |

**NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that, with permission of the Court, the omnibus hearing previously scheduled to be held in the above-captioned case on October 5, 2023 at 1:00 p.m. (ET) has been rescheduled for October 19, 2023 at 4:00 p.m. (ET). All matters previously scheduled to be heard on October 5, 2023 at 1:00 p.m. (ET), will now be heard at the hearing on October 19, 2023 at 4:00 p.m. (ET).

Dated: October 3, 2023

**MORRIS JAMES LLP**

/s/ *Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16340298/1