# **EXHIBIT B**

Organizational Chart

16346306/2

**Alecto Healthcare Services, LLC**
**Organizational Chart**

