**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned hereby certifies that he has obtained the omnibus hearing date set forth on the proposed order (the "Proposed Order") attached hereto as **Exhibit A** (the "Omnibus Hearing Date") from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREFORE, counsel to Alecto Healthcare Services LLC, Debtor and Debtor-in-Possession (the "Debtor") in this chapter 11 case, respectfully requests that the Bankruptcy Court enter the Proposed Order scheduling the Omnibus Hearing Date at its earliest convenience.

Dated: October 9, 2023

**MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to the Debtor and Debtor
in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16349446/1