**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC[1],<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787-JKS<br><br>**Re:  155**<br><br>**Obj. Deadline: October 9, 2023 at 4:00 p.m. ET**<br>**Hearing Date: October 19, 2023 at 4:00 pm ET** |

**SUBCHAPTER V TRUSTEE'S RESERVATION**
**OF RIGHTS REGARDING THE DEBTOR'S REQUEST FOR AN ORDER**
**(A) SCHEDULING A HEARING ON PLAN CONFIRMATION AND DEADLINES**
**RELATED THERETO; AND (B) APPROVING THE SOLICITATION, NOTICE AND**
**TABULATION PROCEDURES AND THE FORMS RELATED THERETO**

Jami. B. Nimeroff, Subchapter V Trustee in the above-captioned matter ("Subchapter V Trustee"), submits the following Reservation of Rights ("Reservation of Rights") regarding the *Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto* [D.I. 155] (the "Solicitation Motion") presently scheduled for a hearing on October 19, 2023, and in support thereof states as follows:

1.      On June 16, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and elected to proceed under Subchapter V pursuant to the Small Business Debtor Reorganization Act, as amended.

2.      The Subchapter V Trustee was appointed on June 20, 2023.

3.      On September 14, 2023, the Debtor filed its *Small Business Debtor's Plan of Reorganization* (the "Plan") [DI 154].

---

[1]      The last four digits of the Debtor's tax identification number are 9723.  The Debtor's address is 101 N Brand Boulevard, Suite 1920 Glendale, CA 91203.

4.     On September 14, 2023, the Debtor filed the Solicitation Motion.

5.     In the Plan, the Debtor states that the Debtor has requested Gould Consulting Services to conduct a forensic analysis of the Debtor's bank accounts to identify potentially voidable transfers to insiders, if any, and that Gould Consulting Services will prepare a letter report of its findings to the Debtor's independent director for his consideration as to the merit and value of such claims, if any.  The Debtor further states that once the independent director has finalized his conclusions, the Debtor will supplement the Plan to include a synopsis of the merits and anticipated value of such potential estate claims.  Plan, Article III.9, at pp. 16-17.

6.     In light of this ongoing process, the Subchapter V Trustee requested that the Debtor continue the original date of the hearing on the Solicitation Motion.  By doing so, the Debtor hopefully would have sufficient time to file its Plan amendment or supplement to address these issues prior to the hearing on the Solicitation Motion.  In response, the hearing on the Solicitation Motion was continued to October 19, 2023.

7.     As of the filing of this Reservation of Rights, the Debtor still has not filed its amended or supplemented plan or disclosed the Debtor's intentions with respect to potential causes of action against insiders.  As a result, it may be premature to move forward with the relief sought in the Solicitation Motion at this time.

8.     Moreover, in light of the adjournment of the hearing on the Solicitation Motion, the proposed dates and timeline for the solicitation and confirmation process will need to be revised and possibly extended to give creditors and interested parties the opportunity to review and consider the Debtor's intention with respect to potential insider causes of action.

9.     The Subchapter V Trustee reserves the right to present her position, after review and consideration of the presentations of the Debtor, any objectors and interested parties with

regard to the Solicitation Motion and any other matters that might arise at the hearing on October 19, 2023.

<div style="margin-left:45%">

Respectfully submitted,

</div>

Date:  October 9, 2023

<div style="margin-left:45%">

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire (No. 4049)
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
(302) 428-8142
jnimeroff@bmnlawyers.com

*Subchapter V Trustee*

</div>

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on this 9th day of October, 2023, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System which provides notice thereof to parties registered in the case.  The document is available for viewing and downloading.


*/s/ Jami B. Nimeroff*
Jami B. Nimeroff