IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 160** |

## CERTIFICATE OF NO OBJECTION

I, Jeffrey R. Waxman, hereby certify as follows:

On September 22, 2023, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Application for Retention and Appointment of Stretto, Inc. as Balloting Agent Effective as of September 14, 2023* [Docket No. 160] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 6, 2023 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon. The Debtor respectfully requests that the Court enter the Order granting the Application, a copy of which was attached to the Application.

Dated: October 9, 2023

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16351004/1