# EXHIBIT A

# WRITTEN CONSENT OF THE

# BOARD OF MANAGERS OF ALECTO HEALTHCARE SERVICES LLC

# AUGUST 19, 2023

The undersigned, constituting the Board of Managers of Alecto Healthcare Services LLC, a Delaware limited liability company (the "Company"), hereby adopt the following resolutions by written consent in lieu of a special meeting and hereby consent to and adopt the following resolutions:

**WHEREAS**, the Company filed a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Court on June 16, 2023 in United States Bankruptcy Court for the District of Delaware Case No. 23-10787 (JKS) (the "Alecto Bankruptcy Case");

**WHEREAS**, the Company has an indirect interest in Sherman/Grayson Hospital, LLC, a Delaware limited liability company ("SG Hospital") and SG Hospital filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Court on June 23, 2023 in United States Bankruptcy Court for the District of Delaware Case No. 23-10810 (JKS) (the "Sherman Bankruptcy");

**WHEREAS**, the Company is an unsecured creditor in the Sherman Bankruptcy in the amount of $60,186,975.93 related to certain intercompany advances made by the Company to SG Hospital and certain expenses paid by the Company on behalf of SG Hospital (the "Alecto Claim");

**WHEREAS**, certain disputes have arisen between the Company and the Official Committee of Unsecured Creditors (the "Committee") regarding the proper treatment of the Alecto Claim in the Sherman Bankruptcy and a potential settlement with the Committee with respect to the Alecto Claim. In addition, the Office of the United States Trustee overseeing the Alecto Bankruptcy and the Sherman Bankruptcy have raised concerns regarding potential conflicts arising between the Company and SG Hospital;

**WHEREAS**, on August 7, the Company and the Board of Managers authorized the appointment of Steven Balasiano ("Mr. Balasiano") of MHR Advisory Group as an independent director/manager, subject to Bankruptcy Court approval, to make decisions on behalf of the Company related to the Alecto Claim, any settlement of the Alecto Claim, and any other conflict that may arise as and between the Company and SG Hospital (collectively, the "Issues") so as to avoid any conflict of interest that the Company's officers and bankruptcy counsel may have with respect to such matters given their roles at both the Company and SG Hospital;

**WHEREAS**, on August 8, 2023, the Company filed an application in the Alecto Bankruptcy Case to employ Mr. ("Mr. Balasiano") as independent director; and

**WHEREAS**, the Company understands that certain creditors of the Company have alleged that the Company may have potentially significant causes of action against its affiliates and insiders;

DocuSign Envelope ID: BCC4719B-E5D4-4F84-A498-FB744D57F4EB

NOW, THEREFORE, BE IT RESOLVED, that, to the extent not already provided, Mr. Balasiano's appointment as an independent director of the Company shall include authority to investigate potential claims against the Company's affiliates and insiders, and to bring any such actions as he believes in his sole discretion are valid;

BE IT FURTHER RESOLVED, that the Company's Board of Managers, officers, and employees shall provide Mr. Balasiano with such information and documents as he may request from time to time and shall not interfere or impede Mr. Balasiano's performance of his duties as an independent director/manager; and

BE IT FURTHER RESOLVED, that the officers of the Company, and each of them, are hereby authorized and directed to take all actions necessary and desirable to implement the resolutions set forth herein.

IN WITNESS WHEREOF, the undersigned, constituting the Board of Managers of the Company have executed this Written Consent as of the date hereof.

**BOARD OF MANAGERS**

By: _____
Lex Reddy

By: _____
Michael Sarrao