# **EXHIBIT A**

Organizational Chart

**Alecto Healthcare Services, LLC**
**Organizational Chart**

