# **EXHIBIT B**

Schedules and Claims Register

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787-JKS |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## ALECTO HEALTHCARE SERVICES LLC (CASE NO. 23-10787-JKS)

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 - Subchapter V |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787-JKS |
| Debtor | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") qualify, are incorporated by reference in, and comprise an integral part of, the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Alecto Healthcare Services LLC ("Debtor" or the "Company") in the above-captioned case filed under Chapter 11, Subchapter V, of title 11 of the United States Code (the "Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Schedules and Statements were prepared pursuant to § 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor, with the assistance of the Debtor's advisors, and are unaudited.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor's Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. While the Debtor's management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements. As a result, inadvertent errors or omissions may exist, and there can be no assurance that these Schedules and Statements are complete.

The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to (a) amend the Schedules and Statements with respect to a claim (as defined in § 101(5) of the Bankruptcy Code) description, designation, or Debtor against which the claim is asserted, (b) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and

Statements as to amount, liability, priority, status, or classification, (c) subsequently designate any claim as "disputed," "contingent," or "unliquidated," or (d) object to the extent, validity, enforceability, priority, or avoidability of any claim. Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against the Debtor. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtor or an admission with respect to its Chapter 11 Case (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers). Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the foregoing reservation of rights.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized. In no event will the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Laxman Reddy, President and Chief Executive Officer of the Debtor. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Reddy necessarily relied upon the efforts, statements, and representations of the Debtor and its staff and other personnel and professionals. Mr. Reddy has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes should be referred to and considered in connection with any review of the Schedules and Statements.[1] Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits,

2

or attachments.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

*Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.*

## Global Notes and Overview of Methodology

### Description of Case and Information Date

On June 16, 2023 (the "Petition Date"), the Debtor filed a voluntary petition with this Bankruptcy Court for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code.  The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Case is being administered pursuant to Bankruptcy Rule 1015(b).  No creditors' committee has been appointed in this case.  Other than the appointed Subchapter V Trustee, no trustee or examiner has been appointed.  Except as otherwise noted, the information set forth herein is provided as of the close of business on the Petition Date.

### Basis of Presentation

These Schedules and Statements reflect the assets and liabilities of the Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements.

These Schedules and Statements represent the Debtor's good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

### Amendment of Schedules and Statements

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

## General Notes Applicable to Schedules and Statements

1.      **Recharacterization**.  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

2.     **Claim Designations**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed."  The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtor.

3.     **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

4.     **Unknown Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

5.     **Court Orders**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtor's Chapter 11 Case entered on or about June 20, 2023 (the "First Day Orders"), the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, insurers, and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtor reserves all rights to amend or supplement its Schedules and Statements.

6.     **Other Paid Claims**.  To the extent the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtor's Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval.  To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7.     **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to modify, amend, or supplement the Schedules and Statements as it deems appropriate in this regard.

8.     **Excluded Assets and Liabilities**.  The Debtor may have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries and employee benefit accruals.  In addition, and as set forth above, the Debtor may have excluded amounts for which the Debtor has been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court.  The Debtor may also have excluded rejection damage claims of counterparties to executory

contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist.  Also, certain immaterial assets and liabilities may have been excluded.

9.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual based on the Health Insurance Portability and Accountability Act of 1996 or otherwise.  The alterations will be limited to only what is necessary to protect the Debtor or third party.  In some instances, the redacted information may be available upon request.

10.    **Leases**.  The Debtor may not have included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules. Nothing in the Schedules or Statements (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all rights with respect to such issues.

11.    **Guarantees and Other Secondary Liability Claims**.  The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of its executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  However, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtor reserves all rights to amend the Schedules to the extent that additional Guarantees are identified.

12.    **Executory Contracts**.  Although the Debtor has made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtor may have inadvertently failed to do so.  Accordingly, the Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

13.    **Estimates**.  To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtor reserves all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

14.    **Fiscal Year**.  The Debtor's fiscal year ends on December 31.

15.    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to same.

16.    **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books

5

and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

17. **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtor has included information with respect to the individuals the Debtor believes are included in the definition of "insider" set forth in § 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtor; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtor; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability, or (2) any other purpose.

18. **Totals**. All totals that are included in the Schedules and Statements represent totals of all known and estimated amounts that are included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown", "disputed", "contingent", "unliquidated", or "undetermined" is not intended to reflect upon the materiality of such amount.

19. **Exclusions.** The Debtor may have excluded certain categories of assets and liabilities from the Schedules and Statements, including accrued liabilities such as accrued salaries and employee benefits (including accrued personal time off) and accrued accounts payable, as well as assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

## <u>Specific Notes Regarding the Schedules and Statements</u>

**Specific Notes Regarding the Statements**

1. **Gross Revenue**. Amounts listed for gross revenue in the Part 1 of the Statements from the beginning of the fiscal year to just before the Petition Date reflect gross revenue from the Debtor's business for the period of January 1, 2023 through and including the Petition Date.

2. **90 Day Payments.** The dates set forth in the "Dates of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the date that a check was issued. Item 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Item 4).

3. **Insider Payments**. The Debtor made reasonable, good faith efforts to list all material payments made to or for the benefit of insiders with one year before the filing of the case.

However, it would be unduly burdensome to determine the amount of certain employee benefits provided to insiders by the Debtor, which include, among other things, the employer portion of health insurance premiums. Moreover, the payment of such amounts was authorized by the Employee Wage Order (as defined herein). The Debtor believes that the expenses underlying any employee reimbursements were incurred for the benefit of the Debtor, and not insiders.

4. **Property held for another.** The Debtor has made reasonable efforts to account for property held for another by relying on the Debtor's books and records.

**Specific Notes Regarding Schedule A/B**

1. **Bank Account Balances**. In the event of any conflict between the Debtor's *Motion for Interim and Final Orders Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code* [Docket No. 6] and the Statements and Schedules, the information contained in the Statements and Schedules shall control.

2. **Prepayments**. Certain prepayments reflected on the Debtor's balance sheet may not be included because the vendor to which they relate has fully performed the related services and the Debtor has no claims against these vendors.

3. The Debtor does not believe that the note receivable from Olympia Healthcare, LLC (an indirect subsidiary of the Debtor) is collectible.

4. The $2,000,000 referenced in Part II, Item 75 is a setoff defense and is not an affirmative claim.

**Specific Notes Regarding Schedule E/F**

1. **Creditors Holding Priority Unsecured Claims**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtor that such claim is entitled to priority treatment under § 507 of the Bankruptcy Code. The Debtor reserves all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

The Bankruptcy Court entered the *Interim Order (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments* [Docket No.26], granting authority to the Debtor to pay certain prepetition employee wage and other obligations in the ordinary course (the "Wage Order"). Pursuant to the Wage Order, the Bankruptcy Court granted the Debtor authority to pay or honor certain prepetition obligations for employee wages, payroll deductions, employee benefits, and other benefits and fees. The Debtor has not listed on Schedule E/F any wage or employment-related obligations owed to non-insiders for which the Debtor has been granted authority to pay pursuant to the Employee Wage Order or other order that

7

may be entered by the Bankruptcy Court. The Debtor believes that all such claims have been, or will be, satisfied in the ordinary course during this case pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court. Likewise, the Debtor has not listed on Statement, Question 3, any transfers to non-insider employees on account of wages or employment-related obligations for which the Debtor has been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

2. **Creditors Holding Non-Priority General Unsecured Claims.**

- Horizon Real Estate Holdings, LLC is an affiliate of the Debtor.

- Olympia Healthcare LLC is an affiliate of the Debtor.

- Plaza Medical Office Building, LLC is an affiliate of the Debtor.

**Specific Notes Regarding Schedule G**

1. The Debtor's books and records may not be complete with respect to all unexpired leases and/or executory contracts to which they are a party and that were pending as of the Petition Date. In particular, the Debtor may be party to agreements and understanding that are "oral" or "verbal" in nature; while the Debtor has made reasonable efforts to identify these agreements and disclose them in the Schedules, there may be some that are not yet known or identified. Certain of the executory contracts and unexpired leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G or Schedule B. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. The Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any contract, agreement or lease set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.

