# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket Nos. 154, 170** |

## NOTICE OF FILING OF BLACKLINE OF SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

PLEASE TAKE NOTICE that on September 14, 2023, the for the above-captioned debtor and debtor in possession filed the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* [Docket No. 154] (the "September 14 Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on October 9, 2023, the Debtor filed the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* [Docket No. 170] (the "October 9 Plan") with the Court.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a blackline comparing the September 14 Plan to the October 9 Plan is attached hereto as **Exhibit 1**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16350486/1

| | |
|---|---|
| Dated: October 9, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |

16350486/1