## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket Nos. 138, 153** |

### CERTIFICATION OF COUNSEL REGARDING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF GOULD CONSULTING SERVICES AS FORENSIC INVESTIGATION CONSULTANT TO THE DEBTOR *NUNC PRO TUNC* TO AUGUST 25, 2023

I, Jeffrey R. Waxman, hereby certify as follows:

1.      On August 27, 2023, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor* Nunc Pro Tunc *to August 25, 2023* (the "Application") [Docket No. 138] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The deadline to object to the Application was September 11, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

*3.*      On September 11, 2023, before the Objection Deadline, the Reed Action Judgment Creditors ("Reed Creditors") filed its *Limited Objection of the Reed Action Judgment Creditors* to *Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor* Nunc Pro Tunc *to August 25, 2023* [Docket No. 153] (the "Objection") with the Court.

---

[1]  The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

4.      The Debtor has conferred with counsel for the Reed Creditors regarding the Objection and the proposed order has been revised to incorporate comments from the Reed Creditors.

5.      The Debtor requests that the Court enter the revised order attached hereto as **<u>Exhibit A</u>** (the "<u>Revised Order</u>").  A redline comparing the Revised Order to the proposed order as filed with the Application is attached as **<u>Exhibit B</u>**.

6.      The undersigned counsel is available should the Court have any concerns with respect to the foregoing, and respectfully requests that the Court enter the Revised Order at its earliest convenience.

Dated: October 17, 2023

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*