IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 19, 2023 AT 4:00 P.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[2] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY OCTOBER 19, 2023 AT 1:00 P.M. (ET) AT THE LINK BELOW:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItcOytqjsjGIbJfWzSImpubnuaeJQx-mY**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**RESOLVED MATTERS:**

1. Debtor's Application for Retention and Appointment of Stretto, Inc. as Balloting Agent Effective as of September 14, 2023 [Filed September 22, 2023; Docket No. 160].

    Objection Deadline: October 6, 2023 at 4:00 p.m. (ET).

    Responses/Objections Received: None.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

Related Documents(s):

A. Certificate of No Objection Regarding Debtor Debtor's Application for Retention and Appointment of Stretto, Inc. as Balloting Agent Effective as of September 14, 2023 [Filed October 9, 2023; Docket No. 167].

B. Order Authorizing Retention and Appointment of Stretto, Inc. as Balloting Agent Effective as of September 14, 2023 [Entered October 16, 2023; Docket No. 179].

Status: An Order has been entered. No hearing is necessary.

**MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):**

2. Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor *Nunc Pro Tunc* to August 25, 2023 [Filed August 27, 2023; Docket No. 138].

   Objection Deadline: September 11, 2023 at 4:00 p.m. (ET).

   Responses Received:

   A. Limited Objection of the Reed Action Judgment Creditors to Debtors Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor *Nunc Pro Tunc* to August 25, 2023 [Filed September 11, 2023; Docket No. 153].

   Related Documents(s):

   A. Certification of Counsel Regarding Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Gould Consulting Services as Forensic Investigation Consultant to the Debtor *Nunc Pro Tunc* to August 25, 2023 [Filed October 17, 2023; Docket No. 180].

   Status: A certification of counsel has been filed. No hearing is necessary unless the Court has questions.

**MATTERS GOING FORWARD:**

3. Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed September 14, 2023; Docket No. 155].

   Objection Deadline: September 29, 2023 at 4:00 p.m. (ET). Extended to October 4, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Subchapter V Trustee, and the Reed Action Judgment Creditors.

…

3

Responses/Objections Received:

A. Subchapter V Trustees Reservation of Rights Regarding the Debtors Request for an Order (A) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (B) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 166].

B. Objection of the Reed Action Judgment Creditors to Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 169].

Related Documents(s):

A. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed September 14, 2023; Docket No. 154].

B. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 170].

C. Notice of Filing Blackline of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 171].

D. Statement by the Debtor with Respect to Clarification with Respect to the Solicitation and Voting of Creditors [Filed October 17, 2023; Docket No. 181].

Status: This matter is going forward.

Dated: October 17, 2023　　　　　　　　　**MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

16335038/1