# SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787 JKS | DATE: 10/19/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Sullivan | Sullivan Hazeltine Allinson | Reed Action Judg Creditors |
| Jami Nimeroff | Subchapter V Trustee | |
| Christopher Donnelly | Morris James | Alecto Debt |
| Linda Casey | UST | UST |
| Jeff Waxman | Morris James | Debt |

## SIGN-IN SHEET

| CASE NAME: Sherman/Grayson Hospital LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787 JKS | DATE: 10/19/2023 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Chris Samis | Potter Anderson | Committee |
| David Klauder | Bielli & Klauder | Medical Properties Trust |
| Scott Leonhardt | Rosner Law Group | Sherman/Grayson Hospital LLC |

23-10787 Alecto Healthcare Services and 23-10820 Sherman/Grayson Hospital
10/19/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Faisal | Gill | AHS SHERMAN LLC | |
| Jeffrey | Garfinkle | Altera Digital Health | Buchalter |
| Mark | Fishman | Daniel McMurray, as Patient Care Ombudsman | Neubert Pepe & Monteith, P. C. |
| Sally | Veghte | Daniel T. McMurray, Patient Care | Klehr Harrison Harvey Branzburg LLP |
| Max | Casal | Debtor | Shulman Bastian Friedman & Bui LLP |
| Brya | Keilson | Debtor | Morris James LLP |
| Taylor | Harrison | Debtwire | |
| Andrew | Logan | Donlin, Recano & Company, Inc. | Donlin, Recano & Company, Inc. |
| Mark D. | Olivere | Genesa Reimbursement Group | Chipman Brown Cicero & Cole LLP |
| Mark | Minuti | LHP Hospital Group | Saul Ewing LLP |
| Zoe | Wadge | Pension Benefit Guarantee | |
| Colten | Fleu | Reed Judgment Creditors | Mountain State Justice |
| Scott | Leonhardt | SHERMAN/GRAYSON HOSPITAL, LLC | The Rosner Law Group LLC |
| Alan | Friedman | Sherman/Grayson Hospital, LLC, Debtor in Case No. 23-10810 | Shulman Bastian Friedman & Bui LLP |
| Jeff | Demma | Stretto | Stretto |
| Stanton | McManus | United States | DOJ |
| John | Schanne (USTP) | United States Trustee | DOJ |
| Leah | Lerman | USA | USDOJ, Civil Division |