**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE
SCHEDULED FOR OCTOBER 26, 2023 AT 12:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for October 26, 2023 at 12:00 p.m. (ET) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will take remotely through Zoom, and all participants must register in advance. Please use the following link to register for the Status Conference:

https://debuscourts.zoomgov.com/meeting/register/vJItcO2trjkpHaxZIr1fFe3_BQEFqJuPXcs

Dated: October 20, 2023
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16369731/1