# **EXHIBIT B**

Ordinary Course Professionals

16347817/5

| PROFESSIONAL | ADDRESS | SERVICES PROVIDED |
|---|---|---|
| Olshan Frome Wolosky LLP | 1325 Avenue of the Americas<br>New York, NY 10019 | Legal services related to defined benefit pension plan |

16347817/5