# **EXHIBIT C-1**

Attorney OCP Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**DECLARATION OF DISINTERESTEDNESS BY
ATTORNEY USED IN THE ORDINARY COURSE OF BUSINESS**

I, [name], declare under penalty of perjury:

1. I am a [position] of [law firm] located at [address] (the "Firm").

2. Alecto Healthcare Services LLC (the "Debtor") has requested that the Firm provide legal services, namely, [further describe services] to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed legal services in the past, may currently perform legal services, and may perform services in the future, in matters unrelated to the above-captioned chapter 11 case (the "Chapter 11 Case"), for persons that are parties-in-interest in this Chapter 11 Case. The Firm does not perform legal services for any such person in connection with this Chapter 11 Case, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or their estate.

4. The Firm [has/has not] provided services to the Debtor prior to the commencement of this Chapter 11 Case.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16347817/5

2

5.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtor, claimants, and parties-in-interest in this Chapter 11 Case.

6.  Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals, partners, directors, officers, etc. or professionals employed by, the Firm and regular employees of the Firm.

7.  Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtor or their estate with respect to the matter(s) upon which the Firm is to be employed.

8.  The Debtor owes the Firm [$] for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code.

9.  As of June 16, 2023 (the "Petition Date"), the Firm [was/was not] party to an agreement for indemnification with the Debtor.  [A copy of such agreement is attached as Exhibit A to this Declaration].

10.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon the conclusion of such inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

16347817/5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:

                [Firm]

                _____
                [Name], [Title]