EXHIBIT C
Statement of Cash Receipts
9/1/23 to 9/30/23

**Cash Receipts**
**9/1/23 to 9/30/23**

| Bank | Account Number | Date | Payor | Amount | Description |
|---|---|---|---|---|---|
| City National Bank | x6065 | 9/5/2023 | Alecto Healthcare Services Hayward LLC | $270,741.21 | Other Income - St. Rose Hospital Management Services |
| City National Bank | x6065 | 9/6/2023 | NTT America | $28,925.00 | Return of Security Deposit |
| City National Bank | x6065 | 9/7/2023 | St. Rose Hospital | $41,002.69 | Expense Reimbursement |
| City National Bank | x6065 | 9/30/2023 | The Health Plan | $1,282.14 | Recovery on Medical Claims Paid |
| City National Bank | x6065 | 9/30/2023 | Principal | $68.51 | Refund of Erroneous 401k Withdraw |
| | | | | $342,019.55 | |

Exhibit D
Cash Disbursements
9/1/23 to 9/30/23

**Cash Disbursements 9/1/23 to 9/30/23**

| Date | Payee | Amount | Description |
|---|---|---|---|
| 9/1/2023 | Symphony Risk Solutions, LLC | $17,376.56 | Insurance - Texas Non-Subscriber |
| 9/1/2023 | Pacific Global Investment Mgt. Company | $5,724.00 | Monthly Rent - Office Space |
| 9/1/2023 | Modern Parking | $525.00 | Monthly Parking Fees - Office |
| 9/5/2023 | First Insurance Funding | $76,137.36 | Premium Finance - D&O/EPL/F&C |
| 9/8/2023 | American Express | $4,373.29 | Lex Reddy Expense Reimbursement - August 23 |
| 9/8/2023 | Anthem Blue Cross | $10,701.37 | Employee Health Benefits |
| 9/8/2023 | MetLife Ins. | $1,351.04 | Employee Dental & Vision |
| 9/8/2023 | Unum Life Ins. Company of America | $3,236.90 | Employee Life, AD&D, CI, LTD |
| 9/8/2023 | New Horizon Communications | $89.99 | Internet/Telephone |
| 9/11/2023 | AT&T | $203.30 | Internet |
| 9/11/2023 | [redacted] | $2,027.02 | Expense Reimbursement - August 23 |
| 9/11/2023 | [redacted] | $4,888.34 | Expense Reimbursement - August 23 |
| 9/11/2023 | Michael J. Sarrao | $3,787.71 | Expense Reimbursement - August 23 |
| 9/11/2023 | Matt Williams | $292.80 | Expense Reimbursement - August 23 |
| 9/11/2023 | Konica Minolta Premier Finance | $632.79 | Copier Lease |
| 9/11/2023 | Konica Minolta Premier Finance | $344.64 | Copier Lease |
| 9/11/2023 | Konica Minolta Premier Finance | $435.02 | Copier Lease |
| 9/11/2023 | Konica Minolta Premier Finance | $28.12 | Copier Lease |
| 9/11/2023 | Konica Minolta Premier Finance | $37.77 | Copier Lease |
| 9/13/2023 | Net Payroll | $48,288.18 | Net Payroll PPE 8/5/23 |
| 9/13/2023 | IRS | $20,630.58 | Federal Payroll Tax PPE 8/5/23 |
| 9/13/2023 | Employment Development Department | $5,201.15 | State Payroll Tax PPE 8/5/23 |
| 9/13/2023 | Principal | $3,865.28 | Employee 401(k) Contributions PPE 8/5/23 |
| 9/18/2023 | Jatheon | $3,546.00 | Annual Fees - Email Archiving Software |
| 9/26/2023 | Net Payroll | $47,613.69 | Net Payroll PPE 9/16/23 |
| 9/26/2023 | IRS | $20,627.57 | Federal Payroll Tax PPE 9/16/23 |
| 9/26/2023 | Employment Development Department | $5,192.36 | State Payroll Tax PPE 9/16/23 |
| 9/26/2023 | Principal | $3,865.28 | Employee 401(k) Contributions PPE 9/16/23 |
| 9/27/2023 | Symphony Risk Solutions, LLC | $56,979.00 | Insurance Premiums |
| 9/28/2023 | Iyer Demirovic Chinchoy LLP | $6,310.00 | Immigration Attorney Fees |
| 9/30/2023 | City National Bank | $457.05 | Credit Card Charges |
| 9/30/2023 | USI Consulting | $2,700.00 | Actuarial Services |
| | | **$357,469.16** | |

