# SULLIVAN • HAZELTINE • ALLINSON LLC
ATTORNEYS AND COUNSELORS AT LAW

**William D. Sullivan**
bsullivan@sha-llc.com

**William A. Hazeltine**
whazeltine@sha-llc.com

**Elihu E. Allinson III**
zallinson@sha-llc.com

919 North Market Street, Suite 420
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

October 25, 2023

**Via Hand Deliver**
Judge J. Kate Stickles
United States Bankruptcy Court
824 North Market Street, Fifth Floor
Wilmington, DE 19801

      Re: Alecto Healthcare Services LLC, Case No. 23-10787

Dear Judge Stickles:

    I represent the Reed Action Judgment Creditors in the referenced matter. As you requested at the October 19, 2023 hearing in this matter, I have attached a copy of the Order certifying the class in the Reed Class Action in the United States District Court for the District of West Virginia. I have also attached the Official Legal Notice of Certified Class Action, which was sent to the class members after certification of the class.

    I am available at the Court's convenience should Your Honor have any questions.

                                          Respectfully,

                                          William A. Hazeltine