**Alecto Healthcare Services LLC - 23-10787**

**October 26, 2023 - 12:00PM**

**Status Conference**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jeffrey | Waxman | Alecto Healthcare Services LLC | Morris James LLP |
| Brya | Keilson | Debtor | Morris James LLP |
| Taylor | Harrison | Debtwire | |
| Mark | Minuti | LHP Hospital Group | Saul Ewing LLP |
| Melissa | Hartlipp | Medical Properties Trust | Bielli & Klauder, LLC |
| Zoe | Wadge | Pension Benefit Guaranty Corporation | |
| William | Hazeltine | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson LLC |
| Bill | Sullivan | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson LLC |
| Bren | Pomponio | Reed Judgment Creditor | Mountain State Justice, Inc. |
| Colten | Fleu | Reed judgment creditors | Mountain State Justice |
| Jami | Nimeroff | Subchapter V trustee | |
| Linda | Casey | United States Trustee | |
| Leah | Lerman | USA | USDOJ, Civil Division |