# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Re: D.I. 176 |

## CERTIFICATE OF NO OBJECTION

I, Scott J. Leonhardt, hereby certify as follows:

On October 11, 2023, The Rosner Law Group LLC ("RLG"), former Delaware bankruptcy counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), filed its *Combined Monthly Fee Application of the Rosner Law Group LLC, as Former Delaware Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023* (the "Application") [D.I. 176] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 23, 2023.

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 143], no further order is required, and RLG is entitled to receive 80% of its fees ($13,822.00) and 100% of its expenses ($210.00).

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.

{00037157. }    1

Dated: October 27, 2023  **THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE Bar No. 4885)
824 North Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: leonhardt@teamrosner.com