## SULLIVAN • HAZELTINE • ALLINSON LLC
ATTORNEYS AND COUNSELORS AT LAW

**William D. Sullivan**
bsullivan@sha-llc.com

**William A. Hazeltine**
whazeltine@sha-llc.com

**Elihu E. Allinson III**
zallinson@sha-llc.com

919 North Market Street, Suite 420
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

October 30, 2023

**Via Hand Delivery**

The Honorable J. Kate Stickles
United States Bankruptcy Court
824 North Market Street, Fifth Floor
Wilmington, DE 19801

**Re: Alecto Healthcare Services LLC, Case No. 23-10787 (JKS)**

Dear Judge Stickles:

This letter is submitted to provide information on the service of the Class Notice on the Reed Action Class Members, as requested by the Court at the status conference on October 26, 2023.

In the Reed Action in the District Court for the Northern District of West Virginia, C.A. No. 5:19-cv-00263-JPB-JPM, the West Virginia District Court entered an Order Certifying the Class on July 7, 2022 [D.I. 175]. At the direction of the Court, the Plaintiffs submitted their proposed Class Notice on August 10, 2022. [D.I. 194]. The Court approved it in the form submitted on August 25, 2022, and directed that it be issued promptly. [D.I. 198]

The Class retained a third-party vendor, CPT Group, Inc., based in Irvine, California, to provide services relating to the Class Notice. CPT Group regularly provides notice services in class action cases. CPT sent out the approved Class Notice by mail to each class member and created and maintained a website where documents identified in the Notice were posted. A copy of the Class Notice mailed to Class members, dated September 20, 2022, is attached. The website referenced in the Class Notice, https://www.cptgroupcaseinfo.com/AlectoHealhcareLawsuit, remained operational through the deadlines set in the Class Notice. On November 28, 2022, the West Virginia District Court entered its judgment order [D.I. 230], part of which was to stay the case pending distribution of class payments. The website is not currently operational.

Counsel to the Reed Action Judgment Creditors indicates that the cost of the class notice services provided by CPT Group was approximately $8,400. The Class Notice mailed to class

The Honorable  J. Kate Stickles
October 30, 2023
Page 2 of 2

members was the only communication they received in the case, and class counsel does not communicate with the class members via e-mail.

      We remain available to further address any of this information at the Court's convenience.

      Respectfully submitted,

      */s/ William D. Sullivan*

      William D. Sullivan

WDS/hmc

Enclosure

cc:    Notice parties (via ECF and e-mail)