# EXHIBIT A

# Filed and Scheduled Claims

### Filed Claims

| | | |
|---|---|---:|
| #4-1 | Cardinal Health 110, LLC | 419,842.62 |
| #5-1 | Cardinal Health 200, LLC | 119,695.80 |
| #8-1 | California Franchise Tax Board | 700.00 |
| #10-1 | De Lage Landen Financial Services | 7,313.70 |
| #15-1 | LHP Hospital Group | 3,739,653.77 |
| #19-1 | Reed Action Judgment Creditors | 3,275,382.64 |
| #20-1 | Micheal Best & Friedrich LLP | 53,157.76 |

### Scheduled Claims

| | | |
|---|---|---:|
| 3.1 | American Express | 3,399.68 |
| 3.2 | Anthem Blue Cross | 14,478.05 |
| 3.3 | Aon Risk Management | 70,000.00 |
| 3.4 | AT&T | 203.30 |
| 3.5 | Bcal 101 North Brand Property | 195.00 |
| 3.7 | Combined Group Ins. Services | 3,966.10 |
| 3.8 | Evangeline Douglas | 5,455.68 |
| 3.9 | First Ins. Funding | 76,137.36 |
| 3.10 | GRM Information Management Services | 2,149.85 |
| 3.12 | Konica Minolta Premier Finance | 779.66 |
| 3.16 | Moss Adams LLP | 31,666.88 |
| 3.17 | New Horizon Communications | 872.57 |
| 3.18 | Olshan Frome Wolosky LLP | 37,823.00 |
| 3.20 | Panch Jeyakumar MD | 1,888.00 |
| 3.24 | Sylvia Ventura | 2,743.62 |
| 3.25 | Symphony Risk Solutions LLC | 23,031.10 |

| | |
|---|---:|
| **Filed** | **7,615,746.29** |
| **Scheduled** | **274,789.85** |
| **Total** | **7,890,536.14** |