# EXHIBIT B

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Alecto Healthcare Services LLC | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court   **District of Delaware** | |
| Case number:  **23–10787** | |

FILED
**U.S. Bankruptcy Court
District of Delaware**
8/15/2023

**Una O'Boyle, Clerk**

# Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Reed Action Judgment Creditors

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   See addendum for definition.

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Reed Action Judgment Creditors
Name

Bren J. Pomponio
1217 Quarrier Street
Charleston, WV 25301

Contact phone    304–344–3144
Contact email    bren@msjlaw.org

**Where should payments to the creditor be sent?** (if different)

Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. **How much is the claim?** | $ 3275382.64 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Judgment, post–judgment interest, and attorneys' fees – see addendum | |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410　　　　　　　　　　　　　　　　　Proof of Claim　　　　　　　　　　　　　　　　　page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies $ _____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    8/15/2023
                    MM / DD / YYYY

/s/ Bren Joseph Pomponio
Signature

Print the name of the person who is completing and signing this claim:

Name    Bren Joseph Pomponio
        First name   Middle name   Last name

Title    Litigation Director

Company  Mountain State Justice, Inc.
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address  1217 Quarrier Street
         Number  Street
         Charleston, WV 35301
         City  State  ZIP Code

Contact phone  304–344–3144    Email  bren@msjlaw.com

Official Form 410                Proof of Claim                page 3

**Addendum to Proof of Claim filed by the Reed Action Judgment Creditors**

Plaintiffs in the action titled **Keith Reed, Lisa Dolence, Elizabeth Schenkel, Emily Wines, Mark Garan, Christna Lucas, and August Ullum, II**, individually and on behalf of others similarly situated v. **Alecto Healthcare Services, LLC**, and **Alecto Healthcare Services Wheeling, LLC**, d/b/a Ohio Valley Medical Group d/b/a OVMC Physicians, Civil Action No. 5:19-CV-363, filed in the United States District Court for the Northern District of West Virginia, Wheeling, (hereinafter, the "Reed Action Judgment Creditors") submit the following claim:

1. The Reed Action Judgment creditors obtained a Judgment Order on November 28, 2022, in the amount of **$3,169,745.72**.[1] This Judgment Order was not appealed and is a final order. The Debtor listed the Reed Action Judgment Creditors as having a claim in this amount on schedule E/F (D.I. 48) and the amount is **not** listed as contingent, unliquidated or disputed (the 'Scheduled Claim").

**2.** However, the Scheduled Claim did not include post-judgment interest accruing between November 28, 2022, the date of entry of the judgment, and June 16, 2023, the petition date. The federal judgment rate applicable to judgments entered in the week ending December 2, 2022 is 4.73%. Interest on the judgment which accrued at that rate through the petition date is **$82,673.92.** Interest continues to accrue post-petition at $413.37 per day.

3. The Reed Action Judgment Creditors are also entitled to additional attorney's fees incurred in the execution/collection of the judgment, which are provided by 29 U.S.C. §2104(a)(6) upon which the judgment was obtained. Fees associated with

---

[1] A copy of the Judgment Order is attached hereto.

efforts to collect on the judgment through the petition date are **$22,963.00**. Those fees are ongoing.

      4.      Accordingly, the Reed Action Judgment Creditors claim is for no less than **$3,275,382.64,** plus additional attorneys fees incurred post-petition, which are ongoing, and post-petition interest, if payable, at $413.37 per day.

The Reed Action Judgment Creditors do not waive, but rather expressly reserve, all of their rights and remedies in connection with their Claim, including, without limitation, the following: (i) to fix, increase, amend and/or supplement the Claim, the addendum thereto, and/or any supporting documentation (ii) to assert that the Claim, or any portion thereof, is secured, including by issuance of the writ on May 11, 2023 in the United States District Court for the Middle District of California, (iii) to assert that the Claim, or any portion thereof, including the claim for post-petition attorneys fees is an administrative expense of the Debtor's estate, (iv) to assert any other basis or legal theory of its Claim, and (v) to seek other relief from the Court, as appropriate.

All notices issued in connection with the Claim should be sent to the address listed on the proof of claim form with a copy to the following:

    **SULLIVAN · HAZELTINE · ALLINSON** LLC
    William D. Sullivan (2820)
    William A. Hazeltine (3294)
    919 N. Market Street, Suite 420
    Wilmington, DE  19801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

KEITH REED, LISA DOLENCE,
ELIZABETH SCHENKEL,
EMILY WINES, MARK GARAN
CHRISTINA LUCAS, and AUGUST ULLUM, II,
individually and on behalf of others similarly
situated,

        Plaintiffs,

v.                                   CIVIL ACTION NO. 5:19-CV-263
                                       Judge Bailey

ALECTO HEALTHCARE SERVICES, LLC, and
ALECTO HEALTHCARE SERVICES
WHEELING, LLC, d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,

        Defendants.

## JUDGMENT ORDER

On November 7, 2022, a Fairness/Status Hearing was held in the above-styled case. This Court took up the issues addressed by the parties in their November 5, 2022 Joint Status Report [Doc. 226], and the pending Motion for Service Award and Civil Penalties [Doc. 223] and Motion for Attorney Fees [Doc. 214]. This Court directed the parties to file a Joint Status Report following the hearing to finalize class damages calculations.

After hearing argument from both sides and reviewing the Joint Status Report [Doc. 229], this Court held the following:

1

- Plaintiffs' Motion for Service Awards and Civil Penalties Pursuant to 29 U.S.C. § 2104(a)(3) [**Doc. 223**] is **DENIED**;

- Plaintiffs' Motion for Attorney's Fees and Costs [**Doc. 214**] is **GRANTED IN PART AND DENIED IN PART**. The total for attorney's fees and costs is: **$483,388.61**; and

- Damages are entered against defendants in the amount of **$2,686,357.11**.

The Clerk is hereby **DIRECTED** to **STAY** the above-styled case pending distribution of class payments.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: November 28, 2022.

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**