# Exhibit C

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Alecto Healthcare Services LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court | **District of Delaware** |
| Case number: | **23–10787** |

FILED
**U.S. Bankruptcy Court**
**District of Delaware**
7/27/2023
**Una O'Boyle, Clerk**

## Official Form 410
## Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Cardinal Health 110, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Cardinal Health 110, LLC
Name
7000 Cardinal Place
Dublin, OH 43017

Contact phone  6147579964
Contact email  erin.gapinski@cardinalhealth.com

Where should payments to the creditor be sent? (if different)

Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410      Proof of Claim      page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|
| 7. How much is the claim? | $ 419842.62     **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Goods sold and money judgment (see attached addendum) |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☑ Other. Describe: PMSI in inventory (see addendum)<br><br>**Basis for perfection:** UCC Financing Statement<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) 18 %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410          Proof of Claim          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   7/27/2023
MM / DD / YYYY

/s/  Erin L. Gapinski

Signature

Print the name of the person who is completing and signing this claim:

Name: Erin L. Gapinski
First name   Middle name   Last name

Title: Director/Assistant General Counsel

Company: Cardinal Health
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 7000 Cardinal Place
Number   Street
Dublin, OH 43017
City   State   ZIP Code

Contact phone   6147579964   Email   erin.gapinski@cardinalhealth.com

# ALECTO HEALTHCARE SERVICES, LLC

## CASE NO. 23−10787−JKS

### Addendum to Proof of Claim filed by Cardinal Health 110, LLC

Alecto Healthcare Services, LLC (the "Debtor"), had open accounts with Cardinal Health 110, LLC ("Cardinal Health") whereby it purchased pharmaceutical products and supplies (the "Products") on account. As evidence of the account, the Debtor completed and delivered to Cardinal Health a Credit Application and Agreement (the "Application"). *See Exhibit A*. Pursuant to the Application, Cardinal Health obtained a purchase money security interest in:

> All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by [Cardinal Health] of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.

Cardinal Health perfected its interest in the above-described collateral (the "Collateral") by filing a UCC Financing Statement with the Delaware Department of State on March 12, 2020. *See Exhibit B*.

The Debtor failed to pay for all the Products received from Cardinal Health, resulting in an outstanding obligation owed to Cardinal Health in the amount of $285,229.79 (the "Outstanding Balance"), and, on January 12, 2022, Cardinal Health filed a complaint against the Debtor. On December 15, 2022, the Franklin County, Ohio Court of Common Pleas granted Cardinal Health judgment in the amount of $285,229.79 plus interest at the rate of 1.5% per month from November 1, 2020, until the date of collection (the "Judgment"). *See Exhibit C.* As of the Petition Date, the Judgment balance was $419,842.62 No payments have been received, and the full balance of the Judgment remains due and owing to Cardinal Health.

Cardinal Health asserts a secured claim to the extent of the value of the Collateral and an unsecured claim to the extent that the value of the Collateral does not meet or exceed Cardinal Health's Judgment Amount.

Cardinal Health expressly reserves the right to amend this proof of claim and this addendum as may be necessary to adjust the amount claimed herein or to supplement this proof of claim in any way, including, but not limited to, its rights to claim post-petition interest, attorneys fees, and costs as may be allowed pursuant to 11 U.S.C. §§ 502 and 506, and/or to file a request for payment of administrative expenses relating to this matter.

Alecto Healthcare Services Martin's Ferry LLC dba East Ohio Regional Hospital

# CREDIT APPLICATION FOR A BUSINESS ACCOUNT

## BUSINESS CONTACT INFORMATION

| | | |
|---|---|---|
| Title | Vice President Operations | Date business commenced |
| Company name | Alecto Healthcare Services Martin's Ferry LLC dba East Ohio Regional Hospital | ☐ Sole proprietorship |
| Phone \| Fax | (740) 633-1100 | ☐ Partnership |
| E-mail | hhanda@alectohealthcare.com | ☐ Corporation |
| Registered company address | 90 N 4th St, Martins Ferry, OH 43935 | ☐ Other |
| City, State ZIP Code | | |

## BUSINESS AND CREDIT INFORMATION

| | | |
|---|---|---|
| City, State ZIP Code | | Bank name |
| How long at current address? | | Primary business address |
| | | City, State ZIP Code |
| Phone | | Phone |
| Fax | | Account number |
| E-mail | | Type of account ☐ Savings ☐ Checking ☐ Other |

## BUSINESS/TRADE REFERENCES

| | | |
|---|---|---|
| Company name | Cardinal Health | Phone 916.394.3000 |
| Branch | Elk Grove, CA | |
| Company name | Medline Industries | Phone 800.388.2147 |
| Branch | Pasadena, CA | |
| Type of account | ☐ Savings ☐ Checking ☐ Other | Other |

## AGREEMENT

1. All invoices are to be paid 60 days from the date of the invoice.
2. Claims arising from invoices must be made within seven working days.
3. By submitting this application, you authorize Alecto Healthcare Services Martin's Ferry LLC dba East Ohio Regional Hospital to make inquiries into the banking and business/trade references that you have supplied.

## SIGNATURES

| | |
|---|---|
| Signature | Signature |
| Name and Title: Aman Dhuper – Vice President Operations | Name and Title: Himanshu Handa – Business Analyst |
| Date: 03/08/2017 | Date: 03/08/2017 |

Alecto Healthcare Services Wheeling LLC dba Ohio Valley Medical Center

# CREDIT APPLICATION FOR A BUSINESS ACCOUNT

## BUSINESS CONTACT INFORMATION

| | | |
|---|---|---|
| Title | Vice President Operations | Date business commenced |
| Company name | Alecto Healthcare Services Wheeling LLC dba Ohio Valley Medical Center | ☐ Sole proprietorship |
| Phone / Fax | 304.234.0123 | ☐ Partnership |
| E-mail | hhanda@alectohealthcare.com | ☐ Corporation |
| Registered company address City, State ZIP Code | 2000 Eoff St, Wheeling, WV 26003 | ☐ Other |

## BUSINESS AND CREDIT INFORMATION

| | | |
|---|---|---|
| City, State ZIP Code | | Bank name: |
| How long at current address? | | Primary business address |
| | | City, State ZIP Code |
| Phone | | Phone |
| Fax | | Account number |
| E-mail | | Type of account ☐ Savings ☐ Checking ☐ Other |

## BUSINESS/TRADE REFERENCES

| | | |
|---|---|---|
| Company name | Cardinal Health | Phone 916.394.3000 |
| Branch | Elk Grove, CA | |
| Company name | Medline Industries | Phone 800.388.2147 |
| Branch | Pasadena, CA | |
| Type of account | ☐ Savings ☐ Checking ☐ Other | Other |

## AGREEMENT

1. All invoices are to be paid 60 days from the date of the invoice.
2. Claims arising from invoices must be made within seven working days.
3. By submitting this application, you authorize Alecto Healthcare Services Wheeling LLC dba Ohio Valley Medical Center to make inquiries into the banking and business/trade references that you have supplied.

## SIGNATURES

| | |
|---|---|
| Signature | Signature |
| Name and Title: Aman Dhuper – Vice President Operations | Name and Title: Himanshu Handa – Business Analyst |
| Date: 03/08/2017 | Date: 03/08/2017 |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
801 ADLAI STEVENSON DR [179021648]
SPRINGFIELD, IL 62703
US

Delaware Department of State
U.C.C. Filing Section
Filed: 09:14 AM 03/12/2020
U.C.C. Initial Filing No: 2020 1831975

Service Request No: 20202085274

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: ALECTO HEALTHCARE SERVICES LLC

1c. MAILING ADDRESS: 16310 BAKE PARKWAY SUITE 200 | CITY: IRVINE | STATE: CA | POSTAL CODE: 92618 | COUNTRY: US

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: CARDINAL HEALTH 110 LLC, AS AGENT

3c. MAILING ADDRESS: 7000 CARDINAL PLACE | CITY: DUBLIN | STATE: OH | POSTAL CODE: 43017 | COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**Exhibit C**

# IN THE COURT OF COMMON PLEAS
# FRANKLIN COUNTY, OHIO

| | : | |
|---|---|---|
| **CARDINAL HEALTH 110, LLC, et al.** | : | |
| | : | |
| Plaintiff, | : | Case No. 22-CV-000272 |
| | : | |
| | : | Judge Colleen O'Donnell |
| v. | : | |
| | : | |
| | : | |
| **ALECTO HEALTHCARE SERVICES, LLC** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY OF JUDGMENT

This matter is before the Court upon motion of Plaintiffs Cardinal Health 110, LLC ("CAH 110") and Cardinal Health 200, LLC's ("CAH 200" and together with CAH 110, collectively "Plaintiffs" or "Cardinal Health") for summary judgment against Defendant Alecto Healthcare Services, LLC ("Alecto"). Having carefully reviewed the record, arguments of counsel, and the relevant law, the Court finds that no genuine issue of material fact is in dispute and that Plaintiffs are entitled to judgment as a matter of law.

It is **ORDERED, JUDGED, AND DECREED** that Plaintiffs' Motion for Summary Judgment against Alecto is **GRANTED** and Judgment is **ENTERED** in favor of Plaintiffs and against Alecto as follows:

a. On all claims by Cardinal Health 110, LLC in the amount of $285,229.79, plus service charges accruing at the rate of one and one-half percent (1.5%) per month from November 1, 2020, until the date of collection;

b. On all claims by Cardinal Health 200, LLC in the amount of $81,318.11, plus service charges accruing at the rate of one and one-half percent (1.5%) per month from November 1, 2020, until the date of collection; and

c. For all fees and costs incurred in bringing this action, including attorneys' fees.

It is further **ORDERED, JUDGED, AND DECREED** that this is a final order and that there is no just reason for delay. The Clerk shall give notice of Entry of this Judgment in accordance with the Ohio Civil Rules.

**IT IS SO ORDERED.**

_____
Judge Colleen O'Donnell


Approved by:

/s/ *Susan K. Cliffel*
_____
Susan K. Cliffel (0046915)
Porter Wright Morris & Arthur LLP
250 E. Fifth Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 369-4215
F: (513) 421-0991
scliffel@porterwright.com

Allen T. Carter (0085393)
Porter Wright Morris & Arthur LLP
41 S. High Street, Suite 2900
Columbus, Ohio 43215
T: (614) 227-2000
F: (614) 227-2100
acarter@porterwright.com
*Attorneys for Plaintiff*

20931389v1

Franklin County Court of Common Pleas

Date: 12-15-2022

Case Title: CARDINAL HEALTH 110 LLC ET AL -VS- ALECTO HEALTHCARE SERVICES LLC

Case Number: 22CV000272

Type: JUDGMENT ENTRY

It Is So Ordered.

/s/ Judge Colleen O'Donnell

Electronically signed on 2022-Dec-15        page 3 of 3

Court Disposition

Case Number: 22CV000272

Case Style: CARDINAL HEALTH 110 LLC ET AL -VS- ALECTO HEALTHCARE SERVICES LLC

Case Terminated: 18 - Other Terminations

Final Appealable Order: Yes

Motion Tie Off Information:

1. Motion CMS Document Id: 22CV0002722022-11-0799980000
   Document Title: 11-07-2022-MOTION FOR SUMMARY JUDGMENT - PLAINTIFF: CARDINAL HEALTH 110 LLC
   Disposition: MOTION GRANTED