# Exhibit K

**Richards Rodriguez & Skeith** LLP
Attorneys at Law

Benjamin H. Hathaway
Phone: (512) 391-8256
E-mail: BHathaway@rrsfirm.com

January 12, 2021

*Via Fax, First Class, and CM-RRR:*

ALECTO HEALTHCARE SERVICES LLC
16310 Bake Parkway, Suite 200
Irvine, California 92618
*Facsimile:* 949-878-9458
*Receipt No.: 7018 1130 0000 5919 8128*

ALECTO HEALTHCARE SERVICES SHERMAN LLC
c/o Alecto Healthcare Services LLC
16310 Bake Parkway, Suite 200
Irvine, California 92618
*Facsimile:* 949-878-9458
*Receipt No.: 7018 1130 0000 5919 8135*

Re:   Sherman/Grayson Hospital, LLC/Wilson N. Jones Regional Medical Center

To Whom It May Concern:

Please be advised that this firm represents LHP Hospital Group, Inc. ("**LHP**") in connection with the above-referenced matter.

As you are aware, Alecto Healthcare Services Sherman LLC (**"Alecto Sherman"**) and LHP entered into a Purchase Agreement dated as of September 23, 2014 (**"Purchase Agreement"**) pursuant to which Alecto Sherman purchased all of the issued and outstanding membership interests in certain entities, including entities having an ownership interest in a medical office building located at 300 N. Highland Drive, Sherman, Texas (the "MOB"). Unless otherwise indicated to the contrary, capitalized terms used in this letter have the same meanings ascribed to those terms in the Purchase Agreement.

By letter dated June 12, 2020, Rebecca Hurley, on behalf of LHP, sent you copies of (a) a letter dated May 14, 2020 from Kane Russell Coleman Logan PC, in its capacity as counsel for Altera Highland, LLC (**"Altera"**), respecting defaults by the current tenant of the MOB, Sherman/Grayson Hospital, LLC (**"Sherman/Grayson"**) under a group of leases described as the **"Space Leases"** in the Purchase Agreement and (b) a related Notice to Vacate Premises dated June 8, 2020 from Kane Russell Coleman Logan PC, in its capacity as counsel for Altera. Copies of such default letter and notice to vacate were attached to Ms. Hurley's letter and are not attached hereto; if you need additional copies of either of those documents, please let me know.

**RICHARDS RODRIGUEZ & SKEITH LLP**
**JANUARY 12, 2021**
**PAGE 2**

---

Ms. Hurley also reminded you that (a) LHP, as guarantor, had entered into five (5) guarantees concerning the five (5) Space Leases and (b) Altera had notified LHP of defaults under the Space Leases and expected LHP to honor its obligations under its guarantees of those leases.

Altera subsequently informed LHP that it had filed suit against Sherman/Grayson for continued defaults under the Space Leases and demanded that LHP pay all amounts due as a result of such defaults.

Under Section 6.9 of the Purchase Agreement, Alecto Sherman agreed and promised that it would use "commercially reasonable efforts to cause…LHP to be fully and finally released from any obligations under the…Space Leases." Under Sections 9.3(b) and (e) of the Purchase Agreement, Alecto Sherman further agreed and promised to "indemnify and hold harmless [LHP]…from and against any Damages actually incurred by [LHP] as a result of …any breach of any of the covenants or agreements made herein by [Alecto Sherman]…and any liabilities related to the MOB in respect of…LHP's guarantees of the…Space Leases." Alecto Sherman's indemnification and other obligations to LHP under the Purchase Agreement are guaranteed by Alecto Healthcare Services LLC (**"Alecto Parent"**) under a Guarantee in favor of LHP, among others, dated September 23, 2014 (the **"Alecto Guarantee"**).

As a result of Sherman/Grayson's defaults under the Space Leases and Alecto Sherman's breaches of its obligations under the Purchase Agreement, LHP has been required to pay the following amounts to Altera:

| Months Paid | Amount |
| --- | --- |
| May 2020, June 2020, July 2020 | $633,881.96 |
| August 2020, September 2020, October 2020 | $801,415.09 |
| November 2020 | $208,178.26 |
| December 2020 | $208,178.26 |
| January 2021 | $58,178.26 |

**This is a formal demand that Alecto Sherman and Alecto Parent fulfill their respective indemnification and other obligations under the Purchase Agreement and Alecto Guarantee by paying LHP the sum of $1,909,831.83 in immediately available funds on or before 5:00 p.m. Central Standard Time on Monday, January 18, 2021. If LHP has not received such funds by such time, it intends to immediately pursue all remedies available to it under the Purchase Agreement, Alecto Guarantee, or otherwise. This demand is without waiver of any additional rights and/or remedies available to LHP for current or future defaults by any entity under the Purchase Agreement, Alecto Guarantee, Space Leases, or otherwise.**

Thank you for your cooperation in this matter. Please feel free to contact me with any questions.

Sincerely,

Benjamin H. Hathaway

---

**RICHARDS RODRIGUEZ & SKEITH LLP**
**JANUARY 12, 2021**
**PAGE 3**

---

cc:     ***Via Email, Fax, First Class and Certified Mail:***

        Michael J. Sarrao, Esq.
        Law Offices of Michael J. Sarrao
        16310 Bake Parkway, Suite 200
        Irvine, California 92618
        Email: msarrao@sarraolaw.com
        *Facsimile:* 949-878-9458
        *Receipt No.:* 7018 1130 0000 5919 8142


        ***Via E-mail:***
        Rebecca Hurley
        James Hinkle

**RICHARDS RODRIGUEZ & SKEITH LLP**

816 Congress Avenue, Suite 1200, Austin, Texas 78701 | Phone: (512) 476-0005 | Fax: (512) 476-1513 | Web: www.rrsfirm.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____       Postmark
☐ Certified Mail Restricted Delivery $_____       Here
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____
Postage

ALECTO HEALTHCARE SERVICES SHERMAN LLC
c/o Alecto Healthcare Services LLC
16310 Bake Parkway, Suite 200
Irvine, California 92618

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7919 0000 8135

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____       Postmark
☐ Certified Mail Restricted Delivery $_____       Here
☐ Adult Signature Required          $_____
☐ Adult Signature Restricted Delivery $_____

ALECTO HEALTHCARE SERVICES LLC
16310 Bake Parkway, Suite 200
Irvine, California 92618

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7919 0000 8128

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $_____       Postmark
☐ Certified Mail Restricted Delivery $_____       Here
☐ Adult Signature Required          $_____

Michael J. Sarrao, Esq.
Law Offices of Michael J. Sarrao
16310 Bake Parkway, Suite 200
Irvine, California 92618

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7919 0000 8142