# E<span>XHIBIT</span> L

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| Alecto Healthcare Services LLC,[1] | ) | |
| Debtor. | ) | Case No. 23-10787 (JKS) |
| | ) | |
| | ) | **Related Docket No.** ___ |

### ORDER GRANTING THE MOTION OF THE REED ACTION JUDGMENT CREDITORS TO REVOKE DEBTOR'S DESIGNATION AS A SUBCHAPTER V DEBTOR

Upon the *Motion of the Reed Action Judgment Creditors for to Revoke Debtor's Designation as a Subchapter V Debtor* (the "Motion");[2] finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and finding that the Court has authority to enter a final order in this matter in accordance with Article III of the United States Constitution; and finding that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief;

IT IS HEREBY ORDERED as follows:

1. The Motion is granted as set forth herein.

2. The Debtor's debts as of the petition date exceed $7,500,000, and the Debtor is not eligible to be a Subchapter V debtor under 11 U.S.C. § 1182(1)(A).

3. The Debtor's election to proceed as a subchapter V debtor as indicated on line 8 of the Petition is hereby revoked.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

2

4.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2023
       Wilmington, Delaware

_____
The Honorable J. Kate Stickles
United States Bankruptcy Judge