IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 7, 2023 AT 11:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[2] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY NOVEMBER 6, 2023 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscOuupjosHgQud3gveaDEonEoPp_gryk
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**RESOLVED MATTERS:**

1. Debtor's Motion Requesting Approval to Wind Up Certain Non-Operating Entities Pursuant to 11 U.S.C. §§ 105 & 363(b)(1) [Filed October 6, 2023; Docket No. 164].

   Objection Deadline: October 20, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

16388543/1

Related Documents(s):

A. Certificate of No Objection Regarding Debtor's Motion Requesting Approval to Wind Up Certain Non-Operating Entities Pursuant to 11 U.S.C. §§ 105 & 363(b)(1) [Filed October 6, 2023; Docket No. 164].

B. Order Granting Debtor's Motion Requesting Approval to Wind Up Certain Non-Operating Entities Pursuant to 11 U.S.C. §§ 105 & 363(b)(1) [Entered October 24, 2023; Docket No. 194].

Status: An Order has been entered. No hearing is necessary.

**MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):**

2. Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Authorization of the Retention, Employment and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business, nunc pro tunc to the Petition Date [Filed October 20, 2023; Docket No. 190].

   Objection Deadline: October 31, 2023 at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Authorization of the Retention, Employment and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business, nunc pro tunc to the Petition Date [Filed November 1 2023; Docket No. 203].

   Status: A certificate of no objection has been filed. No hearing is necessary unless the court has questions.

**MATTERS GOING FORWARD:**

3. Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed September 14, 2023; Docket No. 155].

   Objection Deadline: September 29, 2023 at 4:00 p.m. (ET). Extended to October 4, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Subchapter V Trustee, and the Reed Action Judgment Creditors.

Responses/Objections Received:

A. Subchapter V Trustees Reservation of Rights Regarding the Debtors Request for an Order (A) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (B) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 166].

B. Objection of the Reed Action Judgment Creditors to Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 169].

Related Documents(s):

A. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed September 14, 2023; Docket No. 154].

B. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 170].

C. Notice of Filing Blackline of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 171].

D. Statement by the Debtor with Respect to Clarification with Respect to the Solicitation and Voting of Creditors [Filed October 17, 2023; Docket No. 181].

E. Notice of Status Conference [Filed October 20, 2023; Docket No. 189].

F. Letter to Judge Stickles from William D. Sullivan Regarding Class Notice sent to Reed Class Members [Filed October 30, 2023; Docket No. 202].

Status: This matter is going forward.

Dated: November 3, 2023

**MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

16388543/1