## SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC /Sherman/ Grayson Hospital LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787 JKS  23-10810 JKS | DATE: 11/7/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Melissa Hartripp | Bielli & Klauder, LLC | Medical Properties Trust, Inc. |
| Seth Niederman | Fox Rothschild | MedPro |
| Jeff Waxman | Morris James | Debtor (Alecto) |
| Steve McNeill | Potter Anderson & Corroon | Sherman Committee |
| Ricardo Palacio | Ashby & Geddes | AHS Sherman LLC |
| Linda Casey | UST | UST |
| John Schanne | UST | UST |
| Scott Leonhardt | The Rosner Law Group LLC | Sherman/Grayson Hospital |
| Bill Sullivan | Sullivan Hazeltine Allinson | Reed Action Judgment Creditors |

23-10787 Alecto Healthcare and 23-10810 Sherman/Grayson Hospital
11/7/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jeffrey | Garfinkle | Altera Digital Health | Buchalter |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Raymond | Lemisch | Dan McMurray, PCO | Klehr Harrison |
| Jami | Nimeroff | Subchapter V trustee | |
| Mark | Fishman | Daniel McMurray, as Patient Care Ombudsman | Neubert Pepe & Monteith, P.C. |
| Daniel | McMurray | Patient Care Ombudsman | Focus Management Group |
| Jonathan | Burket | AHS SHERMAN | |
| Mike | Sarrao | Alecto Healthcare Services LLC | |
| Andrew | Logan | Donlin Recano & Company, Inc. | |
| Brya | Keilson | Alecto Healthcare Services LLC | Morris James LLP |
| Scott | Flaherty | Debtwire/press | Debtwire |
| Max | Casal | Debtor Sherman/Grayson Hospital, LLC | Shulman Bastian Friedman & Bui LLP |
| Sasha | Gurvitz | Medical Properties Trust, Inc. | KTBS Law LLP |
| Alan | Friedman | Debtor | |