**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF STATUS CONFERENCE**
**SCHEDULED FOR NOVEMBER 9, 2023 AT 11:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for November 9, 2023 at 11:00 a.m. (ET) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held remotely through Zoom, and all participants must register in advance. Please use the following link to register for the Status Conference:

https://debuscourts.zoomgov.com/meeting/register/vJIsfu6trDsoGCIoYu_O4AEWeq3gm6iX7DI

| | |
|---|---|
| Dated: November 7, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16400387/1