23-10787 Alecto Healthcare Services, LLC
11/9/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jeffrey | Waxman | Debtor | Morris James LLP |
| Jami | Nimeroff | Subchapter V Trustee | |
| Melissa | Hartlipp | Medical Properties Trust, Inc. | Bielli & Klauder, LLC |
| Hannah | McCollum | U.S. Trustee | U.S. Trustee |
| Bill | Sullivan | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson LLC |
| William | Hazeltine | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson |
| Mark | Minuti | LHP Hospital Services | Saul Ewing LLP |
| Zoe | Wadge | Pension Benefit Guaranty Corporation | |
| Michael | Sarrao | Debtor | Law Offices of Michael J. Sarrao |