# **EXHIBIT D**

Demand



# Richards Rodriguez & Skeith

**Benjamin H. Hathaway**
Phone: (512) 391-8256
E-mail: BHathaway@rrsfirm.com

June 28, 2023

*Via First Class and Certified Mail:*

Alecto Healthcare Services Sherman LLC
c/o Alecto Healthcare Services LLC
101 N. Brand Boulevard, Suite 1780
Glendale, CA 91203
Attn: General Counsel
*Receipt No. 7022 2410 0001 2422 1471*

HALLETT & PERRIN
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Attn: Michael Alfred, Esq.
*Receipt No. 7022 2410 0001 2422 1488*

    RE:    Demand pursuant to Confidential Settlement Agreement

Gentlemen:

    This firm represents LHP Hospital Group, Inc. ("**LHP**") in connection with its claims against Alecto Healthcare Services Sherman LLC ("**Alecto Sherman**") under the Confidential Settlement Agreement dated as of February 16, 2022 between LHP, Alecto Sherman, and others (the "**Agreement**").

    This is a formal demand pursuant to Paragraph 6 of the Agreement for the payment by Alecto Sherman to LHP of the amount of $3,708,475.62 paid by LHP to Altera Highland, LLC for expenses in connection with the MOB (as defined in the Agreement) after February 17, 2022 through the current date. Pursuant to Paragraph 6.b. of the Agreement, Alecto Sherman is to make payment of such amount to LHP within fifteen (15) days of this demand. Should Alecto Sherman not make the required payment of $3,708,475.62 to LHP within fifteen (15) days of this demand, LHP will pursue all remedies available to it under the Agreement and otherwise.

    LHP is not by this letter making demand under the Agreement or otherwise on Alecto Healthcare Services, LLC, the Debtor in Case No 23-10787, or Sherman/Grayson Hospital LLC, the Debtor in Case No. 23-10810, both of which are now pending in the United States Bankruptcy Court for the District of Delaware, or against any other party that has sought relief under Title 11, U.S. Code.

**RICHARDS RODRIGUEZ & SKEITH LLP**
PAGE 2

        Please do not hesitate to contact me if you have any questions.

        Sincerely,

        */s/ Benjamin H. Hathaway/*

        Benjamin H. Hathaway



# Richards Rodriguez & Skeith

**Benjamin H. Hathaway**
Phone: (512) 391-8256
E-mail: BHathaway@rrsfirm.com

June 28, 2023

*Via First Class and Certified Mail:*

Alecto Healthcare Services Sherman LLC
c/o Alecto Healthcare Services LLC
101 N. Brand Boulevard, Suite 1780
Glendale, CA 91203
Attn: General Counsel
*Receipt No. 7022 2410 0001 2422 1471*

HALLETT & PERRIN
1445 Ross Avenue, Suite 2400
Dallas, TX 75202
Attn: Michael Alfred, Esq.
*Receipt No. 7022 2410 0001 2422 1488*

   RE: Demand pursuant to Confidential Settlement Agreement

Gentlemen:

  This firm represents LHP Hospital Group, Inc. ("**LHP**") in connection with its claims against Alecto Healthcare Services Sherman LLC ("**Alecto Sherman**") under the Confidential Settlement Agreement dated as of February 16, 2022 between LHP, Alecto Sherman, and others (the "**Agreement**").

  This is a formal demand pursuant to Paragraph 6 of the Agreement for the payment by Alecto Sherman to LHP of the amount of $3,708,475.62 paid by LHP to Altera Highland, LLC for expenses in connection with the MOB (as defined in the Agreement) after February 17, 2022 through the current date. Pursuant to Paragraph 6.b. of the Agreement, Alecto Sherman is to make payment of such amount to LHP within fifteen (15) days of this demand. Should Alecto Sherman not make the required payment of $3,708,475.62 to LHP within fifteen (15) days of this demand, LHP will pursue all remedies available to it under the Agreement and otherwise.

  LHP is not by this letter making demand under the Agreement or otherwise on Alecto Healthcare Services, LLC, the Debtor in Case No 23-10787, or Sherman/Grayson Hospital LLC, the Debtor in Case No. 23-10810, both of which are now pending in the United States Bankruptcy Court for the District of Delaware, or against any other party that has sought relief under Title 11, U.S. Code.

---

611 West 15th Street, Austin, Texas 78701 | Phone: (512) 476-0005 | Fax: (512) 476-1513 | Web: www.rrsfirm.com

**RICHARDS RODRIGUEZ & SKEITH LLP**
PAGE 2

---

       Please do not hesitate to contact me if you have any questions.

       Sincerely,

       */s/ Benjamin H. Hathaway*

       Benjamin H. Hathaway