# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 222**<br>**Obj. Deadline: November 29, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: December 15, 2023 at 10:00 a.m. (ET)** |

## *AMENDED* NOTICE OF FIRST INTERIM APPLICATION OF MORRIS JAMES LLP, AS COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 11, 2023 THROUGH AUGUST 31, 2023

**PLEASE TAKE NOTICE** that on November 14, 2023, Morris James LLP ("Morris James"), counsel to the debtor and debtor-in-possession (the "Debtor") filed its *First Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period from August 11, 2023 through August 31, 2023* (the "Application") [Docket No. 222] with the United States Bankruptcy Court for the District of Delaware (the "Court").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **November 29, 2023 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Debtor's counsel:

> Jeffrey R. Waxman (DE Bar No. 4159)
> Brya M. Keilson (DE Bar No. 4643)
> MORRIS JAMES LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> Telephone: (302) 888-6800
> Facsimile: (302) 571-1750
> E-mail: jwaxman@morrisjames.com
> E-mail: bkeilson@morrisjames.com

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16425035/1

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON DECEMBER 15, 2023 AT 10:00 A.M. (ET).**

Dated: November 27, 2023                  */s/ Brya M. Keilson*
                                          Brya M. Keilson (DE Bar No. 4643)