# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

## JOINT LIST OF WITNESSES AND DOCUMENTS

In connection with the *Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor* [Docket No. 204] and the response of the above captioned debtor (the "Debtor") [Docket No. 226], the Reed Judgment Creditors and the Debtor hereby jointly submit the following list of witnesses and written evidence.

## JOINT WITNESS LIST

1. Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services LLC

## JOINT LIST OF WRITTEN EVIDENCE

| No. | Document Description | D.I. |
|---|---|---|
| 1 | List of scheduled non-contingent and liquidated claims (Ex. A to the Objection/ Motion) | 204-2 |
| 2 | Claim No. 19-1 (Ex. B to Objection/Motion) | 204-3 |
| 3 | Claim No. 4-1 (Ex. C to Objection/Motion) | 204-4 |
| 4 | Claim No. 5-1 (Ex. D to Objection/Motion) | 204-5 |
| 5 | Claim No. 15-1 (Ex. E to Objection/Motion) | 204-6 |
| 6 | Claim No. 8-1 (Ex. F to Objection/Motion) | 204-7 |
| 7 | Claim No. 10-1 (Ex. G to Objection/Motion) | 204-8 |
| 8 | Claim No. 20-1 (Ex. H to Objection/Motion) | 204-9 |

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16427158/1

| No. | Document Description | D.I. |
|---|---|---|
| 9 | Transcript from continued Rule 341 meeting of creditors, dated October 17, 2023 (Ex. I to Objection/Motion) | 204-10 |
| 10 | Complaint in Delaware Superior Court Case No. N21C-01-146, *LHP Hospital Group, Inc., v. Alecto Healthcare Services LLC et al* (Ex. J to Objection/Motion) ("LHP Complaint") | 204-11 |
| 11 | Purchase Agreement, dated September 23, 2014 (Ex. B to Debtor's Response) | 226-2 |
| 12 | Confidential Settlement Agreement, dated February 16, 2022 (Ex. C to Debtor's Response) | 226-3 |
| 13 | LHP demand letter to Alecto Sherman, dated June 28, 2023 (Ex. D to Debtor's Response | 226-4 |
| 14 | Guarantee, dated September 23, 2014 (Ex. 1 to Reply) | 227-1 |
| 15 | Assignment and Assumption of Leases, dated October 31, 2014 (Ex. 2 to Reply) | 227-2 |
| 16 | Consent Agreement, dated October 31, 2014 (Ex. 3 to Reply) | 227-3 |
| 17 | Lease Agreement, dated August 21, 2012 (Ambulatory Surgery Center) | - |
| 18 | Lease Agreement, dated August 21, 2012 (Existing Physician Suites) | - |
| 19 | Lease Agreement, dated August 21, 2012 (Master Lease-Existing Space) | - |
| 20 | Lease Agreement, dated August 21, 2012 (Hospital Occupied Common Areas) | - |
| 21 | Lease Agreement, dated August 21, 2012 (Master Lease – Shell Space) | - |
| 22 | Agreed Judgement in Grayson County, Texas Justice Court Cause No. JC1-20-0538, *Altera Highland, LLC v. Sherman/Grayson Hospital, LLC* | |
| 23 | Debtor's Schedules | 48 |
| 24 | Sherman/Grayson Hospital LLC Schedules | |
| 25 | Claim No. 18-1 (filed by Alecto Health Care Services Ohio Valley LLC, Health Plan) | |
| 26 | Official list of claims | |
| 27 | Proof of Payment by wire by Debtor to LHP Hospital Group, Inc. | |
| 28 | Bates No. 0001-0007 - Altera Highland, LLC Invoice Dated 4/21/2021 | |
| 29 | Bates No. 0007-0011 - Altera Highland, LLC Invoice Dated 12/17/2020 | |
| 30 | Bates No. 0012-0015 - Altera Highland, LLC Invoice Dated 2/18/2021 | |
| 31 | Bates No. 0016-0019 - Altera Highland, LLC Invoice Dated 3/15/2021 | |
| 32 | Bates No. 0020-0023 - Altera Highland, LLC Invoice Dated 1/19/2021 | |
| 33 | Bates No. 0024-0027 - Altera Highland, LLC Invoice Dated 5/14/2021 | |

| No. | Document Description | D.I. |
|---|---|---|
| 34 | Bates No. 0028-0031 - Altera Highland, LLC Invoice Dated 6/14/2021 | |
| 35 | Bates No. 0032-0035 - Altera Highland, LLC Invoice Dated 7/15/2021 | |
| 36 | Bates No. 0036-0040 - Altera Highland, LLC Invoice Dated 8/17/2021 | |
| 37 | Bates No. 0041-0044 - Altera Highland, LLC Invoice Dated 9/14/2021 | |
| 38 | Bates No. 0045-0051 - Settlement Agreement dated 10/15/20 for Aug - Oct 2020 | |
| 39 | Bates No. 0052-0055 - Altera Highland, LLC Invoice Dated 10/14/2021 | |
| 40 | Bates No. 0056-0059 - Altera Highland, LLC Invoice Dated 11/01/2020 | |
| 41 | Bates No. 0060-0061 - Altera Highland, LLC Invoice Dated 12/01/2020 | |
| 42 | Bates No. 0062-0066 - Altera Highland, LLC Invoice Dated 11/15/2021 | |
| 43 | Bates No. 0067-0071 - Outstanding Invoices as of 7/5/2020 for May - July 2020 | |
| 44 | Bates No. 0072-0075 - Altera Highland, LLC Invoice Dated 12/14/2021 | |
| 45 | Bates No. 0076-0079 - Altera Highland, LLC Invoice Dated 1/25/2022 | |
| 46 | Bates No. 0080-0084 - Altera Highland, LLC Invoice Dated 3/01/2022 | |
| 47 | Bates No. 0085-0088 - Altera Highland, LLC Invoice Dated 3/28/2022 | |
| 48 | Bates No. 0089-0092 - Altera Highland, LLC Invoice Dated 4/29/2022 | |
| 49 | Bates No. 0093-0097 - Altera Highland, LLC Invoice Dated 5/31/2022 | |
| 50 | Bates No. 0098-0101 - Altera Highland, LLC Invoice Dated 6/28/2022 | |
| 51 | Bates No. 0102-0108 - Altera Highland, LLC Invoice Dated 8/29/2022 | |
| 52 | Bates No. 0109-0113 - Altera Highland, LLC Invoice Dated 9/29/2022 | |
| 53 | Bates No. 0114-0117 - Altera Highland, LLC Invoice Dated 10/20/2022 | |
| 54 | Bates No. 0118-0125 - Altera Highland, LLC Invoice Dated 7/20/2022 | |
| 55 | Bates No. 0126-0129 - Altera Highland, LLC Invoice Dated 11/21/2022 | |
| 56 | Bates No. 0130-0133 - Altera Highland, LLC Invoice Dated 1/19/2023 | |
| 57 | Bates No. 0134-0137 - Altera Highland, LLC Invoice Dated 12/22/2022 | |
| 58 | Bates No. 0138-0131 - Altera Highland, LLC Invoice Dated 2/19/2023 | |
| 59 | Bates No. 0142-0145 - Altera Highland, LLC Invoice Dated 3/19/2023 | |
| 60 | Bates No. 0146-0158 - Altera Highland, LLC Invoice Dated 4/19/2023 | |
| 61 | Bates No. 0159-0162 - Altera Highland, LLC Invoice Dated 5/22/2023 | |
| 62 | Bates No. 0163-0173 - Altera Highland, LLC Invoice Dated 6/22/2023 | |

16427158/1

| No. | Document Description | D.I. |
|---|---|---|
| 63 | Bates No. 0174-0177 - Altera Highland, LLC Invoice Dated 7/19/2023 | |
| 64 | Bates No. 0178-0179 - Altera Highland, LLC Invoice Dated 8/18/2023 | |
| 65 | Bates No. 0181-0184 - Altera Highland, LLC Invoice Dated 9/20/2023 | |
| 66 | Bates No. 0185-0188 - Altera Highland, LLC Invoice Dated 10/23/2023 | |

Dated: November 28, 2023

| **MORRIS JAMES LLP** | **SULLIVAN · HAZELTINE · ALLINSON LLC** |
|---|---|
| */s/ Jeffrey R. Waxman* | */s/ William D. Sullivan* |
| Jeffrey R. Waxman (DE Bar No. 4159) | William D. Sullivan (No. 2820) |
| Brya M. Keilson (DE Bar No. 4643) | William A. Hazeltine (No. 3294) |
| 500 Delaware Avenue, Suite 1500 | 919 North Market Street, Suite 420 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 888-6800 | Tel: (302) 428-8191 |
| Facsimile: (302) 571-1750 | Email: bsullivan@sha-llc.com |
| E-mail: jwaxman@morrisjames.com | whazeltine@sha-llc.com |
| E-mail: bkeilson@morrisjames.com | |
| | -and- |
| *Counsel to the Debtor and Debtor in Possession* | Colten L. Fleu, Esq. |
| | Mountain State Justice, Inc. |
| | 1217 Quarrier St. |
| | Charleston, WV 25301 |
| | Tel: (304) 326-0188 |
| | Email: colten@msjlaw.org |
| | |
| | -and- |
| | |
| | John Stember, Esq. |
| | Maureen Davidson-Welling, Esq. |
| | Stember Cohn & Davidson-Welling, LLC |
| | The Harley Rose Building |
| | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA 15219 |
| | Tel: 412-338-1445 |
| | Email: jstember@stembercohn.com |
| | mdavidsonwelling@stembercohn.com |
| | |
| | *Attorneys for the Reed Action Judgment Creditors* |

16427158/1