# SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787 JKS | DATE: 11/28/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | LHP Hospital Group |
| Linda Casey | UST | UST |
| Jeff Waxman | Morris James | Debtor |
| William Sullivan | Sullivan Hazeltine Allinson | Reed Action Creditors |
| William Hazeltine | " | " |
| Jami Nimeroff | Subchapter V Trustee | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Alecto Healthcare Services LLC - 23-10787**

**November 29, 2023 - 10:00AM**

**Omnibus Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Maureen | Davidson-Welling | Reed Judgment creditors | Stember Cohn & Davidson-Welling, LLC |
| Colten | Fleu | Reed Judgment Creditors | Mountain State Justice, Inc. |
| Alan | Friedman | Sherman Grayson Hospital | Shulman Bastian Friedman & Bui |
| Sasha | Gurvitz | Medical Properties Trust, Inc. and Affiliates | KTBS Law LLP |
| Brya | Keilson | Alecto Healthcare Services LLC | Morris James LLP |
| David | Klauder | Medical Properties Trust | Bielli & Klauder, LLC |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Paula | Subda | USBC | USBC |
| Vince | Sullivan | Law360 | |
| Zoe | Wadge | Pension Benefit Guaranty Corporation | |