**Alecto Healthcare Services LLC - 23-10787**

**December 1, 2023 - 11:00AM**

**Bench Ruling**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Brya | Keilson | Alecto Healthcare Services LLC | Morris James LLP |
| Michael | Sarrao | Alecto Healthcare Services LLC | |
| Mark | Minuti | LHP Hospital Group | Saul Ewing LLP |
| Melissa | Hartlipp | Medical Properties Trust, Inc. | Bielli & Klauder, LLC |
| R. Stephen | McNeill | Official Committee of Unsecured Creditors of | Potter Anderson & Corroon LLP |
| Zoe | Wadge | Pension Benefit Guaranty Corporation | |
| William | Hazeltine | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson |
| William | Sullivan | Reed Action Judgment Creditors | Sullivan Hazeltine Allinson LLC |
| Maureen | Davidson-Welling | Reed judgment creditors | Stember Cohn & Davidson-Welling, LLC |
| Colten | Fleu | Reed Judgment Creditors | Mountain State Justice |
| Bren | Pomponio | Reed Judgment Creditors | Mountain State Justice |
| Alan | Friedman | Sherman Grayson Hospital, LLC | |
| Max | Casal | Sherman/Grayson Hospital, LLC | |
| Jami | Nimeroff | Subchapter V trustee | |
| Linda | Casey | United States Trustee | |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Paula | Subda | USBC | USBC |