**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **D.I. 204, 219, 226, and 227** |

**ORDER DENYING OBJECTION OF THE REED ACTION JUDGMENT CREDITORS TO DEBTOR'S DESIGNATION OF THIS CASE AS A SUBCHAPTER V CASE AND MOTION TO REVOKE DEBTOR'S DESIGNATION AS A SUBCHAPTER V DEBTOR**

The Court having considered the Objection of the Reed Action Judgment Creditors (the "Reed Creditors") to the Designation by the Debtor (the "Debtor") of this Case as a Subchapter V Case and Motion to Revoke the Debtor's Designation as a Subchapter V Debtor [Docket No. 204] (the "Objection"), the Debtor's response in opposition to the Objection [Docket No. 226], and the Reed Creditor's reply in support of the Objection [Docket No. 227], and the Court having conducted an evidentiary hearing on November 29, 2023, to consider the Objection and response in opposition thereto; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue being proper pursuant to 28 U.S.C. § 1409, and this Court having issued its oral ruling at a hearing on December 1, 2023 (the "Hearing") at which time the Court ruled that the Debtor is eligible for relief as a debtor under subchapter v of the Bankruptcy Code as an eligible debtor as set forth in 11 U.S.C. § 1182, it is hereby

ORDERED THAT for the reasons set forth on the record at the Hearing, the relief sought by the Objection is DENIED; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

2

ORDERED THAT the Court's ruling relates to the Objection only and is without prejudice to the claims of any creditor; and it is further

ORDERED THAT the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: December 4th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE