# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, [1] | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on December 14, 2023, undersigned counsel caused copies of (1) *The Reed Action Judgment Creditors' First Set of Interrogatories* and (2) *The Reed Action Judgment Creditors' First Set of Requests for Production of Documents* to be served upon the Debtor's counsel listed below via Electronic Mail:

>Jeffrey R. Waxman, Esq.
>Brya M. Keilson, Esq.
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>jwaxman@morrisjames.com
>bkeilson@morrisjames.com

Date:  December 14, 2023
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org

-and-

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
       mdavidsonwelling@stembercohn.com

*Attorneys for the Reed Action Judgment Creditors*

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 14th day of December 2023, a copy of the foregoing *Notice of Service of Discovery* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

| *Proposed Counsel for the Debtor:* | *Counsel to the Independent Director:* |
|---|---|
| Jeffrey R. Waxman, Esq.<br>Brya M. Keilson, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>bkeilson@morrisjames.com | Justin R. Alberto, Esq.<br>Cole Schotz P.C.<br>500 Delaware Ave., Suite 1410<br>Wilmington, DE 19801<br>JAlberto@coleschotz.com |
| *Subchapter V Trustee:* | *U.S. Trustee:* |
| Jami Nimeroff, Esq.,<br>Brown McGarry Nimeroff LLC<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>JNimeroff@bmnlawyers.com | Linda Casey<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov |

December 14, 2023       */s/ William D. Sullivan*
Date       William D. Sullivan