**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 15, 2023 AT 10:00 A.M. (ET)**

> **THE HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.**
>
> **PARTIES WISHING TO OBSERVE OR PARTICIPATE IN ACCORDANCE WITH THE COURT'S CHAMBERS PROCEDURES[3] MAY ATTEND REMOTELY OVER ZOOM. ANY PARTY WISHING TO APPEAR BY ZOOM MUST REGISTER BY DECEMBER 14, 2023 AT 4:00 P.M. (ET) AT THE LINK BELOW:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItceugrj0iGkCOLDE55vBNmDdeI0d4CxA
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTERS GOING FORWARD:**

1. Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed September 14, 2023; Docket No. 155].

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Amended items appear in **BOLD**.

[3] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

16454485/1

Objection Deadline: September 29, 2023 at 4:00 p.m. (ET). Extended to October 4, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Subchapter V Trustee, and the Reed Action Judgment Creditors.

Responses/Objections Received:

A. Subchapter V Trustees Reservation of Rights Regarding the Debtors Request for an Order (A) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (B) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 166].

B. Objection of the Reed Action Judgment Creditors to Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto [Filed October 9, 2023; Docket No. 169].

Related Documents(s):

A. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed September 14, 2023; Docket No. 154].

B. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 170].

C. Notice of Filing Blackline of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed October 9, 2023; Docket No. 171].

D. Statement by the Debtor with Respect to Clarification with Respect to the Solicitation and Voting of Creditors [Filed October 17, 2023; Docket No. 181].

E. Notice of Status Conference [Filed October 20, 2023; Docket No. 189].

F. Letter to Judge Stickles from William D. Sullivan Regarding Class Notice sent to Reed Class Members [Filed October 30, 2023; Docket No. 202].

Status: This matter is going forward.

**FEE APPLICATIONS:**

2. Interim Fee Applications – See Attached **Exhibit A**.

    Objection Deadline: November 29, 2023 at 4:00 p.m. (ET).

    Responses/Objections Received: None

Related Documents:

A. Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Filed December 1, 2023; Docket No. 238].

B. **First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Entered December 15, 2023; Docket No. 250].**

**Status: An Order was entered by the Court on December 15, 2023. Accordingly, a hearing on this matter is no longer necessary.**

| | |
|---|---|
| Dated: December 15, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |