IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 155** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE
DEBTOR FOR AN ORDER (I) SCHEDULING A HEARING ON
PLAN CONFIRMATION AND DEADLINES RELATED THERETO; AND
(II) APPROVING THE SOLICITATION, NOTICE AND TABULATION
PROCEDURES AND THE FORMS RELATED THERETO**

I, Jeffrey R. Waxman, hereby certify as follows:

1. On September 14, 2023, the for the above-captioned debtor and debtor in possession filed the *Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto* [Docket No. 155] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On December 15, 2023, the Court conducted a hearing to consider approval of the Motion. At the hearing, the Court approved the Motion, subject to revision of the proposed order (the "Proposed Order") to include comments from the Office of the United States Trustee (the "US Trustee") and the Subchapter V Trustee.

3. The Proposed Order has been revised to incorporate the US Trustee's and the Subchapter V Trustee's comments ("Revised Proposed Order") and is attached hereto as **Exhibit 1**. Attached hereto as **Exhibit 2** is a blackline comparing the Revised Proposed Order to the Proposed Order attached to the Motion as Exhibit A.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16463190/1

4. A copy of the Revised Proposed Order has been circulated to the US Trustee, the Subchapter V Trustee, and counsel to the Reed Action Judgment Creditors. The US Trustee and Subchapter V Trustee do not object to the entrance of the Revised Proposed Order.  The Debtor has not received a response form counsel to the Reed Action Judgment Creditors.

5. The undersigned counsel is available if the Court has any concerns with respect to the foregoing, and respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: December 20, 2023                **MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*