# **EXHIBIT 2**

Blackline Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787 (JKS) |
| Debtor.[1] | **Re: Docket No. ___** |

**ORDER (I) SCHEDULING A HEARING ON PLAN CONFIRMATION
AND DEADLINES RELATED THERETO; AND (II) APPROVING THE
~~SOLICITATION, NOTICE AND TABULATION PROCEDURES AND THE~~
NOTICE AND THE FORMS RELATED THERETO**

Upon consideration of the motion (the "Motion") of Alecto Healthcare Services LLC, the debtor and debtor in possession herein (the "Debtor") for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; due, adequate and sufficient notice of the Motion having been given; and this Court having reviewed the Motion, having heard the arguments of the Subchapter V Trustee and the United States Trustee, and having heard the statements in support of the relief requested therein at a hearing before this Court; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor,

THE COURT HEREBY FINDS AS FOLLOWS:

A.    The procedures set forth below for the solicitation ~~and tabulation of votes to accept~~

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

or reject of the Plan provide for a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code.

  B.  The contents of the Solicitation Package, as set forth in the Motion, Plan and the Confirmation Hearing Notice comply with Bankruptcy Rules 2002 and 3017 and constitute sufficient notice to all interested parties including, without limitation, Holders of Claims and Interests in the Debtor.

  C.  The Confirmation Hearing Notice, substantially in the form attached hereto as **Exhibit 1**, satisfies the requirements of due process with respect to all Holders of Claims and Interests.

  D.  The form of Ballots for Class 3, substantially in the forms attached hereto as **Exhibit 2**: (i) is sufficiently consistent with Official Form B314; (ii) adequately addresses the particular needs of the Chapter 11 Case; and (iii) is appropriate for the Voting Class.

  E.  The voting instructions and procedures attached to the Ballot provide for a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code and the applicable Bankruptcy Rules.

  FD.  Ballots need not be provided to Holders of Unclassified Claims.  Further, Ballots need not be provided to Holders of Secured Claims, Priority Unsecured Claims, General Unsecured Claims of Ongoing Vendors and Equity Interest Holders respectively, as such non-voting classes are unimpaired and are conclusively presumed to have accepted the Plan in accordance with sections 1126(f) of the Bankruptcy Code.Claims.

  G.  The period during which the Debtor may solicit votes to accept or reject the Plan, as established by this Order, provides sufficient time for Holders of Claims in the Voting Class to make informed decisions to accept or reject the Plan, and submit their Ballots in a timely fashion.

H.    The Tabulation Procedures (as defined below) for the solicitation and tabulation of votes to accept or reject the Plan, as approved herein, provide a fair and equitable voting process and are consistent with section 1126 of the Bankruptcy Code.

IT IS HEREBY FOUND AND DETERMINED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The ~~Confirmation Hearing Notice~~confirmation hearing notice, in substantially the form attached hereto as **Exhibit 1** ("Confirmation Hearing Notice"), is approved, and by no later than ~~three business days after entry of this Order~~December 27, 2023, the Debtor shall ~~commence serving~~ serve the Confirmation Hearing Notice on: (i) all known creditors and equity security holders (but not on any of the Debtor's customers that did not file Proofs of Claim), (ii) all parties filing a notice of appearance and request for service pursuant to Bankruptcy Rule 2002 in the Chapter 11 Case, (iii) state and local taxing authorities for all jurisdictions in which the Debtor did business, (iv) the Internal Revenue Service, (v) the United States Attorney for the District of Delaware, (vi) holders of Claims or Interests ~~whether in the Voting Class or in the Non-Voting Classes~~, (vii) the United States Trustee, and (viii) all persons or entities listed on the Debtor's creditor mailing matrix (other than any of the Debtor's customers that did not file Proofs of Claim). (the "Notice Parties").

3.    The form of Ballot, in substantially the forms attached hereto as **Exhibit 2,** is approved, and by no later than three business days after entry of this Order, the Debtor shall commence serving a copy of the appropriate form of Ballot to all known Holders of Claims in Class 3.

4.The form of Notice of Unimpaired Non-Voting Status, in substantially the form attached hereto as **Exhibit 3,** is approved, and by no later than three business days after entry of this Order,

~~the Debtor shall commence serving all known Holders of Claims in Class 1 (Priority Non-Tax Claims), Class 2 (Secured Claims), and Class 4 (Equity Interest Holders) with the Notice of Unimpaired Non-Voting Status.~~

3.    ~~5.~~The service of the Plan and the Confirmation Hearing Notice ~~and Solicitation Procedures Order as contemplated herein~~ satisfies the requirements of due process with respect to all Holders of Claims and Interests, whether known or unknown.

~~6.    Pursuant to Bankruptcy Rule 3017(d), **October 5, 2023** (the "Voting Record Date"), shall be the record date for purposes of determining which Holders of Claims are entitled to receive Solicitation Materials (as defined below) and, where applicable, vote on the Plan.  With respect to any transferred claim, the transferee shall only be entitled to receive and cast a Ballot on account of such transferred claim if the parties have completed all actions necessary to affect the transfer of the Claim pursuant to Bankruptcy Rule 3001(e) by the Voting Record Date (including without limitation, the passage of any applicable objection period).~~

4.    ~~7.~~No later than three business days after entry of this Order, counsel for the Debtor shall begin service of a copy of the following documents upon all the ~~Voting Class~~Notice Parties:

a.    the Plan and all other exhibits annexed thereto~~;~~, other than Exhibit D, which shall be made available upon request of any party in interest;  and

~~b.    the Solicitation Procedures Order, excluding the exhibits annexed thereto;~~

~~c~~b.    the Confirmation Hearing Notice, substantially in the form attached hereto as **Exhibit 1**;

~~d.    a Ballot, substantially in the form attached hereto as **Exhibit 2**; along with a pre-addressed return envelope;~~

~~and~~

4

e.    such other materials as the Court may direct or approve, including any supplemental solicitation materials the Debtor may file with the Court.

(collectively, the "~~Solicitation~~ Plan Materials").

8.    No later than three business days after entry of this Order, counsel shall begin serving those other documents approved by the Court hereto upon the Holders of Claims and Interests in the Non-Voting Classes, and other parties in interest as set forth herein. Such materials, including (a) the Confirmation Hearing Notice and (b) the Notice of Unimpaired Non Voting Status, shall be for information purposes only and not for solicitation since such Creditors and Interest Holders shall not be entitled to vote on the Plan or shall be deemed to have accepted or rejected the Plan, as applicable. The notice to Non-Voting Classes is hereby approved.

9.    To the extent that the Office of the United States Trustee, governmental units having an interest in the Chapter 11 Case or those parties requesting notice pursuant to Bankruptcy Rule 2002 have not otherwise received notice and information as described in paragraph 2 of this Order, or Solicitation Materials, by the Solicitation Commencement Date, the Debtor shall distribute, or cause to be distributed, by first class mail to such parties the following information (collectively, the "Information Package"): (a) the Plan, together with all other exhibits annexed thereto, (b) this Order, excluding the exhibits annexed thereto, and (c) the Confirmation Hearing Notice.

10.    In order to be counted as votes to accept or reject the Plan, Ballots must be properly executed, completed and delivered by (a) first class mail; (b) courier; (c) personal delivery, or (d) the Voting Agent's online Ballot submission portal, to the Voting Agent so that the Ballots are actually received no later than **November 6, 2023 at 4:00 p.m. (ET)** (the "Voting Deadline").

11.    Ballots transmitted by facsimile, e-mail, or other electronic means will not be counted, unless such Ballots are transmitted through the Voting Agent's online Ballot submission portal. Instructions for uploading a Ballot are on the Voting Agent's website.

12.    In tabulating votes, the following procedures shall be used to determine the voting amount for each Voting Claim (the "Tabulation Hierarchy"):

a.    The amount of the Claim listed in the Debtor's schedules of assets and liabilities; unless (i) such Claim is scheduled but listed (x) as contingent, unliquidated, undetermined, or disputed or (y) in the amount of $0.00, (ii) a Proof of Claim has been timely filed (or otherwise deemed timely filed by the Court under applicable law), (iii) such Claim has been satisfied by the Debtor, (iv) a Proof of Claim has been asserted in the amount of $0, or (v) such Claim has been resolved pursuant to a stipulation or order entered by the Court.

b.    The undisputed, non-contingent and liquidated amount specified in a Proof of Claim timely filed with the Court or the Voting Agent (or otherwise deemed timely filed by the Court under applicable law) to the extent such Proof of Claim has not been amended or superseded by another Proof of Claim filed on or before the Voting Record Date and is not the subject of an objection (or, if such Claim has been resolved pursuant to a stipulation or order entered by the Court, or otherwise resolved by the Court, the amount set forth in such stipulation or order).

c.    If a Proof of Claim timely filed with the Court or the Voting Agent (or otherwise deemed timely filed by the Court under applicable law) has been amended by a later Proof of Claim filed on or before the Voting Record Date, the later filed amending claim shall be entitled to vote in a manner consistent with these tabulation rules, and the earlier filed Proof of Claim shall be disallowed for voting purposes, regardless of whether the Debtor has objected to such amended claim.

d.    If a Proof of Claim has been timely filed with the Court or the Voting Agent (or otherwise deemed timely filed by the Court under applicable law) and such claim is asserted in the amount of $0.00, such claim shall not be entitled to vote.

e.    If a claim is proposed to be treated as Allowed under the Plan, such claim is allowed for voting purposes in the deemed Allowed amount set forth in the Plan. The Allowed amount of Class 3 Claims for voting purposes shall be the amount set forth in the Proof of Claim filed by such the Holder of the Class 3 Claim. If such Holder disagrees with the proposed distribution under the Plan as set forth in Exhibit B, he/she/it must file an objection to the Plan.

f.    If a claim is temporarily allowed by the Court for voting purposes pursuant to Bankruptcy Rule 3018, such claim is allowed for voting purposes in the amount permitted by the Court's order.

6

g.      Except as otherwise provided in subsection (e) hereof, a Ballot cast by an alleged Creditor who has timely filed a Proof of Claim in a wholly unliquidated, unknown, or uncertain amount that is not the subject of a claim objection filed on or before the Voting Deadline shall be counted in determining whether the numerosity requirement of section 1126(c) of the Bankruptcy Code has been met, and shall be ascribed a value of one dollar ($1.00) for voting purposes only in determining whether the aggregate Claim amount requirement of Bankruptcy Code Section 1126(c) has been met.

h.      Except as otherwise provided in subsection (e) hereof, if a Creditor casts a Ballot and has timely filed a Proof of Claim (or has otherwise had a Proof of Claim deemed timely filed by the Court under applicable law), but the Creditor's Claim is the subject of a claim objection filed by the Voting Deadline, the Debtor may request, in accordance with Bankruptcy Rule 3018(a), that the Creditor's Ballot not be counted.  Notwithstanding the above, the Recovery Calculation used to determine the distribution to be made to Class 3 Creditors shall not be treated as an objection to Class 3 Claims and as such, the Debtor shall not request that the Ballot of any Class 3 Creditor not be counted on the basis set forth in Bankruptcy Rule 3018(a).

13.      The following procedures and standard assumptions shall be utilized in tabulating the votes to accept or reject the Plan (the "Tabulation Procedures"):

a.      Creditors with multiple Claims within the Voting Class must vote all such Claims in the Voting Class to either accept or reject the Plan, and may not split their vote(s). Accordingly, an individual Ballot that partially rejects and partially accepts the Plan on account of multiple Claims within the Voting Class will not be counted.

b.      In the event a Claim is transferred after the transferor has executed and submitted a Ballot to the Voting Agent, the transferee of such Claim shall be bound by any such vote (and the consequences thereof) made by the Holder of such transferred Claim as of the Voting Record Date.

c.      The delivery of a Ballot will be deemed made only when the Voting Agent has actually received the original, executed Ballot or the Ballot is accepted through the Voting Agent's online Ballot submission portal on the Voting Agent's website.

d.      If a Holder of a Claim casts more than one Ballot voting the same Claim(s) before the Voting Deadline, the last properly executed Ballot received before the Voting Deadline shall supersede and revoke any earlier received Ballot, and only the last Ballot received before the Voting Deadline shall be counted.

e.      If a Holder of a Claim casts multiple Ballots on account of the same Claim or Class of Claims, which are received by the Voting Agent on the same day in the case of mailed submissions, but which are voted inconsistently, such Ballots shall not be counted.

f.      If a Holder of a Claim submits a duplicate paper Ballot and an electronic Ballot (as provided for using the E-Ballot platform on the Voting Agent's website), only the

electronic Ballot will be counted.

g.      Unless otherwise provided, any party who has delivered a valid Ballot for the acceptance or rejection of the Plan may withdraw such acceptance or rejection only by filing a noticed motion as provided for in Rule 3018(a).

h.      Subject to any contrary order of the Court, the Debtor reserves the right to reject any and all Ballots that are not in proper form.

i.      Subject to any contrary order of the Court, the Debtor reserves the right to waive any defects, irregularities, or conditions of delivery as to any particular Ballot, including failure to timely file such Ballot.

j.      Unless otherwise ordered by the Court, any defects or irregularities in connection with deliveries of Ballots must be cured within such time as the Debtor (or the Court) determines, and delivery of such Ballots will not be deemed to have been made until such irregularities have been cured or waived.

k.      Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to deliveries of Ballots, nor will any such party incur any liability for failure to provide such notification. Ballots previously furnished (and as to which any irregularities have not theretofore been cured or waived) will not be counted (except as set forth in subsection (j) above).

l.      The following Ballots shall not be counted in determining acceptance or rejection of the Plan:

(i)     any Ballot that is otherwise properly completed, executed and timely returned to the Voting Agent, but does not indicate an acceptance or rejection of the Plan, or indicates both an acceptance and a rejection of the Plan;

(ii)    any Ballot received after the Voting Deadline, except in the Debtor's discretion, or by order of this Court;

(iii)   any Ballot containing a vote that this Court determines, after notice and a hearing, was not solicited or procured in good faith or in accordance with the applicable provisions of the Bankruptcy Code;

(iv)    any Ballot that is illegible or contains insufficient information to permit the identification of the Creditor;

(v)     any Ballot that partially accepts, or partially rejects, the Plan;

(vi)    any Ballot cast by a Person or Entity that does not hold a Claim in the Voting Class;

(vii)   any unsigned Ballot or Ballot without an original signature, except for ballots cast using the Voting Agent's electronic portal and except in the Debtor's

~~discretion; and~~

~~(viii)   any Ballot transmitted to the Voting Agent by facsimile, e-mail, or other electronic means, except for ballots cast using the Voting Agent's electronic portal or otherwise permitted.~~

~~14.     To the extent a Holder of a Claim in the Voting Class has filed (i) duplicate Proofs of Claim with respect to a single Claim against the Debtor, or (ii) Proofs of Claim amending previous Proofs of Claim with respect to the Debtor, such Holder of a Claim shall be entitled to receive only one Solicitation Package and one Ballot for voting such Claim, whether or not the Debtor has objected to such Claim(s).~~

5.     ~~15.~~Objections to confirmation of the Plan, if any, must:  (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules, and (iii) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, no later than ~~November 6~~**January 24,** ~~2023~~ **2024 at 4:00 p.m.** (**ET**), and (iv) a copy must be served upon: (1) counsel to the Debtor, Morris James LLC, Attn: Jeffrey Waxman and Brya Keilson, jwaxman@morrisjames.com and bkeilson@morrisjames.com;   (2)   the   United   States   Trustee   to   Linda   Casey   at linda.casey@usdoj.gov   and   (4~~3~~)   the   Subchapter   V   Trustee,   Jami   Nimeroff   at jnimeroff@bmnlawyers.com.   Unless an objection is timely Filed and served, it may not be considered by the Bankruptcy Court at the Confirmation Hearing.

~~16.     On or before **November 8, 2023**, the Voting Agent will file a signed declaration setting forth the final voting results and methodology used to tabulate the votes, including which parties, if any, opted out of the Release, including whether any Ballots were not accepted, or were rejected, and the reason for such, and whether the Debtor accepted any ballots after the Voting Deadline (the "Voting Declaration").~~

6.       No later than **January 30, 2024,** the Debtor shall file a proposed confirmation order.

7.       ~~17.~~No later than ~~November 10~~**January 30,** ~~2023~~ **2024,** any party in interest may file a brief in support of confirmation and submit any evidence in support of confirmation of the Plan, as well as respond to any objections or responses filed in opposition to the Plan.

~~18.       No later than **November 13, 2023 at noon,** the Debtor shall file a proposed confirmation order.~~

8.       ~~19.The Confirmation Hearing is hereby scheduled for **November 15, 2023 at 11:00 a.m.**~~ The Confirmation Hearing is hereby scheduled for **February 6, 2024, at 10:00a.m.** **(prevailing Eastern time).**  The Confirmation Hearing may be continued from time to time by the Debtor without further notice other than by (i) announcing the adjourned date(s) at the Confirmation Hearing (or any continued hearing), or (ii) filing a notice with the Court.

9.       ~~20.~~The Debtor is authorized to make non-substantive and ministerial changes to any notices, packages or documents approved hereunder, including ~~those in the Solicitation Materials,~~ the Confirmation Hearing Notice without further approval of the Court prior to their dissemination, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes to the Plan and any other notices, packages or documents approved hereunder, including those in the ~~Solicitation~~ Plan Materials, prior to their distribution. If the Debtor makes any such changes, the Debtor shall file the revised documents with the Court prior to dissemination.

10.       ~~21.~~The Debtor is authorized to take or refrain from taking any action necessary or appropriate to implement the terms of, and the relief granted in, this Order without seeking further order of the Court.

10

11.    ~~22.~~The Court shall retain jurisdiction as to all matters relating to the interpretation, implementation, and enforcement of this Order.

12.    ~~23.~~This Order is effective immediately upon entry.

**<u>EXHIBIT 1</u>**

Confirmation Hearing Notice

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ~~IN RE~~In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787 (JKS) |
| Debtor.[2] | |

**NOTICE OF HEARING ON CONFIRMATION OF SMALL BUSINESS DEBTOR'S
PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR**

PLEASE TAKE NOTICE THAT on _____, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order granting the Motion of the Debtor for an Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the ~~Solicitation,~~ Notice ~~and Tabulation Procedures~~ and the Forms Related Thereto (the "~~Solicitation~~ Procedures Order"). A copy of all pleadings filed in the above-referenced bankruptcy case, including the ~~Solicitation~~ Procedures Order, are available on the Court's website at www.ecf.deb.uscourts.gov.

> PLEASE TAKE FURTHER NOTICE THAT ~~the deadline to vote on the Plan is November 6, 2023 at 4:00 p.m. (prevailing Eastern Time) and~~ the deadline for filing objections to the Plan is **on or before,** ~~November 6~~January 24, ~~2023~~ 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "Plan Objection Deadline").

Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be actually received prior to the Plan Objection Deadline: (1) counsel to the Debtor, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, Attn: Jeffrey Waxman and Brya Keilson, (jwaxman@morrisjames.com) and (bkeilson@morrisjames.com); (2) the Subchapter V Trustee, Jami B. Nimeroff (jnimeroff@bmnlawyers.com); and (3) the United States Trustee to Linda Casey at (linda.casey@usdoj.gov).

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider final ~~approval of the disclosures in the Plan and~~ confirmation of the Plan ~~(the "Combined Hearing")~~ will commence on ~~November 15~~February 6, ~~2023 at 11:00~~ 2024 at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Kate Stickles in the United States Bankruptcy Court for the District of Delaware.

---

[2] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

PLEASE BE ADVISED: THE ~~COMBINED~~ HEARING TO CONSIDER THE PLAN MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTOR WITHOUT FURTHER NOTICE OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

~~CRITICAL~~ INFORMATION REGARDING ~~VOTING ON~~ THE PLAN

~~Voting Record Date. The voting record date is **October 5, 2023** (the "Voting Record Date"), which is the date for determining which Holders of Claims in Class 3 are entitled to vote on the Plan.~~

~~Voting Deadline. The deadline for voting on the Plan is on **November 6, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan you must: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is actually received by the Debtor's voting agent on or before the Voting Deadline. A failure to follow such instructions may disqualify your vote.~~

~~CRITICAL~~ INFORMATION REGARDING RELEASE, EXCULPATION AND INJUNCTION PROVISIONS IS IN ARTICLE 7 OF THE PLAN. **THE DEBTOR STRONGLY RECOMMENDS THAT YOU REVIEW ALL OF THE PROVISIONS OF ARTICLE 7 OF THE PLAN, A COPY OF WHICH IS AVAILABLE AT** WWW.ECF.DEB.USCOURTS.GOV.

ADDITIONAL INFORMATION

~~The materials in the Solicitation Package are intended to be self-explanatory. If~~ Please note that due to its size and the costs of service, **Exhibit D** to the Plan, the report of Gould Consulting Services, is not being sent to all creditors (the "Gould Report"). A copy of the Gould Report is available upon request, either by telephone call or email to the undersigned counsel for the Debtor. Additionally, if you would like copies of any of the documents filed in this chapter 11 case, you may also obtain for a fee via PACER at: http://www.deb.uscourts.gov.

BINDING NATURE OF THE PLAN: IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, OR HAS FILED A PROOF OF CLAIM IN THIS CHAPTER 11 CASE~~, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN~~.

**Amendments to the Plan and Related Documents.**

The Debtor reserves the right to make non-substantive or immaterial changes to the ~~Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Packages, and~~ Plan, related documents without further order of the Court, including changes to correct typographical and grammatical errors, if any.

DATED: ~~September~~
December ___, 2023

**MORRIS JAMES LLP**

*/s/*_____ _____
__

Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: jwaxman@morrisjames.com
Email: bkeilson@morrisjames.com

*Counsel for the Debtor and Debtor in
Possession*

**EXHIBIT 2**

Ballot

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787 (JKS) |
| Debtor.[3] | |

**CLASS 3 (GENERAL UNSECURED CLAIMS)
BALLOT FOR ACCEPTING OR REJECTING SMALL BUSINESS
DEBTOR'S PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE THAT on _____, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")[4] entered an Order granting the Motion of the Debtor (i) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (ii) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto (the "Solicitation Procedures Order"). A copy of the Solicitation Procedures Order is available on the Bankruptcy Court's website (ecf.deb.uscourts.gov).

This ballot is being provided to you because records indicate that you are a Holder of a Class 3 Claim (General Unsecured Claims) as of October 5, 2023 (the "Voting Record Date"), and, accordingly, you have a right to vote to accept or reject the Plan. This Ballot may not be used for any purpose other than for submitting votes with respect to the Plan.

**ANY BALLOTS SUBMITTED MUST BE ACTUALLY RECEIVED NO LATER THAN NOVEMBER 6, 2023 AT 4:00 P.M. (ET) (the "Voting Deadline").**

**Your rights are described in the Plan. Please read the Plan and follow the enclosed voting instructions carefully before completing this ballot. You may wish to seek legal advice concerning this Ballot, the Plan, or your treatment under the Plan.**

You must submit your ballot to Stretto, Inc. (the "Voting Agent"), by mail, hand delivery or overnight delivery to the address listed below.

Alecto Ballot Processing
c/o Stretto

---

[3] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[4] Capitalized terms used but not otherwise defined herein shall have meanings ascribed to them in the Plan.

410 Exchange, Suite 100
Irvine, CA 92602

You can also submit your ballot electronically at https://balloting.stretto.com/

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the Holders of at least two-thirds in amount and more than one-half in number of claims in at least one class that votes on the Plan and if the Plan otherwise satisfies the requirements for confirmation provided by section 1191 of the Bankruptcy Code.

**THIS BALLOT MUST BE ACTUALLY RECEIVED BY 4:00 P.M. (EASTERN TIME) ON NOVEMBER 6, 2023.**

If the Bankruptcy Court confirms the Plan, it will bind you regardless of whether you have voted.  If you object to confirmation of the Plan, you must file an objection to the Plan by the Voting Deadline.  No person has been authorized to give any information or advice, or to make any representation, other than what is included in the materials delivered with this ballot.

**Amount of Class 3 Claim (General Unsecured Claims)**

The undersigned hereby certifies that as of October 5, 2023, the undersigned was the owner (or authorized signatory for an owner) of a General Unsecured Claim in the amount of $_____.

**Vote of Class 3 Claim**

The Holder of the Class 3 Claim set forth in Item 1 votes to (please check one):

| **Accept the Plan (votes FOR)** | **Reject the Plan (votes AGAINST)** |
|:---:|:---:|
| ☐ | ☐ |

**Your rights are described in the Plan. Please read and follow the enclosed voting instructions carefully before completing this ballot.**

**Certifications.**

Upon execution of this Ballot, the undersigned certifies that:

as of the Voting Record Date, the undersigned was the owner (or authorized signatory for an owner) of a Class 3 Claim in the amount set forth in Item 1;

the Holder is eligible to be treated as the Holder of the Class 3 Claim set forth in Item 1 for the purposes of voting on the Plan;

the Holder has received a copy of the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

the Holder has not relied on any statement made or other information received from any person with respect to the Plan other than the information contained in the Solicitation Package or other publicly available materials;

the Holder understands and acknowledges that only the latest-dated Ballot cast and actually received by the Voting Deadline with respect to the Class 3 Claim set forth in Item 1 will be counted, and, if any other Ballot has been previously cast with respect to the Class 3 Claim set forth in Item 1, such other Ballot shall be deemed revoked;

the Holder understands and acknowledges that the Debtor shall verify the amount of the Class 3 Claim held by the Holder as of the Voting Record Date set forth in Item 1.

the Holder understands and acknowledges that all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the Holder hereunder, shall be binding upon the transferees, successors, assigns, heirs, executors, administrators, and legal representatives of the Holder and shall not be affected by, and shall survive, the death or incapacity of the Holder.

**Holder Information and Signature.**

Name of Holder: _____
*(print or type)*
*(optional)*

Signature: _____

Name of Signatory: _____
*(if other than Holder)*

Title: _____

Address: _____

18

_____    _____

_____    _____

Date Completed: _____

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT PROMPTLY BY MAIL TO, HAND DELIVERY OR OVERNIGHT DELIVERY TO**

Alecto Ballot Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

**ALTERNATIVELY, BALLOTS MAY BE SUBMITTED ONLINE AT https://balloting.stretto.com/**

**THIS BALLOT MUST BE ACTUALLY RECEIVED BY THE VOTING DEADLINE, WHICH IS 4:00 P.M. (EASTERN TIME) ON NOVEMBER 6, 2023.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING INSTRUCTIONS, PLEASE CONTACT THE VOTING AGENT AT (800) 634-7734.**

**VOTING INSTRUCTIONS FOR CLASS 3 (GENERAL UNSECURED CLAIMS)**

As described in the Plan, the Debtor is soliciting the votes of Holders of Class 3 Claims with respect to the Plan. The Plan is included in the Solicitation Package you are receiving with the Ballot. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Plan.

To ensure that your vote is counted, you must: (a) complete the Ballot; (b) indicate your decision either to accept or reject the Plan in Item 2 of the Ballot; and (c) sign and return the Ballot in accordance with the instructions on the Ballot so that it is **actually received by the Voting Deadline**.

The time by which a Ballot is **actually received** by the Voting Agent shall be the time used to determine whether a Ballot has been submitted by the Voting Deadline. The Voting Deadline is **November 6, 2023 at 4:00 p.m.** (Eastern Time).

If a Ballot is received after the Voting Deadline, it will not be counted unless the Debtor determines otherwise or as permitted by the Bankruptcy Court. In all cases, Holders should allow sufficient time to assure timely delivery. No Ballot should be sent to any party other than the Voting Agent at the address above.

If multiple Ballots are received from an individual Holder with respect to the same Claim prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any previously received Ballot.

The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan and to make certain certifications with respect thereto.

The Ballot does not constitute, and shall not be deemed to be: (a) a proof of claim or equity interest; or (b) an assertion or admission with respect to any claim or equity interest.

Please be sure to sign and date your Ballot. If you are completing the Ballot on behalf of an Entity, indicate your relationship with that Entity and the capacity in which you are signing.

You must vote your entire Class 3 Claim either to accept or reject the Plan and may not split your vote. Accordingly, a Ballot that partially rejects and partially accepts the Plan will not be counted.

Any Ballot that is properly completed, executed, and timely returned to the Voting Agent that fails to indicate acceptance or rejection of the Plan or that indicates both an acceptance and a rejection of the Plan will not be counted.

The following Ballots will not be counted in determining the acceptance or rejection of the Plan: (a) any Ballot that is illegible or contains insufficient information to permit the identification of the Holder; (b) any Ballot cast by a Person or Entity that does not hold a Claim or Equity Interest in a Class that is entitled to vote on the Plan; (c) any unsigned Ballot; (d) any Ballot not marked to accept or reject the Plan, or marked both to accept and reject the Plan, or marked to partially reject and partially accept the Plan; and/or (e) any Ballot submitted by a party not entitled to cast a vote with respect to the Plan.

**EXHIBIT 3**

Notice of Unimpaired Non-Voting Status
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>ALECTO HEALTHCARE SERVICES LLC,<br><br>Debtor.[5] | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

---

[5] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**NOTICE OF NON-VOTING STATUS ON SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION TO HOLDERS OF UNIMPAIRED CLAIMS CONCLUSIVELY PRESUMED TO ACCEPT THE PLAN**

PLEASE TAKE NOTICE THAT on _____, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")[6] entered an Order granting the Motion of the Debtor (i) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (ii) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto (the "Solicitation Procedures Order"). A copy of the Solicitation Procedures Order is available on the Bankruptcy Court's website (ecf.deb.uscourts.gov).

PLEASE TAKE NOTICE THAT you are a Holder or potential Holder of a Claim against the Debtor that, due to the nature and treatment of such Claim under the Plan, is not entitled to vote on the Plan. Specifically, under the terms of the Plan, a Holder of a Claim in a Class that is not Impaired under the Plan and therefore, conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, is not entitled to vote on the Plan.

PLEASE TAKE FURTHER NOTICE THAT if you would like to obtain a copy of the Plan or related documents at no additional cost, you should contact the Debtor's undersigned counsel.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT COUNSEL FOR THE DEBTOR AT (302) 888-6800.**

---

[6] Capitalized terms used but not otherwise defined herein shall have meanings ascribed to them in the Plan.