## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Alecto Healthcare Services LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10787 (JKS) |

### AFFIDAVIT OF SERVICE

I, Jeffrey Demma depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On December 19, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Small Business Debtor's Plan of Reorganization Proposed by the Debtor** (Docket No. 261)

- **Notice of Filing of Blackline of Small Business Debtor's Plan of Reorganization Proposed by the Debtor** (Docket No. 261)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: December 20, 2023

*Jeffrey Demma*
Jeffrey Demma

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 20th day of December 2023 by Jeffrey Demma.

*Kerrie Lynne Darby*
(Notary's official signature)

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alecto Healthcare Services LLC | | 101 N Brand Boulevard | Suite 1920 | | Glendale | CA | 91203-2696 |
| American Express | Attn President or Manager Agent | PO Box 0001 | | | Los Angeles | CA | 90096-0001 |
| Anthem Blue Cross | Attn President or Manager Agent | PO Box 51011 | | | Los Angeles | CA | 90051-5311 |
| AON Risk Consultants | Attn L Joe Galusha, President | 22922 Network Place | | | Chicago | IL | 60673-1229 |
| AON Risk Consultants Inc | Attn L Joe Galusha, President | 200 E. Randolph St | | | Chicago | IL | 60601-6436 |
| AT&T | Attn President or Manager Agent | PO Box 5014 | | | Carol Stream | IL | 60197-5014 |
| Bcal 101 North Brand Property LLC | Attn President or Manager Agent | 200 State Street | 5th Floor | | Boston | MA | 02109-2628 |
| Cardinal Health 200, LLC | | 7000 Cardinal Place | | | Dublin | OH | 43017-1091 |
| Cardinal Health 200, LLC | c/o Porter Wright Morris & Arthur LLC | 41 South High Street Suite 2900 | Attn Allen Carter Esq | | Columbus | OH | 43215-6165 |
| Combined Group Insurance Services | Attn President or Manager Agent | 14785 Preston Road | Suite 350 | | Dallas | TX | 75254-6862 |
| Evangeline Douglas | | Address Redacted | | | | | |
| F. Alex Risovich | Risovich Law Offices, PLLC | 3023 Pennsylvania Avenue | | | Weirton | WV | 26062-3701 |
| First Insurance Funding | Attn President or Manager Agent | 450 Skokie Boulevard | Suite 1000 | | Northbrook | IL | 60062-7917 |
| GRM Information Management Services of San F | Attn President or Manager Agent | 41099 Boyce Road | | | Fremont | CA | 94538-2434 |
| Jeffrey R. Waxman Brya Michele Keilson | Morris James LLP | 500 Delaware Avenue | PO Box 2306 | Suite 1500 | Wilmington | DE | 19899-2306 |
| Konica Minolta Premier Finance | Attn: President or Manager | PO Box 41602 | | | Philadelphia | PA | 19101-1602 |
| Moss Adams LLP | Attn President or Manager Agent | 2040 Main Street | Suite 900 | | Irvine | CA | 92614-8213 |
| New Horizon Communications | Attn President or Manager Agent | PO Box 981073 | | | Boston | MA | 02298-1073 |
| Olshan Frome Wolosky LLP | Attn Thomas J Fleming Esq | 1325 Avenue of the Americas | | | New York | NY | 10019-6047 |
| Plaintiffs in Reed v. Alecto Keith Reed, et | c/o Laura Davidson & Bren Pompomio | 1217 Quarrier Street | Mountain State Justice, Inc. | | Charleston | WV | 25301-1809 |
| Sherman/Grayson Health System, LLC | c/o Ardent Health Services | One Burton Hills Blvd Suite 250 | Attn Presid, Manager Agent, Legal Depart | | Nashville | TN | 37215-6195 |
| Sherman/Grayson Health System, LLC | LHP Hospital Group, Inc. | One Burton Hills Boulevard Suite 250 | c/o Ardent Health Services | Attn Presid, Manager Agent,Legal Depart | Nashville | TN | 37215-6195 |
| Sylvia Ventura | | Address Redacted | | | | | |
| Symphony Risk Solutions LLC | Attn President or Manager Agent | 2425 N Central Expressway | Suite 900 | | Richardson | TX | 75080-2743 |
| Timothy Cogan | Cassidy Cogan Shapell & Voeglin LC | 1413 Eoff Street | | | Wheeling | WV | 26003-3554 |
| U.S. Department of Labor | Julie A. Su, U.S. Secretary of Labor | 35 N. Lake Ave., Suite 300 | EBSA - Attn: Padilla | | Pasadena | CA | 91101-4110 |

# **Exhibit B**

Document Ref: 4D5OD-W7S93-ZZSKS-TF7EC



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to LHP Hospital Group Inc | Holland & Knoight LLP | Eric J Taube<br>Trip Nix | eric.taube@hklaw.com<br>trip.nix@hklaw.com |
| Counsel to LHP Hospital Group Inc | Saul Ewing LLP | Mark Minuti | mark.minuti@saul.com |
| Counsel to Medical Properties Tust | Bielli & Klauder LLC | David M Klauder<br>Melissa M Hartlipp | dklauder@bk-legal.com<br>mhartlipp@bk-legal.com |
| Counsel to Medical Properties Tust | Ktbs Law LLP | Thomas E Patterson<br>Sasha M Gurvitz<br>Robert J Smith<br>N Tanner Frei | tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com<br>rsmith@ktbslaw.com<br>tfrei@ktbslaw.com |
| Counsel to Snyder Brothers Energy LLC | Whiteford Taylor & Preston LLP | Richard W Riley | rriley@whitefordlaw.com |
| Counsel to Snyder Brothers Energy LLC | Whiteford Taylor & Preston LLP | Ronald W Crouch | rcrouch@whitefordlaw.com |
| Counsel to Stember Cohn & Davidson-Welling, LLC | Mountain State Justice, Inc. | Colten L. Fleu | colten@msjlaw.org |
| Counsel to Stember Cohn & Davidson-Welling, LLC | Mountain State Justice, Inc. | Colten L. Fleu, Esq. | colten@msjlaw.org |
| Counsel to Stember Cohn & Davidson-Welling, LLC | Sullivan Hazeltine Allinson LLC | William D. Sullivan, William A. Hazeltine | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com |
| Counsel to the OCUC Sherman/Grayson Hospital, LLC | Potter Anderson & Corroon LLP | Christopher M Samis<br>Aaron H Stulman<br>R Stephen Mcneill | csamis@potteranderson.com<br>astulman@potteranderson.com<br>rmcneill@potteranderson.com |
| LHP Hospital Group, Inc. | c/o Saul Ewing, LLP | Attn: Mark Minuti | mark.minuti@saul.com |
| Maureen Davidson-Welling | Stember Cohn & Davidson-Welling | | mdavidsonwelling@stembercohn. |
| Pension Benefit Guaranty Corporation | | | burton.cassandra@pbgc.gov<br>efile@pbgc.gov<br>wadge.zoe@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Office of the General Counsel | | burton.cassandra@pbgc.gov<br>efile@pbgc.gov<br>wadge.zoe@pbgc.gov<br>efile@pbgc.gov |
| Subchapter V Trustee | Jami B Nimeroff | Brown McGarry Nimeroff LLC | jnimeroff@bmnlawyers.com |
| United States Department of Justice | Civil Division, Commerical Litigation Br | B Boynton, Deputy Assit Atty General et | leah.v.lerman@usdoj.gov |
| US Trustee | U.S. Trustee | Office of the United States Trustee | linda.casey@usdoj.gov |

In re: Alecto Healthcare Services LLC
Case No. 23-10787 (JKS)

Page 1 of 1

# Signature Certificate

Reference number: 4D5OD-W7S93-ZZSKS-TF7EC

| Signer | Timestamp | Signature |
|---|---|---|
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | |  |
| Sent:<br>Viewed:<br>Signed: | 20 Dec 2023 22:39:22 UTC<br>20 Dec 2023 22:39:28 UTC<br>20 Dec 2023 22:39:42 UTC | |
| **Recipient Verification:**<br>✔ Email verified | 20 Dec 2023 22:39:28 UTC | IP address: 4.2.49.178<br>Location: Denver, United States |
| **Jeffrey Demma**<br>Email: jeff.demma@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 20 Dec 2023 22:39:22 UTC<br>20 Dec 2023 22:39:26 UTC<br>20 Dec 2023 22:39:46 UTC | |
| **Recipient Verification:**<br>✔ Email verified<br>✔ Personally Known | 20 Dec 2023 22:39:26 UTC<br>20 Dec 2023 22:39:06 UTC | IP address: 73.210.193.242<br>Location: Tinley Park, United States |

Document notarized online using audio-video communication on:
20 Dec 2023 22:39:46 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

