## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 261** |

### NOTICE OF FILING OF REVISED EXHIBITS C AND G TO SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR

PLEASE TAKE NOTICE that on December 19, 2023, the for the above-captioned debtor and debtor in possession (the "Debtor") filed the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* [Docket No. 261] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the projected income statement attached at Exhibit C and the liquidation analysis attached at Exhibit G to the Plan (together, the "Plan Exhibits") have been revised.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, the revised Plan Exhibits (the "Revised Plan Exhibits") are attached hereto as **Exhibit 1**. Attached hereto as **Exhibit 2** is a blackline comparing the Revised Plan Exhibits to the Plan Exhibits previously filed.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16467066/1

| | |
|---|---|
| Dated: December 21, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |

16467066/1