Exhibit C
Cash Receipts
December 2023

**Alecto Healthcare Services LLC**
**Cash Receipts**
**December 2023**

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/1/23 - 12/28/23 | Payment | ACH CREDIT | Alecto Hayward | Disbursements from Alecto Hayward | 614,236.00 |
| 12/12/23 | Payment | ACH CREDIT | St. Rose Hospital | Payment from SRH towards Nov 2023 Shared Staff hours & services | 977.43 |
| 12/20/23 | Refund | WIRE | Shulman Bastian Friedman & Bui, LLP | Refund of Client Trust Funds | 73,728.00 |
| | | | | **Total** | **688,941.43** |

Exhibit D
Cash Disbursements
December 2023

**Alecto Healthcare Services, LLC**
**Disbursements**
**December 2023**

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|---|
| 12/01/23 | Bill Payment (Check) | ACH PMT | Modern Parking, Inc. | Dec 2023 Parking Fee - 288-202312-33643-2 | 420.00 |
| 12/01/23 | Bill Payment (Check) | ACH PMT | BCal 101 North Brand Property, LLC | Glendale Office Rent for Ste 1920 - Dec 2023 | 5,724.00 |
| 12/04/23 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Alecto Annual Insurance premia - Property and Excess | 5,998.61 |
| 12/04/23 | Bill Payment (Check) | ACH PMT | First Insurance Funding | Loan # 900-98209661-D&O ins instal 10 of 10 | 76,137.36 |
| 12/04/23 | Bill Payment (Check) | ACH DEBIT | City National Bank | Credit Card charges for Oct 2023 paid | 623.00 |
| 12/06/23 | Bill Payment (Check) | ACH PMT | Gould Consulting Services | Bankruptcy Forensic Investigation Aug 25 - Sept 30 2023 | 78,294.25 |
| 12/06/23 | Bill Payment (Check) | ACH PMT | Morris James LLP | Bankruptcy counsel for AHS - Services- Aug 11 - 31, 2023 | 105,232.81 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Dec 2023 SRH 81438560 11/25/23 | 344.64 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Dec 2023 Glendale 81438544 11/25/23 | 435.02 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Cyber Liability Insurance - Dec 2023 Inv 584828 | 3,973.06 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | Anthem Blue Cross | ALecto Health Insurance Premium - Dec 2023 | 11,796.17 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | MetLife Ins | Alecto Vision & Dental insurance premium - Dec 2023 | 1,112.88 |
| 12/07/23 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | Life, AD&D, CI, LTD etc. Dec 2023 Insurance premium | 3,276.44 |
| 12/11/23 | Bill Payment (Check) | ACH PMT | Cole Schotz P.C. | Ind. Director Counsel Nov & Dec 2023 Fee | 4,150.00 |
| 12/11/23 | Bill Payment (Check) | ACH PMT | Steven Balasiano | Nov 2023 Bankruptcy Independent Director Fees | 25,000.00 |
| 12/11/23 | Bill Payment (Check) | ACH PMT | ███████ | Expense Reimbursement - Nov 2023 | 1,666.75 |

Exhibit D
Cash Disbursements
December 2023

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|---:|
| 12/11/23 | Bill Payment (Check) | ACH PMT | Michael J. Sarrao | Expense Reimbursement - Nov 2023 | 1,447.78 |
| 12/11/23 | Bill Payment (Check) | ACH PMT | | Expense Reimbursement - Nov 2023 | 1,243.66 |
| 12/11/23 | Bill Payment (Check) | ACH DEBIT | AT&T | 326641155 Internet expense Dec 2023 | 203.30 |
| 12/12/23 | Bill Payment (Check) | 3487 | American Express | Nov 2023 Expense reimbursement - Lex Reddy | 6,793.69 |
| 12/18/23 | Bill Payment (Check) | ACH PMT | Moss Adams LLP | 2023 Tax Filing Fee for AHS and subsidiaries | 110,000.00 |
| 12/19/23 | Journal Entry | 1592 | Principal | PPE 11/25/2023 EE 401k contributions paid on 12/04/23. | 2,726.82 |
| | | | CA-EDD | EE/ER State payroll tax PPE 11/25/2023 paid on 12/04/23 | 4,877.98 |
| | | | Alecto | To record Net Payroll paid 12/15/23 for PPE 12/09/2023. | 41,226.66 |
| | | | IRS | To record EE/ER Fed payroll tax PPE 12/09/2023 | 17,049.95 |
| | | | CA-EDD | To record EE/ER State payroll tax PPE 12/09/2023 | 4,734.76 |
| | | | Principal | To record PPE 12/09/2023 EE 401k contributions | 2,726.82 |
| 12/27/23 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Dec 2023 SRH 81515263 12/09/23 | 632.79 |
| 12/28/23 | Bill Payment (Check) | ACH PMT | Steven Balasiano | Dec 2023 Bankruptcy Independent Director Fees | 25,000.00 |
| 12/29/23 | Bill Payment (Check) | WIRE PMT | Olshan Frome Wolosky | OVMC - Invoices 264211 & 264793 Oct & Nov | 24,171.00 |
| 12/31/23 | Journal Entry | 1593 | Alecto | To record Net Payroll paid 12/29/23 for PPE 12/23/2023. | 48,545.64 |
| | | | IRS | To record EE/ER Fed payroll tax PPE 12/23/2023 | 21,667.79 |
| 12/31/23 | Journal Entry | 1594 | City National Bank | Bank charges incurred in Dec 2023 accounted. | 465.85 |
| | | | | | **637,699.48** |

Exhibit E
Post-Petition Payables
As of 12/31/23

**Alecto Healthcare Services LLC**
**Post-Petition Payables**
**As of December 31, 2023**

| Date | Transaction Type | Num | Vendor | Open Balance |
|---|---|---|---|---:|
| 06/30/23 | Bill | June 01 - 15, 2023 | American Express | 2,513.87 |
| 08/15/23 | Vendor Credit | Account #s 09101511 & | GRM Information Management Services of San Francisco, LLC | (5,158.82) |
| 11/30/23 | Bill | Apr 2023 | Santhosh Alukuri | 2,229.99 |
| 12/04/23 | Bill | Nov 2023 | City National Bank | 566.93 |
| 12/15/23 | Bill | 288-202401-33643-1 | Modern Parking, Inc. | 420.00 |
| 12/20/23 | Bill | 288-202401-33643-2 | Modern Parking, Inc. | 105.00 |
| 12/20/23 | Bill | 288-202312-33643-3 | Modern Parking, Inc. | 52.50 |
| 12/29/23 | Bill | December 2023 | Matt Williams | 925.53 |
| 12/29/23 | Bill | April - 2 | Santhosh Alukuri | 903.82 |
| 12/31/23 | Bill | Dec 2023 | American Express | 3,741.10 |
| | | | | **6,299.92** |

Exhibit F
Accounts Receivable
As of 12/31/23

**Alecto Healthcare Services LLC**
**Receivables as of 12/31/23**

| Obligor | Description | Amount | Comments |
|---|---|---|---|
| Hayward Sisters Hospital | December 2023 Management Fee | $303,315.18 | |
| Hayward Sisters Hospital | December 2023 Expense Reimbursement | $977.43 | |
| Alecto Healthcare Services Martin's Ferry LLC | Inter-Company Receivable | $908,140.40 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Fairmont LLC | Inter-Company Receivable | $4,194,560.40 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Wheeling LLC | Inter-Company Receivable | $30,757,084.03 | Debtor does not expect to recover receivable |
| Sherman/Grayson Hospital, LLC | Inter-Company Receivable | $60,934,517.67 | Unsecured Claim in Bankruptcy |
| | | $97,098,595.11 | |

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1 (1)

Account #: 1XXX6065

This statement: December 29, 2023
Last statement: November 30, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075   0830L
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN-POSSESSION
CASE NO. 23-10787 (JKS)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

### Account Summary
| | |
|---|---|
| Account number | XXXX6065 |
| Minimum balance | $209.84 |
| Average balance | $27,210.24 |
| Avg. collected balance | $27,210.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (11/30/2023) | | | $832.84 |
| **Credits** Deposits (0) | + 0.00 | | |
| Electronic cr (2) | + 74,705.43 | | |
| Other credits (9) | + 614,236.00 | | |
| **Total credits** | | | +$688,941.43 |
| **Debits** Checks paid (1) | - 6,793.69 | | |
| Electronic db (3) | - 24,997.30 | | |
| Other debits (24) | - 607,381.85 | | |
| **Total debits** | | | -$639,172.84 |
| Ending balance (12/29/2023) | | | $50,601.43 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 12-12 | Preauthorized Credit ST. ROSE HOSPITA ALECTO HEA CCD ALECTO HEALTHC ALECTO INTER-COMPA NY ALLOCATIONS FOR NOV 2023 | 977.43 |
| 12-20 | Incoming Wire-Dom | 73,728.00 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 12-1 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 6,200.00 |
| 12-4 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 82,136.00 |
| 12-6 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 183,600.00 |
| 12-7 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 21,000.00 |
| 12-11 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 40,300.00 |
| 12-14 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 66,000.00 |
| 12-18 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 110,000.00 |
| 12-27 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 80,000.00 |
| 12-28 | Account Transfer Cr. FR ACC XXXX7509 ALECTO HEALTHCARE SERVIC | | 25,000.00 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3487 | 12-18 | 6,793.69 | | | | | | | | | |



# CITY NATIONAL BANK
### AN RBC COMPANY

ALECTO HEALTHCARE SERVICES LLC  
December 29, 2023

Page 2  
Account #: ■■■■6065

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 12-4 | Preauthorized Debit CNB CREDIT CARD PAYMENT ■■■6418 ALECTO HEALTHCARE CCD | 623.00 |
| 12-11 | Preauthorized Debit ATT PAYMENT WEB LEX REDDY | 203.30 |
| 12-29 | Bsuite Book Trans-Db | 24,171.00 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 12-1 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 6,200.00 |
| 12-4 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 82,136.00 |
| 12-6 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 183,600.00 |
| 12-7 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 20,500.00 |
| 12-11 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 33,510.00 |
| 12-14 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 66,000.00 |
| 12-18 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 110,000.00 |
| 12-18 | Service Charge ONLINE ACH ORIG CR EDIT ON US FOR 11/23 | | .25 |
| 12-18 | Service Charge BUS SUITE BAS IMAG ES VIEWED (11+) FOR 11/23 | | .60 |
| 12-18 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 11/23 | | 7.00 |
| 12-18 | Service Charge BUS SUITE BAS ACH MAINTENANCE FOR 11/23 | | 15.00 |
| 12-18 | Service Charge BUS SUITE BAS WIRE MAINTENANCE FOR 11/23 | | 15.00 |
| 12-18 | Service Charge ACH FILTER EXCEPTI ON ITEMS FOR 11/23 | | 15.00 |
| 12-18 | Service Charge ONLINE ACH ORIG CR ED TRANSIT FOR 11/23 | | 31.00 |
| 12-18 | Service Charge BUS SUITE BAS MAIN T (ACCTS 1-5) FOR 11/23 | | 40.00 |
| 12-18 | Service Charge BUS SUITE BAS MAIN T (ADD'L ACCTS) FOR 11/23 | | 50.00 |
| 12-18 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 11/23 | | 75.00 |
| 12-18 | Service Charge ACH FILE INPUT FOR 11/23 | | 125.00 |
| 12-20 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 12-27 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 80,000.00 |
| 12-28 | Account Transfer Dr. TO ACC ■■■■ 6508 ALECTO HEALTHCARE SERVIC | | 25,000.00 |
| 12-29 | Account Transfer Dr. TO ACC ■■■■ 7067 M/C HEALTHCARE LLC | | 22.00 |
| 12-29 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |
| 12-29 | Debit Memo STOP PAY ANNUAL FEE | | 20.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 11-30 | 832.84 | 12-7 | 709.84 | 12-18 | 1,106.43 | 12-29 | 50,601.43 |
| 12-1 | 832.84 | 12-11 | 7,296.54 | 12-20 | 74,819.43 | | |
| 12-4 | 209.84 | 12-12 | 8,273.97 | 12-27 | 74,819.43 | | |
| 12-6 | 209.84 | 12-14 | 8,273.97 | 12-28 | 74,819.43 | | |

Thank you for banking with Riverside Main Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC





Page 1       (0)

Account #: ____6508

This statement: December 29, 2023
Last statement: November 30, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075                                                              0830N
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN POSSESSION
(PAYROLL ACCOUNT)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

### Account Summary
| | |
|---|---|
| Account number | ____6508 |
| Minimum balance | $79.43 |
| Average balance | $5,487.13 |
| Avg. collected balance | $5,487.00 |

### Account Activity

| | | | |
|---|---|---|---|
| Beginning balance (11/30/2023) | | | $7,993.47 |
| **Credits** Deposits | (0) | + 0.00 | |
| Electronic cr | (0) | + 0.00 | |
| Other credits | (9) | + 606,946.00 | |
| Total credits | | | +$606,946.00 |
| **Debits** Checks paid | (0) | - 0.00 | |
| Electronic db | (28) | - 605,442.64 | |
| Other debits | (0) | - 0.00 | |
| Total debits | | | - $605,442.64 |
| Ending balance (12/29/2023) | | | $9,496.83 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 12-1 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 6,200.00 |
| 12-4 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 82,136.00 |
| 12-6 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 183,600.00 |
| 12-7 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 20,500.00 |
| 12-11 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 33,510.00 |
| 12-14 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 66,000.00 |
| 12-18 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 110,000.00 |
| 12-27 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 80,000.00 |
| 12-28 | Account Transfer Cr. FR ACC ____6065 ALECTO HEALTHCARE SERVIC | | 25,000.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 12-1 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 420.00 |
| 12-1 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 5,724.00 |
| 12-4 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS ____0041 NO NAME ON FILE CCD | 2,726.82 |
| 12-4 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ____5744 ALECTO HEALTHCARE CCD | 4,877.98 |
| 12-4 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 5,998.61 |
| 12-4 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 76,137.36 |
| 12-6 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 78,294.25 |
| 12-6 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 105,232.81 |
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 344.64 |
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 435.02 |
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 1,112.88 |



ALECTO HEALTHCARE SERVICES LLC
December 29, 2023

Page 2
Account #: 6508

## ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|---|---|---:|
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 3,276.44 |
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 3,973.06 |
| 12-7 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 11,796.17 |
| 12-11 | Preauthorized Debit 76508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 1,243.66 |
| 12-11 | Preauthorized Debit 76508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 1,447.78 |
| 12-11 | Preauthorized Debit 76508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 1,666.75 |
| 12-11 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 4,150.00 |
| 12-11 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 25,000.00 |
| 12-14 | Preauthorized Debit 76508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 17,049.95 |
| 12-14 | Preauthorized Debit 76508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 41,226.66 |
| 12-18 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS 0055 NO NAME ON FILE CCD | 2,726.82 |
| 12-18 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT 456 ALECTO HEALTHCARE CCD | 4,734.76 |
| 12-18 | Preauthorized Debit 76508 ALECTO HEA PAYMENTS ACH OFFSET ALECTO CCD | 110,000.00 |
| 12-27 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 632.79 |
| 12-28 | Preauthorized Debit 76508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 21,667.79 |
| 12-28 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 25,000.00 |
| 12-28 | Preauthorized Debit 76508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 48,545.64 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 11-30 | 7,993.47 | 12-6 | 517.64 | 12-14 | 7,804.63 | 12-28 | 9,496.83 |
| 12-1 | 8,049.47 | 12-7 | 79.43 | 12-18 | 343.05 | | |
| 12-4 | 444.70 | 12-11 | 81.24 | 12-27 | 79,710.26 | | |

Thank you for banking with Riverside Main Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



**Alecto Healthcare Services LLC**
**Income Statement**
**December 2023**

| | December 2023 |
|---|---:|
| **REVENUES** | |
| Inpatient Revenue - Routine | - |
| Inpatient Revenue - Ancillary | - |
| **Total IP Revenue** | - |
| Outpatient Revenue | - |
| **Total Patient Revenue** | - |
| | |
| Revenue Deductions | - |
| Bad Debt | - |
| **Total Deductions from Revenue** | - |
| | |
| **Total Net Patient Revenue (Excl. Suppl.)** | - |
| | |
| **SUPPLEMENTAL NET PATIENT REVENUE** | |
| WV Directed Payment Plan (DPP) | - |
| WV Direct Medical Education (DME) | - |
| OH Upper Payment Limit (UPL) | - |
| OH Hospital Care Assurance Program (HCAP) | - |
| TX LPPF | - |
| Medicaid DSH | - |
| Medicare Settlements | - |
| **Total Supplemental Revenue** | - |
| | |
| **Net Patient Revenue** | - |
| | |
| Other Operating Revenues | 303,315 |
| | |
| **TOTAL NET REVENUES** | 303,315 |
| | |
| **OPERATING EXPENSES** | |
| Salaries and Wages | 129,791 |
| Benefits | 13,915 |
| Payroll Taxes | 4,952 |
| PTO | 7,337 |
| Contract Labor | - |
| Labor Sub-Total | 155,995 |
| | |
| Supplies Billable | - |
| Supplies Non-Billable | 722 |
| Total Supplies | 722 |
| | |
| Purchased Services | - |
| Professional Fees | 135,380 |
| Repairs and Maintenance | |
| Rents and leases | 6,632 |
| Insurance | 19,619 |
| Utilities | 477 |
| Taxes and Licenses | - |
| Other Operating Expenses | 5,251 |
| Hospital Fees/Taxes | - |
| **Total Operating Expenses** | 324,076 |
| | |
| **EBITDAR** | (20,760) |
| | |
| **NON-OPERATING EXPENSES** | |
| Depreciation | 323 |
| Interest Income | - |
| Interest Expense | - |
| MPT Building Lease / Interest | - |
| Other Non-Operating Expense / (Revenue) | - |
| Gain (Loss) on Asset Sales | - |
| **Total Non-Operating Expenses** | 323 |
| | |
| **NET INCOME (LOSS)** | (21,083) |

**Alecto Healthcare Services LLC**
**Balance Sheet**
**As of 12/31/2023**

|  | 12/31/23 |
|---|---:|
| **ASSETS:** |  |
| Cash and Equivalents | 77,620 |
|  |  |
| Accounts Receivable | - |
| Allowance for Bad Debt | - |
| Allowance for Contractuals & Oth Adj | - |
| Supplemental A/R | - |
| Patient Accounts Receivable | - |
|  |  |
| Other Receivables | 9,248,826 |
| Inventories | - |
| Other Current Assets | 134,706 |
| Prepaid Insurance | - |
| Other Pre-Paid Expenses | 656,427 |
| Total Current Assets | 10,117,579 |
|  |  |
| Land and Improvements | - |
| Buildings and Improvements | - |
| Leaseholds | - |
| Equipment | 11,613 |
| Construction-In-Progress | - |
| Property and Equipment | 11,613 |
| Less: Accumulated Depreciation | (9,033) |
| Net Property and Equipment | 2,581 |
|  |  |
| Net goodwill | - |
| Other intangible assets | - |
| Total Long-Term Assets | 2,581 |
|  |  |
| **TOTAL ASSETS** | 10,120,160 |
|  |  |
| **LIABILITIES:** |  |
| Accounts Payable | 180,925 |
| Notes Payable | - |
| Capital Leases | - |
| Accrued Payroll | 38,021 |
| Accrued PTO | 77,704 |
| Accrued Payroll Taxes | - |
| Insurance Reserve | - |
| Other Accrued Expenses | - |
| Third-Party Settlements | - |
| Lines of Credit & Other Short-Term Debt | - |
| Current Portion of Long-Term Debt | - |
| Other Liabilities | (89,203) |
| Total Current Liabilities | 207,448 |
|  |  |
| Mortgages and Long-Term Notes Payable | - |
| Intercompany Payables/(Receivables) | (35,761,697) |
| Deferred Credits | - |
| Deferred Taxes | - |
| Other Long-Term Liabilities | 26,110,292 |
| Total Long-Term Liabilities | (9,651,405) |
|  |  |
| **TOTAL LIABILITIES** | **(9,443,958)** |
|  |  |
| **EQUITY:** |  |
| Common Stock | - |
| Additional Paid-in Capital | 8,944,478 |
| Other Equity | - |
| Retained Earnings PY | 10,292,718 |
| Distributions | - |
| Net Income | 326,922 |
|  |  |
| **TOTAL EQUITY** | 19,564,118 |
|  |  |
| **TOTAL LIABILITIES AND EQUITY** | 10,120,160 |

**Alecto Healthcare Services LLC**
**Cash Flows**
**December 2023**

|  | December 2023 |
|---|---:|
| **Cash Flows from Operating Activities:** |  |
| Change in Net Income | (21) |
| **Adj from Operating Activities:** |  |
| Depreciation and Amortization | 0 |
| Other Deferred Income/Expense | - |
| **(Increase)/Decrease in Assets:** |  |
| Patient Accounts Receivable | - |
| Supplies Inventory | - |
| Pre-Paid Expenses & Oth Current Assets | 10 |
| Other Receivables | (54) |
| **Increase/(Decrease) in Liabilities:** |  |
| Accounts and Notes Payable | (134) |
| Accrued Payroll Costs | (6) |
| IBNR | - |
| Other Accrued Liabilities | - |
| Estimated 3rd Party Settlements | - |
| **Net Cash From (For) Operating Activities** | **(204)** |
|  |  |
| **Cash Flows from Investing Activities:** |  |
| Capital Expenditures | - |
| Payments to Acquire Other Assets | - |
| **Net Cash From (For) Investing Activities** | **-** |
|  |  |
| **Cash Flows from Financing Activities:** |  |
| Funds Provided (to) from Intercompany | (130) |
| Borrow (Re-Payment) of Debt | 376 |
| Capital Lease Obligations (Re-Payment) | - |
| Parent Contributions / (Distributions) | - |
| **Net Cash From (For) Financing Activities** | **246** |
|  |  |
| **Net Change in Cash and Cash Equivalents** | **42** |
|  |  |
| Beginning Cash Balance | 35 |
|  |  |
| Ending Cash Balance | 78 |
|  |  |
| check | (0) |