# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

## NOTICE OF STATUS CONFERENCE
## SCHEDULED FOR JANUARY 25, 2024 AT 10:00 A.M. (ET)

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference for January 25, 2024 at 10:00 a.m. (ET) (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held remotely through Zoom, and all participants must register in advance. Please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.

Dated:  January 23, 2024
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16512415/1