

# United States Bankruptcy Court
# District of Delaware

## Appearances before the Honorable Judge Janet K. Stickles

Thursday, January 25, 2024

10:00 AM

**23-10787-JKS Alecto Healthcare Services LLC**

Justin R. Alberto
via: Video and Audio
Representing:
Steven Balasiano, Independent Director

Rick Archer
via: Audio Only
Representing:
Law360

Steven Balasiano
via: Video and Audio
Representing:
Debtor

Colten Fleu
via: Video and Audio
Representing:
Reed Judgment Creditors

Clara E Geoghegan
via: Audio Only
Representing:
Law360/media

Leanne Gould
via: Video and Audio
Representing:
Debtor

Taylor Harrison
via: Audio Only
Representing:

William Hazeltine
via: Video and Audio
Representing:
Reed Action Judgment Creditors

David M. Klauder
via: Video and Audio
Representing:
Medical Properties Trust, Inc.

John Robert Kresse
via: Video and Audio
Representing:
United States

Leah Victoria Lerman
via: Video and Audio
Representing:
USA

Mark Minuti
via: Video and Audio
Representing:
LHP Hospital Group, Inc.

Jami B Nimeroff
via: Video and Audio
Representing:
Subchapter V Trustee

Michael J. Sarrao
via: Video and Audio
Representing:
Debtor

John Schanne
via: Video and Audio
Representing:
United States Trustee

Paula Subda
via: Video and Audio
Representing:
USBC

William D. Sullivan
via: Video and Audio
Representing:
Reed Action Judgment Creditors

Vince Sullivan
via: Audio Only
Representing:

Jeffrey R. Waxman
via: Video and Audio
Representing:
Debtor