IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | Re: Docket No. 154, 287 |

**ORDER APPROVING**
**AGREED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER**

Upon consideration of the *Certification of Counsel Regarding Agreed Confidentiality Stipulation and Protective Order* (the "COC")[2] and the Protective Order, a copy of which is attached to this Order as Exhibit 1; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Protective Order is approved.

2. The Parties are hereby authorized to take all actions reasonably necessary to effectuate the terms of the Protective Order.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of the Protective Order or this Order.

Dated: February 7th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the COC.

16538886/1