IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, [1] | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF DEPOSITION OF LEANNE GOULD

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure Rule 30, as adopted by Bankruptcy Rule 7030, the Reed Action Judgement Creditors will take the oral deposition of Leanne Gould, of Gould Consulting Services, on **February 23, 2024 beginning at 10:00 a.m. (EST)**. The deposition will take place via zoom and will be recorded by video or stenographic means and will be taken before an officer authorized by law to administer oaths.

Date:  February 15, 2024
       Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

 */s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email:  colten@msjlaw.org

-and-

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
          mdavidsonwelling@stembercohn.com

*Attorneys for the Reed Action Judgment Creditors*