Exhibit C
Cash Receipts
January 2024

**Alecto Healthcare Service LLC**
**Cash Receipts**
**January 2024**

| Date | Transaction Type | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|---|
| 1/2/24-1/26/24 | Payment | TRANSFER | Alecto Hayward | Disbursements from Alecto Hayward | $398,611.00 |
| 01/11/2024 | Payment | ACH CREDIT | St. Rose Hospital | Shared services for Dec 2023 - SRH reimbursement | $977.43 |
| | | | | **Total** | **$399,588.43** |

Exhibit D
Cash Disbursements
January 2024

**Alecto Healthcare Services LLC**
**Disbursements**
**January 2024**

| Date | Transaction Type | Num | Name | Memo/Description | Credit |
|---|---|---|---|---|---|
| 01/02/2024 | Bill Payment (Check) | ACH DEBIT | City National Bank | CNB Credit Card charges of Nov 2023 paid | 566.93 |
| 01/02/2024 | Bill Payment (Check) | ACH DEBIT | Modern Parking, Inc. | Dec 2023 Vehicle Parking Fee | 52.50 |
| 01/02/2024 | Bill Payment (Check) | ACH PMT | BCal 101 North Brand Property, LLC | Glendale Office Rent for Ste 1920 - Jan 2024 | 5,724.00 |
| 01/02/2024 | Journal Entry | 1602 | CA - EDD | State Payroll Tax for PPE 12/23/2023 Paid on 01/02/2024 | 6,020.93 |
| | | | Principal Life | PPE 12/23/2023 EE 401k Contributions Paid on 01/02/2024 | 2,748.82 |
| 01/03/2024 | Bill Payment (Check) | ACH DEBIT | Modern Parking, Inc. | Jan. 2024 Vehicle Parking Fee | 105.00 |
| 01/03/2024 | Bill Payment (Check) | ACH PMT | Modern Parking, Inc. | Jan 2024 Glendale Office Parking Fee | 420.00 |
| 01/05/2024 | Bill Payment (Check) | ACH PMT | Matt Williams | Dec 2023 Expense Reimbursement | 925.53 |
| 01/05/2024 | Bill Payment (Check) | ACH PMT | Anthem Blue Cross | ALecto Health Insurance Premium - Jan 2024 | 10,038.33 |
| 01/05/2024 | Bill Payment (Check) | ACH PMT | MetLife Ins | ALecto Vision & Dental Insurance Premium - Jan 2024 | 823.24 |
| 01/05/2024 | Bill Payment (Check) | ACH PMT | Unum Life Insurance Company of America | Life, AD&D, CI, LTD etc. Jan 2024 Insurance premium | 3,291.68 |
| 01/05/2024 | Bill Payment (Check) | ACH PMT | Steven Balasiano | Jan 2024 Independent Director Fees | 25,000.00 |
| 01/08/2024 | Bill Payment (Check) | ACH PMT | [redacted] | Expense Reimbursement December 2023 | 3,133.81 |
| 01/09/2024 | Bill Payment (Check) | ACH DEBIT | AT&T | 326641155 Internet expense Jan 2024 | 203.30 |
| 01/11/2024 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Copier Lease - January 2024 | 344.64 |
| 01/11/2024 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Copier Lease - January 2024 | 435.02 |
| 01/11/2024 | Bill Payment (Check) | ACH PMT | Konica Minolta Premier Finance | Copier Lease -January 2024 | 632.79 |
| 01/12/2024 | Bill Payment (Check) | 3489 | American Express | Dec 2023 Expense Reimbursement Lex Reddy | 3,741.10 |
| 01/16/2024 | Journal Entry | 1603 | | To record Net Payroll paid 01/12/24 for PPE 01/06/2024. | 33,279.19 |
| | | | IRS | To record EE/ER Fed payroll tax PPE 01/06/2024 | 20,054.06 |
| | | | CA-EDD | To record EE/ER State payroll tax PPE 01/06/2024 | 4,583.07 |
| | | | Principal Life | To record PPE 01/06/2024 EE 401k contributions | 4,775.93 |
| 01/19/2024 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Alecto D&O/EPL/Fiduciary Policy - 2024 Initial Payment | 77,319.00 |
| 01/26/2024 | Bill Payment (Check) | ACH PMT | Symphony Risk Solutions, LLC | Alecto D&O/EPL/Fiduciary Policy - 2024 Payment of Remaining Balance | 180,411.00 |
| 01/29/2024 | Journal Entry | 1604 | | To record Net Payroll paid 01/26/24 for PPE 01/20/2024. | 33,853.74 |
| | | | IRS | To record EE/ER Fed payroll tax PPE 01/20/2024 | 20,171.90 |
| | | | CA-FTB | To record EE/ER State payroll tax PPE 01/20/2024 | 4,594.19 |
| | | | Principal Life | To record PPE 01/20/2024 EE 401k contributions | 4,775.93 |
| 01/30/2024 | Bill Payment (Check) | ACH DEBIT | City National Bank | CNB Credit Card Charges for Dec 2023 paid | 707.45 |
| 01/31/2024 | Journal Entry | 1605 | IRS | 4 Quarter 2023 FUTA paid on 01/29/2024 | 5.75 |
| | | | CA-EDD | 4 Quarter 2023 SUI=14.40 & ETT=0.96 paid to State EDD on 01/30/2024 | 15.36 |
| 01/31/2024 | Journal Entry | 1606 | City National Bank | Bank charges incurred in Jan 2024 accounted. | 427.25 |
| | | | | | 449,181.44 |

Exhibit E

Post-Petition Payables

As of 1/31/2024

**Alecto Healthcare Services LLC**
**Post-Petition Payables**
**As of January 31, 2024**

| Date | Transaction Type | Num | Vendor | Open Balance |
|---|---|---|---|---|
| 06/30/23 | Bill | June 01 - 15, 2023 | American Express | 2,513.87 |
| 08/15/23 | Vendor Credit | Account #s 09101511 & | GRM Information Management Services of San Francisco, LLC | (4,385.17) |
| 01/15/24 | Bill | 288-202402-33643-1 | Modern Parking, Inc. | 525.00 |
| 01/23/24 | Bill | Jan 2024 | ▮▮▮▮▮▮▮▮▮▮ | 1,625.30 |
| 01/31/24 | Bill | Jan 2024 | Michael J. Sarrao | 2,433.54 |
| 01/31/24 | Bill | Jan 2024 | American Express | 1,564.28 |
| | | | | **4,276.82** |

Exhibit F
Accounts Receivable
As of 1/31/2024

**Alecto Healthcare Services LLC**
**Receivables as of 01/31/24**

| Obligor | Description | Amount | Comments |
|---|---|---|---|
| AHS Hayward LLC | January 2024 Management Fee | $240,638.47 | |
| Alecto Healthcare Services Martin's Ferry LLC | Inter-Company Receivable | $912,182.28 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Fairmont LLC | Inter-Company Receivable | $4,206,590.04 | Debtor does not expect to recover receivable |
| Alecto Healthcare Services Wheeling LLC | Inter-Company Receivable | $30,761,125.91 | Debtor does not expect to recover receivable |
| Sherman/Grayson Hospital, LLC | Inter-Company Receivable | $60,944,517.67 | Unsecured Claim in Bankruptcy |
| | | $97,065,054.37 | |



**CITY NATIONAL BANK**
AN RBC COMPANY

Page 1     (1)

Account #: 1\*\*\*\*6065

This statement: January 31, 2024
Last statement: December 29, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075     0830L
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN-POSSESSION
CASE NO. 23-10787 (JKS)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

### Account Summary
| | |
|---|---|
| Account number | \*\*\*\*\*6065 |
| Minimum balance | $3,304.78 |
| Average balance | $16,719.13 |
| Avg. collected balance | $16,719.00 |

### Account Activity

| | | | | |
|---|---|---|---|---|
| Beginning balance (12/29/2023) | | | | $50,601.43 |
| **Credits** | Deposits (0) | | + 0.00 | |
| | Electronic cr (1) | | + 977.43 | |
| | Other credits (4) | | + 218,200.00 | |
| | Total credits | | | +$219,177.43 |
| **Debits** | Checks paid (1) | | - 3,741.10 | |
| | Electronic db (5) | | - 1,635.18 | |
| | Other debits (19) | | - 254,146.25 | |
| | Total debits | | | -$259,522.53 |
| Ending balance (1/31/2024) | | | | $10,256.33 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 1-11 | Preauthorized Credit ST. ROSE HOSPITA ALECTO HEA CCD ALECTO HEALTHC ALECTO INTER-COMPA NY ALLOCATIONS FOR DEC 2023 | 977.43 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 1-2 | Account Transfer Cr. FR ACC \*\*\*\*7509 ALECTO HEALTHCARE SERVIC | | 7,000.00 |
| 1-11 | Account Transfer Cr. FR ACC \*\*\*\*7509 ALECTO HEALTHCARE SERVIC | | 62,700.00 |
| 1-19 | Account Transfer Cr. FR ACC \*\*\*\*7509 ALECTO HEALTHCARE SERVIC | | 85,000.00 |
| 1-25 | Account Transfer Cr. FR ACC \*\*\*\*7509 ALECTO HEALTHCARE SERVIC | | 63,500.00 |

### CHECKS PAID

| Number | Date | Amount |
|---|---|---|
| 3489 | 1-18 | 3,741.10 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 1-2 | Preauthorized Debit MODERN PARKING I PAYMENT WEB ALECTO HEALTHC 999000000000111 | 52.50 |
| 1-2 | Preauthorized Debit CNB CREDIT CARD PAYMENT 71026418 ALECTO HEALTHCARE CCD | 566.93 |
| 1-3 | Preauthorized Debit MODERN PARKING I PAYMENT WEB ALECTO HEALTHC 999000000000131 | 105.00 |
| 1-9 | Preauthorized Debit ATT PAYMENT WEB LEX REDDY | 203.30 |
| 1-30 | Preauthorized Debit CNB CREDIT CARD PAYMENT 71026418 ALECTO HEALTHCARE CCD | 707.45 |



# CITY NATIONAL BANK
### AN RBC COMPANY

ALECTO HEALTHCARE SERVICES LLC  
January 31, 2024

Page 2  
Account #: ▮▮▮▮6065

## OTHER DEBITS

| Date | Description | Reference | Debits |
|---|---|---|---|
| 1-2 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 7,000.00 |
| 1-5 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 15,000.00 |
| 1-5 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 25,000.00 |
| 1-8 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 1,700.00 |
| 1-11 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 1,500.00 |
| 1-11 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 62,700.00 |
| 1-17 | Service Charge ONLINE ACH ORIG CR EDIT ON US FOR 12/23 | | .25 |
| 1-17 | Service Charge ACH FILTER AUTHORI ZATIONS FOR 12/23 | | 7.00 |
| 1-17 | Service Charge BUS SUITE BAS ACH MAINTENANCE FOR 12/23 | | 15.00 |
| 1-17 | Service Charge BUS SUITE BAS WIRE MAINTENANCE FOR 12/23 | | 15.00 |
| 1-17 | Service Charge ACH FILTER EXCEPTI ON ITEMS FOR 12/23 | | 15.00 |
| 1-17 | Service Charge ONLINE ACH ORIG CR ED TRANSIT FOR 12/23 | | 23.00 |
| 1-17 | Service Charge BUS SUITE BAS MAIN T (ACCTS 1-5) FOR 12/23 | | 40.00 |
| 1-17 | Service Charge BUS SUITE BAS MAIN T (ADD'L ACCTS) FOR 12/23 | | 50.00 |
| 1-17 | Service Charge ACH FRAUD PROTECTI ON SERVICE MAINT FOR 12/23 | | 75.00 |
| 1-17 | Service Charge ACH FILE INPUT FOR 12/23 | | 165.00 |
| 1-19 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 77,319.00 |
| 1-25 | Account Transfer Dr. TO ACC ▮▮▮▮6508 ALECTO HEALTHCARE SERVIC | | 63,500.00 |
| 1-31 | Account Transfer Dr. TO ACC ▮▮▮▮7067 M/C HEALTHCARE LLC | | 22.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12-29 | 50,601.43 | 1-8 | 8,177.00 | 1-18 | 3,304.78 | 1-31 | 10,256.33 |
| 1-2 | 49,982.00 | 1-9 | 7,973.70 | 1-19 | 10,985.78 | | |
| 1-3 | 49,877.00 | 1-11 | 7,451.13 | 1-25 | 10,985.78 | | |
| 1-5 | 9,877.00 | 1-17 | 7,045.88 | 1-30 | 10,278.33 | | |

Thank you for banking with Riverside Main Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING LENDER



| | |
|---|---|
| Page 1 | (0) |
| Account #: 6508 | |

This statement: January 31, 2024
Last statement: December 29, 2023

Contact us:
800 773-7100

Riverside Main Office
3484 Central Avenue
Riverside CA 92506

cnb.com

075                                    0830N
ALECTO HEALTHCARE SERVICES LLC
DEBTOR-IN POSSESSION
(PAYROLL ACCOUNT)
101 N BRAND BLVD SUITE 1920
GLENDALE CA 91203

## Business Checking Account

**Account Summary**
| | |
|---|---|
| Account number | 6508 |
| Minimum balance | $70.49 |
| Average balance | $3,843.58 |
| Avg. collected balance | $3,843.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (12/29/2023) | | | $9,496.83 |
| **Credits** Deposits (0) | + 0.00 | | |
| Electronic cr (0) | + 0.00 | | |
| Other credits (9) | + 434,130.00 | | |
| Total credits | | | +$434,130.00 |
| **Debits** Checks paid (0) | - 0.00 | | |
| Electronic db (25) | - 443,377.91 | | |
| Other debits (0) | - 0.00 | | |
| Total debits | | | - $443,377.91 |
| Ending balance (1/31/2024) | | | $248.92 |

### OTHER CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 1-2 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 7,000.00 |
| 1-5 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 15,000.00 |
| 1-5 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 25,000.00 |
| 1-8 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 1,700.00 |
| 1-11 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 1,500.00 |
| 1-11 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 62,700.00 |
| 1-19 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 77,319.00 |
| 1-25 | Account Transfer Cr. FR ACC 6065 ALECTO HEALTHCARE SERVIC | | 63,500.00 |
| 1-26 | Account Transfer Cr. FR ACC 7509 ALECTO HEALTHCARE SERVIC | | 180,411.00 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 1-2 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS 0033 NO NAME ON FILE CCD | 2,748.82 |
| 1-2 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 5,724.00 |
| 1-2 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT 3288 ALECTO HEALTHCARE CCD | 6,020.93 |
| 1-3 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 420.00 |
| 1-5 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 823.24 |
| 1-5 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 925.53 |
| 1-5 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 3,291.68 |
| 1-5 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 10,038.33 |
| 1-5 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 25,000.00 |
| 1-8 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 3,133.81 |
| 1-11 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 344.64 |



ALECTO HEALTHCARE SERVICES LLC
January 31, 2024

Page 2
Account #: ▓▓▓▓6508

## ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|---|---|---:|
| 1-11 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 435.02 |
| 1-11 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 632.79 |
| 1-11 | Preauthorized Debit 76508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 20,054.06 |
| 1-11 | Preauthorized Debit 76508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 33,279.19 |
| 1-16 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ▓▓▓ 3696 ALECTO HEALTHCARE CCD | 4,583.07 |
| 1-16 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS ▓▓▓ 0032 NO NAME ON FILE CCD | 4,775.93 |
| 1-19 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 77,319.00 |
| 1-25 | Preauthorized Debit 76508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 20,171.90 |
| 1-25 | Preauthorized Debit 76508 ALECTO HEA PAYROLL ACH OFFSET ALECTO CCD | 33,853.74 |
| 1-26 | Preauthorized Debit 76508 ALECTO HEA CORP PAY ACH OFFSET ALECTO CCD | 180,411.00 |
| 1-29 | Preauthorized Debit 76508 ALECTO HEA TAXPAYMENT ACH OFFSET ALECTO CCD | 5.75 |
| 1-29 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ▓▓▓ 7776 ALECTO HEALTHCARE CCD | 4,594.19 |
| 1-29 | Preauthorized Debit PRINCIPAL LIFE P PLIC-PERIS ▓▓▓ 0026 NO NAME ON FILE CCD | 4,775.93 |
| 1-31 | Preauthorized Debit EMPLOYMENT DEVEL EDD EFTPMT ▓▓▓ 680 ALECTO HEALTHCARE CCD | 15.36 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|---|---:|
| 12-29 | 9,496.83 | 1-5 | 1,504.30 | 1-16 | 165.79 | 1-26 | 9,640.15 |
| 1-2 | 2,003.08 | 1-8 | 70.49 | 1-19 | 165.79 | 1-29 | 264.28 |
| 1-3 | 1,583.08 | 1-11 | 9,524.79 | 1-25 | 9,640.15 | 1-31 | 248.92 |



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



**Alecto Healthcare Services LLC**
**Income Statement**
**Jan-24**

|  | Jan 2024 |
|---|---:|
| **REVENUES** |  |
| Inpatient Revenue - Routine | - |
| Inpatient Revenue - Ancillary | - |
| **Total IP Revenue** | **-** |
| Outpatient Revenue | - |
| **Total Patient Revenue** | **-** |
|  |  |
| Revenue Deductions | - |
| Bad Debt | - |
| **Total Deductions from Revenue** | **-** |
|  |  |
| **Total Net Patient Revenue (Excl. Suppl.)** | **-** |
|  |  |
| **SUPPLEMENTAL NET PATIENT REVENUE** |  |
| WV Directed Payment Plan (DPP) | - |
| WV Direct Medical Education (DME) | - |
| OH Upper Payment Limit (UPL) | - |
| OH Hospital Care Assurance Program (HCAP) | - |
| TX LPPF | - |
| Medicaid DSH | - |
| Medicare Settlements | - |
| **Total Supplemental Revenue** | **-** |
|  |  |
| **Net Patient Revenue** | **-** |
|  |  |
| Other Operating Revenues | 398,611 |
|  |  |
| **TOTAL NET REVENUES** | **398,611** |
|  |  |
| **OPERATING EXPENSES** |  |
| Salaries and Wages | 116,495 |
| Benefits | 15,636 |
| Payroll Taxes | 11,697 |
| PTO | 6,451 |
| Contract Labor | - |
| Labor Sub-Total | 150,279 |
|  |  |
| Supplies Billable | - |
| Supplies Non-Billable | 1,487 |
| Total Supplies | 1,487 |
|  |  |
| Purchased Services | - |
| Professional Fees | 35,000 |
| Repairs and Maintenance |  |
| Rents and leases | 6,684 |
| Insurance | 68,692 |
| Utilities | 477 |
| Taxes and Licenses | 853 |
| Other Operating Expenses | 3,722 |
| Hospital Fees/Taxes | - |
| **Total Operating Expenses** | **267,193** |
|  |  |
| **EBITDAR** | **131,418** |

**Alecto Healthcare Services LLC**
**Balance Sheet**
**Jan-24**

|  | **01/31/24** |
|---|---:|
| **ASSETS:** | |
| Cash and Equivalents | 10,505 |
| | |
| Accounts Receivable | - |
| Allowance for Bad Debt | - |
| Allowance for Contractuals & Oth Adj | - |
| Supplemental A/R | - |
|   Patient Accounts Receivable | - |
| | |
| Other Receivables | 8,945,455 |
| Inventories | - |
| Other Current Assets | 142,228 |
| Prepaid Insurance | - |
| Other Pre-Paid Expenses | 781,100 |
|   Total Current Assets | 9,879,288 |
| | |
| Land and Improvements | - |
| Buildings and Improvements | - |
| Leaseholds | - |
| Equipment | 11,613 |
| Construction-In-Progress | - |
| Property and Equipment | 11,613 |
| Less: Accumulated Depreciation | (9,355) |
|   Net Property and Equipment | 2,258 |
| | |
| Net goodwill | - |
| Other intangible assets | - |
|   Total Long-Term Assets | 2,258 |
| | |
| **TOTAL ASSETS** | **9,881,546** |
| | |
| **LIABILITIES:** | |
| Accounts Payable | 176,153 |
| Notes Payable | - |
| Capital Leases | - |
| Accrued Payroll | 44,186 |
| Accrued PTO | 71,235 |
| Accrued Payroll Taxes | - |
| Insurance Reserve | - |
| Other Accrued Expenses | - |
| Third-Party Settlements | - |
| Lines of Credit & Other Short-Term Debt | - |
| Current Portion of Long-Term Debt | - |
| Other Liabilities | (89,203) |
|   Total Current Liabilities | 202,371 |
| | |
| Mortgages and Long-Term Notes Payable | - |
| Intercompany Payables/(Receivables) | (35,823,015) |
| Deferred Credits | - |
| Deferred Taxes | - |
| Other Long-Term Liabilities | 26,110,292 |
|   Total Long-Term Liabilities | (9,712,723) |
| | |
| **TOTAL LIABILITIES** | **(9,510,352)** |
| | |
| **EQUITY:** | |
| Common Stock | - |
| Additional Paid-in Capital | 8,944,478 |
| Other Equity | (303,315) |
| Retained Earnings PY | 10,619,640 |
| Distributions | - |
| Net Income | 131,096 |
| | |
| **TOTAL EQUITY** | **19,391,898** |
| | |
| **TOTAL LIABILITIES AND EQUITY** | **9,881,546** |

**Alecto Healthcare Services LLC**
**Cash Flows**
**Jan-24**

|  | Jan 2024 |
|---|---:|
| **Cash Flows from Operating Activities:** |  |
| Change in Net Income | 131 |
| **Adj from Operating Activities:** |  |
| Depreciation and Amortization | 0 |
| Other Deferred Income/Expense | - |
| **(Increase)/Decrease in Assets:** |  |
| Patient Accounts Receivable | - |
| Supplies Inventory | - |
| Pre-Paid Expenses & Oth Current Assets | (142) |
| Other Receivables | 303 |
| **Increase/(Decrease) in Liabilities:** |  |
| Accounts and Notes Payable | (5) |
| Accrued Payroll Costs | (0) |
| IBNR | - |
| Other Accrued Liabilities | - |
| Estimated 3rd Party Settlements | - |
| **Net Cash From (For) Operating Activities** | **288** |
|  |  |
| **Cash Flows from Investing Activities:** |  |
| Capital Expenditures | - |
| Payments to Acquire Other Assets | - |
| **Net Cash From (For) Investing Activities** | **-** |
|  |  |
| **Cash Flows from Financing Activities:** |  |
| Funds Provided (to) from Intercompany | (51) |
| Borrow (Re-Payment) of Debt | - |
| Capital Lease Obligations (Re-Payment) | - |
| Parent Contributions / (Distributions) | (303) |
| **Net Cash From (For) Financing Activities** | **(355)** |
|  |  |
| **Net Change in Cash and Cash Equivalents** | **(67)** |
|  |  |
| Beginning Cash Balance | 78 |
|  |  |
| Ending Cash Balance | 11 |
|  |  |
| check | 0 |