# EXHIBIT A

**Transfers to Sherman Grayson Hospital LLC**
**(1 yr. prior to the Petition Date)**

| Date | Insider Recipient | Memo/Description | Amount |
|---|---|---|---|
| 6/29/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $1,670,000.00 |
| 7/6/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $920,000.00 |
| 7/13/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $790,000.00 |
| 7/20/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $964,000.00 |
| 7/20/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $418,000.00 |
| 7/27/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $1,500,000.00 |
| 8/3/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $1,017,500.00 |
| 8/10/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $760,000.00 |
| 8/17/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $985,000.00 |
| 8/24/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $900,000.00 |
| 8/31/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $900,000.00 |
| 9/7/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $200,000.00 |
| 9/8/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $114,000.00 |
| 9/12/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $190,000.00 |
| 9/14/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $650,000.00 |
| 9/21/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $796,902.86 |
| 9/29/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $250,000.00 |
| 10/27/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $700,000.00 |
| 11/23/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $430,000.00 |
| 12/8/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $575,000.00 |
| 12/21/2022 | Sherman Grayson Hospital LLC | Cash Transfer | $600,000.00 |
| 1/5/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $1,000,000.00 |
| 1/30/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $611,734.06 |
| 2/3/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $485,000.00 |
| 3/1/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $450,000.00 |
| 3/30/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $650,000.00 |
| 4/14/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $100,000.00 |
| 4/27/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $190,000.00 |
| 5/25/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $75,000.00 |
| 6/8/2023 | Sherman Grayson Hospital LLC | Cash Transfer | $411,426.45 |
| | | **Total:** | **$19,303,563.37** |
| | | **Subtotal after 11/30/22:** | **$5,148,160.51** |