**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 261** |

**NOTICE OF FILING OF EXHIBIT 6.1 TO EXHIBIT D OF SMALL BUSINESS
DEBTOR'S PLAN OF REORGANIZATION PROPOSED BY THE DEBTOR**

PLEASE TAKE NOTICE that on December 19, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* (the "Plan") [Docket No. 261] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that the letter report of Gould Consulting Services, Exhibit D to the Plan, did not include Exhibit 6.1.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a copy of Exhibit 6.1 is attached hereto as **Exhibit 1**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16574368/1

| | |
|---|---|
| Dated: February 26, 2024 | **MORRIS JAMES LLP**<br><br>/s/ *Christopher M. Donnelly*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 888-6800<br>Fax: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: tpakrouh@morrisjames.com<br>E-mail: cdonnelly@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

16574368/1