

# EXHIBIT 1

## Exhibit 6.1

**Alecto Healthcare Servces LLC**
2018 Promissory Note Transactions

| Date | Description | Transactions | Running Balance | Support |
|---|---|---|---|---|
| 10/9/2018 | Opening Balance | | $4,039,463.75 | Promissory Note/WFB Credit Line October 2018 Statement/Wire Request |
| 12/31/2018 | Accrued Interest for 2018 | $32,626.50 | $4,072,090.25 | WFB Credit Line January 2019 Statement - Beginning Balance |
| 1/17/2019 | Additional Advance | $190,000.00 | $4,262,090.25 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - January 2019 |
| 4/25/2019 | Additional Advance | $400,000.00 | $4,662,090.25 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - April 2019 |
| 5/16/2019 | Loan Payment | ($30,000.00) | $4,632,090.25 | Alecto *6065/*6508 Bank Statement and WFB Credit Line Statement - May 2019 |
| 5/20/2019 | Interest Income offest | ($1.11) | $4,632,089.14 | WFB Credit Line Statement - May 2019 |
| 6/19/2019 | Additional Advance | $150,000.00 | $4,782,089.14 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - June 2019 |
| 10/2/2019 | Loan Payment | ($77,000.00) | $4,705,089.14 | WFB Credit Line October 2019 Statement and Alecto *6508 Bank Statement - January 2021 Payment on loan by L. Reddy reimbursed by Alecto *6508 on 1/20/2021 per G/L |
| 12/6/2019 | Additional Advance | $50,000.00 | $4,755,089.14 | WFB Credit Line December 2019 Statement and Alecto G/L Reimbursement to L. Reddy for payment of Alecto legal fees to Spillman Thomas 2/28/2020 |
| 12/31/2019 | Accrued Interest/Wire Fees for 2019 | $170,652.19 | $4,925,741.33 | WFB Credit Line December 2019 Statement - Ending Balance |
| 1/22/2020 | Additional Advance | $170,000.00 | $5,095,741.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - January 2020 |
| 1/30/2020 | Loan Payment | ($10,768.00) | $5,084,973.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - January 2020 |
| 3/3/2020 | Loan Payment | ($16,332.00) | $5,068,641.33 | Alecto *6065 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/4/2020 | Loan Payment | ($25,485.00) | $5,043,156.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/12/2020 | Loan Payment | ($51,161.00) | $4,991,995.33 | Alecto *6065 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/13/2020 | Loan Payment | ($99,723.00) | $4,892,272.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/16/2020 | Loan Payment | ($69,477.00) | $4,822,795.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/20/2020 | Loan Payment | ($106,797.00) | $4,715,998.33 | Alecto *6065 Bank Statement and WFB Credit Line Statement - March 2020 |
| 3/24/2020 | Loan Payment | ($79,661.00) | $4,636,337.33 | Alecto *6065/*3784 Bank Statement and WFB Credit Line Statement - March 2020 |
| 12/31/2020 | Accrued Interest/Wire Fees for 2020 | $93,542.11 | $4,729,879.44 | WFB Credit Line April 2021 Statement - "This Year" Beginning Balance |
| 1/31/2021 | Accured Interest for January 2021 | $5,715.28 | $4,735,594.72 | |
| 2/28/2021 | Accrued Interest for February 2021 | $5,524.92 | $4,741,119.64 | |
| 3/31/2021 | Accrued Interest for March 2021 | $6,519.10 | $4,747,638.74 | |
| 4/13/2021 | Accrrued Interest + Overadvance | ($792,683.49) | $3,954,955.25 | Alecto *6065 April 2021 Bank Statement/WFB Credit Line April 2021 Statement |
| 4/30/2021 | Accrued Interest for April 2021 | $5,406.10 | $3,960,361.35 | WFB Credit Line April 2021 Statement - Ending Balance |
| 5/3/2021 | Interest Payment | ($12,118.39) | $3,948,242.96 | Alecto *6508 - April 2021 Statement/WFB Credit Line May 2021 Statement |
| 6/2/2021 | Interest Payment | ($12,118.39) | $3,936,124.57 | Alecto *6508 - June 2021 Statement/WFB Credit Line June 2021 Statement |
| 7/2/2021 | Interest Payment | ($12,118.39) | $3,924,006.18 | Alecto *6508 - July 2021 Statement/WFB Credit Line July 2021 Statement |
| 8/3/2021 | Interest Payment | ($12,118.39) | $3,911,887.79 | Alecto *6508 - August 2021 Statement/WFB Credit Line August 2021 Statement |
| 9/2/2021 | Interest Payment | ($12,118.39) | $3,899,769.40 | Alecto *6508 - September 2021 Statement/WFB Credit Line September 2021 Statement |
| 10/4/2021 | Interest Payment | ($12,118.39) | $3,887,651.01 | Alecto *6508 - October 2021 Statement/WFB Credit Line October 2021 Statement |
| 11/2/2021 | Interest Payment | ($12,118.39) | $3,875,532.62 | Alecto *6508 - November 2021 Statement/WFB Credit Line November 2021 Statement |
| 12/2/2021 | Interest Payment | ($12,118.39) | $3,863,414.23 | Alecto *6508 - December 2021 Statement/WFB Credit Line December 2021 Statement |
| 12/31/2021 | Interest Income offest | ($0.01) | $3,863,414.22 | WFB Credit Line December 2021 Statement |
| 12/31/2021 | Accrued Interest for May - Dec 2021 | $40,065.60 | $3,903,479.82 | WFB Credit Line December 2021 Statement |
| 1/4/2022 | Interest Payment | ($12,118.39) | $3,891,361.43 | Alecto *6508 - January 2021 Statement/WFB Credit Line January 2022 Statement |
| 1/6/2022 | Final Payment | ($3,892,498.92) | ($1,137.49) | Plaza MOB *2120 January 2022 Bank Statement/WFB Credit Line January 2022 Statement |
| 1/28/2022 | Interest charge for period | $1,137.49 | $0.00 | WFB Credit Line January 2022 Statement |

GOULD Consulting Services