IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | Re: Docket No. 261 |

## NOTICE OF FILING OF EXPERT REPORT OF JEFF McCUTCHEON

PLEASE TAKE NOTICE that on December 19, 2023, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* (the "Plan") [Docket No. 261] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that in connection with the Plan, the Debtor hereby provides a copy of the expert report of Jeff McCutcheon (the "Expert Report") and the supplemental expert report of Jeff McCutcheon (the "Supplemental Expert Report").

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a copy of the Expert Report is attached hereto as **Exhibit 1** and a copy of the Supplemental Export Report is attached hereto as **Exhibit 2**.

*[Signature Page Follows]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16579609/2

|  |  |
|---|---|
| Dated: February 29, 2024 | **MORRIS JAMES LLP** |
|  | /s/ *Tara C. Pakrouh* |
|  | Jeffrey R. Waxman (DE Bar No. 4159) |
|  | Tara C. Pakrouh (DE Bar No. 6192) |
|  | Christopher M. Donnelly (DE Bar No. 7149) |
|  | 500 Delaware Avenue, Suite 1500 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 888-6800 |
|  | Fax: (302) 571-1750 |
|  | E-mail: jwaxman@morrisjames.com |
|  | E-mail: tpakrouh@morrisjames.com |
|  | E-mail: cdonnelly@morrisjames.com |
|  |  |
|  | *Counsel to the Debtor and Debtor in Possession* |