IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Alecto Healthcare Services LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR HEARINGS ON MARCH 4, 2024 AT 1:00 P.M. (E.T.)
AND MARCH 5, 2024 AT 10:00 A.M. (E.T.)**

The above captioned debtor and debtor-in-possession (the "Debtor") hereby submits this witness and exhibit list in connection with the hearings scheduled for **March 4, 2024, at 1:00 p.m. (E.T.) and March 5, 2024, at 10:00 a.m. (E.T.)**, before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing"), when the following are currently scheduled to be heard:

1. *Small Business Debtor's Plan of Reorganization* [Docket No. 261].[2]

## WITNESSES[3]

### A. Information on Witness Number One

  1. Name and title of witness:   Steven Balasiano
     Independent Director/Manager of the Debtor

  2. Scope of testimony:   In support of the Bankruptcy Case and *Small Business Debtor's Plan of Reorganization* [Docket No. 261], including but not limited to, his

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] As may be further modified, amended, or supplemented from time to time, as further modified from September 14, 2024 [Docket No. 154] and on October 9, 2023 [Docket No. 170].

[3] The Debtor reserves the right to call all witnesses on direct examination, even where such witness' declaration has been filed with the Court.

16583470/1

        investigation and determination involving alleged claims against insiders and affiliates and the proposed releases under the Plan.

    3.    <u>Direct testimony of witness</u>:  *Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023* [to be filed].

    4.    <u>Location and place from which the witness will testify</u>: At the Hearing.

**B.** **<u>Information on Witness Number Two</u>**

    1.    <u>Name and title of witness</u>:  Michael Sarrao
        Executive Vice President, General Counsel, and Secretary to the Debtor

    2.    <u>Scope of testimony</u>:  In support of the Bankruptcy Case and *Small Business Debtor's Plan of Reorganization* [Docket No. 261], including but not limited to, the Debtor's operations and financial condition both prior to and since the bankruptcy filing.

    3.    <u>Direct testimony of witness</u>:  *Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services, LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023* [to be filed].

    4.    <u>Location and place from which the witness will testify</u>: At the Hearing.

**C.** **<u>Information on Witness Number Three</u>**

    1.    <u>Name and title of witness</u>:  Leanne Gould
        Gould Consulting Services
        Forensic investigation consultant for the Debtor

    2.    <u>Scope of testimony</u>:  In support of the Bankruptcy Case and *Small Business Debtor's Plan of Reorganization* [Docket No. 261] and the Letter Report of Gould Consulting Services [Docket No. 261-4], including, but not limited to, the forensic analysis of transfers made during the four years immediately prior to the

        bankruptcy filing and general financial accounting issues.

    3. <u>Direct testimony of witness</u>:  Provided at the Hearing.

    4. <u>Location and place from which the witness will testify</u>: At the Hearing.

**D. <u>Information on Witness Number Four</u>**

    1. <u>Name and title of witness</u>:  Jeff McCutcheon
Founding Member of McCutcheon, LLC and Co-founder of Board Advisory, LLC

    2. <u>Scope of testimony</u>:  In support of the Bankruptcy Case and the *Small Business Debtor's Plan of Reorganization* [Docket No. 261], including but not limited to his expert report regarding his evaluation of executive compensation of Laxman Reddy and Matt Williams

    3. <u>Direct testimony of witness</u>:  Provided at the Hearing.

    4. <u>Location and place from which the witness will testify</u>: At the Hearing.

## EXHIBIT LIST

The Debtor's exhibit list is attached hereto as **Exhibit A**. The Debtor will meet and confer with parties-in-interest in advance of the Hearing in an effort to submit a joint exhibit list for submission to Chambers on Friday, March 1, 2024 at 1:00 P.M. (E.T.).  The Debtor reserves the right to amend and supplement the exhibit list prior to the Hearing.

## RESERVATION OF RIGHTS

The Debtor reserves the right to amend and supplement this witness list at any time prior to the Hearing.  Additionally, the Debtor reserves all rights to cross-examine all witnesses proffered in connection with the Hearing and to call any rebuttal witnesses as it may deem necessary.

| | |
|---|---|
| Dated: February 29, 2024<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morris.james.com<br>E-mail: tpakrouh@morrisjames.com<br>E-mail: cdonnelly@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

4

16583470/1