## **EXHIBIT A**

**Debtor's Exhibit List**

16583470/1

| DX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2019 | Alecto Healthcare Services LLC Tax Returns for 2019 | | | ALECTO_00027109 - 00027501<br><br>ALECTOPLANUSA00002373 - 00002765 | | | | |
| 2 | 2019 | Alecto Healthcare Services LLC Month to Month Financials for 2019 | | | ALECTO_00027108 | | | | |
| 3 | 2020 | Alecto Healthcare Services LLC Tax Returns for 2020 | | | ALECTOPLANUSA00000167 - 00000534 | | | | |
| 4 | 2020 | Alecto Healthcare Services LLC Month to Month Financials for 2020 | | | ALECTO_00027870 | | | | |
| 5 | 8/19/2011 | Letter re: Olympia Medical Plaza and Parking Structure 5901 and 5975 W. Olympic Boulevard, Los Angeles, California | | | ALECTO_00027873-27988 | | | | |
| 6 | 8/21/2012 | Ground Lease Agreement (300 N. Highland Dr., Sherman, TX) | | | ALECTO_00027989-28021 | | | | |
| 7 | 10/29/2012 | Amended Management Services Agreement St. Rose Hospital, Hayward, CA | | | ALECTO_00000001 - 00000036 | | | | |
| 8 | 9/23/2014 | Purchase Agreement by and among Sherman/Grayson Health System, LLC and Alecto Healthcare Services Sherman LLC and with respect to Section 6.12 and Article IX only, LHP Hospital Group, Inc., and Texas Health Resources dated as of September 23, 2014 | | | ALECTO_00028022-28097 | | | | |
| 9 | 9/23/2014 | Guarantee | | | ALECTO_00028098-28105 | | | | |
| 10 | 10/31/2014 | Lease Agreement MPT of Sherman-Alecto Hospital, LLC | | | ALECTO_00028113-28256 | | | | |
| 11 | 10/31/2014 | Assignment and Assumption of MOB Ground Lease | | | ALECTO_00028106-28112 | | | | |
| 12 | 10/31/2014 | Guaranty | | | ALECTO_00000134 - 00000143<br><br>ALECTO_00000144 - 00000153 | | | | |
| 13 | 5/18/2016 | Letter re: St. Rose Hospital | | | ALECTOPLANUSA00000122 - 00000128 | | | | |
| 14 | 6/1/2016 | First Amendment to Amended Management Services Agreement | | | ALECTOPLANUSA00000130 - 00000135 | | | | |
| 15 | 6/1/2016 | Acknowledgment of First Amendment Effective Date | | | ALECTO_00000182 | | | | |
| 16 | 8/22/2016 | Revolving Loan and Security Agreement dated August 22, 2016 | | | ALECTO_00028257-28437 | | | | |
| 17 | 8/2/2016 | Joinder | | | ALECTO_00028438-28453 | | | | |
| 18 | 12/19/2018 | Letter re: St. Rose Hospital | | | ALECTOPLANUSA00000954 - 00000959 | | | | |
| 19 | 12/26/2018 | Letter re: St. Rose Hospital Project No. 0932 and No. 1025 Consent to Enter into the Second Amendment to Amended Management Services Agreement | | | ALECTOPLANUSA00000001 - 00000002 | | | | |
| 20 | 1/4/2019 | Second Amendment to Amended Management Services Agreement | | | ALECTO_00000368 - 00000372 | | | | |
| 21 | Jun-19 | City National Bank Statement for June 2019 for Account Number x6065 | | | | | | | |
| 22 | 6/20/2019 | Loan Agreement dated as of June 20, 2019 between Plaza Medical Office Building, LLC and Wells Fargo Bank, National Association, as Lender | | | ALECTO_00028454-28583 | | | | |
| 23 | 6/20/2019 | Funds Flow Agreement | | | ALECTO_00028454-28589 | | | | |
| 24 | Jul-19 | City National Bank Statement for July 2019 for Account Number x6065 | | | | | | | |
| 25 | 7/8/2019 | Amended and Restated Credit and Security Agreement between Alecto Healthcare Services LLC and CNH Finance Fund I, L.P. | | | ALECTO_00000993 - 00001147 | | | | |
| 26 | 9/16/2020 | Letter re: Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | | | ALECTO_00028590-28593 | | | | |
| 27 | 11/9/2020 | Letter re: Revised Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | | | ALECTO_00028594-28599 | | | | |
| 28 | 1/1/2021 | Assignment of Membership Interests of Sunrise MOB Holdings LLC | | | ALECTO_00028600-28603 | | | | |
| 29 | 3/1/2021 | First Amendment to Amended and Restated Credit and Security Agreement and Waiver | | | ALECTO_00003394 - 00003405 | | | | |
| 30 | 11/1/2021 | Second Amendment to Amended and Restated Credit and Security Agreement | | | ALECTO_00004403 - 00004409 | | | | |
| 31 | 8/1/2022 | Third Amendment to Amended and Restated Credit and Security Agreement | | | ALECTO_00005948 - 00005956 | | | | |
| 32 | 6/23/2023 | Voluntary Petition for Sherman/Grayson Hospital LLC | | 1 | | | | | |

| DX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 7/5/2023 | Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 60 | | | | | |
| 34 | 7/5/2023 | Delcaration of Michael Sarrao in Support of Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 61 | | | | | |
| 35 | 8/7/2023 | Written Consent of the Board of Managers of Alecto Healthcare Services LLC August 7, 2023 | | | ALECTO_00028606-28608 | | | | |
| 36 | 8/8/2023 | Supplemental Delcaration of Michael Sarrao in Support of Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 125 | | | | | |
| 37 | 8/19/2023 | Written Consent of the Board of Managers of Alecto Healthcare Services LLC August 19, 2023 | | | ALECTO_00028604-28605 | | | | |
| 38 | 8/29/2023 | Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Unexpired Leases, and (III) Granting Other Related Relief | | 161 | | | | | |
| 39 | 12/19/2023 | Small Business Debtor's Plan of Reorganization | 261 | | | | | | |
| 40 | 1/24/2024 | United States of America's Objection to the Small Business Debtor's Plan of Reorganization | 279 | | | | | | |
| 41 | 2/15/2024 | Notice of Deposition of Leanne Gould | 293 | | | | | | |
| 42 | 2/15/2024 | Notice of Deposition of Steve Balasiano | 294 | | | | | | |
| 43 | 2/21/2024 | Subchapter V Trustee's Reservation of Rights Regarding Confirmation of the Debtor's Chapter 11 Plan and Other Matters to be Heard on March 4 and 5, 2024 | 295 | | | | | | |
| 44 | 2/22/2024 | United States of America's Amended Objection to the Small Business Debtor's Plan of Reorganization | 297 | | | | | | |
| 45 | 2/22/2024 | United States Trustee's Reservation of Rights to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 298 | | | | | | |
| 46 | 2/22/2024 | Objection of the Reed Action Judgment Creditors to Confirmation of the Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 299 | | | | | | |
| 47 | 2/23/2024 | Deposition Transcript of Leanne Gould | | | | | | | |
| 48 | 2/26/2024 | Leanne Gould Errata | | | | | | | |
| 49 | 2/28/2024 | Deposition of Steve Balasiano | | | | | | | |
| 50 | 2/29/2024 | Notice of Filing of Expert Report of Jeff McCutchen | 303 | | | | | | |
| 51 | 9/282023 | Letter Report of Gould Consulting Services | 261-4 | | | Gould Exhibit 3 | | | |
| 52 | Various | Acknowledgment of Second Amendment Effective Date | | | ALECTO_00000359 - 00000367 | | | | |
| 53 | | Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | | | | | | | |
| 54 | | Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services, LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | | | | | | | |