### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtors | ) | **Related Docket Nos. 261 and 284** |

### REED ACTION JUDGMENT CREDITORS' WITNESS AND EXHIBIT LIST FOR MARCH 4, 2024 CONFIRMATION HEARING AT 1:00 P.M.

The Reed Action Judgment Creditors, by and through undersigned counsel, hereby disclose the witness and exhibits they may rely on at the March 4, 2024 confirmation hearing on the *Small Business Debtor's Plan of Reorganization Proposed by the Debtor* (the "Plan").

### WITNESS:

The Reed Action Judgment Creditors reserve the right to call the following witnesses:

1. Leanne Gould, CPA and forensic accountant retained by the Debtor as forensic investigation consultant. Ms. Gould's testimony will relate to the preparation of the report prepared for the Debtor by Gould Consulting Services (the "GCS Report"), the analyses of the Debtor's financials and intercompany transactions, and the analyses and conclusions reached in the GCS Report. The Reed Action Judgment Creditors may also examine Ms. Gould with respect to the exhibits identified below.

2. Mr. Steven Balasiano, independent director for the Debtor. Mr. Balasiano's testimony will relate to his participation in the preparation of the GCS Report, his consideration of and communications with others regarding the GCS Report, and his conclusions regarding causes of action the Debtor can assert against insiders. The Reed Action Judgment Creditors may also examine Mr. Balasiano regarding potential breach of fiduciary duty claims against the Debtor's officers and directors and the exhibits identified below.

3. Michael Sarrao, Executive Vice President, General Counsel, and Secretary for Alecto Healthcare Services LLC. Mr. Sarrao's testimony will relate to the financial condition of the Debtor and its affiliates, intercompany transfers, loans from the Debtor to its affiliates, the management fees the Debtor received from St. Rose Hospital and the exhibits identified below.

4. Any rebuttal and/or impeachment witnesses.

5. Any witnesses designated by any other party.

6. Any witnesses necessary to authenticate any document.

**EXHIBITS**:

| No. | Document Description | D.I. |
|---|---|---|
| 1 | Alecto Healthcare Services Hayward LLC bank statements [Acct. No. 7509] for the period from January 2022 through May 2023. (Various Bates #'s) | - |
| 2 | Alecto Healthcare Services LLC bank statements [Acct. No.. 6065] for the period from January 2022 through May 2023. (Various Bates #'s) | - |
| 3 | Demonstrative Exhibit re St. Rose Hospital Management Fees. | - |
| 4 | Plaza Medical Office Building LLC bank statements [Acct. No.2120] for the period from January through June 2023. (Various Bates #'s) | - |
| 5 | Plaza Medical Office Building LLC bank statements [Acct. No.2120] for the period from January through December 2022. (Various Bates #'s) | - |
| 6 | Plaza Medical Office Building LLC bank statements Acct. No.. 2120] for the period from July through December 2021. (Various Bates #'s) | - |
| 7 | First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023 (without exhibits) | 133 |
| 8 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2021 [Rows 2668 – 2673] ][Produced as ALECTO 00005906]. | - |

| No. | Document Description | D.I. |
|---|---|---|
| 9 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2022 [Rows 2232 – 2263] ][Produced as ALECTO 00005907]. | - |
| 10 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2023 [Rows 1081 – 1102] ][Produced as ALECTO 00005904]. | - |
| 11 | Excerpt from Small Business Small Business Debtor's Plan of Reorganization Proposed by the Debtor. | 261 |
| 12 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2019 [ALECTO_00005922 – 00005924]. | - |
| 13 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2020 [ALECTO_00005925 – 00005927]. | - |
| 14 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2021 [ALECTO_00005928 – 00005929]. | - |
| 15 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2022 [ALECTO_00005930 – 00005932] | - |
| 16 | Alecto Healthcare Services LLC YTD Income Statement, Balance Sheet and Statement of Cash Flows as of April 30, 2023 [ALECTO_00005933 – 00005935]. | - |
| 17 | Order Resolving Motions in *Reed v. Alecto Healthcare Services LLC*, Case No. 5:19-CV-263 in the United States District Court for the Northern District of West Virginia. | - |
| 18 | Judgment Order in *Reed v. Alecto Healthcare Services LLC*, Case No. 5:19-CV-263 in the United States District Court for the Northern District of West Virginia. | - |
| 19 | Summary Chart – Transfers to Sherman Grayson Hospital LLC (attached as Exhibit A to DI 299) | 299-1 |
| 20 | Amended Statement of Financial Affairs for Alecto Healthcare Services LLC | 175 |
| 21 | Claim 21 of the Centers for Medicare & Medicaid Services, U.S. Department of Health and Human Services | - |
| 22 | Written consents August 7, 2023 and August 19, 2023 (excerpts from Balasiano Supplemental Declaration) | 127-2 |
| 23 | Alecto organization chart (excerpt from Gould Report) | 261-4 |
| 24 | Gould Consulting Servies Engagement Letter (August 25, 2023) | 138-3 |
| 25 | First Day Declaration of Michael Sarrao | 3 |

The Reed Action Judgment Creditors reserve the right to identify further exhibits for use at the hearing, including demonstrative Exhibits.

Dated: February 29, 2024
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Counsel for the Reed Action Judgment Creditors*