**Exhibit A**

16573753/2

**Alecto Healthcare Services, LLC**
**Balance Sheet**
**FY19**

| | 19_01 | 19_02 | 19_03 | 19_04 | 19_05 | 19_06 | 19_07 | 19_08 | 19_09 | 19_10 | 19_11 | 19_12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | | | | | | |
| Cash and Equivalents | 73,870 | 798,530 | 67,309 | 12,665 | 45,780 | 59,484 | 317,408 | 1,468,663 | 59,188 | 17,177 | 314,488 | 356,457 |
| Accounts Receivable | - | - | - | - | - | - | - | - | - | - | - | - |
| Allowance for Bad Debt | - | - | - | - | - | - | - | - | - | - | - | - |
| Allowance for Contractuals & Oth Adj | - | - | - | - | - | - | - | - | - | - | - | - |
| Supplemental A/R | - | - | - | - | - | - | - | - | - | - | - | - |
| Patient Accounts Receivable | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receivables | 378,344 | 338,818 | 335,144 | 412,895 | 474,556 | 430,133 | 34,334 | 268,094 | 9,275,171 | 9,340,090 | 9,275,375 | 9,275,530 |
| Inventories | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Current Assets | 96,356 | 96,356 | 96,356 | 146,356 | 170,458 | 170,458 | 168,456 | 168,456 | 118,858 | 94,756 | 129,756 | 129,756 |
| Prepaid Insurance | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Pre-Paid Expenses | 54,037 | 379,255 | 306,053 | 224,809 | 143,561 | 67,938 | (10,014) | (23,936) | (110,014) | (124,764) | (204,156) | 488,500 |
| Total Current Assets | 602,608 | 1,612,959 | 804,862 | 796,726 | 834,355 | 728,014 | 510,184 | 1,881,277 | 9,343,204 | 9,327,260 | 9,515,463 | 10,250,244 |
| Land and Improvements | - | - | - | - | - | - | - | - | - | - | - | - |
| Buildings and Improvements | - | - | - | - | - | - | - | - | - | - | - | - |
| Leaseholds | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 |
| Construction-In-Progress | - | - | - | - | - | - | - | - | - | - | - | - |
| Property and Equipment | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 | 13,467 |
| Less: Accumulated Depreciation | (8,604) | (8,978) | (9,352) | (9,726) | (10,100) | (10,475) | (10,849) | (11,223) | (11,597) | (11,971) | (12,345) | (12,719) |
| Net Property and Equipment | 4,863 | 4,489 | 4,115 | 3,741 | 3,367 | 2,993 | 2,619 | 2,244 | 1,870 | 1,496 | 1,122 | 748 |
| Net goodwill | - | - | - | - | - | - | - | - | - | - | - | - |
| Other intangible assets | 12,132 | 11,830 | 11,529 | 11,228 | 10,926 | 10,625 | - | - | - | - | - | - |
| Total Long-Term Assets | 16,995 | 16,319 | 15,644 | 14,969 | 14,293 | 13,618 | 2,619 | 2,244 | 1,870 | 1,496 | 1,122 | 748 |
| **TOTAL ASSETS** | 619,603 | 1,629,278 | 820,506 | 811,694 | 848,648 | 741,632 | 512,803 | 1,883,522 | 9,345,074 | 9,328,756 | 9,516,586 | 10,250,992 |
| **LIABILITIES:** | | | | | | | | | | | | |
| Accounts Payable | 2,491,980 | 2,346,890 | 3,268,294 | 3,239,170 | 3,468,903 | 3,197,804 | 3,211,532 | 2,747,491 | 3,014,562 | 3,281,553 | 3,219,194 | 3,187,073 |
| Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Leases | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Payroll | 185,158 | 124,548 | 129,678 | 99,972 | 134,678 | 219,035 | 170,675 | 66,506 | 108,962 | 204,800 | 113,387 | 88,910 |
| Accrued PTO | 134,948 | 145,020 | 149,381 | 144,422 | 127,706 | 129,470 | 122,979 | 131,026 | 129,184 | 133,626 | 123,293 | 99,470 |
| Accrued Payroll Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Accrued Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Third-Party Settlements | - | - | - | - | - | - | - | - | - | - | - | - |
| Lines of Credit & Other Short-Term Debt | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion of Long-Term Debt | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | (1,321,500) | (235,505) | (1,795,593) | (1,174,119) | (1,777,981) | (1,360,366) | (942,758) | (133,242) | (1,315,352) | (1,203,778) | (371,771) | - |
| Total Current Liabilities | 1,490,586 | 2,380,953 | 1,751,759 | 2,309,445 | 1,953,306 | 2,185,943 | 2,562,428 | 2,811,780 | 1,937,356 | 2,416,201 | 3,084,103 | 3,375,453 |
| Mortgages and Long-Term Notes Payable | | | | | | | | | | | | |
| Intercompany Payables/(Receivables) | (14,943,753) | (14,814,555) | (14,718,752) | (15,735,710) | (15,340,353) | (15,694,394) | (16,273,215) | (15,327,918) | (15,915,303) | (16,430,664) | (16,712,126) | (16,394,094) |
| Deferred Credits | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | 4,229,494 | 4,229,494 | 4,229,494 | 4,629,524 | 4,599,525 | 4,749,525 | 4,749,523 | 4,749,523 | 4,749,523 | 4,749,523 | 4,749,523 | 4,749,523 |
| Total Long-Term Liabilities | (10,714,259) | (10,585,061) | (10,489,259) | (11,106,186) | (10,740,829) | (10,944,869) | (11,523,693) | (10,578,395) | (11,165,780) | (11,681,141) | (11,962,604) | (11,644,572) |
| **TOTAL LIABILITIES** | (9,223,673) | (8,204,108) | (8,737,499) | (8,796,741) | (8,787,523) | (8,758,925) | (8,961,265) | (7,766,615) | (9,228,424) | (9,264,940) | (8,878,500) | (8,269,119) |

| | 19_01 | 19_02 | 19_03 | 19_04 | 19_05 | 19_06 | 19_07 | 19_08 | 19_09 | 19_10 | 19_11 | 19_12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EQUITY:** | | | | | | | | | | | | |
| Common Stock | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid-in Capital | - | - | - | - | - | - | - | - | 8,944,478 | 8,944,478 | 8,944,478 | 8,944,478 |
| Other Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Retained Earnings PY | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 | 9,943,932 |
| Distributions | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Income | (100,656) | (110,545) | (385,926) | (335,496) | (307,761) | (443,375) | (469,865) | (293,795) | (314,912) | (294,713) | (493,324) | (368,299) |
| **TOTAL EQUITY** | **9,843,276** | **9,833,387** | **9,558,006** | **9,608,436** | **9,636,171** | **9,500,557** | **9,474,067** | **9,650,137** | **18,573,498** | **18,593,696** | **18,395,086** | **18,520,111** |
| **TOTAL LIABILITIES AND EQUITY** | **619,603** | **1,629,278** | **820,506** | **811,694** | **848,648** | **741,632** | **512,803** | **1,883,522** | **9,345,074** | **9,328,756** | **9,516,586** | **10,250,992** |