<u>**Exhibit B**</u>

**Part 6**

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or More of the Partnership**<br>▶ **Attach to Form 1065.**<br>▶ **Go to www.irs.gov/Form1065 for the latest information.** | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | 46-0829723 |

**Part I**  **Entities Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| LAXMAN REDDY | ██████████ | UNITED STATES | 56.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**          **Schedule B-1 (Form 1065) (Rev. 8-2019)**

924551  11-13-19

10340904 146892 629917                    2019.04020 ALECTO HEALTHCARE SERVICE 629917_1

CONFIDENTIAL                                                                 ALECTO_00027479

**SCHEDULE M-3**
(Form 1065)

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation
## for Certain Partnerships

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2019**

| Name of partnership | Employer identification number |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | 46-0829723 |

**This Schedule M-3 is being filed because (check all that apply):**

A [X] The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B [X] The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year  247,808,992. .

C [ ] The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____ .

D [ ] An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50% or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |

E [ ] Voluntary Filer.

**Part I    Financial Information and Net Income (Loss) Reconciliation**

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

    [ ] **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

    [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

  **b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?

    [ ] **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

    [X] **No.** Go to line 1c.

  **c** Did the partnership prepare a non-tax-basis income statement for that period?

    [X] **Yes.** Complete lines 2 through 11 with respect to that income statement.

    [ ] **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning  01/01/2019   Ending  12/31/2019

**3a** Has the partnership's income statement been restated for the income statement period on line 2?

    [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X] **No.**

  **b** Has the partnership's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

    [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X] **No.**

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | -368,299. |
| **b** Indicate accounting standard used for line 4a (see instructions). | | |
|   **1** [X] GAAP   **2** [ ] IFRS   **3** [ ] Section 704(b) | | |
|   **4** [ ] Tax-basis   **5** [ ] Other (Specify) ▶ _____ | | |
| **5a** Net income from noninclludible foreign entities (attach statement) | **5a** | ( ) |
|   **b** Net loss from noninclludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from noninclludible U.S. entities (attach statement) | **6a** | ( ) |
|   **b** Net loss from noninclludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
|   **b** Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclludible entities (attach stmt.) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 | **11** | -368,299. |

  **Note:** Part I, line 11, must equal Part II, line 26, column (a), or Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 26,796,334. | 8,124,976. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

**For Paperwork Reduction Act Notice, see the instructions for your return.**

Schedule M-3 (Form 1065) 2019

910991 01-13-20    LHA

10340904 146892 629917                          2019.04020 ALECTO HEALTHCARE SERVICE 629917_1

CONFIDENTIAL

ALECTO_00027480

Schedule M-3 (Form 1065) 2019                                                           **Page 2**

| Name of partnership | Employer identification number |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | 46-0829723 |

**Part II**   **Reconciliation of Net Income (Loss) per Income Statement of Partnership with Income (Loss) per Return**

| Income (Loss) Items | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| | Attach statements for lines 1 through 10. | | | |
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross foreign distributions previously taxed | | | | |
| 5 Income (loss) from equity method U.S. corporations | | | | |
| 6 U.S. dividends | | | | |
| 7 Income (loss) from U.S. partnerships **STMT 21** | | -48,732,356. | 127,749. | -48,604,607. |
| 8 Income (loss) from foreign partnerships | | | | |
| 9 Income (loss) from other pass-through entities | | | | |
| 10 Items relating to reportable transactions | | | | |
| 11 Interest income (see instructions) | 88. | | | 88. |
| 12 Total accrual to cash adjustment | | | | |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach statement) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | 88. | -48,732,356. | 127,749. | -48,604,519. |
| 24 Total expense/deduction items. (From Part III, line 31) (see instructions) | -3,447,775. | -139,963. | 31,240. | -3,556,498. |
| 25 Other items with no differences **STMT 22** | 3,079,388. | | | 3,079,388. |
| 26 Reconciliation totals. Combine lines 23 through 25 | -368,299. | -48,872,319. | 158,989. | -49,081,629. |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

**Schedule M-3 (Form 1065) 2019**

910992
01-13-20

10340904 146892 629917                         2019.04020 ALECTO HEALTHCARE SERVICE 629917_1

CONFIDENTIAL                                                                       **ALECTO_00027481**

Schedule M-3 (Form 1065) 2019                                                                                                     **Page 3**

| Name of partnership | Employer identification number |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | 46-0829723 |

**Part III**  Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return – Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | State and local current income tax expense | 3,200. | 1,600. | | 4,800. |
| 2 | State and local deferred income tax expense | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 4 | Foreign deferred income tax expense | | | | |
| 5 | Equity-based compensation | | | | |
| 6 | Meals and entertainment  STMT 24 | 10,806. | | -5,403. | 5,403. |
| 7 | Fines and penalties | | | | |
| 8 | Judgments, damages, awards, and similar costs | | | | |
| 9 | Guaranteed payments | | | | |
| 10 | Pension and profit-sharing | | | | |
| 11 | Other post-retirement benefits | | | | |
| 12 | Deferred compensation | | | | |
| 13 | Charitable contribution of cash and tangible property  STMT 25 | 14,150. | | | 14,150. |
| 14 | Charitable contribution of intangible property | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b) | | | | |
| 17 | Current year acquisition/reorganization investment banking fees | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs  STMT 26 | 12,433. | -7,729. | | 4,704. |
| 22 | Reserved | | | | |
| 23a | Depletion - Oil & Gas | | | | |
| b | Depletion - Other than Oil & Gas | | | | |
| 24 | Intangible drilling & development costs | | | | |
| 25 | Depreciation | 4,489. | -3,311. | | 1,178. |
| 26 | Bad debt expense | | | | |
| 27 | Interest expense (see instructions) | 187,281. | -187,193. | | 88. |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Other expense/deduction items with differences (attach statement)  STMT 27 | 3,215,416. | 336,596. | -25,837. | 3,526,175. |
| 31 | **Total expense/deduction items.** Combine lines 1 through 30. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | 3,447,775. | 139,963. | -31,240. | 3,556,498. |

Schedule M-3 (Form 1065) 2019

910993
01-13-20

10340904 146892 629917                    2019.04020 ALECTO HEALTHCARE SERVICE 629917_1

CONFIDENTIAL                                                                                             ALECTO_00027482

ALECTO HEALTHCARE SERVICES LLC                                    46-0829723

SCHEDULE M-3          INCOME (LOSS) FROM U.S. PARTNERSHIPS        STATEMENT 21

NAME

| EIN | END OF YEAR PERCENTAGE | | INCOME (LOSS) PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | INCOME (LOSS) PER TAX RETURN |
|---|---|---|---|---|---|---|
| | PROFIT-SHARING | LOSS-SHARING | | | | |
| ALECTO HEALTHCARE SERVICES LOS ANGELES | | | | | | |
| 90-0999512 | | | 0. | -2,081,276. | 123,697. | -1,957,579. |
| ALECTO HEALTHCARE SERVICES FAIRMONT LLC | | | | | | |
| 35-2507149 | | | 0. | -5,395,363. | 1,198. | -5,394,165. |
| ALECTO HEALTHCARE SERVICES SHERMAN LLC | | | | | | |
| 37-1760423 | | | 0. | -3,791,689. | 1,561. | -3,790,128. |
| ALECTO HEALTHCARE SERVICES OHIO VALLEY, LLC | | | | | | |
| 36-4857044 | | | 0. | -37,464,028. | 1,293. | -37,462,735. |
| TOTAL TO M-3, PART II, LINE 7 | | | 0. | -48,732,356. | 127,749. | -48,604,607. |

SCHEDULE M-3          OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION    STATEMENT 22
                             ITEMS WITH NO DIFFERENCES

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 4,305,599. | 4,305,599. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -1,226,211. | -1,226,211. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 3,079,388. | 3,079,388. |

SCHEDULE M-3          OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES    STATEMENT 23

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| OTHER INCOME | 20,980. | 20,980. |
| SALES | 4,284,619. | 4,284,619. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 4,305,599. | 4,305,599. |

CONFIDENTIAL                                                      ALECTO_00027483

ALECTO HEALTHCARE SERVICES LLC                                    46-0829723

---

SCHEDULE M-3              MEALS AND ENTERTAINMENT              STATEMENT 24

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| MEALS AND ENTERTAINMENT FROM TRADE OR BUSINESS | 10,806. | | -5,403. | 5,403. |
| TOTAL | 10,806. | | -5,403. | 5,403. |

---

SCHEDULE M-3          CHARITABLE CONTRIBUTION OF CASH          STATEMENT 25
                         AND TANGIBLE PROPERTY

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| CHARITABLE CONTRIBUTIONS | 14,150. | | 0. | 14,150. |
| TOTAL | 14,150. | | 0. | 14,150. |

---

SCHEDULE M-3               OTHER AMORTIZATION OR               STATEMENT 26
                         IMPAIRMENT WRITE-OFFS

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| LOAN COSTS | 4,704. | | 0. | 4,704. |
| OTHER AMORTIZATION | 7,729. | -7,729. | 0. | 0. |
| TOTAL | 12,433. | -7,729. | 0. | 4,704. |

CONFIDENTIAL                                                    ALECTO_00027484

ALECTO HEALTHCARE SERVICES LLC                                    46-0829723

SCHEDULE M-3        OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES    STATEMENT 27

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| EXCESS BUSINESS INTEREST EXPENSE | 0. | 187,193. | 0. | 187,193. |
| OFFICER'S LIFE INSURANCE | 25,837. | | -25,837. | 0. |
| SALARIES AND WAGES | 3,189,579. | 149,403. | 0. | 3,338,982. |
| TOTAL TO M-3, PART III, LINE 30 | 3,215,416. | 336,596. | -25,837. | 3,526,175. |

SCHEDULE M-3                OTHER EXPENSE/DEDUCTION ITEMS           STATEMENT 28
                                 WITH NO DIFFERENCES

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|
| AUTOMOBILE EXPENSE | 22,998. | 22,998. |
| BANK SERVICE CHARGES | 21,466. | 21,466. |
| COMPUTER AND INTERNET EXPENSES | 12,593. | 12,593. |
| DUES AND SUBSCRIPTIONS | 13,537. | 13,537. |
| EMPLOYEE BENEFIT PROGRAMS | 259,280. | 259,280. |
| INSURANCE | 102,537. | 102,537. |
| PAYROLL TAXES | 145,810. | 145,810. |
| PROFESSIONAL FEES | 227,313. | 227,313. |
| PURCHASED SERVICES | 202,802. | 202,802. |
| RENT EXPENSE | 68,414. | 68,414. |
| REPAIRS | 3,240. | 3,240. |
| SUPPLIES AND OTHER | 11,651. | 11,651. |
| TAXES AND LICENSES | 7,200. | 7,200. |
| TRAVEL EXPENSES | 97,427. | 97,427. |
| UTILITIES | 29,943. | 29,943. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 1,226,211. | 1,226,211. |

CONFIDENTIAL                                                      ALECTO_00027485

# K-1
REV 5-19  ☒ FROM SP 1

## Schedule of WV Partner/Shareholder/Member/Beneficiary
## Income, Loss, Modification, Credits, and Withholding

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEGINNING | 01 MM | 01 DD | 2019 YYYY | ENDING | 12 MM | 31 DD | 2019 YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | LAXMAN REDDY |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | CALABASAS | CA | 91302 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership  ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ -12335187 | .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | 68.000000 | % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911

986871  10-10-19    (1019)

CONFIDENTIAL

ALECTO_00027486

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
|---|---|---|---|

### CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | |
|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | .00 |
| 14. Apprentice Training Tax Credit | 14 | .00 |
| 15. Film Industry Investment Tax Credit | 15 | .00 |
| 16. Alternative Fuel Tax Credit | 16 | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | .00 |

### ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

CONFIDENTIAL

ALECTO_00027487

# K-1
REV 5-19  ☒ FROM SP 2

## Schedule of WV Partner/Shareholder/Member/Beneficiary
## Income, Loss, Modification, Credits, and Withholding

**2019**

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEGINNING | 01 | 01 | 2019 | ENDING | 12 | 31 | 2019 |
| | MM | DD | YYYY | | MM | DD | YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | ROGER KRISSMAN |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | █████████████ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | UPLAND | CA | 91786 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | █████████ | |

**CHECK ONE:**

☐ S Corporation

☒ Limited Liability Company

☐ Partnership   ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ | -1813998 .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | 10.000000 | % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911                    986871  10-10-19    (1019)

**CONFIDENTIAL**                                                                **ALECTO_00027488**

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | |
|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | .00 |
| 14. Apprentice Training Tax Credit | 14 | .00 |
| 15. Film Industry Investment Tax Credit | 15 | .00 |
| 16. Alternative Fuel Tax Credit | 16 | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | .00 |

## ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

CONFIDENTIAL

ALECTO_00027489

## K-1
REV 5-19

☒ FROM SP 3

### Schedule of WV Partner/Shareholder/Member/Beneficiary
### Income, Loss, Modification, Credits, and Withholding

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BEGINNING** | 01 | 01 | 2019 | **ENDING** | 12 | 31 | 2019 |
| | MM | DD | YYYY | | MM | DD | YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | MICHAEL J SARRAO |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | ▮ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | MISSION VIEJO | CA | 92692 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | ▮ | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership   ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ | -1269799 .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | 7.000000 | % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

### ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

### SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911

986871  10-10-19    (1019)

CONFIDENTIAL

ALECTO_00027490

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
|------|-------------------------------|------|-----------|

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | | |
|---|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | | .00 |
| 14. Apprentice Training Tax Credit | 14 | | .00 |
| 15. Film Industry Investment Tax Credit | 15 | | .00 |
| 16. Alternative Fuel Tax Credit | 16 | | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | | .00 |

## ADDITIONAL INFORMATION

CA54201912

CONFIDENTIAL

ALECTO_00027491

## K-1
REV 5-19    ☒ FROM SP 4

## Schedule of WV Partner/Shareholder/Member/Beneficiary
## Income, Loss, Modification, Credits, and Withholding

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BEGINNING** | 01 MM | 01 DD | 2019 YYYY | **ENDING** | 12 MM | 31 DD | 2019 YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | PANCH JEYAKUMAR |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | ███████████████ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | TUSTIN | CA | 92782 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | ████████ | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership    ☐ Fiduciary

1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return    $ _____ .00

2. Amount of West Virginia income tax withheld (see instructions)    $ _____ .00

PERCENTAGE OF OWNERSHIP _____ %

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911          986871  10-10-19    (1019)

CONFIDENTIAL          ALECTO_00027492

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
|---|---|---|---|

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | |
|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | .00 |
| 14. Apprentice Training Tax Credit | 14 | .00 |
| 15. Film Industry Investment Tax Credit | 15 | .00 |
| 16. Alternative Fuel Tax Credit | 16 | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | .00 |

## ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

# K-1
REV 5-19 ☒ FROM SP 6

## Schedule of WV Partner/Shareholder/Member/Beneficiary
## Income, Loss, Modification, Credits, and Withholding

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEGINNING | 01 MM | 01 DD | 2019 YYYY | ENDING | 12 MM | 31 DD | 2019 YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | MATT WILLIAMS |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | WEST HOLLYWOOD | CA | 90046 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership   ☐ Fiduciary

1. Income subject to withholding for nonresident as reported on
   organization's S Corporation, Partnership or Fiduciary Return   $ −906999 .00

2. Amount of West Virginia income tax withheld (see instructions)   $ .00

PERCENTAGE OF OWNERSHIP   5.000000 %

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911

986871  10-10-19    (1019)

CONFIDENTIAL                    ALECTO_00027494

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
|------|-------------------------------|------|-----------|

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | |
|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | .00 |
| 14. Apprentice Training Tax Credit | 14 | .00 |
| 15. Film Industry Investment Tax Credit | 15 | .00 |
| 16. Alternative Fuel Tax Credit | 16 | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | .00 |

## ADDITIONAL INFORMATION

CA54201912

CONFIDENTIAL

ALECTO_00027495

# K-1
REV 5-19

☒ FROM SP
7

## Schedule of WV Partner/Shareholder/Member/Beneficiary
## Income, Loss, Modification, Credits, and Withholding

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEGINNING | 01 MM | 01 DD | 2019 YYYY | ENDING | 12 MM | 31 DD | 2019 YYYY | |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | STEVEN KAY |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | ███████████████ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | SAN FRANCISCO | CA | 94105 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | ████████ | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership   ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ | −906999 .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | | 5.000000 % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911          986871  10-10-19    (1019)

CONFIDENTIAL                                                                ALECTO_00027496

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
|------|-------------------------------|------|-----------|

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | | |
|---|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | | .00 |
| 14. Apprentice Training Tax Credit | 14 | | .00 |
| 15. Film Industry Investment Tax Credit | 15 | | .00 |
| 16. Alternative Fuel Tax Credit | 16 | | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | | .00 |

## ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

CONFIDENTIAL

ALECTO_00027497

**K-1**
REV 5-19

☒ FROM SP 8

## Schedule of WV Partner/Shareholder/Member/Beneficiary Income, Loss, Modification, Credits, and Withholding

**2019**

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BEGINNING** | 01 | 01 | 2019 | **ENDING** | 12 | 31 | 2019 |
| | MM | DD | YYYY | | MM | DD | YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | HAYES IRREVOCABLE TRUST |

| STREET or POST OFFICE BOX | STREET or POST OFFICE BOX |
|---|---|
| 16310 BAKE PARKWAY SUITE 200 | ███████████ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | DALLAS | TX | 75225 |

| WEST VIRGINIA IDENTIFICATION NUMBER | FEDERAL IDENTIFICATION NUMBER | FEIN | WV IDENTIFICATION NUMBER |
|---|---|---|---|
| | 460829723 | ██████ | |

**CHECK ONE:**

☐ S Corporation

☒ Limited Liability Company

☐ Partnership   ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ | −906999 .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | | 5.000000 % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911

986871  10-10-19   (1019)

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | | |
|---|---|---|---|
| 11. Economic Opportunity Tax Credit | 11 | | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | | .00 |
| 14. Apprentice Training Tax Credit | 14 | | .00 |
| 15. Film Industry Investment Tax Credit | 15 | | .00 |
| 16. Alternative Fuel Tax Credit | 16 | | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | | .00 |

## ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

CONFIDENTIAL

ALECTO_00027499

## K-1
REV 5-19  ☒ FROM SP 9

**Schedule of WV Partner/Shareholder/Member/Beneficiary Income, Loss, Modification, Credits, and Withholding**

# 2019

| TAXABLE YEAR OF ORGANIZATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **BEGINNING** | 01 MM | 01 DD | 2019 YYYY | **ENDING** | 12 MM | 31 DD | 2019 YYYY |

| ORGANIZATION NAME (please type or print) | NAME OF PARTNER/SHAREHOLDER/MEMBER/BENEFICIARY |
|---|---|
| ALECTO HEALTHCARE SERVICES LLC | AMAN DHUPER |
| **STREET or POST OFFICE BOX** | **STREET or POST OFFICE BOX** |
| 16310 BAKE PARKWAY SUITE 200 | ███████████████ |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| IRVINE | CA | 92618 | RANCHO CUCAMONGA | CA | 91739 |
| **WEST VIRGINIA IDENTIFICATION NUMBER** | **FEDERAL IDENTIFICATION NUMBER** | | **FEIN** | | **WV IDENTIFICATION NUMBER** |
| | 460829723 | | ████████ | | |

CHECK ONE:

☐ S Corporation

☒ Limited Liability Company

☐ Partnership  ☐ Fiduciary

| | | |
|---|---|---|
| 1. Income subject to withholding for nonresident as reported on organization's S Corporation, Partnership or Fiduciary Return | $ | .00 |
| 2. Amount of West Virginia income tax withheld (see instructions) | $ | .00 |
| PERCENTAGE OF OWNERSHIP | | % |

## INCOME

| | | |
|---|---|---|
| 1. Distributive pro rata share of income allocable to West Virginia | 1 | .00 |

## ADDITIONS

| | | |
|---|---|---|
| 2. Interest or dividend income on federal obligations which is exempt from federal tax but subject to state tax | 2 | .00 |
| 3. Interest or dividend income on state and local bonds other than bonds from West Virginia sources | 3 | .00 |
| 4. Interest on money borrowed to purchase bonds earning income exempt from West Virginia tax | 4 | .00 |
| 5. Any amount not included in federal income that was an eligible contribution for the Neighborhood Investment Program Tax Credit | 5 | .00 |
| 6. Other Income deducted from federal adjusted gross income but subject to state tax | 6 | .00 |

## SUBTRACTIONS

| | | |
|---|---|---|
| 7. Interest or dividends received on United State or West Virginia obligations included in federal adjusted gross income but exempt from state tax | 7 | .00 |
| 8. Refunds of state and local income taxes received and reported as income to the IRS | 8 | .00 |
| 9. Other income included into federal adjusted gross income but excluded from state income tax | 9 | .00 |
| 10. Allowance for governmental obligations secured by residential property | 10 | .00 |



CA54201911           986871  10-10-19    (1019)

**CONFIDENTIAL**                                    **ALECTO_00027500**

| NAME | ALECTO HEALTHCARE SERVICES LLC | FEIN | 460829723 |
| --- | --- | --- | --- |

## CREDITS ALLOCABLE TO PARTNER/SHAREHOLDER/MEMBER

| | | | |
| --- | --- | --- | --- |
| 11. Economic Opportunity Tax Credit | 11 | | .00 |
| 12. Environmental Agricultural Equipment Tax Credit | 12 | | .00 |
| 13. WV Neighborhood Investment Program Credit | 13 | | .00 |
| 14. Apprentice Training Tax Credit | 14 | | .00 |
| 15. Film Industry Investment Tax Credit | 15 | | .00 |
| 16. Alternative Fuel Tax Credit | 16 | | .00 |
| 17. Innovative Mine Safety Tax Credit | 17 | | .00 |
| 18. Historic Rehabilitated Buildings Tax Credit | 18 | | .00 |
| 19. West Virginia Military Incentive Tax Credit | 19 | | .00 |
| 20. Farm to Food Bank Tax Credit | 20 | | .00 |

## ADDITIONAL INFORMATION

986872  10-10-19    (1019)

CA54201912

CONFIDENTIAL

ALECTO_00027501