# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 305** |

## NOTICE OF FILING OF JX LIST FOR HEARINGS ON
## MARCH 4, 2024 AT 1:00 P.M. (E.T.) AND MARCH 5, 2024 AT 10:00 A.M. (E.T.)

PLEASE TAKE NOTICE that on February 29, 2024, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Witness and Exhibit List for Hearings on March 4, 2024 at 1:00 p.m. (E.T.) and March 5, 2024 at 10:00 a.m. (E.T.)* [Docket No. 305] (the "Notice"), attaching the Debtor's exhibit list as Exhibit A.

PLEASE TAKE FURTHER NOTICE that as indicated in the Notice, the Debtor and parties in interest have met and conferred on the Debtor's exhibit list and other documentary evidence parties intend to rely on at the hearing, and as a result, the Debtor has created a joint exhibit list (the "JX List") inclusive of those additional documents.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a copy of the JX List is attached hereto as **Exhibit 1**.

*[Signature Page to Follow]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16585080/1

| | |
|---|---|
| Dated: March 1, 2024 | **MORRIS JAMES LLP** |
| | /s/ *Tara C. Pakrouh* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Christopher M. Donnelly (DE Bar No. 7149) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | E-mail: cdonnelly@morrisjames.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |

16585080/1