# **EXHIBIT 1**

JX List

| JX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2019 | Alecto Healthcare Services LLC Tax Returns for 2019 | | | ALECTO_00027109 - 00027501 ALECTOPLANUSA00002373 - 00002765 | | | | |
| 2 | 2019 | Alecto Healthcare Services LLC Month to Month Financials for 2019 | | | ALECTO_00027108 | | | | |
| 3 | 2020 | Alecto Healthcare Services LLC Tax Returns for 2020 | | | ALECTOPLANUSA00000167 - 00000534 | | | | |
| 4 | 2020 | Alecto Healthcare Services LLC Month to Month Financials for 2020 | | | ALECTO_00027870 | | | | |
| 5 | 7/23/2011 | San Diego Education Report - Dishonesty re patient conditions | | | | | | | |
| 6 | 7/25/2011 | Orange County Register - Reluctant patients boosted Prime Healthcare revenue | | | | | | | |
| 7 | 8/19/2011 | Letter re: Olympia Medical Plaza and Parking Structure 5901 and 5975 W. Olympic Boulevard, Los Angeles, California | | | ALECTO_00027873-27988 | | | | |
| 8 | 10/3/2011 | Complaint (Case 2:11-cv-08214-PJW) | | | | | | | |
| 9 | 2/23/2012 | Prime Healthcare CEO resigns amidst upcoding accusations | | | | | | | |
| 10 | 8/21/2012 | Ground Lease Agreement (300 N. Highland Dr., Sherman, TX) | | | ALECTO_00027989-28021 | | | | |
| 11 | 10/10/2012 | AlectoHS Certificate of Formation | | | ALECTO_00028609 - 28611 | | | | |
| 12 | 10/29/2012 | Amended Management Services Agreement St. Rose Hospital, Hayward, CA | | | ALECTO_00000001 - 00000036 | | | | |
| 13 | 1/1/2013 | Amended and Restated Alecto Operating Agreement | | | ALECTO_00028648 - 28690 | | | | |
| 14 | 4/1/2013 | First Amendment to Amended and Restated Alecto Operating Agreement | | | ALECTO_00028633 - 28647 | | | | |
| 15 | 9/19/2014 | Second Amendment to Amended and Restated Alecto Operating Agreement | | | ALECTO_00028626 - 28632 | | | | |
| 16 | 9/23/2014 | Purchase Agreement by and among Sherman/Grayson Health System, LLC and Alecto Healthcare Services Sherman LLC and with respect to Section 6.12 and Article IX only, LHP Hospital Group, Inc., and Texas Health Resources dated as of September 23, 2014 | | | ALECTO_00028022-28097 | | | | |
| 17 | 9/23/2014 | Guarantee | | | ALECTO_00028098-28105 | | | | |
| 18 | 10/31/2014 | Lease Agreement MPT of Sherman-Alecto Hospital, LLC | | | ALECTO_00028113-28256 | | | | |
| 19 | 10/31/2014 | Assignment and Assumption of MOB Ground Lease | | | ALECTO_00028106-28112 | | | | |
| 20 | 10/31/2014 | Guaranty | | | ALECTO_00000134 - 00000143 ALECTO_00000144 - 00000153 | | | | |
| 21 | 12/31/2014 | Third Amendment to Amended and Restated Alecto Operating Agreement | | | ALECTO_00028619 - 28625 | | | | |
| 22 | 2/11/2015 | Prime and Kaiser take lawsuits to arbitration | | | | | | | |
| 23 | 1/1/2016 | Fourth Amendment to Amended and Restated Alecto Operating Agreement | | | ALECTO_00028612 - 28618 | | | | |
| 24 | 5/18/2016 | Letter re: St. Rose Hospital | | | ALECTOPLANUSA00000122 - 00000128 | | | | |
| 25 | 6/1/2016 | First Amendment to Amended Management Services Agreement | | | ALECTOPLANUSA00000130 - 00000135 | | | | |
| 26 | 6/1/2016 | Acknowledgment of First Amendment Effective Date | | | ALECTO_00000182 | | | | |
| 27 | 6/23/2016 | Complaint in Intervention and Demand of the United States for Jury Trial (No. CV 11-08214 PJW (MG)) | | | | | | | |
| 28 | 8/2/2016 | Joinder | | | ALECTO_00028438-28453 | | | | |
| 29 | 8/22/2016 | Revolving Loan and Security Agreement dated August 22, 2016 | | | ALECTO_00028257-28437 | | | | |
| 30 | 12/31/2016 | Fifth Amendment to Amended and Restated Alecto Operating Agreement | | | ALECTO_00028691 - 28697 | | | | |
| 31 | 8/3/2018 | Prime Healthcare Services and CEO to Pay $65 Million to Settle False Claims Act Allegations | | | | | | | |
| 32 | 12/19/2018 | Letter re: St. Rose Hospital | | | ALECTOPLANUSA00000954 - 00000959 | | | | |
| 33 | 12/26/2018 | Letter re: St. Rose Hospital Project No. 0932 and No. 1025 Consent to Enter into the Second Amendment to Amended Management Services Agreement | | | ALECTOPLANUSA00000001 - 00000002 | | | | |
| 34 | 1/4/2019 | Second Amendment to Amended Management Services Agreement | | | ALECTO_00000368 - 00000372 | | | | |
| 35 | Jun-19 | City National Bank Statement for June 2019 for Account Number x6065 | | | | | | | |

| JX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 6/20/2019 | Loan Agreement dated as of June 20, 2019 between Plaza Medical Office Building, LLC and Wells Fargo Bank, National Association, as Lender | | | ALECTO_00028454-28583 | | | | |
| 37 | 6/20/2019 | Funds Flow Agreement | | | ALECTO_00028454-28589 | | | | |
| 38 | Jul-19 | City National Bank Statement for July 2019 for Account Number x6065 | | | | | | | |
| 39 | 7/8/2019 | Amended and Restated Credit and Security Agreement between Alecto Healthcare Services LLC and CNH Finance Fund I, L.P. | | | ALECTO_00000993 - 00001147 | | | | |
| 40 | 10/7/2019 | Alecto Healthcare Services LLC Organization Chart | | | | | | | |
| 41 | 12/31/2019 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2019 | | | ALECTO_00005922 – 00005924 | | | | |
| 42 | 9/16/2020 | Letter re: Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | | | ALECTO_00028590-28593 | | | | |
| 43 | 11/9/2020 | Letter re: Revised Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | | | ALECTO_00028594-28599 | | | | |
| 44 | 12/31/2020 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2020 | | | ALECTO_00005925 – 00005927 | | | | |
| 45 | 1/1/2021 | Assignment of Membership Interests of Sunrise MOB Holdings LLC | | | ALECTO_00028600-28603 | | | | |
| 46 | 1/1/2021 | Sixth Amendment to Amended and Restated Operating Agreement | | | ALECTO_00028698 - 28702 | | | | |
| 47 | 3/1/2021 | First Amendment to Amended and Restated Credit and Security Agreement and Waiver | | | ALECTO_00003394 - 00003405 | | | | |
| 48 | 8/30/2021 | Letter re: Olympia Medical Center | | | | | | | |
| 49 | 11/1/2021 | Second Amendment to Amended and Restated Credit and Security Agreement | | | ALECTO_00004403 - 00004409 | | | | |
| 50 | 12/31/2021 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2021 | | | ALECTO_00005928 – 00005929 | | | | |
| 51 | 1/1/2022 | Seventh Amendment to Amended and Restated Operating Agreement | | | ALECTO_00028703 - 28711 | | | | |
| 52 | 8/1/2022 | Third Amendment to Amended and Restated Credit and Security Agreement | | | ALECTO_00005948 - 00005956 | | | | |
| 53 | 8/2/2022 | Order Resolving Motions in Case No. 5:19-cv-00263-JPB-JPM | | | | Balasiano Ex. 5 | | | |
| 54 | 11/28/2022 | Judgment Order in Case No. 5:19-cv-00263-JPB-JPM | | | | Balasiano Ex. 4 | | | |
| 55 | 11/30/2022 | Alecto Healthcare Services LLC Consolidated Income Statement 11-Months Ending 11/30/2022 | | | | | | | |
| 56 | 12/31/2022 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2022 | | | ALECTO_00005930 – 00005932 | Balasiano Ex. 7 | | | |
| 57 | 1/30/2023 | Email re: Reed v. Alecto -- follow-up re AHS financial condition STB Secure [STBWorksite. FID919706] | | | | | | | |
| 58 | 2/8/2023 | Distributions/Cash Balances | | | | | | | |
| 59 | 3/9/2023 | Complaint (Case No. 2:23-cv-01783) | | | | | | | |
| 60 | 4/12/2023 | Plaintiffs' Unopposed Motion for Relief From Protective Order | | | | | | | |
| 61 | 4/13/2023 | Order | | | | | | | |
| 62 | 4/30/2023 | Alecto Healthcare Services LLC YTD Income Statement, Balance Sheet and Statement of Cash Flows as of April 30, 2023 | | | ALECTO_00005817-5819 | | | | |
| 63 | 6/16/2023 | First Day Declaration of Michael Sarrao | 3 | | | | | | |
| 64 | 6/23/2023 | Voluntary Petition for Sherman/Grayson Hospital LLC | | 1 | | | | | |
| 65 | 7/5/2023 | Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 60 | | | | | |
| 66 | 7/5/2023 | Delcaration of Michael Sarrao in Support of Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 61 | | | | | |
| 67 | 8/7/2023 | Written Consent of the Board of Managers of Alecto Healthcare Services LLC August 7, 2023 | | | ALECTO_00028606-28608 | | | | |
| 68 | 8/8/2023 | Supplemental Delcaration of Michael Sarrao in Support of Motion of the Debtor for Entry of an Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief | | 125 | | | | | |
| 69 | 8/19/2023 | Written Consent of the Board of Managers of Alecto Healthcare Services LLC August 19, 2023 | | | ALECTO_00028604-28605 | Balasiano Ex. 1 | | | |
| 70 | 8/23/2023 | First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023 (without exhibits) | 133 | | | | 7 | | |

| JX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 8/29/2023 | Order (I) Authorizing the Private Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Unexpired Leases, and (III) Granting Other Related Relief | | 161 | | | | | |
| 72 | 10/10/2023 | Amended Statement of Financial Affairs for Alecto Healthcare Services LLC (Case No. 23-10787-JKS) | | | | | | | |
| 73 | 12/13/2023 | Claim 21 of the Centers for Medicare & Medicaid Services, U.S. Department of Health and Human Services | | | | | | | |
| 74 | 12/19/2023 | Small Business Debtor's Plan of Reorganization | 261 | | | Balasiano Ex. 3 | | | |
| 75 | 12/19/2023 | Alecto organization chart (excerpt from Gould Report) | 138-3 | | | Balasiano Ex. 8 | | | |
| 76 | 1/24/2024 | United States of America's Objection to the Small Business Debtor's Plan of Reorganization | 279 | | | | | | |
| 77 | 2/15/2024 | Notice of Deposition of Leanne Gould | 293 | | | | | | |
| 78 | 2/15/2024 | Notice of Deposition of Steve Balasiano | 294 | | | | | | |
| 79 | 2/21/2024 | Subchapter V Trustee's Reservation of Rights Regarding Confirmation of the Debtor's Chapter 11 Plan and Other Matters to be Heard on March 4 and 5, 2024 | 295 | | | | | | |
| 80 | 2/22/2024 | United States of America's Amended Objection to the Small Business Debtor's Plan of Reorganization | 297 | | | | | | |
| 81 | 2/22/2024 | United States Trustee's Reservation of Rights to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 298 | | | | | | |
| 82 | 2/22/2024 | Objection of the Reed Action Judgment Creditors to Confirmation of the Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 299 | | | Balasiano Ex. 6 | | | |
| 83 | 2/22/2024 | Summary Chart – Transfers to Sherman Grayson Hospital LLC (attached as Exhibit A to DI 299) | 299 | | | | | | |
| 84 | 2/23/2024 | Deposition Transcript of Leanne Gould | | | | Balasiano Ex. 9 | | | |
| 85 | 2/26/2024 | Leanne Gould Errata | | | | | | | |
| 86 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams Employee Payroll History | | | ALECTOPLANUSA00003164 - 00003165 | | | | |
| 87 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003166 - 00003167 | | | | |
| 88 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003168 - 00003169 | | | | |
| 89 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003170 - 00003171 | | | | |
| 90 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003172 - 00003173 | | | | |
| 91 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003174 - 00003175 | | | | |
| 92 | 2/27/2024 | Olympia Medical Center PP *LIVE* MWilliams W-2 Compilation Detail | | | ALECTOPLANUSA00003176 - 00003177 | | | | |
| 93 | 2/28/2024 | Deposition of Steve Balasiano | | | | | | | |
| 94 | 2/29/2024 | Notice of Filing of Expert Report of Jeff McCutchen | 303 | | | | | | |
| 95 | 12/31/2021 | Alecto Healthcare Services LLC Consolidated Income Statement Fiscal Year Ending 12/31/2021 | | | | | | | |
| 96 | 9/282023 | Letter Report of Gould Consulting Services | 261-4 | | | Gould Exhibit 3; Balasiano Ex. 2 | | | |
| 97 | Various | Acknowledgment of Second Amendment Effective Date | | | ALECTO_00000359 - 00000367 | | | | |
| 98 | Various | Alecto Healthcare Services Hayward LLC bank statements [Acct. No. 7509] for the period from January 2022 through May 2023 | | | | | | | |
| 99 | Various | Alecto Healthcare Services LLC bank statements [Acct. No.. 6065] for the period from January 2022 through May 2023 | | | | | | | |
| 100 | Various | Plaza Medical Office Building LLC bank statements [Acct. No.2120] for the period from January through June 2023 | | | | | | | |
| 101 | Various | Plaza Medical Office Building LLC bank statements [Acct. No.2120] for the period from January through December 2022 | | | | | | | |
| 102 | Various | Plaza Medical Office Building LLC bank statements Acct. No.. 2120] for the period from July through December 2021 | | | | | | | |
| 103 | | Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | | | | | | | |

| JX | Date | Document Description | 23-10787 Docket No. | 23 - 10810 Docket No. | Bates Range | Deposition Exhibit Number | Reed Creditor's Objections | United States of America's Objections | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 104 | | Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services, LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | | | | | | | |
| 105 | | Laxman "Lex" Reddy | | | ALECTOPLANUSA00002304 - 00002305 | | | | |
| 106 | | Laxman Reddy W2 | | | ALECTOPLANUSA00000137 - 00000148 | | | | |
| 107 | | 2020 Summary of Cash Flows – All Entities | | | | | | | |
| 108 | | Demonstrative Exhibit re St. Rose Hospital Management Fees | | | | | | | |
| 109 | | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2021 [Rows 2668 – 2673] | | | ALECTO 00005906 | | | | |
| 110 | | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2022 [Rows 2232 – 2263] | | | ALECTO 00005907 | | | | |
| 111 | | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2023 [Rows 1081 – 1102] | | | ALECTO 00005904 | | | | |
| 112 | | Excerpt from Small Business Small Business Debtor's Plan of Reorganization Proposed by the Debtor | | | | Balasiano Ex. 3 | | | |
| 113 | | The UCLA Health Transaction | | | | | | | |
| 114 | | Judgments against Alecto Healthcare Services Wheeling LLC | | | | | | | |
| 115 | | Running Cash Balance Demonstrative | | | | | | | |
| 116 | | 2019 Sunrise Transaction Demonstrative | | | | | | | |
| 117 | | 2021 Sunrise Transaction Demonstrative | | | | | | | |

16582954/3