# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket Nos. 293, 294** |

## NOTICE OF LODGING

**PLEASE TAKE NOTICE** that the deposition transcripts and their respective exhibits of the following individuals have been submitted and lodged with the Court contemporaneously herewith:

| Deponent | Date Taken |
|---|---|
| Leanne Gould | February 23, 2024 |
| Steve Balasiano | February 28, 2024 |

Dated: March 2, 2024
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrouh*
Jeffrey R. Waxman (DE Bar No. 4159)
Tara C. Pakrouh (DE Bar No. 6192)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morris.james.com
E-mail: tpakrouh@morrisjames.com
E-mail: cdonnelly@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16584485/1