# **EXHIBIT 1**

Revised Projected Income

16588932/1

**ALECTO HEALTHCARE SERVICES LLC**
**INCOME STATEMENT**
**3-YEAR PROJECTION (2/1/24 to 1/31/27)**

| AHS | Year 1<br>2/1/24 to 1/31/25 | Year 2<br>2/1/25 to 1/31/26 | Year 3<br>2/1/26 to 1/31/27 |
|---|---:|---:|---:|
| Operating Revenues | 3,415,430 | 3,319,235 | 3,287,182 |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 1,220,675 | 1,161,059 | 1,161,059 |
| Benefits | 151,437 | 153,787 | 163,015 |
| Payroll Taxes | 90,025 | 85,628 | 85,628 |
| PTO | 94,633 | 90,662 | 90,662 |
| Labor Subtotal | 1,556,770 | 1,491,137 | 1,500,364 |
| Supplies | 5,055 | 5,207 | 5,363 |
| Purchased Services | 41,000 | 42,230 | 43,497 |
| Legal Fees (Non-Bankruptcy) | 75,600 | 75,600 | 75,600 |
| Bankrutpcy Professionals | 300,000 | 0 | 0 |
| Tax Preparation Fees | 99,172 | 70,000 | 60,000 |
| Repairs & Maintenance | 468 | 468 | 468 |
| Rents & Leases | 90,000 | 92,700 | 93,627 |
| Insurance | 346,992 | 357,402 | 368,124 |
| Utilities | 6,780 | 6,983 | 7,123 |
| Taxes and Licenses | 3,000 | 3,090 | 3,121 |
| Dues, Subscriptions, and Software | 4,800 | 4,944 | 5,092 |
| Outside Training Sessions | 2,400 | 2,400 | 2,400 |
| Travel | 56,000 | 56,000 | 56,000 |
| Meals | 4,200 | 3,600 | 3,600 |
| Bank Fees & Charges | 6,000 | 6,000 | 6,000 |
| Controlled Group Reserve | 352,000 | 352,000 | 352,000 |
| Depreciation | 1,280 | 960 | 720 |
| Interest Expense | 0 | 0 | 0 |
| Total Operating Expenses | 2,951,517 | 2,570,721 | 2,583,099 |
| **NET INCOME (LOSS)** | **463,913** | **748,514** | **704,083** |