IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 305, 311** |

### NOTICE OF FILING OF AMENDED JX LIST FOR HEARINGS ON MARCH 4, 2024 AT 1:00 P.M. (E.T.) AND MARCH 5, 2024 AT 10:00 A.M. (E.T.)

PLEASE TAKE NOTICE that on February 29, 2024, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Witness and Exhibit List for Hearings on March 4, 2024 at 1:00 p.m. (E.T.) and March 5, 2024 at 10:00 a.m. (E.T.)* [Docket No. 305] (the "Notice"), attaching the Debtor's exhibit list as Exhibit A.

PLEASE TAKE FURTHER NOTICE that following meet and confers with parties in interest in this case, the Debtor filed the *Notice of Filing of JX List for Hearings on March 4, 2024 at 1:00 p.m. (E.T.) and March 5, 2024 at 10:00 a.m. (E.T.)* [Docket No. 311], attaching a joint exhibit list as Exhibit 1 (the "JX List"), on March 1, 2024.

PLEASE TAKE FURTHER NOTICE that the Debtor has met and conferred with parties in interest in this case and has added additional documents to the JX List (the "Amended JX List") and intends to rely on those at the hearing.

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and all parties in interest, a copy of the Amended JX List is attached hereto as **Exhibit 1**. Copies of the additional exhibits will be provided to parties in interest as well as the Court in advance of the hearing.

*[Signature Page to Follow]*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16588916/1

Dated: March 4, 2024                **MORRIS JAMES LLP**

/s/ *Tara C. Pakrouh*
Jeffrey R. Waxman (DE Bar No. 4159)
Tara C. Pakrouh (DE Bar No. 6192)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: tpakrouh@morrisjames.com
E-mail: cdonnelly@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*

16588916/1