# SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787 JKS | DATE: 3/4/2024 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Alberto | Cole Schotz | Steven Balasiano |
| Steven Balasiano | MHR Advisory | Independent Director |
| Jeff Waxman | Morris James | Debtor |
| Tara Pakrosh | ~ | ~ |
| Chris Donnelly | ~ | ~ |
| William Sullivan | Sullivan Hazeltine Allinson | Reed Creditors |
| William Hazeltine | " | " |
| Linda Casey | UST | UST |
| Jami Nimeroff | Subchapter V trustee | |
| Leah Lerman | US DOJ | USA |
| Stanton McManus | DOJ | USA |

| \<th colspan="3"\>eAppearances<br>Alecto Healthcare Services LLC - 23-10787 (JKS) - Confirmation 3.4.24 | | | | | | |
|---|---|---|---|---|---|---|
| First Name | Middle Name | Last Name | Firm | State | Rep | Via |
| Clara | E | Geoghegan | Law360 | NY | Law360/media | Audio Only |
| Taylor |  | Harrison | iongroup.com | NY | iongroup.com | Audio Only |
| Vince |  | Sullivan | Law360 | NY | Law360 | Audio Only |
| Sasha | M. | Gurvitz | KTBS Law LLP | CA | Medical Properties Trust, Inc | Video and Audio |
| Brya | Michele | Keilson | Morris James LLP | DE | Debtor | Video and Audio |
| Marcus | Scott | Sacks | c/o United States Department of Justice | DC | United States | Video and Audio |