# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 261** |

## NOTICE OF CONTINUED CONFIRMATION HEARING SCHEDULED FOR MARCH 13, 2024 AT 10:00 A.M. (ET)

PLEASE TAKE NOTICE on December 19, 2023, the above-captioned debtor and debtor-in-possession (collectively, the "Debtor") filed the *Small Business Debtor's Plan of Reorganization Proposed by The Debtor* [Docket No. 261] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE on March 4 and 5, 2024, the Court conducted a hearing (the "Hearing") to consider the approval of the Plan.

PLEASE TAKE FURTHER NOTICE at the conclusion of the Hearing, the Court indicated it will continue the Hearing for closing arguments on Wednesday, March 13, 2024 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated: March 5, 2024 | **MORRIS JAMES LLP** |
| | /s/ *Tara C. Pakrouh* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Christopher M. Donnelly (DE Bar No. 7149) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Tel: (302) 888-6800 |
| | Fax: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | E-mail: cdonnelly@morrisjames.com |
| | *Counsel to the Debtor and Debtor in Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16593010/1