# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 13, 2024 AT 10:00 A.M. (ET)

> **THE HEARING WILL BE CONDUCTED IN-PERSON.**
> **All participants, including attorneys intending to present at the hearing and witnesses, must be physically present in the courtroom. Parties wishing to observe or participate in accordance with the court's chambers procedures[2] may attend remotely over zoom.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

## MATTERS GOING FORWARD:

1. Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed December 19, 2023; Docket No. 261].

   Objection Deadline: February 22, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received:

   A. The United States of America's Objection to Small Business Debtor's Plan of Reorganization [Filed January 24, 2024; Docket No. 279].

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Pursuant to Chambers Procedures for Judge J. Kate Stickles, "remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court."

B. Subchapter V Trustee's Reservation of Rights Regarding Confirmation of the Debtor's Chapter 11 Plan and Other Matters to be Heard on March 4 and 5, 2024 [Filed February 21, 2024; Docket No. 295].

C. The United States of America's Amended Objection to Small Business Debtor's Plan of Reorganization [Filed February 22, 2024; Docket No. 297].

D. United States Trustee's Reservation of Rights to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed February 22, 2024; Docket No. 298].

E. Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed February 22, 2024; Docket No. 299].

F. Supplement to the Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed March 4, 2024; Docket No. 315].

Related Documents(s):

A. Notice of Filing Blackline of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed December 19, 2023; Docket No. 262].

B. Notice of Filing Revised Exhibits C and G to Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed December 21, 2023; Docket No. 269].

C. Amended Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; and (II) Approving the Notice and the Forms Related Thereto [Filed January 25, 2024; Docket No. 284].

D. Order Approving Agreed Confidentiality Stipulation and Protective Order [Filed February 7, 2024; Docket No. 288].

E. Notice of Deposition of Leanne Gould [Filed February 15, 2024; Docket No. 293].

F. Notice of Deposition of Steve Balasiano [Filed February 15, 2024; Docket No. 294].

G. Notice of Filing of Exhibit 6.1 to Exhibit D of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed February 26, 2024; Docket No. 301].

H. Notice of Filing of Expert Report of Jeff McCutcheon [Filed February 29, 2024; Docket No. 303].

I. Debtor's Witness and Exhibit List for Hearings on March 4, 2024 at 1:00 P.M. (E.T.) and March 5, 2024 at 10:00 A.M. (E.T.) [Filed February 29, 2024; Docket No. 305].

J. Reed Action Judgment Creditors Witness and Exhibit List for March 4, 2024 Confirmation Hearing at 1:00 p.m. [Filed February 29, 2024; Docket No. 306].

K. Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 [Filed February 29, 2024; Docket No. 307].

L. Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 [Filed February 29, 2024; Docket No. 308].

M. Notice of Filing Proposed Confirmation Order [Filed February 29, 2024; Docket No. 309].

N. Memorandum of Law in Support of Confirmation of the Small Business Debtor's Plan of Reorganization and Omnibus Reply to Objections to Confirmation [Filed February 29, 2024; Docket No. 310].

O. Notice of Filing of JX List for Hearings on March 4, 2024 at 1:00 P.M. (E.T.) and March 5, 2024 at 10:00 A.M. (E.T.) [Filed March 1, 2024; Docket No. 311].

P. Notice of Lodging [Filed March 2, 2024; Docket No. 313].

Q. Notice of Filing of Amended Exhibits C and G to Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Filed March 4, 2024; Docket No. 316].

R. Notice of Filing of Amended JX List for Hearings on March 4, 2024 at 1:00 P.M. (E.T.) and March 5, 2024 at 10:00 A.M. (E.T.) [Filed March 4, 2024; Docket No. 318].

S. Notice of Continued Confirmation Hearing Scheduled for March 13, 2024 at 10:00 A.M. (ET) [Filed March 5, 2024; Docket No. 327].

T. Notice of Joint Exhibit Admission [Filed March 7, 2024; Docket No. 329].

<u>Status</u>: Evidence with respect to confirmation of the Plan has closed, and this matter is going forward with closing statements and oral arguments.

| | |
|---|---|
| Dated: March 11, 2024<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morris.james.com<br>E-mail: tpakrouh@morrisjames.com<br>E-mail: cdonnelly@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |