## SIGN-IN SHEET

| CASE NAME: Alecto Healthcare Services LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10787JKS | DATE: 3/132024 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Jeff Waxman | Morris James | Debtor |
| Chris Donnelly | ~ | ~ |
| Linda Casey | UST | UST |
| Bill Sullivan | Sullivan Hazeltine | Reorg Creditors |
| Bill Hazeltine | " " | " " |

**23-10787 JKS**
**Alecto Healthcare LLC**

| | | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | | | Law360 | Audio Only |
| Maureen | Davidson-Welling | Stember Cohn & Davidson-Welling, LLC | Reed Judgment Creditors | Video and Audio |
| Clara | Geoghegan | Law360 | Law360/media | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Brya | Keilson | Morris James LLP | Debtor | Video and Audio |
| Leah | Lerman | DOJ-Civ | USA | Video and Audio |
| Stanton | McManus | | United States | Video and Audio |
| Jami | Nimeroff | Brown McGarry Nimeroff LLC | Subchapter V Trustee | Video and Audio |
| James | Risener | Potter Anderson & Corroon | Committee of Unsecured Creditors of Sherman Grayso | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |