**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 343** |

**NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that the Court scheduled a hearing to be held in the above-captioned case on March 25, 2024 at 11:00 a.m. (ET) with respect to discussing modifications to the proposed confirmation order. With permission of the Court, the hearing has been rescheduled to **March 27, 2024 at 3:00 p.m. (ET)**.

| | |
|---|---|
| Dated: March 21, 2024<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morris.james.com<br>E-mail: tpakrouh@morrisjames.com<br>E-mail: cdonnelly@morrisjames.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.