**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC, | Case No. 23-10787 (JKS) |
| Debtor.[1] | **Re: Docket No. 261, 334** |

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, on December 19, 2023, the above-captioned debtor and debtor-in-possession (collectively, the "Debtor") filed the *Small Business Debtor's Plan of Reorganization Proposed By The Debtor* [Docket No. 261] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on February 29, 2024, the Debtor filed the *Notice of Filing of Proposed Confirmation Order* [Docket No. 309] with the Court.

PLEASE TAKE FURTHER NOTICE that, on March 12, 2024, the Debtor filed the *Notice of Filing of Revised Proposed Confirmation Order* [Docket No. 334] (the "Proposed Confirmation Order") with the Court.

PLEASE TAKE FURTHER NOTICE that, in connection with the Plan, the Debtor hereby files a copy of the revised Proposed Confirmation Order confirming the Plan, a copy of which is attached hereto as **Exhibit 1** (the "Revised Proposed Confirmation Order"). For the convenience of the court a blackline comparing the Revised Proposed Confirmation Order to the Proposed Confirmation Order is attached hereto as **Exhibit 2**.

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16621962/1

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan was held on March 4, 2024, at 1:00 p.m. (ET), March 5, 2024 at 10:00 a.m. (ET), and March 13, 2024 at 10:00 a.m. (ET) before the Honorable J. Kate Stickles at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.  A further hearing to discuss the language in the Proposed Confirmation Order is set for March 27, 2024 at 3:00 p.m. (ET) (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtor makes further revisions to the Revised Proposed Confirmation Order prior to the Hearing, the Debtor will present further blacklined copies of such revised documents to the Court either at or before the Hearing.

Dated: March 22, 2024

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
E-mail: jwaxman@morrisjames.com
         bkeilson@morrisjames.com
         tpakrouh@morrisjames.com
         cdonnelly@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*