**Alecto Healthcare Services LLC - 23-10787**

**March 27, 2024 - 3:00PM**

**Confirmation Hearing**

| First Name | Middle Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|---|
| Christopher | M. | Donnelly | Morris James LLP | Debtor | Video and Audio |
| Brya | Michele | Keilson | Morris James LLP | Debtor | Video and Audio |
| Micheal | J. | Sarrao | Law Offices of Michael J. Sarrao | Debtor | Video and Audio |
| Jeffrey | R. | Waxman | Morris James LLP | Debtor | Video and Audio |
| Kristin | | McCloskey | Potter Anderson & Corroon | OCUC of Sherman Grayson Hospital | Video and Audio |
| R. | Stephen | McNeill | Potter Anderson & Corroon LLP | OCUC of Sherman Grayson Hospital | Video and Audio |
| James | | Risener | Potter Anderson & Corroon | OCUC of Sherman Grayson Hospital | Video and Audio |
| Christopher | M. | Samis | Potter Anderson & Corroon LLP | OCUC of Sherman Grayson Hospital | Video and Audio |
| William | A. | Hazeltine | Sullivan Hazeltine Allinson LLC | Reed Action Judgment Creditors | Video and Audio |
| William | D. | Sullivan | Sullivan Hazeltine Allinson LLC | Reed Action Judgment Creditors | Video and Audio |
| Bren | J | Pomponio | Mountain State Justice, Inc. | Reed Judgment Creditors | Audio Only |
| Jami | B | Nimeroff | Brown McGarry Nimeroff LLC | Subchapter V Trustee | Video and Audio |
| Stanton | C. | McManus | | United States | Video and Audio |
| John | Robert | Kresse | U.S. Department of Justice | United States of America | Video and Audio |
| Taylor | | Harrison | | | Audio Only |
| Brenda | E | Padilla | | | Video and Audio |
| Sterling | K | Scott | | | Video and Audio |
| Vince | | Sullivan | Law360 | | Audio Only |