IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 292** |

**ORDER APPROVING SECOND INTERIM APPLICATION OF MORRIS JAMES LLP, AS COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

Upon consideration of the *Second Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period September 1, 2023 through December 31, 2023* (the "Interim Application") of Morris James LLP ("Morris James"), pursuant to Sections 330(a) and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et. seq* and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees, including all holdbacks, and expenses for the period from September 1, 2023 through December 31, 2023 (the "Compensation Periods"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") and the Court having reviewed the Interim Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Interim Application; and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor,

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16647897/1

**IT IS HEREBY ORDERED THAT:**

1. The Interim Application is granted and approved as set forth herein.

2. Morris James is allowed compensation for services rendered in the amount of $336,928.50 during the Compensation Period and reimbursement for actual and necessary expenses in the amount of $10,943.55 incurred during the Compensation Period, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the above-captioned debtor and debtor in possession is authorized and directed to pay Morris James one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Periods.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to Morris James.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this order.

Dated: April 5th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

16647897/1