**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 17, 2024 AT 10:00 A.M. (ET)**

** ** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT ** **

**RESOLVED MATTERS:**

1. Application for Entry of an Order (A) Authorizing the Retention and Employment of The Brattle Group, Inc. as Litigation Consultant and (B) Granting Related Relief Nunc Pro Tunc to February 2, 2024 [Filed February 23, 2024; Docket No. 300].

   Objection Deadline: March 8, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Informal Comments from the Office of the United States Trustee.

   Related Documents(s):

   A. Certification of Counsel Regarding Application for Entry of an Order (A) Authorizing the Retention and Employment of The Brattle Group, Inc. as Litigation Consultant and (B) Granting Related Relief Nunc Pro Tunc to February 2, 2024 [Filed March 11, 2024; Docket No. 311].

   Status: An Order has been entered. No hearing is required.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**ADJOURNED MATTERS:**

2. Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 4, 2024; Docket No. 320].

   Objection Deadline: March 25, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 26, 2024; Docket No. 348].

   Status: A certificate of no objection has been filed. The motion has been adjourned to a date to be determined.

**FEE APPLICATIONS:**

3. Interim Fee Applications – See attached **Exhibit A**.

   Objection Deadline:    February 29, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Informal Comments of the United States Bankruptcy Court for the District of Delaware.

   Related Documents:

   A. Certification of Counsel Regarding Order Approving Second Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period September 1, 2023 through December 31, 2023 [Filed March 18, 2024; Docket No. 340].

   B. Certification of Counsel Regarding Revised Order Approving First Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period November 6, 2023 through January 31, 2024 [Filed April 4, 2024; Docket No. 355].

C. Order Approving First Interim Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period November 6, 2023 through January 31, 2024 [Entered April 5, 2024; Docket No. 356].

Status: An Order has been entered. No hearing is required.

Dated: April 15, 2024
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Tara C. Pakrouh (DE Bar No. 6192)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morris.james.com
E-mail: tpakrouh@morrisjames.com
E-mail: cdonnelly@morrisjames.com

*Counsel to the Debtor and Debtor in Possession*