# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Debtor. | **Re: Docket No. 49, 175** |

## NOTICE OF FILING AMENDED STATEMENT OF FINANCIAL AFFAIRS FOR ALECTO HEALTHCARE SERVICES LLC

PLEASE TAKE NOTICE that on June 30, 2023, Alecto Healthcare Services LLC ("Alecto"), the above-captioned debtor and debtor in possession, filed its *Statement of Financial Affairs for Alecto Healthcare Services LLC* [Docket No. 49] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on October 10, 2023, the Debtor, filed the *Amended Statement of Financial Affairs for Alecto Healthcare Services LLC* [Docket No. 175] (the "Statement") with the Court.

PLEASE TAKE FURTHER NOTICE Alecto hereby further amends Part 3 / Question 7 of the Statement (the "Amended Statement"). The Amended Statement affects only the information identified therein and does not affect any other information included in the Statement and not identified in the Amended Statement.

PLEASE TAKE FURTHER NOTICE that a copy of the Amended Statement is attached hereto as **Exhibit A**. The Amended Statement is in addition to, and does not replace, the Statement. The Amended Statement is hereby incorporated into, and comprises an integral part of, the

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16646510/1

Statement. Alecto reserves the right to further amend the Statement from time to time as may be necessary or appropriate.

| | |
|---|---|
| Dated: April 17, 2024 | **MORRIS JAMES LLP** |
| | */s/ Jeffrey R. Waxman* |
| | Jeffrey R. Waxman (DE Bar No. 4159) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Christopher M. Donnelly (DE Bar No. 7149) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: jwaxman@morrisjames.com |
| | bkeilson@morrisjames.com |
| | tpakrouh@morrisjames.com |
| | cdonnelly@morrisjames.com |
| | *Counsel to the Debtor and Debtor in Possession* |