## **EXHIBIT A**

Amended Statement

16646510/1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Alecto Healthcare Services LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 23-10787 (JKS) |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Barbara Jean Pulice, Administratix of the Estate of Anthony Pulice, Jr., Plaintiff v. Marion County Rescue Squad, Inc., Defendant and Third-Party Plaintiff v. Alecto Healthcare Services, LLC and Alecto Healthcare Services Fairmont LLC, Third Party Defendants**<br>**20-C-124** | **Third-Party Complaint for Indemnity** | **Circuit Court of Marion County, WV**<br>**200 Jackson Street**<br>**Fairmont, WV 26554** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Alecto Healthcare Services LLC | Case number *(if known)* | 23-10787 (JKS) |
|---|---|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2024**

**/s/ Michael Sarrao**                                **Michael Sarrao**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes