# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC,[1] | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 343, 354** |

## NOTICE OF APPEAL

The Reed Action Judgment Creditors, by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Confirmation Ruling* issued by the U.S. Bankruptcy Court for the District of Delaware (Stickles, J.) on March 20, 2024 (D.I. 343) and the *Finding of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization* entered by the Bankruptcy Court on April 4, 2024 (Doc No. 354) (the "Confirmation Order").

A copy of the Confirmation Ruling issued by the Bankruptcy Court on March 20, 2024, which sets forth the basis for the Court's approval of the Debtor's Plan of Reorganization, is annexed hereto as **Exhibit A**.

A copy of the Confirmation Order is annexed hereto as **Exhibit B.**

The parties to the Confirmation Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

| Party | Attorneys |
|---|---|
| The Reed Action Judgment Creditors | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>         whazeltine@sha-llc.com<br><br>-and-<br><br>Bren J. Pomponio, Esq.<br>Colten L. Fleu, Esq.<br>Mountain State Justice, Inc.<br>1217 Quarrier St.<br>Charleston, WV 25301<br>Tel: (304) 326-0188<br>Email:  bren@msjlaw.org<br>           colten@msjlaw.org<br><br>-and-<br><br>John Stember, Esq.<br>Maureen Davidson-Welling, Esq.<br>Stember Cohn & Davidson-Welling, LLC<br>The Harley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA 15219<br>Tel: 412-338-1445<br>Email:  jstember@stembercohn.com<br>           mdavidsonwelling@stembercohn.com |
| Alecto Healthcare Services LLC | **Morris James LLP**<br>Jeffrey R. Waxman, Esq.<br>Brya M. Keilson, Esq.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: 302-658-9200<br>jwaxman@morrisjames.com<br>bkeilson@morrisjames.com |

| Party | Attorneys |
|---|---|
| Steven Balasiano, Independent Director | **Cole Schotz P.C.**<br>Justin R. Alberto, Esq.<br>500 Delaware Ave., Suite 1410<br>Wilmington, DE 19801<br>Tel. 302-652-3131<br>JAlberto@coleschotz.com |
| Subchapter V Trustee | **Brown McGarry Nimeroff LLC**<br>Jami Nimeroff, Esq.,<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: 402-428-8142<br>JNimeroff@bmnlawyers.com |
| Office of the United States Trustee | Linda Casey<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Tel: 302-573-6491<br>Linda.Casey@usdoj.gov |

Dated: April 18, 2024
      Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

Bren J. Pomponio, Es.
Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: bren@msjlaw.org
       colten@msjlaw.org

-and-

3

John Stember, Esq.
Maureen Davidson-Welling, Esq.
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: <u>jstember@stembercohn.com</u>
       <u>mdavidsonwelling@stembercohn.com</u>

*Counsel for The Reed Action Judgment Creditors*