# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | Civil Action No. 1:24-cv-00494-GBW |
| Appellants, | ) | |
| | ) | Bankruptcy BAP No. 24-24 |
| v. | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## DESIGNATION OF RECORD, STATEMENT OF ISSUES AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the Reed Action Judgment Creditors, by and through its undersigned counsel, hereby submits this designation of record and statement of issues on appeal and files and certificate stating that Appellant previously ordered the relevant transcripts (audio available at Docket Nos. 330, 331 and 342) in connection with its appeal under 28 U.S.C. § 158 from the following orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Stickles, J.) in the above-captioned chapter 11 case:

- Ruling on Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor (Doc. No. 343); and

- *Finding of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization* (the "Confirmation Order") entered by the Bankruptcy Court on April 4, 2024 (Doc No. 354).

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
|  | **Trial Exhibits** |  |  |
| 1 | Alecto Healthcare Services LLC Tax Returns for 2019 | - | JX 1 |
| 2 | Alecto Healthcare Services LLC Month to Month Financials for 2019 | - | JX 2 |
| 3 | Alecto Healthcare Services LLC Month to Month Financials for 2020 | - | JX 4 |
| 4 | Ground Lease Agreement (300 N. Highland Dr.. Sherman, TX |  | JX 10 |
| 5 | Amended and Restated Alecto Operating Agreement | - | JX 13 |
| 6 | Lease Agreement MPT of Sherman-Alecto Hospital, LLC |  | JX 19 |
| 7 | Guaranty |  | JX 20 |
| 8 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2019 | - | JX 41 |
| 9 | Letter re: Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | - | JX 42 |
| 10 | Letter re: Revised Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | - | JX 43 |
| 11 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2020 | - | JX 44 |
| 12 | Assignment of Membership Interests of Sunrise MOB Holdings LLC | - | JX 45 |
| 13 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2021 | - | JX 50 |
| 14 | Order Resolving Motions in Case No. 5:19-cv-00263-JPB-JPM | - | JX 53 |
| 15 | Judgment Order in Case No. 5:19-cv-00263-JPB-JPM | - | JX 54 |
| 16 | Alecto Healthcare Services LLC YTD Income Statement, Balance Sheet and Statement of Cash Flows as of April 30, 2023 | - | JX 62 |
| 17 | Sarrao Declaration in support of Sherman/Grayson Sale Motion [23-10810 Docket No. 61] | - | JX 66 |
| 18 | First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023 (without exhibits) | 112 | JX 70 |
| 19 | Deposition Transcript of Leanne Gould | - | JX 84 |

---

[1] JX refers to the Joint Exhibit number for exhibits admitted into evidence.

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 20 | Leanne Gould Errata for Deposition Transcript | - | JX 85 |
| 21 | Deposition Transcript of Steve Balasiano | - | JX 93 |
| 22 | Letter Report of Gould Consulting Services | 261-4 | JX 96 |
| 23 | Plaza Medical Office Building LLC bank statements [Acct. No. 2120] for the period from January through December 2022 | - | JX 101 |
| 24 | Plaza Medical Office Building LLC bank statements Acct. No.. 2120] for the period from July through December 2021 | - | JX 102 |
| 25 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2021 [Rows 2668 – 2673] | - | JX 109 |
| 26 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2023 [Rows 1081 – 1102] | - | JX 110 |
| 27 | The UCLA Health Transaction | - | JX 111 |
| 28 | Seller's Estimated Settlement Statement | - | JX 119 |
| | | | |
| | **Case Filings and Pleadings** | | |
| 29 | Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 261 | |
| 30 | Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 299 | |
| 31 | Debtor's Witness and Exhibit List for Hearings on March 4, 2024 at 1:00 P.M. (E.T.) and March 5, 2024 at 10:00 A.M. (E.T.) | 305 | |
| 32 | Reed Action Judgment Creditors Witness and Exhibit List for March 4, 2024 Confirmation Hearing at 1:00 p.m. | 306 | |
| 33 | Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | 307 | |
| 34 | Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | 308 | |
| 35 | Memorandum of Law in Support of Confirmation of the Small Business Debtor's Plan of Reorganization and Omnibus Reply to Objections to Confirmation | 310 | |
| 36 | Supplement to the Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 315 | |
| 37 | Notice of Filing of Amended Exhibits C and G to Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 316 | |
| 38 | Notice of Joint Exhibit Admission | 329 | |

| No. | Document Description | D.I. | JX[1] |
|-----|---------------------|------|-----|
| 39 | Transcript of March 4, 2024 Hearing | 330 | |
| 40 | Transcript of March 5, 2024 Hearing | 331 | |
| 41 | Transcript of March 13, 2024 Hearing | 342 | |
| 42 | Ruling on Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 343 | |
| 43 | Finding of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization | 354 | |
| 44 | Notice of Appeal | 362 | |

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in approving Alecto Healthcare Services, LLC's ("Alecto") settlement with and release of claims against the Released Parties[2] (the "Settlement and Release") for inadequate consideration.

2. Whether, in approving the Settlement and Release, the Bankruptcy Court erred as a matter of law in ruling that Settlement and Release is reasonable because Alecto does not have any actionable causes of action for fraudulent transfer that can be brought, including an action against the members of Alecto (the "Alecto Members") for a fraudulent transfer arising from Alecto's transfer of the membership interests in Sunrise Real Estate Holdings, LLC from Alecto to the Alecto Members on June 19, 2020 (the "Sunrise REH Transaction").

3. Whether, in approving the Settlement and Release, the Bankruptcy Court erred as a matter of law (i) in ruling that the Reed Action Judgment Creditors had the burden of proving that Alecto was insolvent at the time of the Sunrise REH Transaction or became insolvent as a result of the Sunrise REH Transaction and (ii) in relying on the determination of Steve Balasiano,

---

[2] As defined in the Small Business Debtor's Plan of Reorganization Proposed by the Debtor (the "Plan") [D.I. 261].

Alecto's independent director/manager that Alecto was solvent at the time of the Sunrise REH Transaction.

4. Whether, in approving the Settlement and Release, the Bankruptcy Court erred in finding the contribution from the Released Parties to be substantial based on the determination of Mr. Balasiano that Alecto has no actionable causes of action that could be brought against the Released Parties.

5. Whether the Bankruptcy Court erred as a matter of law in ruling that the injunction set forth in Article VII.4 of the Plan and in Paragraph 68 of the Confirmation Order [D.I. 261] does not create an impermissible non-consensual third-party release in favor of the Released Parties.

Dated: May 2, 2024　　　　　　　　　　**SULLIVAN · HAZELTINE · ALLINSON LLC**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　 /s/ William D. Sullivan
　　　　　　　　　　　　　　　　　　　　　William D. Sullivan (No. 2820)
　　　　　　　　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 420
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Tel: (302) 428-8191
　　　　　　　　　　　　　　　　　　　　　Email: bsullivan@sha-llc.com
　　　　　　　　　　　　　　　　　　　　　　　　　 whazeltine@sha-llc.com

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　Bren J. Pomponio, Esq.
　　　　　　　　　　　　　　　　　　　　　Colten L. Fleu, Esq.
　　　　　　　　　　　　　　　　　　　　　Mountain State Justice, Inc.
　　　　　　　　　　　　　　　　　　　　　1217 Quarrier St.
　　　　　　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　　　　　　Tel: (304) 326-0188
　　　　　　　　　　　　　　　　　　　　　Email: colten@msjlaw.org
　　　　　　　　　　　　　　　　　　　　　　　　　　bren@msjlaw.ord

　　　　　　　　　　　　　　　　　　　　　and

        John Stember, Esq.
        Maureen Davidson-Welling, Esq.
        Stember Cohn & Davidson-Welling, LLC
        The Harley Rose Building
        425 First Avenue, 7th Floor
        Pittsburgh, PA 15219
        Tel: 412-338-1445
        Email: jstember@stembercohn.com
               mdavidsonwelling@stembercohn.com

*Counsel for The Reed Action Judgment Creditors*

## CERTIFICATE REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that the transcript has already been prepared and is included in the designation of record.

Dated: May 2, 2024　　　　　　　　　　　SULLIVAN · HAZELTINE · ALLINSON LLC
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　/s/ William D. Sullivan
　　　　　　　　　　　　　　　　　　　　William D. Sullivan (No. 2820)
　　　　　　　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 420
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 428-8191
　　　　　　　　　　　　　　　　　　　　Email: bsullivan@sha-llc.com
　　　　　　　　　　　　　　　　　　　　　　　　whazeltine@sha-llc.com

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Bren J. Pomponio, Esq.
　　　　　　　　　　　　　　　　　　　　Colten L. Fleu, Esq.
　　　　　　　　　　　　　　　　　　　　Mountain State Justice, Inc.
　　　　　　　　　　　　　　　　　　　　1217 Quarrier St.
　　　　　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　　　　　Tel: (304) 326-0188
　　　　　　　　　　　　　　　　　　　　Email: colten@msjlaw.org
　　　　　　　　　　　　　　　　　　　　　　　　bren@msjlaw.ord

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　John Stember, Esq.
　　　　　　　　　　　　　　　　　　　　Maureen Davidson-Welling, Esq.
　　　　　　　　　　　　　　　　　　　　Stember Cohn & Davidson-Welling, LLC
　　　　　　　　　　　　　　　　　　　　The Harley Rose Building
　　　　　　　　　　　　　　　　　　　　425 First Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Tel: 412-338-1445
　　　　　　　　　　　　　　　　　　　　Email: jstember@stembercohn.com
　　　　　　　　　　　　　　　　　　　　　　　　mdavidsonwelling@stembercohn.com

　　　　　　　　　　　　　　　　　　　　*Counsel for The Reed Action Judgment Creditors*