**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Alecto Healthcare Services LLC,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |
| The Reed Action Judgment Creditors,<br><br>Appellants,<br><br>v.<br><br>Alecto Healthcare Services LLC,<br><br>Appellee. | Civil Action No. 1:24-cv-00494-GBW |

**COUNTERDESIGNATION OF RECORD AND CERTIFICATE**
**REGARDING TRANSCRIPTS PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Alecto Healthcare Services LLC ("Alecto" or "Appellee"), by and through its undersigned counsel, hereby submits this counter-designation of record on appeal with respect to the *Notice of Appeal* (Docket No. 362) and the Appellant's *Designation of Record, Statement of Issues and Certificate Regarding Transcripts Pursuant to Federal Rule of Bankruptcy Procedure 8009* (Docket No. 372).

**COUNTER-DESIGNATION OF RECORD ON APPEAL**

In addition to those documents designated by the Reed Action Judgment Creditors ("Appellant"), Alecto designates the following documents included on the record on appeal:

16708095/3

Case 23-10787-JKS    Doc 375    Filed 05/16/24    Page 2 of 4

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| | **Trial Exhibits** | | |
| 1 | Amended Management Services Agreement St. Rose Hospital, Hayward, CA | | JX 12 |
| 2 | Lease Agreement MPT of Sherman-Alecto Hospital, LLC | | JX 18 |
| 3 | First Amendment to Amended Management Services Agreement | | JX 25 |
| 4 | Second Amendment to Amended Management Services Agreement | | JX 34 |
| 5 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2022 | | JX 56 |
| 6 | Sherman/Grayson Motion for Approval of Sale [23-10810 Docket No. 60] | | JX 65 |
| 7 | Notice of Filing of Expert Report of Jeff McCutchen | | JX 94 |
| 8 | Laxman "Lex" Reddy C.V. | | JX 105 |
| 9 | The UCLA Health Transaction | | JX 113 |
| 10 | Matthew Williams CV | | JX 118 |
| | **Case Filings and Pleadings** | | |
| 11 | Exhibit(s) -- Notice of Filing of Exhibit 6.1 to Exhibit D of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 301 | |
| 12 | Notice of Filing of Expert Report of Jeff McCutcheon | 303 | |
| 13 | Notice of Filing of JX List for Hearings on March 4, 2024 at 1:00 p.m. (E.T.) and March 5, 2024 at 10:00 a.m. (E.T.) | 311 | |
| 14 | Transcript of March 27, 2024 Hearing | 352 | |
| 15 | Notice of Entry of Order Confirming, and Occurrence of Effective Date of Small Business Debtor's Plan of Reorganization Dated December 19, 2023 | 364 | |

---

[1] JX refers to the Joint Exhibit number for the exhibits admitted into evidence.

2

16708095/3

Dated: May 16, 2024  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
       jwaxman@morris.james.com
       cdonnelly@morrisjames.com

*Counsel to the Appellee*

## CERTIFICATE REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellee hereby files this certificate stating that the transcript has already been prepared and is included in the designation of record.

| | |
|---|---|
| Dated: May 16, 2024<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>          jwaxman@morris.james.com<br>          cdonnelly@morrisjames.com<br><br>*Counsel to the Appellee* |