# **EXHIBIT 1**

Final Fee Order

16784834/1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | **Re: Docket Nos. 378, 379, 380, 383, 384, 385** |

## OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

Upon consideration of the final applications (each a "Final Application" and, collectively, the "Final Applications") of those professionals listed on **Exhibit A** attached hereto (each an "Applicant" and, collectively, the "Applicants"), pursuant to Sections 330(a) and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et. seq* and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees, including all holdbacks, and expenses for the periods set forth on **Exhibit A** (the "Compensation Periods"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "Interim Compensation Order") and the Court having reviewed the Final Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Applications; and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor,

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

16784834/1

2

**IT IS HEREBY ORDERED THAT:**

1. Each Final Applications are granted and approved on a final basis.

2. Each of the Applicants is allowed compensation for services rendered during the Compensation Periods and reimbursement for actual and necessary expenses incurred during the Compensation Periods in the amounts set forth on **Exhibit A** hereto, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the above-captioned Reorganized Debtor is authorized and directed to pay each of the Applicants one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses listed on **Exhibit A** hereto in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Periods.

4. This order shall be deemed a separate order with respect to each of the Final Applications. Any stay of this order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this order with respect to any other of the Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this order.

# EXHIBIT A

## In re: Alecto Healthcare Services LLC
## Case No. 23-10787 (JKS)
## Final Fee Period

| Name of Professional | Firm's Role in Case | Final Fee Period | Fees Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Any Voluntary Fee Reductions (Final Period) | Amounts of Any Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Morris James LLP** | Counsel to the Debtor | August 11, 2023 – April 18, 2024 | $1,256,758.50 | $73,517.35 | $0.00 | $0.00 | $1,256,758.50 | $73,517.35 |
| **Gould Consulting Services** | Forensic Investigation Consultant to the Debtor | August 25, 2023 – April 18, 2024 | $127,190.00 | $13,187.92 | $0.00 | $0.00 | $127,190.00 | $13,187.92 |
| **The Brattle Group, Inc.** | Litigation Consultant to the Debtor | February 2, 2024 - April 18, 2024 | $20,680.00[1] | $0.00 | $770.00 | $0.00 | $19,910.00 | $0.00 |
| **Stretto, Inc.** | Balloting Agent to the Debtor | September 14, 2023 - April 18, 2024 | $15,304.50 | $28,037.73 | $0.00 | $0.00 | $15,304.50 | $28,037.73 |
| **Shulman Bastian Friedman & Bui LLP** | Former General Bankruptcy Counsel to the Debtor | June 16, 2023 - August 2, 2023 | $72,582.25 | $1,608.76 | $0.00 | $0.00 | $72,582.25 | $1,608.76 |
| **The Rosner Law Group LLC** | Former Delaware Bankruptcy Counsel to the Debtor | June 16, 2023 - August 2, 2023 | $20,277.50[2] | $210.00 | $0.00 | $0.00 | $20,277.50 | $210.00 |

---

[1] This amount includes an additional $2,200.00 in estimated fees for the Post-Effective Date Period.

[2] This amount includes compensation sought as actual, reasonable and necessary in the amounts of $17,277.50 for the period June 16, 2023 through August 2, 2023 and fees of $3,000.00 for compensation associated with (i) preparing the final fee application of The Rosner Law Group LLC ("RLG"), (ii) reviewing, filing and serving the final fee applications of Shulman Bastian Friedman & Bui LLP ("Shulman Bastian") and RLG, (iii) drafting and filing a certificate of no objection regarding the final fee applications of Shulman Bastian and RLG, and (iv) if applicable, attending a final fee hearing.

16784834/1