**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 16, 2024 AT 3:00 P.M. (ET)**

---

**THE HEARING WILL BE CONDUCTED REMOTELY.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

***The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.***

---

**ADJOURNED MATTERS:**

1. Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 4, 2024; Docket No. 320].

   Objection Deadline: March 25, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 26, 2024; Docket No. 348].

   Status: A certificate of no objection has been filed. The motion has been adjourned to a date to be determined.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

## MATTERS WITH CERTIFICATION OF COUNSEL/NO OBJECTION (COC/CNO):

2. Motion to Allow Medical Protective Company's Proof of Claim as Timely Filed [Filed July 1, 2024; Docket No. 392].

   Objection Deadline: July 9, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received:

   A. Informal comments from the Reorganized Debtor.

   Related Documents(s):

   A. Certification of Counsel Regarding Motion to Allow Medical Protective Company's Proof of Claim as Timely Filed [Filed July 11, 2024; Docket No. 393].

   Status: A certification has been filed. No hearing is necessary unless the court has questions.


## FEE APPLICATIONS:

3. First Interim Application of Subchapter V Trustee for Compensation for the Period from June 20, 2023 Through April 19, 2024 [Filed May 29, 2024; Docket No. 381].

   Objection Deadline: June 18, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding First Interim Application of Subchapter V Trustee for Compensation for the Period from June 20, 2023 [Filed June 20, 2024; Docket No. 389].

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions.

4. Final Fee Applications – See attached **Exhibit A**.

   Objection Deadline: June 26, 2024 at 4:00 p.m. (ET)[2]

---

[2] The Objection Deadline for each of the professionals' Final Fee Applications can be found on the respective Notices attached thereto.

16832284/1

Responses/Objections Received:

    A. Informal comments from the Office of the United States Trustee.

Related Documents(s):

    A. Certificate of No Objection Regarding Combined Second Consolidated Monthly and Final Application of Gould Consulting Services as Forensic Investigation Consultant to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the (I) Monthly Period from October 1, 2023 through April 18, 2024 and (II) Final Period from August 25, 2023 through June 18, 2024 [Filed March 26, 2024; Docket No. 387].

    B. Certificate of No Objection Regarding Final Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 11, 2023 through April 18, 2024 [Filed June 20, 2024; Docket No. 388].

    C. Certificate of No Objection Regarding Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Balloting Agent to the Debtor and Debtor in Possession for the Period from September 14, 2023 Through April 18, 2024 [Filed June 24, 2024; Docket No. 390].

    D. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Filed June 27, 2024; Docket No. 391].

Status: A certification of counsel has been filed. No hearing is necessary unless the Court has questions.

Dated: July 12, 2024
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Reorganized Debtor*

16832284/1