## **EXHIBIT A**

Final Fee Applications

16832284/1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | **Re: Docket Nos. 378, 379, 380, 381, 383, 384, 385** |

**INDEX OF FINAL FEE APPLICATIONS TO BE CONSIDERED AT
THE HEARING ON JULY 16, 2024 AT 3:00 P.M. (ET)**

**Morris James LLP**
**Counsel to the Debtor**

1. Final Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 11, 2023 Through April 18, 2024 [Filed May 28, 2024; Docket No. 380].

   Objection Deadline: June 18, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents:

   A. Sixth Consolidated Monthly Application of Morris James LLP, as Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through April 18, 2024 [Filed May 24, 2024; Docket No. 377].

**Gould Consulting Services**
**Forensic Investigation Consultant to the Debtor**

2. Combined Second Consolidated Monthly and Final Application of Gould Consulting Services as Forensic Investigation Consultant to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period (I) Monthly Period from October 1, 2023 through April 18, 2024 and (II) Final Period from August 25, 2023 through April 18, 2024 [Filed May 28, 2024; Docket No. 378].

   Objection Deadline: June 16, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

Related Documents: None.

**Brattle Group, Inc.**
**Litigation Consultant to the Debtor**

3. First and Final Application of Brattle Group, Inc. as Litigation consultant to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period February 2, 2024 to April 18, 2024 [Filed May 28, 2024; Docket No. 379].

   Objection Deadline: June 16, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents: None.

**Stretto, Inc.**
**Balloting Agent to the Debtor**

4. Final Fee Application of Stretto, Inc. for Allowance of Compensation for Services Rendered and Reimbursement o Expenses Incurred as Balloting Agent to the Debtor and Debtor in Possession for the Period from September 14, 2023 Through April 18, 2024 [Filed May 31, 2024; Docket No. 383].

   Objection Deadline: June 21, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents: None.

**Jami B. Nimeroff**
**Subchapter V Trustee**

5. First Interim Application of Subchapter V Trustee for Compensation for Period from June 20, 2023 through April 19, 2024 [Filed May 29, 2024; Docket No. 381].

   Objection Deadline: June 18, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents: None.

**Shulman Bastian Friedman & Bui LLP**
**Former Bankruptcy Counsel to the Debtor**

6. Final Fee Application of Shulman Bastian Friedman & Bui LLP, Former Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed June 3, 2024; Docket No. 384].

   Objection Deadline: June 24, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents:

   A. Combined Monthly Fee Application of Shulman Bastian Friedman & Bui LLP, as Former Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed September 7, 2023; Docket No. 150].

   B. Certificate of No Objection Combined Monthly Fee Application of Shulman Bastian Friedman & Bui LLP, as Former Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed October 12, 2023; Docket No. 177].

**Rosner Law Group LLC**
**Former Delaware Bankruptcy Counsel to the Debtor**

7. Final Fee Application of The Rosner Law Group LLC, Former Delaware Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed June 3, 2024; Docket No. 385].

   Objection Deadline: June 24, 2024 at 4:00 p.m. (ET).

   Responses/Objections Received: None at this time.

   Related Documents:

   A. Combined Monthly Fee Application of the Rosner Law Group LLC, as Former Delaware Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed October 11, 2023; Docket No. 176].

   B. Certificate of No Objection Combined Monthly Fee Application of Shulman Bastian Friedman & Bui LLP, as Former Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the period June 16, 2023 to August 2, 2023 [Filed October 27, 2023; Docket No. 201].

|  |  |
|---|---|
| Dated: June 5, 2024 | **MORRIS JAMES LLP** |
|  | /s/ *Jeffrey R. Waxman* |
|  | Jeffrey R. Waxman (DE Bar No. 4159) |
|  | Brya M. Keilson (DE Bar No. 4643) |
|  | 500 Delaware Avenue, Suite 1500 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 888-6800 |
|  | Facsimile: (302) 571-1750 |
|  | E-mail: jwaxman@morrisjames.com |
|  | E-mail: bkeilson@morrisjames.com |
|  | |
|  | *Counsel to the Reorganized Debtor* |