# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC, [1]<br><br>Reorganized Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Hearing Date: July 16, 2024 at 3:00 p.m. (ET)<br>Objection Deadline: June 24, 2024 at 4:00 p.m. (ET)<br><br>Re: D.I. 384 |

### SUPPLEMENT TO FINAL FEE APPLICATION OF SHULMAN BASTIAN FRIEDMAN & BUI LLP, FORMER BANKRUPTCY COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 16, 2023 THROUGH AUGUST 2, 2023

Shulman Bastian Friedman & Bui LLP ("SBFB"), former general bankruptcy counsel to Alecto Healthcare Services LLC (the "Debtor"), hereby submits this Supplement ("Supplement") to the Final Fee Application of Shulman Bastian Friedman & Bui LLP, Former Bankruptcy Counsel to the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period June 16, 2023 through August 2, 2023 ("Application") filed with this Court on June 3, 2024 [D.I. No. 384].

As part of the Application, SBFB estimated that it would incur additional fees in an estimated amount of $2,000.00 in connection with preparing for and appearing at the hearing on the Application.

The Court has requested that SBFB file a supplement to the Application showing actual fees and expenses incurred from the period June 3, 2024 through July 16, 2024. Accordingly,

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N. Brand Boulevard, Suite 1920, Glendale, CA 91203.

{00039328. }

SBFB hereby submits the invoice attached hereto as **Exhibit A**, reflecting $820 in fees incurred and $0.00 in expenses incurred for the period June 3, 2024 through July 16, 2024.

SBFB believes that the time entries included in **Exhibit A** attached hereto, comply with the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Court for the District of Delaware.

**WHEREFORE**, SBFB requests final approval and allowance of compensation in the aggregate amount of $73,011.01 for professional services rendered during the period June 16, 2023 through August 2, 2023 in the amount of $70,582.25,[2] together with reimbursement for actual and necessary expenses incurred in the amount of $1,608.76, plus additional amounts for fees and expenses incurred between June 3, 2024 through July 16, 2024 in the amount of $820 (as reflected in **Exhibit A**), and further requests such other and further relief as the Court may deem just and proper.

Dated:  July 15, 2024

        **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
        */s/ Alan J. Friedman*
        Leonard M. Shulman (admitted *pro hac vice*)
        Alan J. Friedman, Esq. (admitted *pro hac vice*)
        Max Casal, Esq. (admitted *pro hac vice*)
        100 Spectrum Center Drive, Suite 600
        Irvine, CA 92618
        Telephone: (949) 340-3400
        Facsimile: (949) 340-3000
        E-mail: lshulman@shulmanbastian.com
        E-mail: afriedman@shulmanbastian.com
        E-mail: mcasal@shulmanbastian.com

        *Former Counsel for the Debtor and Debtor in Possession*

---

[2] This amount represents fees incurred during said period ($72,832.50) less the agreed upon reduction with the UST ($2,250.25).

{00039328. }

## **VERIFICATION**

Alan J. Friedman, after being sworn according to law, deposes and says:

a) I am a partner with the law firm of Shulman Bastian Friedman & Bui LLP ("<u>SBFB</u>").

b) I have personally performed or am familiar with the services rendered by SBFB, as counsel to the Debtor.

c) I have reviewed the foregoing Supplement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Supplement complies with such Rule.

Dated: July 15, 2024              /s/ *Alan J. Friedman*
                                                           Alan J. Friedman