# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | Re: Docket No. 410 |

## ORDER GRANTING MOTION OF THE REORGANIZED DEBTOR FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

Upon consideration of the *Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline* (the "Motion");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before this Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Motion is in the best interests of the Reorganized Debtor's estates, its creditors, and all parties in interest, and that the legal and factual grounds set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. The Claims Objection Bar Date is hereby extended to and including November 15, 2024, as to all claims.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

16984546/1

2

3. This Order shall be without prejudice to the right of the Reorganized Debtor to seek a further extension(s) of the time within which to file objections to claims filed against the Reorganized Debtor.

4. This Court shall retain jurisdiction with respect to all matters relating to or arising from this Motion or the interpretation or implementation of this Order.

Dated: November 4th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

16984546/1