**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 7, 2024 AT 1:00 P.M. (ET)**

**** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT ****

**RESOLVED MATTERS:**

1. Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline [Filed October 15, 2024; Docket No. 411].

    Objection Deadline: October 30, 2024 at 4:00 p.m. (ET)

    Responses/Objections Received: None.

    Related Documents(s):

    A. Certificate of No Objection Regarding Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline [Filed October 20, 2024; Docket No. 410].

    B. Order Granting Motion of the Reorganized Debtor for an Order Extending the Claims Objection Deadline [Entered November 4, 2024; Docket No. 412].

    Status: An Order has been entered. No hearing is necessary.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**ADJOURNED MATTERS:**

2. Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 4, 2024; Docket No. 320].

   Objection Deadline: March 25, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received: None.

   Related Documents(s):

   A. Certificate of No Objection Regarding Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 26, 2024; Docket No. 348].

   Status: A certificate of no objection has been filed. The motion has been adjourned to a date to be determined.


Dated:  November 5, 2024
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Reorganized Debtor*

17011127/1