**Attachment to Post Confirmation Report**

Items (a) and (b) – Bank Accounts and Authorized Signers

| Account Holder | Account Type & Number | Authorized Signers |
| --- | --- | --- |
| Alecto Healthcare Services LLC | Checking Account – x6065 | Laxman Reddy<br>Matt Williams<br>Narasimham Kota |
| Alecto Healthcare Services LLC | Payroll Account – x6508 | Laxman Reddy<br>Matt Williams<br>Narasimham Kota |

Item (c) – Investments

None other than equity interests in affiliates as previously disclosed.