**ALECTO HEALTHCARE SERVICES LLC**
**INCOME STATEMENT (PROJECTED V. ACTUAL)**
**4/19/2024 TO 6/30/2024**

| Expense Item | Year 1<br>2/1/24 to 1/31/25 | 4/19/24 to 6/30/24<br>Projected | 4/19/24-6/30/24<br>Actual | Variance | Comments |
|---|---:|---:|---:|---:|---|
| Operating Revenues | 3,415,430 | 673,409 | 834,498 | 161,089 | |
| **OPERATING EXPENSES** | | | | | |
| Salaries & Wages | 1,220,675 | 240,676 | 211,615 | (29,062) | |
| Benefits | 151,437 | 29,858 | 26,175 | (3,683) | |
| Payroll Taxes | 90,025 | 17,750 | 10,618 | (7,132) | |
| PTO | 94,633 | 18,659 | 11,771 | (6,887) | |
| Labor Subtotal | 1,556,770 | 306,943 | 260,179 | (46,764) | |
| Supplies | 5,055 | 997 | 1,052 | 55 | |
| Purchased Services | 41,000 | 8,084 | 1,650 | (6,434) | |
| Bankruptcy Professionals | 300,000 | 59,150 | 0 | (59,150) | |
| Legal Fees (Non-Bankruptcy) | 75,600 | 14,906 | 17,510 | 2,604 | |
| Tax Preparation Fees | 99,172 | 19,553 | 21,600 | 2,047 | |
| Repairs & Maintenance | 468 | 92 | | (92) | |
| Rents & Leases | 90,000 | 17,745 | 16,119 | (1,626) | |
| Insurance | 346,992 | 68,415 | 17,034 | (51,381) | Auto Insurance Refund |
| Utilities | 6,780 | 1,337 | 1,141 | (196) | |
| Taxes and Licenses | 3,000 | 592 | 3,083 | 2,492 | |
| Dues, Subscriptions, and Software | 4,800 | 946 | 1,132 | 186 | |
| Outside Training Sessions | 2,400 | 473 | 600 | 127 | |
| Travel | 56,000 | 11,041 | 6,881 | (4,160) | |
| Meals | 4,200 | 828 | 842 | 14 | |
| Bank Fees & Charges | 6,000 | 1,183 | 787 | (396) | |
| Controlled Group Reserve | 352,000 | 69,403 | 88,778 | 19,375 | |
| Depreciation | 1,280 | 252 | 774 | 522 | |
| Other | 0 | 0 | 184 | 184 | Fees for Independent Director Counsel |
| Interest Expense | 0 | 0 | 270 | 270 | |
| Total Operating Expenses | 2,951,517 | 581,941 | 439,616 | (142,324) | |
| **NET INCOME (LOSS)** | **463,913** | **91,468** | **394,881** | **303,413** | |

**Note - 4/19/24 to 6/30/24 Projections Are Calculated on Prorated Basis & Actual is based on actual expenses**