**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 13, 2025 AT 11:00 A.M. (ET)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO):**

1. Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline [Filed January 14, 2025; Docket No. 427].

    Objection Deadline: February 6, 2025 at 4:00 p.m. (ET).

    Responses/Objections Received: None.

    Related Documents(s):

    A. Certificate of No Objection Regarding Docket No. 427 [Filed February 7, 2025; Docket No. 428].

    Status: A certificate of no objection has been filed. Accordingly, a hearing on this matter is only necessary if the Court has questions.

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

**ADJOURNED MATTERS:**

2. Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 4, 2024; [Docket No. 320](#)].

    Objection Deadline: March 25, 2024 at 4:00 p.m. (ET).

    Responses/Objections Received: None.

    Related Documents(s):

    A. Certificate of No Objection Regarding Motion of the Debtor and Debtor-In-Possession for Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(b) Authorizing and Approving Settlement with Sherman/Grayson Hospital, LLC [Filed March 26, 2024; [Docket No. 348](#)].

    Status: A certificate of no objection has been filed. The motion has been adjourned to a date to be determined.

Dated: February 11, 2025  
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com

*Counsel to the Reorganized Debtor*