IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>ALECTO HEALTHCARE SERVICES, LLC,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS) |
| THE REED ACTION JUDGMENT CREDITORS,<br><br>Appellants,<br><br>v.<br><br>ALECTO HEALCARE SERVICES LLC,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 24-494-GBW<br>(Lead)<br>Civ. No. 23-1442-GBW<br>(Consolidated) |

## ORDER

At Wilmington this 31st day of March 2025, for the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's December 4, 2023 Order (Bankr. D.I. 243) ("Designation Order") is AFFIRMED.

2. The Bankruptcy Court's Findings of Fact and Conclusions of Law entered on April 4, 2024 (Bankr. D.I. 354) (the "Confirmation Order") is AFFIRMED.

3. The Clerk of the Court is directed to CLOSE Civ. No. 23-1442-GBW and Civ. No. 24-494-GBW.

THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE