IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALECTO HEALTHCARE SERVICES LLC,<br><br>Debtor.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 23-10787 (JKS)<br><br>Re: Dkt. No. 447 |

## THE UNITED STATES OF AMERICA'S NOTICE OF WITHDRAWAL OF ITS OBJECTION TO THE REORGANIZED DEBTOR'S MOTION FOR AN ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

The United States of America ("United States") hereby withdraws its Objection to the Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline, filed at Dkt. No. 447.

Dated: June 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ *Mary A. Schmergel*
KIRK T. MANHARDT
MARCUS SACKS
MARY A. SCHMERGEL
LEAH V. LERMAN
Civil Division
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 307-0183 (telephone)
(202) 514-9163 (facsimile)
Email: Mary.Schmergel@usdoj.gov

*ATTORNEYS FOR THE UNITED STATES*

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 North Brand Boulevard, Suite 1920, Glendale, CA 91203.

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                */s/ Mary A. Schmergel*
                                                MARY A. SCHMERGEL
                                                Commercial Litigation Branch
                                                Civil Division
                                                United States Department of Justice