## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | **Re: Docket No. 446** |

## NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that on May 19, 2025, an *Order Scheduling Omnibus Hearing Dates* [Docket No. 446] was entered in the above captioned-bankruptcy case (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Order scheduled July 24, 2025 at 1:00 p.m. (ET) as an omnibus hearing date and time.

**PLEASE TAKE FURTHER NOTICE** that the omnibus hearing originally scheduled for July 24, 2025 at 1:00 p.m. (ET) before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware **has been rescheduled to August 13, 2025 at 2:00 p.m. (ET)** at the request of the Court.

Dated: June 27, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
        bkeilson@morrisjames.com

*Counsel to the Reorganized Debtor*

---

[1]  The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

17403045/1