# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | Re: Docket No. 471 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 471

I, Jeffrey R. Waxman, hereby certify as follows:

On November 18, 2025, the above-captioned reorganized debtor (the "Reorganized Debtor"), filed the *Reorganized Debtor's Motion for an Order Extending the Claims Objection Deadline* [Docket No. 471] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Motion was December 2, 2025 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon. The Reorganized Debtor respectfully requests that the Court enter the Order attached to the Motion, and attached hereto as **Exhibit A**.

Dated: December 11, 2025

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to the Reorganized Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number are 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

17659039/1