**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ALECTO HEALTHCARE SERVICES LLC,[1] | Case No. 23-10787 (JKS) |
| Reorganized Debtor. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, that Brya M. Keilson, Esquire, formerly of Morris James LLP, hereby withdraws her appearance as counsel for the reorganized debtor (the "Reorganized Debtor"), in the above-captioned case (the "Case"), and requests to be removed from the Court's mailing list (on ECF and any other service list in this Case) and the Reorganized Debtor's master service list, effective immediately.

**PLEASE TAKE FURTHER NOTICE** that Morris James LLP will continue to represent the Reorganized Debtor in this Case.

Dated: May 27, 2026

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Counsel to the Reorganized Debtor*

---

[1] The last four digits of the Debtor's federal tax identification number is 9723. The Debtor's address is 101 N Brand Boulevard, Suite 1920, Glendale, CA 91203.

17919301/1