**Specific Notes Regarding Attachment No. 8 to Schedule A/B**

1. Certain of the insurance policies provide insurance coverage to affiliates of the Debtor and the Debtor reserves the right to seek reimbursement of an allocated share of such premiums from such affiliates, as appropriate.

\* \* \* \* \* \* \*

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name | Alecto Healthcare Services LLC |
| --- | --- |
| | a Delaware limited liability company |
| United States Bankruptcy Court for the: | _____ District of __Delaware__ |
| | (State) |
| Case number (If known): | __23-10787-JKS__ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __6/30/2023__        ✖ /s/ Laxman Reddy
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                  Laxman Reddy
                                  Printed name

                                  President and Chief Executive Officer
                                  Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  Alecto Healthcare Services LLC a Delaware limited liability company

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                      (State)

Case number (If known):    23-10787-JKS

---

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* .................................................................... $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* .................................................................. $ _____ 3,523,846.62

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* .................................................................... $ _____ 3,523,846.62

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................... $ _____ 712,846.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................... + $ _____ 85,496,898.04

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                        $ _____ 86,209,744.83

---

**Fill in this information to identify the case:**

Debtor name     Alecto Healthcare Services LLC a Delaware limited liability company

United States Bankruptcy Court for the: _____ District of     Delaware
                                                                          (State)

Case number (If known):     23-10787-JKS

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attachment No. 3 | | ___ ___ ___ ___ | $ 2.61 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. See Attachment No. 3 | $ 5,493.56 |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ 5,496.17

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. NTT America, Inc. – Deposit for Sublease of Office Space Suite 1780 | $ 28,925.00 |
| 7.2. Pacific Global Investment Management Company - deposit for sublease Suite 1920 | $ 12,592.80 |

Debtor **Alecto Healthcare Services LLC a Delaware limited liability company** Case number *(if known)*___23-10787-JKS___
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attachment No. 8 _____ $_____1,305,994.29
8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $_____1,347,512.09

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: $1,960,598.88 – $1,960,598.88 = ....... → $_____0.00
face amount doubtful or uncollectible accounts

11b. Over 90 days old: $94,531,482.75 – $94,531,482.75 = ....... → $_____0.00
face amount doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $_____0.00

---

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:
14.1. _____ _____ $_____
14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:
15.1. See Attachment No. 15 _____% _____ $_____120,000.00
15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:
16.1. _____ _____ $_____
16.2. _____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $_____120,000.00

Debtor    Alecto Healthcare Services LLC a Delaware limited liability company
          Name                                                    Case number *(if known)* __23-10787-JKS__

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Alecto Healthcare Services LLC a Delaware limited liability company
Name

Case number *(if known)*  23-10787-JKS
_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>Reception Desk | $ 4,838.56 | Cost | $ 4,838.36 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer Equipment | $ 25,000.00 | Cost | $ 25,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 29,838.36

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Alecto Healthcare Services LLC a Delaware limited liability company   Case number (if known) 23-10787-JKS
Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1    2017 Toyota Highlander<br>VIN 5TDBZRFHIH5452189 | $ 21,000.00 | (Kelly Blue Book)<br>FMV | $ 21,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$    21,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | Alecto Healthcare Services LLC a Delaware limited liability company | Case number (if known) 23-10787-JKS |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 101 N. Brand, Ste 1920, Glendale, CA | Sublease Interest | $ 0.00 | Debtor Opinion | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites**<br>www.alectohealthcare.com | $ 0.00 | Debtor Opinion | $ 0.00 |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

| Debtor | Alecto Healthcare Services LLC a Delaware limited liability company | Case number *(if known)* | 23-10787-JKS |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

Olympia Health Care, LLC

8,944,477.81 _ − _ 8,944,477.81 _ = → $ _____ 0.00
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     $ _____
_____     Tax year _____     $ _____
_____     Tax year _____     $ _____

**73. Interests in insurance policies or annuities**

_____     $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $ _____

Nature of claim     _____

Amount requested     $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  See Attachment No. 75     $ _____ 2,000,000.00

Nature of claim     _____

Amount requested     $ _____

**76. Trusts, equitable or future interests in property**

_____     $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     $ _____
_____     $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $ __2,000,000.00__

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Alecto Healthcare Services LLC a Delaware limited liability company    Case number *(if known)*  23-10787-JKS
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,496.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,347,512.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 120,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 29,838.36 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 21,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 3,523,846.62 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.  ...................................................    $ 3,523,846.62

**In re Alecto Healthcare Services LLC**

**Attachment No. 3 to Schedule A/B**

**[Part 1, Item 3 – Checking, savings, money market or financial brokerage accounts]**

| Name of Bank | Account Number | Description | Balance | |
|---|---|---|---|---|
| City National Bank | x3784 | Credit Line Activity | $0.00 | |
| City National Bank | x6065 | A/P | $0.00 | ** |
| City National Bank | x6508 | Payroll | $2.61 | |
| | | Total | $2.61 | |

** Debtor has a check in the amount of $5,493.56 that, subject to Court approval, will be deposited into its x6065 account on Tuesday June 20, 2023.

In re Alecto Healthcare Services LLC
Attachment No. 8 to Schedule A/B
[Part 2, Item 8 – Prepayments]

**Alecto Healthcare Services LLC**
**Prepaid Balance Detail**
**As of 05/31/2023**

### A) Prepaid Business Insurance

| | Insurance Type | Insurance Carrier | Beg Date | End Date | Premiums & Fees Paid/Financed | Premiums & Fees Expensed to Date | Prepaid as of 05/31/23 |
|---|---|---|---|---|---|---|---|
| 1) | Directors & Officers | National Union Fire Insurance Co. 28 Liberty Street, New York, New York 10005; 2) RSUI Indemnity Company, 945 East Paces Ferry Road, Suite 1800, Atlanta, Georgia 30376 | 1/31/2023 | 1/31/2024 | $892,556.40 | $297,516.40 | $595,040.00 |
| 2) | Comprehensive Employers Indemnity (TX Non-Subscribe) | Old Republic Union Insurance Co. 307 N. Michigan Avenue, Chicago, IL 60601 | 3/31/2023 | 3/31/2024 | $33,827.82 | $5,637.82 | $28,190.00 |
| 3) | Workers Compensation | StarNet Insurance Company, 9301 Innovation Drive, Suite 200, Manassa, VA 20110 | 4/1/2023 | 4/1/2024 | $16,048.00 | $2,678.00 | $13,370.00 |
| 4) | Automobile | Vantapro Specialty Insurance Co.; 199 Water Street, New York, NY 10038 | 6/1/2023 | 6/1/2024 | $2,921.76 | $0.00 | $0.00 |
| 5) | Excess Medical Professional/General Liability | Magmutual Professional Security Ins Co; P.O. Box 52979, Atlanta, Georgia 30355 | 8/1/2022 | 8/1/2023 | $175,685.58 | $146,405.58 | $29,280.00 |
| 6) | "All Risks" Property incl Boiler & Machinery & Flood, excluding CA EM | American Home Assurance Co; 175 Water Street, New York, New York 10038 | 7/1/2023 | 9/30/2023 | $201,399.48 | $157,116.19 | $44,283.29 |
| 7) | Environmental Pollution/Storage Tank Liability - WNJ | Ironshore Specialty Insurance Co., 175 Berkeley Street, Boston, MA 02116 | 8/1/2022 | 8/1/2023 | $19,224.12 | $16,024.12 | $3,200.00 |
| 8) | Cyber Liability | Coalition Insurance Solutions, 1160 Battery Street, Suite 350, San Francisco, CA 94111 | 8/14/2022 | 8/14/2023 | $48,334.42 | $38,412.42 | $9,922.00 |
| 9) | 3 Year Extended Reporting Period Excess Medical Professional/General Liability Coverage for Non TX Exposures | Endurance American Specialty Ins. Co.; 16052 Swingley Ridge Road, Suite 130, St. Louis, Missouri 63017 | 8/1/2022 | 8/1/2025 | $844,558.56 | $234,599.56 | $609,959.00 |
| | **Total Prepaid Business Insurance** | | | | | | **$1,333,244.29** |

### B) Prepaid Employee Health Insurance Benefits

| | |
|---|---|
| Anthem Blue Cross -Health Insurance Premiums | $0.00 |
| Unum Life Insurance Company of America - Life Insurance Premiums | $0.00 |
| MetLife Ins - Vision & Dental Insurance Premiums | $0.00 |
| **Total Prepaid Employee Health Insurance Benefits** | **$0.00** |

### C) Other Prepaids

| | Insurance Carrier | Beg Date | End Date | Premiums & Fees Paid/Financed | Premiums & Fees Expensed to Date | Prepaid as of 05/31/23 |
|---|---|---|---|---|---|---|
| MS Office 365 & Outlook Accounts | Go Daddy | 12/1/2022 | 11/30/2023 | $5,405.28 | $2,705.28 | $2,700.00 |
| **Total Other Prepaids** | | | | | | **$2,700.00** |

| | |
|---|---|
| **Total Prepaids** | **$1,335,944.29** |
| **Ending GL Balance** | **$1,306,005.41** |

**In re Alecto Healthcare Services LLC**
**Attachment No. 15 to Schedule A/B**
**[Part 4, Item 15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture]**

| Name of Entity | % of Ownership | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Alecto Healthcare Services Hayward, LLC (provides management services to non-profit hospital) | 100% | Debtor's Opinion | $100,000.00 |
| Alecto Healthcare Services Los Angeles, LLC (investment vehicle to hold interests in two LLCs) | 100% | Debtor's Opinion | $0.00 |
| Alecto Healthcare Services Fairmont, LLC (currently in wind down of business and maintaining medical | 100% | Debtor's Opinion | $10,000.00 |
| Acceleron Services, LLC (no business operations - never engaged in business) | 100% | Debtor's Opinion | $0.00 |
| United Medical Management, LLC (no business operations - never engaged in business) | 100% | Debtor's Opinion | $0.00 |
| Sunrise MOB Holdings, LLC (investment vehicle to hold interest in one LLC) | 100% | Debtor's Opinion | $10,000.00 |
| Alecto Healthcare Services Sherman, LLC (investment vehicle that holds interest in three LLCs) | 80% | Debtor's Opinion | $0.00 |
| Alecto Healthcare Services Ohio Valley, LLC (investment vehicle that holds interest in two LLCs and sponser of a defined beneft pension plan) | 100% | Debtor's Opinion | $0.00 |
| Alecto Healthcare Services Real Estate Holdings, LLC (no business operations - never engaged in business) | 100% | Debtor's Opinion | $0.00 |
| M/C Healthcare, LLC (no active operations) | 100% | Debtor's Opinion | $0.00 |
| | | Total | $120,000.00 |

**In re Alecto Healthcare Services LLC**
**Attachment No. 75 to Schedule A/B**
**[Part 11, Item 75 – Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to setoff claims]**


In <u>United States of America v. Olympia Health Care, LLC, et. al.</u>, Olympia Health Care, LLC alleges that the claims asserted by the United States of America on behalf of the Centers for Medicare and Medicaid Services (CMS) against Olympia Health Care, LLC are subject to setoff based on Olympia Health Care, LLC's claims that it has overpaid the amounts due under a settlement reached by Olympia Health Care, LLC and CMS.  The claims against Debtor are derivative of the claims against Olympia Health Care, LLC and as such, the Debtor should receive the benefit of any set off.

Contingent Value $2,000,000.00

**Fill in this information to identify the case:**

Debtor name **Alecto Healthcare Services LLC,**
**a Delaware limited liability company**

United States Bankruptcy Court for the: District of **Delaware**

Case number (*If known*): **23-10787-JKS**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with the debtor's other schedules. Debtor has nothing else to report on this form
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**
   **If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
| --- | --- | --- |
| **2.1 Creditor's name** **Cardinal Health 110, LLC c/o Porter Wright Morris & Arthur LLC** **Creditor's mailing address** **Attn Allen Carter Esq 41 South High Street, Suite 2900 Columbus, Ohio 43215** **Creditor's email address, if known** **Date debt was incurred Various** **Last four digits of account number** **Do multiple creditors have an interest in the same property?** ☐ No. ☐ Yes. Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien and describe the lien **Master Agreement with Alecto Healthcare Services LLC. Pharmaceuticals and Supplies provided to subsidiary hospitals UCC filed 3/12/2020, filing number 2020 1831975 Collateral: All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries, and any other products supplied by secured party. Note: Debtor has never received any products from the Cardinal Health 110 LLC and none of its cash is the result of proceeds from any of products** **Is the creditor an insider or related party?** ☒ No. ☐ Yes. **Is anyone else liable on this claim?** ☒ No. ☐ Yes. *Fill out Schedule H: Codebtors (Official Form 206H)* ***As of the petition filing date, the claim is:*** Check all that apply ☐ Contingent. ☒ Unliquidated ☐ Disputed | $285,229.79 | $ |

Debtor  **Alecto Healthcare Services LLC a Delaware limited liability company**    Case number *(if known)* 23-10787-JKS

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of<br>collateral | Column B<br>Value of collateral that<br>supports this claim |
|---|---|---|---|
| **2.2   Creditor's name**<br><br>**MPT of Fairmont-Alecto Hospital, LLC; MPT of Fairmont – Alecto, LLC, MPT of Wheeling – Alecto Hospital, LLC, and MPT of Martins Ferry – Alecto Hospital, LLC c/o Medical Properties Trust, Inc.**<br><br>**Creditor's mailing address**<br><br>**Attn Larry Portal, SVP Attn Legal Department 1000 Urban Center Drive, Suite 501 Birmingham, AL 35242**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  Various**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien and describe the lien<br><br>**Contingent claim based on guarantee under Master Lease Agreement with Alecto Healthcare Services Fairmont LLC. UCC filed 9/19/2014, filing number 2014 3774312, continuation filed 3/27/2019, filing number 2019 2109119.  Note: No fees were ever paid or will be paid by Alecto Healthcare Services Fairmont LLC to Debtor under the agreement and none of Debtor's cash is the result of any such fees.**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $         .00 | $ |
| **2.3   Creditor's name**<br><br>**MPT of Los Angeles LP and MPT of Olympia LLC c/o Medical Properties Trust, Inc.**<br><br>**Creditor's mailing address**<br><br>**Attn Larry Portal, SVP Attn Legal Department 1000 Urban Center Drive, Suite 501 Birmingham, AL 35242**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  Various**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien and describe the lien<br><br>**Contingent claim based on guarantee under Master Lease Agreement with Alecto Healthcare Services Fairmont LLC. UCC filed 12/31/2013, filing number 2013 5184842, continuation filed 7/2/2018, filing number 2018 4541369.  Note: No fees were ever paid or will be paid by Olympia Health Care, LLC to Debtor under the agreement and none of Debtor's cash is the result of any such fees.**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☒No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $         .00 | $ |

Debtor  **Alecto Healthcare Services LLC a Delaware limited liability company**     Case number *(if known)* 23-10787-JKS

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.4   Creditor's name**<br><br>**MPT of Sherman-Alecto Hospital, LLC; MPT of Sherman – Alecto, LLC**<br>**MPT of Los Angeles LP**<br>**c/o Medical Properties Trust, Inc.**<br><br>**Creditor's mailing address**<br><br>**Attn Larry Portal, SVP**<br>**Attn Legal Department**<br>**1000 Urban Center Drive, Suite 501**<br>**Birmingham, AL 35242**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  Various**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien and describe the lien<br><br>**Contingent claim based on guarantee re Sherman/Grayson Hospital, LLC obligations to MPT of Sherman-Alecto, LLC for Capital Reserve Deposits.**<br>**UCC filed 10/31/2014, filing number : 2014 4400537; continuation filed 6/10/2019, filing number 2019 3988941.  Note: No fees were ever or will be paid by by Sherman/Grayson Hospital, LLC to Debtor under the agreement and none of Debtor's cash is the result of any such fees,**<br><br>Is the creditor an insider or related party?<br>☒No.<br>☐Yes.<br><br>Is anyone else liable on this claim?<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $427,617.00 | $ |
| **2.5   Creditor's name**<br><br>**MPT of Martins Ferry – Alecto Hospital, LLC; MPT of Wheeling – Alecto Hospital, LLC; MPT of Martins Ferry-Alecto, LLC; and MPT of Wheeling-Alecto Hospital, LLC**<br>**c/o Medical Properties Trust, Inc.**<br><br>**Creditor's mailing address**<br><br>**Attn Larry Portal, SVP**<br>**Attn Legal Department**<br>**1000 Urban Center Drive, Suite 501**<br>**Birmingham, AL 35242**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  Various**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien and describe the lien<br><br>**Contingent claim based on guarantee re under Master Lease Agreement with Alecto Healthcare Services Wheeling LLC and Alecto Healthcare Services Martin's Ferry LLC**<br>**UCC filed 6/6/2017, filing number 2017 3713317 , continuation filed 4/26/2022.  Note: No fees were ever paid or will be paid by Alecto Healthcare Services Wheeling LLC, and Alecto Healthcare Services Martins Ferry LLC to Debtor under agreement and none of Debtor's cash is the result of any such fees.**<br><br>Is the creditor an insider or related party?<br>☒No.<br>☐Yes.<br><br>Is anyone else liable on this claim?<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $    .00 | $ |

Debtor  **Alecto Healthcare Services LLC a Delaware limited liability company**    Case number *(if known)* 23-10787-JKS

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional**    **$712,846.79**
    **Page, if any**

**Fill in this information to identify the case:**

Debtor name __**Alecto Healthcare Services LLC,**__
__**a Delaware limited liability company**__

United States Bankruptcy Court for the: District of **Delaware**

Case number (*If known*): __**23-10787-JKS**__

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List Creditors With PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1 Priority creditor's name and mailing address**<br><br>**California Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8) | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim<br><br>Is the claim subject to setoff?<br>☐No.<br>☐Yes. | **Notice Purposes** | $ |
| **2.2 Priority creditor's name and mailing address**<br><br>**California Department of Tax and Fee Administration**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0001**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim<br><br>Is the claim subject to setoff?<br>☐No.<br>☐Yes. | **Notice Purposes** | $ |

Debtor **Alecto Healthcare Services LLC, a Delaware limited liability company**     Case number *(if known)* **23-10787-JKS**

| | Total claim | Priority amount |
|---|---|---|

| | | |
|---|---|---|
| **2.3   Priority creditor's name and mailing address**<br><br>**Employment Development Dept**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim**<br><br>**Is the claim subject to setoff?**<br>☐No.<br>☐Yes. | **Notice Purposes**<br><br>$ |
| **2.4   Priority creditor's name and mailing address**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim**<br><br>**Is the claim subject to setoff?**<br>☐No.<br>☐Yes. | **Notice Purposes**<br><br>$ |
| **2.5   Priority creditor's name and mailing address**<br><br>**Los Angeles County Tax Collector**<br>**PO Box 54110**<br>**Los Angeles, CA 90054**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim**<br><br>**Is the claim subject to setoff?**<br>☐No.<br>☐Yes. | **Notice Purposes**<br><br>$ |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**      Case number *(if known)* **23-10787-JKS**

| Part 2: | List Creditors With NONPRIORITY Unsecured Claims |
| --- | --- |

3.    List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| **3.1    Nonpriority creditor's name and mailing address** | ***As of the petition filing date, the claim is:*** | $3,399.68 |
| --- | --- | --- |
| **American Express**<br>**Attn President or Manager Agent**<br>**PO Box 0001**<br>**Los Angeles, CA 90096**<br><br>Date or dates debt was incurred  **5/31/2023 (bill date)**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Expense Reimbursement - Lex Reddy**<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes |  |

| **3.2    Nonpriority creditor's name and mailing address** | ***As of the petition filing date, the claim is:*** | $14,478.05 |
| --- | --- | --- |
| **Anthem Blue Cross**<br>**Attn President or Manager Agent**<br>**PO Box 51011**<br>**Los Angeles, CA 90051**<br><br>Date or dates debt was incurred  **6/2/2023**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Employee Health Benefits**<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes |  |

| **3.3    Nonpriority creditor's name and mailing address** | ***As of the petition filing date, the claim is:*** | $70,000.00 |
| --- | --- | --- |
| **AON Risk Consultants**<br>**Attn L Joe Galusha, President**<br>**22922 Network Place**<br>**Chicago, IL 60673**<br><br>Date or dates debt was incurred  **11/15/18 & 12/13/18**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim   Actuarial Services - 2018**<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes |  |

| **3.4    Nonpriority creditor's name and mailing address** | ***As of the petition filing date, the claim is:*** | $ 203.30 |
| --- | --- | --- |
| **AT&T**<br>**Attn President or Manager Agent**<br>**PO Box 5014**<br>**Carol Stream, IL 60197**<br><br>Date or dates debt was incurred  **6/1/2023**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Internet Services**<br><br>Is the claim subject to setoff?<br>☒ No.<br>☐ Yes |  |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**      Case number *(if known)* **23-10787-JKS**

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.5   **Nonpriority creditor's name and mailing address**<br><br>**Bcal 101 North Brand Property LLC**<br>**Attn President or Manager Agent**<br>**200 State Street 5th Floor**<br>**Boston, MA 02109**<br><br>Date or dates debt was incurred  **5/31/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Miscellaneous Building Charge**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $ 195.00 |
| 3.6   **Nonpriority creditor's name and mailing address**<br><br>**Cardinal Health 200, LLC**<br>**c/o Porter Wright Morris & Arthur LLC**<br>**Attn Allen Carter Esq**<br>**41 South High Street, Suite 2900**<br>**Columbus, Ohio 43215**<br><br>Date or dates debt was incurred  **Various**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim   **Master Agreement with Alecto Healthcare Services LLC. Pharmaceuticals and Supplies provided to subsbdiary hospitals**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $81,318.11 |
| 3.7   **Nonpriority creditor's name and mailing address**<br><br>**Combined Group Insurance Services**<br>**Attn President or Manager Agent**<br>**14785 Preston Road Suite 350**<br>**Dallas, TX 75254**<br><br>Date or dates debt was incurred  **5/31/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Texas Non-Subscriber Audit**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $3,966.10 |
| 3.8   **Nonpriority creditor's name and mailing address**<br><br>**Evangeline Douglas**<br>**19951 Octillo Way**<br>**Apple Valley, CA 92308**<br><br>Date or dates debt was incurred  **5/31/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Expense Reimbursement**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $5,455.68 |
| 3.9   **Nonpriority creditor's name and mailing address**<br><br>**First Insurance Funding**<br>**Attn President or Manager Agent**<br>**450 Skokie Boulevard Suite 1000**<br>**Northbrook, IL 60062**<br><br>Date or dates debt was incurred  **6/1/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Insurance Premium Financing**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $76,137.36 |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**    Case number *(if known)* **23-10787-JKS**

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.10   Nonpriority creditor's name and mailing address<br><br>**GRM Information Management Services of San Francisco LLC**<br>**Attn President or Manager Agent**<br>**41099 Boyce Road**<br>**Fremont, CA 94538**<br><br>Date or dates debt was incurred  **Various**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Records Storage**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $2,149.85 |
| 3.11   Nonpriority creditor's name and mailing address<br><br>**Horizon Real Estate Holdings, LLC**<br>**Attn President or Manager Agent**<br>**101 N. Brand Boulevard, Suite 1920**<br>**Glendale, CA 91203**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Affiliate/Intercompany payable**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $23,504,535.00 |
| 3.12   Nonpriority creditor's name and mailing address<br><br>**Konica Minolta Premier Finance**<br>**Attn President or Manager Agent**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602**<br><br>Date or dates debt was incurred  **6/1/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Copier**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $ 779.66 |
| 3.13   Nonpriority creditor's name and mailing address<br><br>**LHP Hospital Group Inc**<br>**c/o Ardent Health Services**<br>**Attn President or Manager Agent**<br>**Attn Legal Department**<br>**One Burton Hills Blvd Suite 250**<br>**Nashville, TN 37215**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim   Potential claims related to Debtor's guarantee of certain indemnification obligations of a subsidary and settlement agreement with creditor**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | **Unknown** |
| 3.14   Nonpriority creditor's name and mailing address<br><br>**Los Angeles County Treasurer and Tax Collector**<br>**PO Box 54110**<br>**Los Angeles, CA 90054**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim   Notice Purposes**<br><br>**Is the claim subject to setoff?**<br>☒No.<br>☐Yes | $   .00 |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**     Case number *(if known)* **23-10787-JKS**

|  | | Amount of claim |
|---|---|---|

| 3.15 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $28,213.35 |
|---|---|---|
| **Michael Sarrao**<br>**22431 Antonio Parkway, Suite B160-457**<br>**Rancho Santa Margarita, CA 92688** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **4/30/2023 (bill date)** | | |
| Last four digits of account number | Basis for the claim  **Expense Reimbursement** | |
| | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.16 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $31,666.88 |
|---|---|---|
| **Moss Adams LLP**<br>**Attn President or Manager Agent**<br>**2040 Main Street Suite 900**<br>**Irvine, CA 92614** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | | |
| Last four digits of account number | Basis for the claim  **Tax Preparation Services** | |
| | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.17 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $ 872.57 |
|---|---|---|
| **New Horizon Communications**<br>**Attn President or Manager Agent**<br>**PO Box 981073**<br>**Boston, MA 02298-1073** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **6/1/2023** | | |
| Last four digits of account number | Basis for the claim  **Internet Services** | |
| | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.18 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $37,823.00 |
|---|---|---|
| **Olshan Frome Wolosky LLP**<br>**Attn Thomas J Fleming Esq**<br>**1325 Avenue of the Americas**<br>**New York, NY 10019** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **Various** | | |
| Last four digits of account number | Basis for the claim  **Legal Fees - ERISA Counsel** | |
| | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.19 Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $37,874,526.12 |
|---|---|---|
| **Olympia Health Care, LLC**<br>**Attn President or Manager Agent**<br>**101 N. Brand Boulevard, Suite 1920**<br>**Glendale, CA 91203** | Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | | |
| Last four digits of account number | Basis for the claim  **Affiliate/Intercompany payable** | |
| | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**        Case number *(if known)* **23-10787-JKS**

| | | Amount of claim |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|
| **3.20**  Nonpriority creditor's name and mailing address<br><br>**Panch Jeyakumar MD**<br>**2248 Pieper Lane**<br>**Tustin, CA 92792**<br><br>Date or dates debt was incurred  **5/31/2023**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Expense Reimbursement**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $1,888.00 |
| **3.21**  Nonpriority creditor's name and mailing address<br><br>**Plaintiffs in Reed v. Alecto [Keith Reed, Elizabeth Schenkel, Emily Wines, Mark Garan and August Ullum and Represented Class**<br>**c/o Laura Davidson & Bren Pompomio**<br>**Mountain State Justice, Inc.**<br>**1217 Quarrier Street**<br>**Charleston, WV 25301**<br><br>Date or dates debt was incurred  **11/28/2022**<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **WARN Act Class Action**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $3,169,745.72 |
| **3.22**  Nonpriority creditor's name and mailing address<br><br>**Plaza Medical Office Building, LLC**<br>**Attn President or Manager Agent**<br>**101 N. Brand Boulevard, Suite 1920**<br>**Glendale, CA 91203**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Affiliate/Intercompany payable**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | $8,083,572.10 |
| **3.23**  Nonpriority creditor's name and mailing address<br><br>**Sherman/Grayson Health System, LLC**<br>**c/o Ardent Health Services**<br>**Attn President or Manager Agent**<br>**Attn Legal Department**<br>**One Burton Hills Blvd Suite 250**<br>**Nashville, TN 37215**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim   **Potential claims related to Debtor's guarantee of certain indemnification obligations of a subsidary and settlement agreement with creditor**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | **Unknown** |

Debtor  **Alecto Healthcare Services LLC, a Delaware limited liability company**     Case number *(if known)* **23-10787-JKS**

|  | | Amount of claim |
|---|---|---|

| 3.24    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,743.62 |
|---|---|---|
| **Sylvia Ventura**<br>**4742 Ambrazzi Drive**<br>**Cypress, CA 90630**<br><br>Date or dates debt was incurred  **5/31/2023 (bill date)**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Expense Reimbursement**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.25    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,031.10 |
| **Symphony Risk Solutions LLC**<br>**Attn President or Manager Agent**<br>**2425 N Central Expressway Suite 900**<br>**Richardson, TX 75080**<br><br>Date or dates debt was incurred  **6/1/2023**<br><br>Last four digits of account number | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   **Insurance Premiums**<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.26    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,480,197.79 |
| **United States of America**<br>**Brian M Boynton, Principal Deputy Assit Atty General**<br>**Ruth A Harvey, Director**<br>**Michale J Quinn, Senior Litigation Counsel**<br>**John R Kresse and T. Dietrich Hill, Trial Attys**<br><br>**United States Department of Justice**<br>**Civil Division, Commerical Litigation Branch**<br>**1100 L Street NW, 7th Floor**<br>**Box 875, Ben Franklin Station**<br>**Washington, DC 20044-9875**<br><br>Date or dates debt was incurred<br><br>Last four digits of account number | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim   **Lawsuit:  United States of America v. Olympia Health Care, LLC, Alecto Healthcare Services, LLC et al., United States District Court for the Central District of California Case No. 2:23-cv-01783 (complaint asserts amount owed as of 2/28/2023, principal of $11,059,170.17 plus $1,421,027.62 in interest and interest continues to accrue at 10% per annum)**<br><br>Is the claim subject to setoff?<br>☐No.<br>☒Yes | |

| | **Total** | **$85,496,898.04** |
|---|---|---|

Debtor  Alecto Healthcare Services LLC, a Delaware limited liability company                Case number (if known) 23-10787-JKS

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 an 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and mailing address | On which line in Part 1 or 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1<br>**Timothy Cogan**<br>**Cassidy Cogan Shapell & Voeglin, LC**<br>**1413 Eoff Street**<br>**Wheeling, WV 26003** | Line **3.21**<br>**re Plaintiffs in Reed v. Alecto**<br>☐ Not listed.  Explain | |
| 4.2<br>**Maureen Davidson-Welling**<br>**Stember Cohn & Davidson-Welling**<br>**425 First Avenue, 7th Floor**<br>**Pittsburgh, PA 15219** | Line **3.21**<br>**re Plaintiffs in Reed v. Alecto**<br>☐ Not listed.  Explain | |
| 4.3<br>**F. Alex Risovich**<br>**Risovich Law Offices, PLLC**<br>**3023 Pennsylvania Avenue**<br>**Weirton, WV 26062** | Line **3.21**<br>**re Plaintiffs in Reed v. Alecto**<br>☐ Not listed.  Explain | |
| 4.4<br>**AON Risk Consultants Inc**<br>**Attn L Joe Galusha, President**<br>**200 E. Randolph St**<br>**Chicago, IL 60601** | Line **3.3**<br>**re AON Risk Consultants Inc**<br>☐ Not listed.  Explain | |
| 4.5<br>**Civil Process Clerk**<br>**United States Attorney's Office**<br>**Federal Building Room 7516**<br>**300 North Los Angeles, Street**<br>**Los Angeles, CA 90012** | Line **3.26**<br>**re United States of America**<br>☐ Not listed.  Explain | |
| 4.6<br>**Attorney General**<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **3.26**<br>**re United States of America**<br>☐ Not listed.  Explain | |
| 4.7 | Line<br>☐ Not listed.  Explain | |

Debtor  Alecto Healthcare Services LLC, a Delaware limited liability company          Case number *(if known)* **23-10787-JKS**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | *5a.* | **$0.00** |
| **5b.** | **Total claims from Part 2** | *5b.* + | **$85,496,898.04** |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | *5c.* | **$85,496,898.04** |

**Fill in this information to identify the case:**

Debtor name ___Alecto Healthcare Services LLC___
___a Delaware limited liability company___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): ___23-10787-JKS___ Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with |
|---|---|

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | See Schedule G Attachment |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  G – Executory Contracts and Unexpired Leases**

|  | List All Contracts and Unexpired Leases | Name and Mailing Address of All Other Parties with Whom the Debtor Has an Executory Contract or Unexpired Lease |
|---|---|---|
| 2.1 | Master Agreement with Alecto Healthcare Services LLC. Pharmaceuticals and Supplies provided to subsbdiary hospitals | Cardinal Health 110, LLC c/o Porter Wright Morris & Arthur LLC 41 South High Street, Suite 2900 Columbus, Ohio 43215 |
| 2.2 | Master Agreement with Alecto Healthcare Services LLC. Pharmaceuticals and Supplies provided to subsbdiary hospitals | Cardinal Health 200, LLC c/o Porter Wright Morris & Arthur LLC 41 South High Street, Suite 2900 Columbus, Ohio 43215 |
| 2.3 | Commercial Insurance Premium Finance and Security Agreement (Quote No. x0380) for Policy No. x8117  - Property Insurance | Bank Direct Capital Finance 150 North Field Drive, Suite 190 Lake Forest, IL 60045 |
| 2.4 | Commercial Insurance Premium Finance and Security Agreement (Quote No. x2606) for Policy No. x1701 – Extending Reporting Professional Liability Policy | Bank Direct Capital Finance 150 North Field Drive, Suite 190 Lake Forest, IL 60045 |
| 2.5 | Commercial Insurance Premium Finance and Security Agreement (Quote No. 45720646 for Policy No. 02-462-55-24, 02-462-55-22, NHS703822 | Stetson Insurance Funding, LLC 6450 Transit Road Depeur, NY 14043 |
| 2.6 | Medical Insurance Benefits | Anthem Blue Cross PO Box 51011 Los Angeles, CA 90051 |
| 2.7 | Dental and Vision Insurance Benefits | Met Life 811 Main Street, 7th Floor Kansas City, MO 64105 |
| 2.8 | Life Insurance Benefits | Unum 655 N. Central, Suite 900 Glendale, CA 91203 |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  G – Executory Contracts and Unexpired Leases**

| | List All Contracts and Unexpired Leases | Name and Mailing Address of All Other Parties with Whom the Debtor Has an Executory Contract or Unexpired Lease |
|---|---|---|
| 2.9 | Insurance<br>Directors & Officers<br>Employment Practices<br>Fiduciary & Crime - Primary Layer<br>Term: 1/31/2023 - 1/31/2024<br>Policy No.: 02-462-55-16 | National Union Fire Insurance Co<br>28 Liberty Street<br>New York, NY 10005 |
| 2.10 | Insurance<br>Excess Directors & Officers<br>Employment Practices<br>Term: 1/31/2023 - 1/31/2024<br>Policy No. NHS 703822 | RSUI Indemnity Company<br>945 East Paces Ferry Road Suite 1800<br>Atlanta, GA 30376 |
| 2.11 | Insurance<br>Excess Directors & Officers<br>Employment Practices<br>Term: 1/31/2023 - 1/31/2024<br>Policy No. 02-462-55-24 | National Union Fire Insurance Co<br>28 Liberty Street<br>New York, NY 10005 |
| 2.12 | Insurance<br>Comprehensive Employer Indemnity<br>Term: 3/1/2023 - 3/31/2024<br>Policy No. ORNSOL000039-01 | Old Republic Union Insurance Co<br>307 N Michigan Avenue<br>Chicago, IL 60601 |
| 2.13 | Insurance<br>Workers Compensation<br>Term: 4/1/2023 - 41/2024<br>Policy No. BNUWC0153849 | StarNet Insurance Company<br>9301 Innovation Drive Suite 200<br>Manassa, VA 20110 |
| 2.14 | Insurance<br>Automobile<br>Term: 6/1/2023 - 6/1/2024<br>Policiy No. 5087-0849-02 | Vantapro Specialty Insurance Co<br>199 Water Street<br>New York, NY 10038 |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  G – Executory Contracts and Unexpired Leases**

| | List All Contracts and Unexpired Leases | Name and Mailing Address of All Other Parties with Whom the Debtor Has an Executory Contract or Unexpired Lease |
|---|---|---|
| 2.15 | Insurance<br>"All Risks" Property incl Boiler & Machinery & Flood, excluding CA EM<br>Term: 7/1/2022 – 7/1/2023<br>Policy No. 018258117 | American Home Asssurance Co<br>175 Water Street<br>New York, NY 10038 |
| 2.16 | Insurance<br>Excess Medical Professional<br>General Liability for TX (WNJ) Exposure Only<br>Term: 8//1/2022 - 8/1/2023<br>Policy No. HUL 09114235 | Magmutual Professional Security Ins Co<br>PO Box 52979<br>Atlanta, GA 30355 |
| 2.17 | Insurance<br>Environmental Pollution<br>Storage Tank Liability - WNJ<br>Term: 8/1/2022 - 8/1/2023<br>Policy No. PSPIUSCBM76002 | Ironshore Specialty Insurance Co<br>175 Berkeley Street<br>Boston, MA 02116 |
| 2.18 | Insurance<br>Cyber Liability<br>Term: 8/1/42022 - 8/14/2023<br>Policy No. C-4LPY-047551-CYBER-2002 | Coalition Insurance Solutions<br>  Arch Specialty - 45%<br>  Fireman's Fund - 25%<br>  Ascot Specialty - 25%<br>  North Amercian Capacity - 5% |
| 2.19 | Insurance<br>3 Year Extended Reporting Period Excess Medical Professional General Liability Coverage for Non TX Exposures<br>Term: 8/1/2022 - 8/1/2025<br>Policy No. x1701 | Endurance American Specialty Ins Co<br>16052 Swingley Ridge Road Suite 130<br>St Louis, MO 63017 |
| 2.20 | Sublease dated 1/31/2023<br>Approximately 2,862 square feet of office space located at 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203 | Pacific Global Investment Management Group<br>Attn: SVP<br>101 N. Brand Blvd., Suite 1950<br>Glendale, CA 91203 |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  G – Executory Contracts and Unexpired Leases**

|  | List All Contracts and Unexpired Leases | Name and Mailing Address of All Other Parties with Whom the Debtor Has an Executory Contract or Unexpired Lease |
|---|---|---|
| 2.21 | Prime Vendor Agreement - Distribution Agreement for Pharmaceuticals dated 6/1/2016<br>First Amendment dated 12/5/2016<br>Second Amendment dated 3/7/2017<br>Third Amendment dated 6/20/2017 | Cardinal Health 110, LLC and Cardinal Health, Inc.<br>c/o Porter Wright Morris & Arthur LLC<br>41 South High Street, Suite 2900<br>Columbus, Ohio 43215 |
| 2.22 | Guaranty dated 10/31/2014<br>Guarantee re Sherman/Grayson Hospital, LLC obligations to MPT of Sherman-Alecto, LLC for Capital Reserve Deposits | MPT of Sherman-Alecto Hospital, LLC<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 |
| 2.23 | Guaranty dated 9/19/2014<br>Guarantee re past due rent under Master Lease Agreement with Alecto Healthcare Services Fairmont LLC | MPT of Fairmont-Alecto Hospital, LLC<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 |
| 2.24 | Guaranty dated 6/1/2017<br>Guarantee re past due rent under Master Lease Agreement with Alecto Healthcare Services Wheeling LLC and Alecto Healthcare Services Martin's Ferry LLC | MPT of Wheeling-Alecto Hospital, LLC  MPT of Martins Ferry-Alecto Hospital, LLC<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 |
| 2.25 | Guaranty dated 9/23/2014 | Sherman/Grayson Health System, LLC<br>LHP Hospital Group, Inc.<br>c/o Ardent Health Services<br>Attn Legal Department<br>One Burton Hills Boulevard Suite 250<br>Nashville, TN 37215 |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  G – Executory Contracts and Unexpired Leases**

| | List All Contracts and Unexpired Leases | Name and Mailing Address of All Other Parties with Whom the Debtor Has an Executory Contract or Unexpired Lease |
|---|---|---|
| 2.26 | Record Storage and Data Agreement dated 2/1/2023 | GRM Information Management of San Francisco, LLC<br>40199 Boyce Road<br>Fremont, CA 94538 |
| | | |

**Fill in this information to identify the case:**

Debtor name ___Alecto Healthcare Services LLC___
___a Delaware limited liability company___

United States Bankruptcy Court for the:_____ District of __Delaware__
(State)

Case number (If known): ___23-10787-JKS___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| See Schedule H Attachment | | | |
| 2.1 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule H - Co-Debtors**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Alecto Healthcare Services Wheeling LLC dba Ohio Valley Medical Group<br>OVMC Physicians<br>101 N Brand Boulevard Suite 1920<br>Glendale, CA 91203 | Plaintiffs in Reed v. Alecto<br><br>Schedules that apply:<br>   Schedule D ☐<br>   Schedule E/F ☒<br>   Schedule G ☐ |
| Sherman/Grayson Hospital LLC<br>500 N Highland Ave<br>Sherman, TX 75092 | MPT of Sherman-Alecto Hospital, LLC<br>c/o Medical Properties Trust, Inc.<br><br>Schedules that apply:<br>   Schedule D ☒<br>   Schedule E/F ☐<br>   Schedule G ☐ |
| Alecto Healthcare Services Wheeling LLC<br>101 N Brand Boulevard Suite 1920<br>Glendale, CA 91203 | MPT of Wheeling-Alecto Hospital, LLC<br>c/o Medical Properties Trust, Inc.<br><br>Schedules that apply:<br>   Schedule D ☒<br>   Schedule E/F ☐<br>   Schedule G ☐ |
| Alecto Healthcare Services Martin's Ferry LLC<br>101 N Brand Boulevard Suite 1920<br>Glendale, CA 91203 | MPT of Wheeling-Alecto Hospital, LLC<br>c/o Medical Properties Trust, Inc.<br><br>Schedules that apply:<br>   Schedule D ☒<br>   Schedule E/F ☐<br>   Schedule G ☐ |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule H - Co-Debtors**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Alecto Healthcare Services Fairmont LLC<br>101 N Brand Boulevard Suite 1920<br>Glendale, CA 91203 | MPT of Fairmont-Alecto Hospital, LLC<br>c/o Medical Properties Trust, Inc.<br><br>Schedules that apply:<br>Schedule D   ☒<br>Schedule E/F   ☐<br>Schedule G   ☐ |
| Olympia Health Care, LLC<br>Attn President or Manager Agent<br>101 N. Brand Boulevard Suite 1920<br>Glendale, CA 91203 | United States of America<br><br>Schedules that apply:<br>Schedule D   ☐<br>Schedule E/F   ☒<br>Schedule G   ☐ |
| MPT of Los Angeles, LP<br>c/o Medical Properties Trust, Inc.<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 | United States of America<br><br>Schedules that apply:<br>Schedule D   ☐<br>Schedule E/F   ☒<br>Schedule G   ☐ |
| MPT of Olympia, LLC<br>c/o Medical Properties Trust, Inc.<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 | United States of America<br><br>Schedules that apply:<br>Schedule D   ☐<br>Schedule E/F   ☒<br>Schedule G   ☐ |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  H - Co-Debtors**

| Co-Debtor Name and Address | Creditor |
|---|---|
| MPT Operating Partnership, L.P.<br>c/o Medical Properties Trust, Inc.<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Medical Properties Trust, Inc.<br>c/o Medical Properties Trust, Inc.<br>Attn Larry Portal, SVP<br>Attn Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Sherman/Grayson Hospital LLC<br>500 N Highland Ave<br>Sherman, TX 75092 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Alecto Healthcare Services Sherman LLC<br>101 N Brand Blvd Suite 1920<br>Glendale, CA 91203 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Laxman Reddy<br>c/o 101 N. Brand Boulevard Suite 1920<br>Glendale, CA 91203 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule H - Co-Debtors**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Matthew Williams<br>c/o 101 N. Brand Boulevard Suite 1920<br>Glendale, CA 91203 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Jeremy Redin<br>28372 Steel Lane<br>Valencia, CA 91354 | United States of America<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Sherman/Grayson Hospital LLC<br>500 N. Highland Avenue<br>Sherman, Texas 75092 | LHP Hosptial Group, Inc.<br>c/o Ardent Health Services<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |
| Sherman/Grayson Hospital LLC<br>500 N. Highland Avenue<br>Sherman, Texas 75092 | Sherman/Grayson Health Systems LLC<br>c/o Ardent Health Services<br><br>Schedules that apply:<br>Schedule D ☐<br>Schedule E/F ☒<br>Schedule G ☐ |

**In re Alecto Healthcare Services LLC**
**Attachment to Schedule  H - Co-Debtors**

| Co-Debtor Name and Address | Creditor |
|---|---|
| Alecto Healthcare Services Sherman LLC<br>c/o 101 N. Brand Boulevard Suite 1920<br>Glendale, California 91203 | LHP Hosptial Group, Inc.<br>c/o Ardent Health Services<br><br>Schedules that apply:<br>    Schedule D        ☐<br>    Schedule E/F     ☒<br>    Schedule G        ☐ |
| Alecto Healthcare Services Sherman LLC<br>c/o 101 N. Brand Boulevard Suite 1920<br>Glendale, California 91203 | Sherman/Grayson Health Systems LLC<br>c/o Ardent Health Services<br><br>Schedules that apply:<br>    Schedule D        ☐<br>    Schedule E/F     ☒<br>    Schedule G        ☐ |

# District of Delaware
# Claims Register

## 23-10787-JKS Alecto Healthcare Services LLC

| | |
|---|---|
| **Bankruptcy Judge:** J Kate Stickles | **Chapter:** 11 |
| **Office:** Delaware | **Last Date to file claims:** 08/15/2023 |
| **Trustee:** Jami B Nimeroff | **Last Date to file (Govt):** 12/13/2023 |

| | | |
|---|---|---|
| *Creditor:* (18292821)<br>Uline<br>12575 Uline Dive<br>Pleasant Prairie, WI 53158 | **Claim No: 1**<br>*Original Filed Date:* 07/07/2023<br>*Original Entered Date:* 07/07/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BJM<br>*Modified:* |

  Amount claimed: $6115.93
  Priority claimed: $5605.05

*History:*

| Details | 1-1 | 07/07/2023 Claim #1 filed by Uline, Amount claimed: $6115.93 (BJM) |
|---|---|---|

*Description:* (1-1) Goods Sold
*Remarks:* (1-1) 3060

| | | |
|---|---|---|
| *Creditor:* (18294303)<br>Ironshore Specialty Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 | **Claim No: 2**<br>*Original Filed Date:* 07/19/2023<br>*Original Entered Date*: 07/19/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Filer<br>*Modified:* |

  Amount claimed: $0.00

*History:*

| Details | 2-1 | 07/19/2023 Claim #2 filed by Ironshore Specialty Insurance Company, Amount claimed: $0.00 (EPOC Filer) |
|---|---|---|

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):3301 Filer Comment: Contingent and unliquidated

| | | |
|---|---|---|
| *Creditor:* (18471617)<br>Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 3**<br>*Original Filed Date:* 07/21/2023<br>*Original Entered Date*: 07/21/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BJM<br>*Modified:* |

  Amount claimed: $160551.00
  Priority claimed: $160551.00

*History:*

| Details | 3-1 | 07/21/2023 Claim #3 filed by Department of the Treasury, Amount claimed: $160551.00 (BJM) |
|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (18472447)<br>Cardinal Health 110, LLC<br>7000 Cardinal Place<br>Dublin, OH 43017 | **Claim No: 4**<br>*Original Filed Date:* 07/27/2023<br>*Original Entered Date*: 07/27/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Filer<br>*Modified:* |

  Amount claimed: $419842.62
*History:*

| Details | 4-1 | 07/27/2023 Claim #4 filed by Cardinal Health 110, LLC, Amount claimed: $419842.62 (EPOC Filer) |
|---|---|---|

*Description:*
*Remarks:*

*History:*
[Details](#)    [4-1](#)    07/27/2023 Claim #4 filed by Cardinal Health 110, LLC, Amount claimed: $419842.62 (EPOC Filer)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18472448) | **Claim No: 5** | *Status:* |
| Cardinal Health 200, LLC | *Original Filed Date*: 07/27/2023 | *Filed by:* CR |
| 7000 Cardinal Place | *Original Entered Date*: 07/27/2023 | *Entered by:* EPOC Filer |
| Dublin, OH 43017 | | *Modified:* |

  Amount claimed: $119695.80

*History:*
[Details](#)    [5-1](#)    07/27/2023 Claim #5 filed by Cardinal Health 200, LLC, Amount claimed: $119695.80 (EPOC Filer)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (18473050) | **Claim No: 6** | *Status:* |
| U.S. Department of Labor | *Original Filed Date*: 08/01/2023 | *Filed by:* CR |
| Julie A. Su, U.S. Secretary of Labor | *Original Entered Date*: 08/01/2023 | *Entered by:* BJM |
| EBSA - Attn: Padilla | | *Modified:* |
| 35 N. Lake Ave., Suite 300 | | |
| Pasadena, CA 91101 | | |

*No amounts claimed*

*History:*
[Details](#)    [6-1](#)    08/01/2023 Claim #6 filed by U.S. Department of Labor, Amount claimed: (BJM)

*Description:* (6-1) No Claim Amount Listed

*Remarks:* (6-1) Possible Violations of ERISA/8324

---

| | | |
|---|---|---|
| *Creditor:* (18473050) | **Claim No: 7** | *Status:* |
| U.S. Department of Labor | *Original Filed Date*: 08/01/2023 | *Filed by:* CR |
| Julie A. Su, U.S. Secretary of Labor | *Original Entered Date*: 08/01/2023 | *Entered by:* BJM |
| EBSA - Attn: Padilla | | *Modified:* |
| 35 N. Lake Ave., Suite 300 | | |
| Pasadena, CA 91101 | | |

*No amounts claimed*

*History:*
[Details](#)    [7-1](#)    08/01/2023 Claim #7 filed by U.S. Department of Labor, Amount claimed: (BJM)

*Description:* (7-1) No Claim Amount Listed

*Remarks:* (7-1) Possible Violations of ERISA/8325

---

| | | |
|---|---|---|
| *Creditor:* (18245453) | **Claim No: 8** | *Status:* |
| California Franchise Tax Board | *Original Filed Date*: 08/01/2023 | *Filed by:* CR |
| Bankruptcy Section MS A-340 | *Original Entered Date*: 08/01/2023 | *Entered by:* EPOC Filer |
| PO Box 2952 | | *Modified:* |
| Sacramento, CA 95812-2952 | | |

  Amount claimed: $700.00

  Priority  claimed: $700.00

*History:*
[Details](#)    [8-1](#)    08/01/2023 Claim #8 filed by California Franchise Tax Board, Amount claimed: $700.00 (EPOC Filer)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):0349

*Creditor:* (18513012)
MPT of Sherman-Alecto, LLC and affiliates
Medical Properties Trust, Inc.
425 Park Avenue, 36th Floor
New York, NY 10022

**Claim No: 9**
*Original Filed Date:* 08/12/2023
*Original Entered Date:* 08/12/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*No amounts claimed*

*History:*

| Details | 9-1 | 08/12/2023 Claim #9 filed by MPT of Sherman-Alecto, LLC and affiliates, Amount claimed: (EPOC Filer) |

*Description:*

*Remarks:* (9-1) Filer Comment: Unliquidated (see attachment)


*Creditor:* (18513020)
De Lage Landen Financial Services
1111 Old eagle School Road
Wayne, PA 19087

**Claim No: 10**
*Original Filed Date:* 08/14/2023
*Original Entered Date:* 08/14/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

Amount claimed: $7313.70

*History:*

| Details | 10-1 | 08/14/2023 Claim #10 filed by De Lage Landen Financial Services, Amount claimed: $7313.70 (EPOC Filer) |

*Description:*

*Remarks:* (10-1) Account Number (last 4 digits):8050


*Creditor:* (18513049)
Pension Benefit Guaranty
Corporation

**Claim No: 11**
*Original Filed Date:* 08/14/2023
*Original Entered Date:* 08/14/2023

*Status:*
*Filed by:* CR
*Entered by:* Stephanie Thomas
*Modified:*

Amount claimed: $1065047.00

*History:*

| Details | 11-1 | 08/14/2023 Claim #11 filed by Pension Benefit Guaranty Corporation, Amount claimed: $1065047.00 (Thomas, Stephanie) |

*Description:* (11-1) Statutory Liability to the Alecto Healthcare Services Ohio Valley LLC Pension Pension Plan for unpaid minimum funding contributions under 26 U.S.C. §§ 412 and 430, 29 U.S.C. §§ 1082, 1342 and 1362(c). See attached statement.

*Remarks:*


*Creditor:* (18513049)
Pension Benefit Guaranty
Corporation

**Claim No: 12**
*Original Filed Date:* 08/14/2023
*Original Entered Date:* 08/14/2023

*Status:*
*Filed by:* CR
*Entered by:* Stephanie Thomas
*Modified:*

Amount claimed: $1845012.00

*History:*

| Details | 12-1 | 08/14/2023 Claim #12 filed by Pension Benefit Guaranty Corporation, Amount claimed: $1845012.00 (Thomas, Stephanie) |

*Description:* (12-1) Statutory Liability under 29 U.S.C. § 1362 and 1368 for unfunded benefit liabilities of the Alecto Healthcare Services Ohio Valley LLC Pension Pension Plan. See attached statement.

*Remarks:*

*Creditor:*    (18513049)
Pension Benefit Guaranty
Corporation

**Claim No: 13**
*Original Filed Date*: 08/14/2023
*Original Entered Date*: 08/14/2023

*Status:*
*Filed by:* CR
*Entered by:* Stephanie Thomas
*Modified:*

Amount claimed: $0.00

Priority  claimed: $0.00

*History:*

| Details | 13-1 | 08/14/2023 Claim #13 filed by Pension Benefit Guaranty Corporation, Amount claimed: $0.00 (Thomas, Stephanie) |

*Description:* (13-1) Statutory Liability under 29 U.S.C. § 1307 on account of the Alecto Healthcare Services Ohio Valley LLC Pension Plan. See attached statement.

*Remarks:* (13-1) Unliquidated priority and total amounts claimed

*Creditor:*    (18513119)
Snyder Brothers, Inc.
c/o Ronald W. Crouch
Counsel of Record
Whiteford Taylor & Preston, LLP
11 Stanwix St., Suite 1400
Pittsburgh, PA 15222

**Claim No: 14**
*Original Filed Date*: 08/14/2023
*Original Entered Date*: 08/14/2023

*Status:*