Exhibit E
Post-Petition Payables
As of 9/30/23

**Post-Petition Payables Outstanding as of 9/30/23**

| Invoice Date | Payee | Amount | Description |
|---|---|---:|---:|
| 08/15/23 | GRM Information Management Services of San Francisco, LLC | (8,211.17) | Vendor Credit - Record Storage |
| 08/31/23 | Matt Williams | 206.79 | Matt Williams Expense Reimbursement - June 2023 |
| 09/01/23 | Anthem Blue Cross | 11,796.17 | Employee Health Beneifts |
| 09/04/23 | City National Bank | 567.43 | Micellaneous Charges |
| 09/08/23 | First Insurance Funding | 76,137.36 | Insurance Premium Financing - D&O/EPL/F&C |
| 09/11/23 | Unum Life Insurance Company of America | 3,998.78 | Employee Life/AD&D |
| 09/15/23 | Modern Parking | 525.00 | Office Parking |
| 09/15/23 | Met Life Ins. | 160.24 | Employee Dental & Vision Benefits |
| 09/30/23 | ████████ | 3,795.29 | ████ Expense Reimbursement - September 23 |
| 09/30/23 | American Express | 3,579.60 | Lex Reddy Expense Reimburement - September 23 |
| 09/30/23 | ████████████████ | 1,887.17 | ████████ Expense Reimbursement - September 23 |
| 09/30/23 | Matt Williams | 1,033.23 | Matt Williams Expense Reimbursement - September 2023 |
| | | **95,475.89** | |

Exhibit F
Accounts Receivable
As of 9/30/23

**Receivables as of 9/30/23**

| Obligor | Description | Amount | Comments |
|---|---|---|---|
| Alecto Healthcare Services Hayward LLC | September 2023 Fees from MSA | $238,324.10 | |
| Hayward Sisters Hospital | September 2023 Expense Reimbursement | $33,979.59 | |
| Alecto Healthcare Services Martin's Ferry LLC | Inter-Company Receivable | $894,755.96 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Fairmont LLC | Inter-Company Receivable | $4,114,586.93 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Wheeling LLC | Inter-Company Receivable | $30,678,886.30 | Debtor does not expect to recover receivable |
| Sherman/Grayson Hospital, LLC | Inter-Company Receivable | $60,739,500.05 | Unsecured Claim in Bankruptcy |
| | | $96,700,032.93 | |

**Alecto Healthcare Services, LLC**
**Income Statement**
**9/1/2023**

|  | September 2023 |
|---|---:|
| **REVENUES** |  |
| Inpatient Revenue - Routine | - |
| Inpatient Revenue - Ancillary | - |
|    Total IP Revenue | - |
| Outpatient Revenue | - |
|    Total Patient Revenue | - |
|  |  |
| Revenue Deductions | - |
| Bad Debt | - |
|    Total Deductions from Revenue | - |
|  |  |
| **Total Net Patient Revenue (Excl. Suppl.)** | - |
|  |  |
| **SUPPLEMENTAL NET PATIENT REVENUE** |  |
| WV Directed Payment Plan (DPP) | - |
| WV Direct Medical Education (DME) | - |
| OH Upper Payment Limit (UPL) | - |
| OH Hospital Care Assurance Program (HCAP) | - |
| TX LPPF | - |
| Medicaid DSH | - |
| Medicare Settlements | - |
|    Total Supplemental Revenue | - |
|  |  |
|    **Net Patient Revenue** | - |
|  |  |
| Other Operating Revenues | 260,038 |
|  |  |
| **TOTAL NET REVENUES** | 260,038 |
|  |  |
| **OPERATING EXPENSES** |  |
| Salaries and Wages | 153,175 |
| Benefits | 12,935 |
| Payroll Taxes | 6,497 |
| PTO | 8,492 |
| Contract Labor | - |
| Labor Sub-Total | 181,099 |
|  |  |
| Supplies Billable | - |
| Supplies Non-Billable | 1,835 |
| Total Supplies | 1,835 |
|  |  |
| Purchased Services | - |
| Professional Fees | 6,310 |
| Repairs and Maintenance | - |
| Rents and leases | 6,684 |
| Insurance | 19,301 |
| Utilities | 549 |
| Taxes and Licenses | - |
| Other Operating Expenses | 4,358 |
| Hospital Fees/Taxes | - |
|    **Total Operating Expenses** | 220,136 |
|  |  |
| **EBITDAR** | 39,902 |
|  |  |
| **NON-OPERATING EXPENSES** |  |
| Depreciation | 323 |
| Interest Income | - |
| Interest Expense | - |
| MPT Building Lease / Interest | - |
| Other Non-Operating Expense / (Revenue) | - |
| Gain (Loss) on Asset Sales | - |
|    **Total Non-Operating Expenses** | 323 |
|  |  |
| **NET INCOME (LOSS)** | 39,579.52 |

**Alecto Healthcare Services, LLC**
**Balance Sheet**
**As of 9/30/23**

|  | 09/30/23 |
|---|---:|
| **ASSETS:** |  |
| Cash and Equivalents | 78,131 |
|  |  |
| Accounts Receivable | - |
| Allowance for Bad Debt | - |
| Allowance for Contractuals & Oth Adj | - |
| Supplemental A/R | - |
|   Patient Accounts Receivable | - |
|  |  |
| Other Receivables | 9,216,782 |
| Inventories | - |
| Other Current Assets | 134,706 |
| Prepaid Insurance | - |
| Other Pre-Paid Expenses | 883,914 |
|   Total Current Assets | 10,313,532 |
|  |  |
| Land and Improvements | - |
| Buildings and Improvements | - |
| Leaseholds | - |
| Equipment | 11,613 |
| Construction-In-Progress | - |
| Property and Equipment | 11,613 |
| Less: Accumulated Depreciation | (8,065) |
|   Net Property and Equipment | 3,549 |
|  |  |
| Net goodwill | - |
| Other intangible assets | - |
|   Total Long-Term Assets | 3,549 |
|  |  |
| **TOTAL ASSETS** | **10,317,080** |
|  |  |
| **LIABILITIES:** |  |
| Accounts Payable | 287,185 |
| Notes Payable | 152,275 |
| Capital Leases | - |
| Accrued Payroll | 78,551 |
| Accrued PTO | 103,103 |
| Accrued Payroll Taxes | - |
| Insurance Reserve | - |
| Other Accrued Expenses | - |
| Third-Party Settlements | - |
| Lines of Credit & Other Short-Term Debt | - |
| Current Portion of Long-Term Debt | - |
| Other Liabilities | (89,203) |
|   Total Current Liabilities | 531,911 |
|  |  |
| Mortgages and Long-Term Notes Payable | - |
| Intercompany Payables/(Receivables) | (35,317,015) |
| Deferred Credits | - |
| Deferred Taxes | - |
| Other Long-Term Liabilities | 25,600,890 |
|   Total Long-Term Liabilities | (9,716,125) |
|  |  |
| **TOTAL LIABILITIES** | **(9,184,214)** |
|  |  |
| **EQUITY:** |  |
| Common Stock | - |
| Additional Paid-in Capital | 8,944,478 |
| Other Equity | - |
| Retained Earnings PY | 10,292,718 |
| Distributions | - |
| Net Income | 264,098 |
|  |  |
| **TOTAL EQUITY** | **19,501,294** |
|  |  |
| **TOTAL LIABILITIES AND EQUITY** | **10,317,080** |
|  |  |
| check | - |

**Alecto Healthcare Services, LLC**
**Cash Flows**
**9/1/2023**

|  | September 2023 |
|---|---:|
| **Cash Flows from Operating Activities:** |  |
| Change in Net Income | 40 |
| **Adj from Operating Activities:** |  |
| Depreciation and Amortization | 0 |
| Other Deferred Income/Expense | - |
| **(Increase)/Decrease in Assets:** |  |
| Patient Accounts Receivable | - |
| Supplies Inventory | - |
| Pre-Paid Expenses & Oth Current Assets | 96 |
| Other Receivables | 40 |
| **Increase/(Decrease) in Liabilities:** |  |
| Accounts and Notes Payable | (83) |
| Accrued Payroll Costs | 8 |
| IBNR | - |
| Other Accrued Liabilities | - |
| Estimated 3rd Party Settlements | - |
| **Net Cash From (For) Operating Activities** | **101** |
|  |  |
| **Cash Flows from Investing Activities:** |  |
| Capital Expenditures | - |
| Payments to Acquire Other Assets | - |
| **Net Cash From (For) Investing Activities** | **-** |
|  |  |
| **Cash Flows from Financing Activities:** |  |
| Funds Provided (to) from Intercompany | (127) |
| Borrow (Re-Payment) of Debt | 11 |
| Capital Lease Obligations (Re-Payment) | - |
| Parent Contributions / (Distributions) | - |
| **Net Cash From (For) Financing Activities** | **(116)** |
|  |  |
| **Net Change in Cash and Cash Equivalents** | **(15)** |
|  |  |
| Beginning Cash Balance | 94 |
|  |  |
| Ending Cash Balance | 78 |
|  |  |
| check | 0 |



Page 1    (2)

Account #: 6065

This statement: September 29, 2023
Last statement: August 31, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075    0830L
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN-POSSESSION
CASE NO. 23-10787 (JKS)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

### Account Summary
| | |
|---|---|
| Account number | 6065 |
| Minimum balance | $69,375.58 |
| Average balance | $166,652.77 |
| Avg. collected balance | $166,606.00 |

### Account Activity
| | | |
|---|---|---|
| Beginning balance (8/31/2023) | | $93,264.14 |
| **Credits** Deposits (1) | + 1,350.65 | |
| Electronic cr (2) | + 69,927.69 | |
| Other credits (1) | + 270,700.00 | |
| Total credits | | +$341,978.34 |
| **Debits** Checks paid (2) | - 7,919.29 | |
| Electronic db (3) | - 74,558.86 | |
| Other debits (18) | - 274,658.28 | |
| Total debits | | - $357,136.43 |
| Ending balance (9/29/2023) | | $78,106.05 |

### DEPOSITS
| Date | Description | Reference | Credits |
|---|---|---|---|
| 9-14 | Deposit | | 1,350.65 |

### ELECTRONIC CREDITS
| Date | Description | Credits |
|---|---|---|
| 9-6 | Preauthorized Credit NTT AMERICA, INC VENDOR_PYM ALECTO HEALTHCAR CTX | 28,925.00 |
| 9-7 | Preauthorized Credit ST. ROSE HOSPITA VENDOR PAY CCD ALECTO HEALTHC ALECTO INTER-COMPA NY ALLOCATIONS FOR AUG 2023 | 41,002.69 |

### OTHER CREDITS
| Date | Description | Reference | Credits |
|---|---|---|---|
| 9-5 | Account Transfer Cr. FR ACC 7509 ALECTO HEALTHCARE SERVIC | | 270,700.00 |

### CHECKS PAID
| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 3482 | 9-15 | 4,373.29 | 3483 | 9-27 | 3,546.00 |

### ELECTRONIC DEBITS
| Date | Description | Debits |
|---|---|---|
| 9-1 | Bsuite Wire Out-Dom | 17,376.56 |
| 9-11 | Preauthorized Debit ATT PAYMENT WEB LEX REDDY | 203.30 |
| 9-27 | Bsuite Wire Out-Dom | 56,979.00 |



ALECTO HEALTHCARE SERVICES LLC  
September 29, 2023

Page 2  
Account #: ▮▮▮▮6065

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 9-1 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 6,500.00 |
| 9-1 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 9-5 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 165,000.00 |
| 9-8 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 15,400.00 |
| 9-11 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 12,500.00 |
| 9-18 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 08/23 | | 7.00 |
| 9-18 | Service Charge ACH ORIGINATED CRE DIT - TRANSIT FOR 08/23 | | 7.05 |
| 9-18 | Service Charge TNET BASIC MAINT ( ADD'L ACCTS) FOR 08/23 | | 10.00 |
| 9-18 | Service Charge ACH FILTER FRAUD S USPECTS FOR 08/23 | | 15.00 |
| 9-18 | Service Charge TNET BASIC ACH UPL OAD FOR 08/23 | | 25.00 |
| 9-18 | Service Charge TNET BASIC ACH MAI NT FOR 08/23 | | 30.00 |
| 9-18 | Service Charge TNET BASIC WIRE MA INT FOR 08/23 | | 30.00 |
| 9-18 | Service Charge TNET BASIC MAINT ( ACCTS 1-5) FOR 08/23 | | 35.00 |
| 9-18 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 08/23 | | 50.00 |
| 9-18 | Service Charge ACH FILE INPUT FOR 08/23 | | 165.00 |
| 9-21 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 71,250.23 |
| 9-27 | Service Charge BSUITE WIRE OUT-DM | | 12.00 |
| 9-28 | Account Transfer Dr. TO ACC ▮▮▮▮ 6508 ALECTO HEALTHCARE SERVIC | | 3,610.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 8-31 | 93,264.14 | 9-7 | 245,003.27 | 9-15 | 213,877.33 | 9-28 | 78,106.05 |
| 9-1 | 69,375.58 | 9-8 | 229,603.27 | 9-18 | 213,503.28 | | |
| 9-5 | 175,075.58 | 9-11 | 216,899.97 | 9-21 | 142,253.05 | | |
| 9-6 | 204,000.58 | 9-14 | 218,250.62 | 9-27 | 81,716.05 | | |

Thank you for banking with Riverside Main Office



**CITY NATIONAL BANK**
AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING LENDER



Page 1    (0)

Account #: ███ 6508

This statement: September 29, 2023
Last statement: August 31, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075                                                   0830N
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN POSSESSION
(PAYROLL ACCOUNT)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

### Account Summary
| | |
|---|---|
| Account number | ███ 6508 |
| Minimum balance | $1.10 |
| Average balance | $14,353.77 |
| Avg. collected balance | $14,353.00 |

### Account Activity

| | | | | |
|---|---|---|---|---|
| Beginning balance (8/31/2023) | | | | $274.83 |
| **Credits** | Deposits | (0) | + 0.00 | |
| | Electronic cr | (0) | + 0.00 | |
| | Other credits | (6) | + 274,260.23 | |
| | Total credits | | | +$274,260.23 |
| **Debits** | Checks paid | (0) | - 0.00 | |
| | Electronic db | (26) | - 274,533.96 | |
| | Other debits | (0) | - 0.00 | |
| | Total debits | | | -$274,533.96 |
| Ending balance (9/29/2023) | | | | $1.10 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 9-1 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 6,500.00 |
| 9-5 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 165,000.00 |
| 9-8 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 15,400.00 |
| 9-11 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 12,500.00 |
| 9-21 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 71,250.23 |
| 9-28 | Account Transfer Cr. FR ACC ███ 6065 ALECTO HEALTHCARE SERVIC | | 3,610.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 9-1 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 525.00 |
| 9-1 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 5,724.00 |
| 9-5 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 76,137.36 |
| 9-7 | Preauthorized Debit ███ 6508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 20,630.58 |
| 9-7 | Preauthorized Debit ███ 6508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 48,288.18 |
| 9-8 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 89.99 |
| 9-8 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 1,351.04 |
| 9-8 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 3,236.90 |
| 9-8 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 10,701.37 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 28.12 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 37.77 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 292.80 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 344.64 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 435.02 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 632.79 |
| 9-11 | Preauthorized Debit ███ 6508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 2,027.02 |



ALECTO HEALTHCARE SERVICES LLC
September 29, 2023

Page 2
Account #: ▇6508

## ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|---|---|---:|
| 9-11 | Preauthorized Debit ▇6508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 3,787.71 |
| 9-11 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS 3-3525500000054 NO NAME ON FILE CCD | 3,865.28 |
| 9-11 | Preauthorized Debit ▇6508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 4,888.34 |
| 9-11 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT 554879072 ALECTO HEALTHCARE CCD | 5,201.15 |
| 9-15 | Preauthorized Debit ▇6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 2,700.00 |
| 9-21 | Preauthorized Debit ▇6508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 20,627.57 |
| 9-21 | Preauthorized Debit ▇6508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 47,613.69 |
| 9-25 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS ▇▇▇▇0042 NO NAME ON FILE CCD | 3,865.28 |
| 9-25 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ▇▇2416 ALECTO HEALTHCARE CCD | 5,192.36 |
| 9-28 | Preauthorized Debit ▇6508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 6,310.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 8-31 | 274.83 | 9-7 | 20,469.71 | 9-15 | 8,749.77 | 9-28 | 1.10 |
| 9-1 | 525.83 | 9-8 | 20,490.41 | 9-21 | 11,758.74 | | |
| 9-5 | 89,388.47 | 9-11 | 11,449.77 | 9-25 | 2,701.10 | | |

Thank you for banking with Riverside Main Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC

